**UNITED STATES DISTRICT**
**COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

Eureka Cole
     Plaintiff(s),

vs.
                                            Case No.: 23-cv-60532-RAR

Carnival Corporation
     Defendant(s).

_____/

**AMENDED MOTION FOR ISSUANCE OF LETTERS ROGATORY TO OBTAIN**
**TESTIMONY FROM JUAN ESTEBAN VANEGAS GONZALES**

COMES NOW, the Plaintiff and requests issuance of Letters Rogatory as follows:

1.      Pursuant to the Court's Order denying Plaintiff's initial Motion without prejudice [D.E., 45], Plaintiff states that Defendant Carnival Corporation has not provided any information regarding whether Juan Esteban Vanegas Gonzales, MD.  is a resident or national of the United States. Nor can Plaintiff state with certainty that Dr. Gonzalez is a US resident or national.

2.      Plaintiff presumes this information is in Carnival's Corporation's possession if they wish to disclose it. Additionally, Plaintiff notes that Dr. Gonzalez's CV and employment contract were requested in discovery but have not yet been produced. Plaintiff is also unaware whether any terms of Dr. Gonzalez's contract require cooperation with Carnival relating to any legal matters or discovery requests. However, Carnival is also free to disclose this information to the Court in the interest of facilitating Dr. Gonzalez's deposition. Plaintiff has been diligently seeking the deposition of Dr. Gonzalez for months. However, on August 16, 2023, counsel for Defendant Carnival finally notified Plaintiff that Dr. Gonzalez was no longer working with Carnival, and provided his last-known address and email in Medellin, Colombia.

3. Accordingly, based on the Court's ruling, Plaintiff requests at this time the Court issue the attached letters rogatory for submission to the Colombian Central Authority.

4. In the course of discovery Carnival has produced medical records from their on-board physician Juan Esteban Vanegas Gonzales, MD. Dr. Gonzalez treated the Plaintiff shortly after her injuries and the medical records he generated indicate that the Plaintiff's injuries and the mechanism of her injury are consistent with the allegations in Plaintiff's Complaint. Therefore, it is undisputed that Dr. Gonzalez is a key witness who possesses both personal knowledge and expert opinions concerning how the incident occurred and the scope and cause of Plaintiff's injuries.

5. Defendant Carnival further advised that they had no objection to Plaintiff's counsel contacting Dr. Gonzalez and serving him with process to obtain his testimony. **See Exhibit A – Emails from counsel for Carnival stipulating to service.**

6. Thus, Plaintiff requests that the Court issue Letters Rogatory to the Colombian Central Authority in order obtain Dr. Gonzalez's testimony.

7. Plaintiff further notes that in *Al-Saadi v. Annchery Fajas USA, Inc.*, No. 20-23937-CIV, 2022 U.S. Dist. LEXIS 55768, at 2-5 (S.D. Fla. Mar. 25, 2022), the Court held that a foreign entity located outside the US in Colombia could be served with a Rule 45 subpoena in accordance with Rule 4(h)(2), and consistent with The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. Likewise, in *TracFone Wireless, Inc. v. Doe*, No. 11-cv-21871-MGC, 2011 U.S. Dist. LEXIS 118111, at *11-12 (S.D. Fla. Oct. 4, 2011), the Court found that service of a Rule 45 subpoena was proper on a foreign non-party in a foreign country under the Hague Service Convention.

8. Accordingly, this Court has authority to issue letters rogatory to obtain Dr.

Gonzelez's testimony.

WHEREFORE, Plaintiff requests that this Court;

1) Execute and issue the attached letters rogatory for submission to the Colombian Central

Authority. **See Exhibit B – Letters Rogatory.**

## LOCAL RULE 7.1 CERTIFICATION

Counsel for the Plaintiff certifies that prior to serving this Motion, he conferred with opposing counsel however they have not confirmed whether or not they oppose the relief sought in this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, a true copy of the foregoing was served by E-mail and CM/ECF E-service on all counsel or parties of record on the service list:

GrayRobinson, P.A.
Ashley Genoese
Michael J. Drahos
W. Cooper Jarnagin
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747
michael.drahos@gray-robinson.com
cooper.jarnagin@gray-robinson.com
ashley.genoese@gray-robinson.com

By:

FLORIDA LEGAL, LLC
Attorneys for Plaintiff
12550 Biscayne Boulevard, Suite 405
North Miami, Florida 33181
(t) (305) 901-2209
(f) (786) 870-4030

/s/ Raymond R. Dieppa
Raymond R. Dieppa, Esq.
Florida Bar No. 27690
E-Mail: ray.dieppa@floridalegal.law