| | |
|---|---|
| **From:** | Raymond Dieppa |
| **To:** | Cooper Jarnagin; Felice Valdes; Lilia R. Parker; Mirna Barba; Fiorella Amer |
| **Cc:** | Michael Drahos; Ashley Genoese |
| **Subject:** | RE: COLE v. CARNIVAL CORPORATION |
| **Date:** | Tuesday, August 22, 2023 1:48:00 PM |
| **Attachments:** | Motion for Service Abroard-Letters Rogatory-.pdf |
| **Importance:** | High |

Cooper,

Pursuant to your stipulation that you have no objection to our serving process on Dr. Gonzalez, please find attached our Motion for Issuance of Letters Rogatory and Rule 45 Subpoena. Please advise as soon as possible if we may file the Motion unopposed in order to secure Dr. Gonalez's testimony.

Sincerely,

Raymond R. Dieppa
FLORIDA LEGAL, LLC
150 Southeast 2nd Avenue, Suite 1001
Miami, FL 33131
 (t) (305) 901-2209; (f) (786) 870-4030
rd@floridalegal.law
www.floridalegal.law

**From:** Cooper Jarnagin <Cooper.Jarnagin@gray-robinson.com>
**Sent:** Wednesday, August 16, 2023 12:16 PM
**To:** Raymond Dieppa <Ray.Dieppa@floridalegal.law>; Felice Valdes <fv@floridalegal.law>; Lilia R. Parker <Lilia.Parker@gray-robinson.com>; Mirna Barba <paralegal@floridalegal.law>; Fiorella Amer <fa@floridalegal.law>
**Cc:** Michael Drahos <Michael.Drahos@gray-robinson.com>; Ashley Genoese <Ashley.Genoese@gray-robinson.com>
**Subject:** RE: COLE v. CARNIVAL CORPORATION

No objection.

**Cooper Jarnagin**
Senior Associate
Florida Bar Certified in Admiralty & Maritime Law



T  561.268.5727
F  561.268.5745

GrayRobinson, P.A. • Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida  33401



**From:** Raymond Dieppa <Ray.Dieppa@floridalegal.law>
**Sent:** Wednesday, August 16, 2023 11:16 AM
**To:** Cooper Jarnagin <Cooper.Jarnagin@gray-robinson.com>; Felice Valdes <fv@floridalegal.law>;
Lilia R. Parker <Lilia.Parker@gray-robinson.com>; Mirna Barba <paralegal@floridalegal.law>; Fiorella
Amer <fa@floridalegal.law>
**Cc:** Michael Drahos <Michael.Drahos@gray-robinson.com>; Ashley Genoese
<Ashley.Genoese@gray-robinson.com>
**Subject:** RE: COLE v. CARNIVAL CORPORATION

**This message originated outside of GrayRobinson.**

Cooper,

Please confirm that you do not object to our contacting Dr. Gonzalez and
serving him with process to obtain his testimony.

Thank you,

Raymond R. Dieppa
FLORIDA LEGAL, LLC
150 Southeast 2nd Avenue, Suite 1001
Miami, FL 33131
 (t) (305) 901-2209; (f) (786) 870-4030
rd@floridalegal.law
www.floridalegal.law

---

**From:** Cooper Jarnagin <Cooper.Jarnagin@gray-robinson.com>
**Sent:** Wednesday, August 16, 2023 10:08 AM
**To:** Felice Valdes <fv@floridalegal.law>; Lilia R. Parker <Lilia.Parker@gray-robinson.com>; Raymond
Dieppa <Ray.Dieppa@floridalegal.law>; Mirna Barba <paralegal@floridalegal.law>; Fiorella Amer
<fa@floridalegal.law>
**Cc:** Michael Drahos <Michael.Drahos@gray-robinson.com>; Ashley Genoese
<Ashley.Genoese@gray-robinson.com>
**Subject:** RE: COLE v. CARNIVAL CORPORATION

Dr. Gonzalez does not have a contract to return to Carnival.

His last known contact information is below:

Address: CARRERA 45 A #80 SUR. 75 APT. 1210, MEDELLIN, COLOMBIA
Email: juanevanegas@gmail.com
Phone Number: 011-57-321-6246690