UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60532-RUIZ/STRAUSS

EUREKA COLE,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

## DISCOVERY ORDER

**THIS MATTER** came before the Court for a hearing on January 12, 2024, upon Plaintiff's *ore tenus* Motion to Compel Responses to Plaintiff's Interrogatories and Plaintiff's *ore tenus* Motion to Compel Better Responses to Plaintiff's Request for Production ("Motions"). [DE 60]. For the reasons stated on the record at the hearing, it is **ORDERED** and **ADJUDGED** that the Motions are **GRANTED-IN-PART and DENIED-IN-PART**:

1. The Motion to Compel Responses to Plaintiff's Interrogatories is **GRANTED-IN-PART** as follows:

   a. The Motion is granted as to interrogatories 1, 2, and 4, to the extent that Defendant should clarify whether there is any responsive information beyond what is in the disclosed expert reports or if the reports constitute the totality of Defendant's response.

   b. The Motion is granted as to interrogatories 3, 9, and 10. As stated at the hearing, Defendant's only specific objections to these interrogatories was that they were "premature." While Defendant indicated it would "comply with Federal Rule

1

of Civil Procedure 26 and this Court's deadlines as to expert disclosure," Defendant's objection did not clearly object to the scope of information sought by the interrogatories.  In particular, Defendant did not object that any information beyond that specifically required by Rule 26(a)(2)(B) was irrelevant or disproportional to the needs of the case, as Defendant now seeks to argue.  Therefore, Defendant's objections are overruled.

2. The Motion to Compel Better Responses to Plaintiff's Request for Production is **GRANTED-IN-PART** as follows:

   a. The motion is granted for request for production 1.  As to this request, Defendant's objections are overruled for the same reasons as the objections to interrogatories 3, 9, and 10 were overruled above.  Moreover, to the extent the request is unclear, Defendant's response should provide the requested documents for the payments Defendant identifies in response to interrogatory 3.

   b. The motion is granted as to request for production 3 to the extent Defendant shall provide to Plaintiff for inspection the Exemplar Lid the expert used in making her measurements.  To the extent there is no other information or responsive materials that is not referred to in the expert report, then Defendant should clarify and say so.

   c. The motion is denied as to request for production 9.

3. Defendant must supplement its responses to Plaintiff's interrogatories and requests for production by **January 26, 2024**.  To the extent the parties will need to reschedule the depositions set for the week of January 15, 2024, in order to provide Plaintiff with an

opportunity to obtain and evaluate the supplemental responses, the parties should make every effort to cooperatively reset the depositions within the extended discovery timeline that the District Court promulgated.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of January 2024.

Jared M. Strauss
United States Magistrate Judge