**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-60532-RAR**

**EUREKA COLE**,

      Plaintiff,

v.

**CARNIVAL CORPORATION**,

      Defendant.

_____/

**DEFENDANT'S NOTICE OF WITHDRAWING CERTAIN AFFIRMATIVE DEFENSES**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, files this Notice of Withdrawing Certain Affirmative Defenses.

Consistent with Defendant's 30(b)(6) representative deposition testimony, Defendant hereby withdraws Affirmative Defenses C, J, N, and T as listed in its Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint [ECF No. 18].

                                       Respectfully submitted,

                                       GrayRobinson, P.A.
                                       515 North Flagler Drive, Ste. 650
                                       West Palm Beach, Florida 33401
                                       Tel: (561) 268-5727
                                       Fax: (561) 268-5747

                              By: */s/ Cooper Jarnagin*
                                         Michael J. Drahos
                                       Florida Bar No. 0617059
                                       michael.drahos@gray-robinson.com
                                       W. Cooper Jarnagin
                                       Florida Bar No. 117767
                                       cooper.jarnagin@gray-robinson.com
                                       Ashley Genoese
                                       Florida Bar No. 1019357
                                       ashley.genoese@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ Cooper Jarnagin*

## SERVICE LIST

Raymond Renato Dieppa
FLORIDA LEGAL
12550 Biscayne Blvd., Suite 209
North Miami, FL 33181
Telephone: (305) 901-2209
Facsimile: (786) 870-4030
*ray.dieppa@floridalegal.law*
*Attorney for Plaintiff*