UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI CIVIL DIVISION

CASE NO. 23-cv-60532-RAR

EUREKA COLE,

   Plaintiff,

v.

CARNIVAL CORPORATION,

   Defendant.
_____/

## **NOTICE OF DISCOVERY DISPUTE**

  Defendant, CARNIVAL CORPORATION, by and through its undersigned counsel, hereby files a Notice of Discovery Dispute, and in support thereof states:

  1. Defendant seeks to strike the report of Michael Andrew Liberti as an improper rebuttal expert witness and/or untimely disclosed initial expert witness.

  2. Pursuant to ECF No. 56, the discovery deadline is February 22, 2024.

  3. The parties conferred via telephone on January 17, 2024, and are not in agreement on the issue.

  4. The parties are available for a hearing on the following date within the next two weeks:

    a. February 2, 2024, from 10:00 AM – 2:00 PM.[1]

  5. It is anticipated that 1 hour should be sufficient time for the hearing.

---

[1] The parties have attempted to identify all possible dates within the ensuing two weeks for this hearing, in accordance with this Court's Discovery Procedures, however are unable to find alternative dates in which both parties are available.

## Local Rule 7.1 Certification

I hereby certify counsel for the movant has conferred with Plaintiff's counsel regarding the relief sought, and Plaintiff opposes the motion. I certify that I have confirmed Plaintiff's counsel availability for the above referenced proposed date.

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/_Ashley N. Genoese*
    Michael J. Drahos
    Florida Bar No. 0617059
    michael.drahos@gray-robinson.com
    W. Cooper Jarnagin
    Florida Bar No. 117767
    cooper.jarnagin@gray-robinson.com
    Ashley N. Genoese
    Florida Bar No. 1019357
    ashley.genoese@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/    Ashley N. Genoese*

## SERVICE LIST
## CASE NO. 23-cv-60532-RAR

Raymond Renato Dieppa
FLORIDA LEGAL
12550 Biscayne Blvd., Suite 209
North Miami, FL 33181
Telephone: (305) 901-2209
Facsimile: (786) 870-4030
ray.dieppa@floridalegal.law
*Attorney for Plaintiff*