**EUREKA COLE vs CARNIVAL CORPORATION**
**Lucien Cole on 08/02/2023**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 23-cv-60532-RAR

EUREKA COLE,

Plaintiff,

vs.

CARNIVAL CORPORATION,

Defendant.

_____/

Deposition of:   LUCIEN COLE

Date Taken:      Wednesday, August 2, 2023

Time:            2:32 p.m. - 3:07 p.m.

Taken By:        The Defendant

Location:        VIA VIDEOCONFERENCE

Reported By:     Alyssa Zumpano,
                 Stenograph Shorthand Reporter and
                 Notary Public, State of Florida at Large.

A  P  P  E  A  R  A  N  C  E  S:

RAYMOND R. DIEPPA, ESQUIRE
Florida Legal, LLC
12550 Biscayne Boulevard, Suite 405
North Miami, Florida  33132
(305) 901-2209
(786) 870-4030
rda@floridalegal.law

Also Present: Eureka Cole

        On behalf of the Plaintiff


W. COOPER JARNAGIN, ESQUIRE
Gray Robinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida  33401
(561) 268-5727
(561) 268-5738
cooper.jarnagin@gray-robinson.com

        On behalf of the Defendant

                         I N D E X

TESTIMONY OF LUCIEN COLE

Direct Examination by Mr. Jarnagin                    4

Cross-Examination by Mr. Dieppa                      26

Redirect Examination by Mr. Jarnagin                31

CERTIFICATE OF OATH                                 33
CERTIFICATE OF REPORTER                             34
ERRATA SHEET                                        35
READ AND SIGN LETTER                                36


                    DEFENDANT'S EXHIBITS

     EXHIBIT              DESCRIPTION                 PAGE

   Exhibit 1   PHOTO:  (1) laser color copy        8

   Exhibit 2   PHOTO:  (1) laser color copy        12




                         - - - - -

                  S T I P U L A T I O N S


     It is hereby stipulated by and between counsel for

the respective parties that the reading and signing of

the deposition be reserved.

P R O C E E D I N G S

Thereupon,

the following proceedings began at 2:32 p.m.:

THE REPORTER:  Would you, please, raise your right hand.

THE WITNESS:  (The witness complies.)

THE REPORTER:  Do you swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes, ma'am.

LUCIEN COLE,

having first been duly sworn, testified under oath as follows:

DIRECT EXAMINATION

BY MR. JARNAGIN:

Q.    Hi, good afternoon, Mr. Cole.

A.    Good afternoon.

Q.    I'm the attorney on behalf of the defendant Carnival Corporation in this matter.  Have you ever given a deposition before?

A.    No, this is my first time.

Q.    So I don't anticipate us going very long today, but just a few ground rules and instructions to help it go by even faster.  Please allow me to finish my question before you answer, so the court reporter here is

able to type everything out and get it on the record.  If you do not understand a question that I ask, let me know and I'll rephrase the question.  If you do answer the question, I'll assume you understood what I asked you. Okay?

A.    Yes, sir.

Q.    If you need a break at any point, just let me know and we'll take a break.

A.    All right.  Yes, sir.

Q.    Can you please state your full name for the record?

A.    Lucien Roary Cole.

Q.    Did you say a middle name in there?

A.    Yeah.

Q.    What's your middle name?

A.    Roary.

Q.    How do you spell it?

A.    R-O-A-R-Y.

Q.    Have you ever gone by any other legal names?

A.    No, sir.

Q.    What's your date of birth?

A.    06/8/1981.

Q.    When did you first meet Eureka?

A.    First meet her, in 2012.

Q.    You're married to her now, right?

A.    Yes.

Q.    What year did you two marry?

A.    We married the -- '14.

Q.    In 2014?

A.    Yeah, 2014.

Q.    And we're here today to talk about Ms. Cole's cruise back in July of 2022, right?

A.    Yes.

Q.    And you were present on the cruise with her?

A.    Yes, sir.

Q.    And this incident happened on July 24th, 2022, does that sound right?

A.    Yes.

Q.    So on that particular day, the cruise ship was in port in the Bahamas, right?

A.    Yes.

Q.    Can you tell me what you recall doing in the Bahamas that day?

A.    That day we went -- we went out and we went to a restaurant and we ate and drank.  And then we would come back on the boat.  So I was playing Dominoes, then I lost.  We play, like, if you lost a game, you call the loss, you got to get up.  So I get up and I went over and I was eating.  I guess my wife saw me, I was sitting by myself, so she came and sat down with me.  It was pretty

windy that day.  So I was there eating.  She was there eating.  And some of the lid blew off, like, three of them and hit her in the shoulder.  So she was like drop -- I think one of the worker came over and, like, ask her if -- you know, if she all right.  And I think he went on the radio and called -- somebody he called and they came up.  So when I was -- when they was taking her down, I tried to go but they say I cannot come.  So I have to wait an hour, for a bit, a while.  And then they came back and then from there it's like --

Q.    Okay.  So how long in the Bahamas were you sitting at the restaurant for?

A.    I think we maybe there, like, 45 to an hour.

Q.    Did you have any alcoholic beverages at the restaurant in the Bahamas during that time period?

A.    Me?

Q.    Yes.

A.    Oh, yes, I did.

Q.    About how many?

A.    Maybe like two.

Q.    Were they beers or liquor drinks?

A.    So when I go to the Bahamas, I don't drink, like, liquor.  I drink like beer.  They have beer named Kalik I like it that much.  So I drink around two -- two bottles.

Q. And I believe you got back on the ship around 3:00 p.m. that afternoon?

A. Yes.

Q. Did you have any alcoholic drinks from the time you got back on the ship until your wife was hit by the plastic lid container?

A. No. When I get back, no. As I say, we was playing Dominoes -- playing Dominoes. And then when I lost, I get up to get something to eat. And then --

MR. JARNAGIN: I'm going to mark as Defense Exhibit 1 to the deposition a photograph.

(Defendant's Exhibit No. 1 was marked for identification.)

BY MR. JARNAGIN:

Q. Mr. Cole, do you recognize what's depicted in the photograph?

A. If I recognize what's here? Yeah, this is the table I was sitting. And these are the stuff that blew off, right here.

Q. So does this photograph depict the table that you and your wife were sitting at, at the time that your wife had her incident?

A. Yeah. And I was sitting here, she was sitting right here.

Q. So the chair I've marked with a circle,

that's the chair that your wife was sitting at, at the time of the incident?

A.    Yeah.  I think, yeah, this is the chair.

**Q.    And did you see what happened to your wife?**

A.    Yes.

**Q.    Okay.  Tell me specifically what you observed.**

A.    So when she sit down, as I say, we was eating.  The wind -- it was really windy.  Because even when the wind was blowing, like, you have to lean forward to move around.  So it was -- a bunch of the lids was on top, when three of them, like, come, bomb, hit in the shoulder right here.  And she was like this, with the food in her mouth like -- so --

MR. DIEPPA:  You just have to describe, because -- you have to describe where she's holding.

THE WITNESS:  Yeah, right here.  She was holding it like that.  And the guy come and say, if you all right and she like "no."  And he go on the radio to call somebody and they come for my wife and take her upstairs.

MR. DIEPPA:  For the record the witness is indicating his shoulder.

THE WITNESS:  Right.

BY MR. JARNAGIN:

Q.   So you've said three plastic lids a few times now.  Are you saying that three separate plastic lids struck her on her left shoulder?

A.   I wouldn't have said three separate.  They come up, pow, pow.

Q.   The plastic lid that you observed hit your wife, is that what's depicted in this photo?

A.   (Indicating.)

Q.   Okay.

MR. DIEPPA:  Which exhibit is that, 1?

MR. JARNAGIN:  1.

BY MR. JARNAGIN:

Q.   So I marked an X.  This lid is what struck Ms. Cole?

MR. DIEPPA:  You have to answer verbally.

THE WITNESS:  Oh, verbally.  Oh, yeah, this one.

BY MR. JARNAGIN:

Q.   Okay.  All right.  So I marked with a triangle the plastic lid.  Is that plastic lid what struck Ms. Cole?

A.   Yeah, three of them.

Q.   When you say "three of them," are you saying a stack of plastic lids struck her or are you saying --

what do you mean by "three"?

A.   So when the wind pick it up, one hit her and then the next one.  It just keep on hit, like, pow, pow.  It was just so quick.

Q.   Are you saying that three plastic -- strike that.  Are you saying that three plastic lids separately struck her in rapid succession?

A.   I would say two hit her.  Like, two get up one time, hit her.  And then next one also.

Q.   So she was struck two separate times by three plastic lids?

A.   Not three.  Two hit her, like, bomb.  Come at her, like, together, hit her, and then the next one hit her.

Q.   Okay.  All right.  So you're telling me that she was struck not only one time but two separate times?

A.   Yeah.

Q.   And that one plastic lid struck her left shoulder and then another separate plastic lid struck her shoulder?

A.   They come in, like, two hit her and then the next one like right behind each other.  Like -- yeah.  If she wasn't there, I would get it in my face.

Q.   So I have to break it down just so I make sure I understand.  So when you say two plastic lids, are

you saying two plastic lids stacked on top of each other struck her in the left shoulder?

A.   Yeah.

Q.   And then another separate plastic lid came and struck her a separate time?

A.   Yeah.

MR. DIEPPA:  Just speak up a little bit.

THE WITNESS:  Yeah.  Okay.

MR. JARNAGIN:  I'm marking as Defense Exhibit 2 another photograph.

(Defendant's Exhibit No. 2 was marked for identification.)

BY MR. JARNAGIN:

Q.   Does this photograph appear to depict the plastic lid that struck your wife?

A.   Yes, sir.

Q.   So the lid that we're seeing in Defense Exhibit 2, that is what struck your wife, correct?

A.   Yes, sir.

Q.   Because we can see in Defense Exhibit 1 that there is a larger container that the plastic lid sits on top of, right?

A.   Uh-hm.

Q.   It's not the container that struck your wife's left shoulder, it was the lid to the container?

A.   It was the lid.  And there was -- there was only one plastic container here.  It was a bunch of lids propped right here.

MR. DIEPPA:  Yeah, just for the record the witness is referencing Exhibit 1.

THE WITNESS:  Yeah.  Yep.

BY MR. JARNAGIN:

Q.   Did your wife say anything to you after you witnessed this?

A.   No.  She was like -- she was eating food.  I say, "Spit out the food, it might choke you."  Because the food was still in her mouth and I say, "Spit out the food, it might choke you."  Because she was like awe- --

Q.   So do you recall her saying anything specifically after the lid struck her?

A.   No, she just hold it.  Have it like that.

Q.   Did you see any other person struck by a plastic lid?

A.   No, I didn't see.

Q.   Did you observe a male crew member come over and talk to your wife?

A.   Yes, sir.  He was standing right behind where the container was.  He was standing right behind there. And he came over -- he's the one who radio the person and they come for her.

Q.   Do you recall anything that male crew member said?

A.   Just under -- like, he calling help, in his language.

Q.   Do you recall anything the crew member said to your wife?

A.   I think he had ask my wife if she need some ice.  Yeah.

Q.   Did you have any conversations with the male crew member?

A.   Oh, no, definitely not.

Q.   My understanding is a female crew member eventually came to the table where you were sitting?

A.   Uh-hm.

Q.   About how much time passed between your wife getting hit by plastic lid and the female crew member coming over to the table?

A.   I remember the male.  I don't remember the female.

Q.   Okay.  Did any other crew member come over to your table after your wife was hit by a plastic lid?

A.   None I can recall.  I just remember the male was there, like, calling for help.

Q.   Did your wife leave the table to go to the medical center?

A.   Yes.  They took my wife down to the medical center.

Q.   Who took your wife to the medical center?

A.   I can't tell you who took her, but I was like -- so they come and take her.  I think maybe, like, after the guy call, three of them come -- two or three come for her and take her.  So when I say, "Can I come?" They say, no, I cannot, so I have to sit up and wait.

Q.   So are you saying that several crew members came and helped your wife to the medical center?

A.   Maybe two.  Two of them.

Q.   Do you recall what these two people were wearing?

A.   Yeah, I think they -- one of them was wearing blue shirt and one was a white shirt.

Q.   Were these people male or female?

A.   So one of them was male.  I think the next one was a female.

Q.   Did you have any conversations with the male or the female?

A.   No, sir.

Q.   Who told you that you could not go to the medical center?

A.   The guy was working, packing up the lids.

Q.   And what did he say specifically to you?

A.   He said, "She have to go by herself."  None of us can go.

Q.   Did you ask why you weren't able to go to the medical center?

A.   I didn't ask why.  It's because of the guy who was working.  They had started to walk with her.  So he said I can't go.  I didn't ask why.

Q.   Okay.  Did you want to go to the medical center with your wife?

A.   Yes.

Q.   So did you ask why you weren't allowed to go to the medical center?

A.   No, I didn't ask why.  I just following the rule and that's it.

Q.   Is the individual that told you you could not go to the medical center, the same person that called in for help?

A.   Yes, sir.

Q.   Did you remain in the area?

A.   Yep, I sit right there until she came back.

Q.   Did you continue to play Dominoes?

A.   No, I was just sitting down waiting.

Q.   Okay.  Well, my understanding is your wife was in the medical center for about two hours.

A.   Yeah, I stay right there until she come back.

Q.   Okay.  Did you just sit in the seat for two hours and not do anything else?

A.   Sit and move around.  But sit, mostly sit, like, waiting.

Q.   Did you talk to anyone else that was in the area for those two hours?

A.   I talk to people we came with, yeah.

Q.   Did you play any games for those two hours?

A.   No, I didn't play no games for two hours.

Q.   Did you have any alcoholic drinks for those two hours?

A.   No.

Q.   Who did you speak with for that two-hour period while you were in the area?

A.   We was just talking regular.  I think Travis, and he was -- keep asking me, "Your wife ain't come back?"  I said, "Nope."

Q.   What's Travis' last name?

A.   I don't know his last name.  I know his name is Travis.

Q.   Did you speak to anyone else other than Travis?

A.   No.

Q.   So you only talked to Travis for two hours?

A.   Yeah, sitting there waiting on my phone.

Q.    Did you know anyone else in the area other than Travis?

A.    Yeah, more of the girls was there who was on the trip and a guy, a couple guys was there.

Q.    Who were the guys and girls that were in the area for those two hours that you were waiting on your wife?

A.    I cannot tell you the names.  But I know Travis was there and a couple more guys.  But I don't know names.  It was just a trip we went on, so...

Q.    Okay.  So other people that you knew were there, but you don't remember their names?

A.    Yeah.  I'm not like -- know them like the names, like, you know, went on the trip -- like on a trip for someone birthday.

Q.    Uh-hm.  Did you speak to any crew members for the two-hour period that you were waiting on your wife?

A.    No.

Q.    Were you in the area when your wife returned from the medical center?

A.    Yes, sir, I was.

Q.    What were you doing when your wife returned?

A.    When I saw her, I get up and walk to her.  I was sitting down, like I say, most of the time.  If not, I was like walking around, like, wow.

Q.    Did you observe anyone taking photos of the area that day?

A.    No, I didn't observe anyone taking photos that day.

Q.    Did you take any photos of the area?

A.    I think I did.

Q.    Okay.  Did you use your phone to take photos?

A.    Yeah, I use my phone.

Q.    What did you take pictures of?

A.    I take pictures of -- not of this shot.  I have different picture of some other shot.  Not from this angle, from the other angle.  I have some pictures.

Q.    And why did you take the pictures?

A.    Why did I take it?  I just -- basically, Travis say, "Take some pictures and show them what hit your wife, you know."  So I take the pictures to show them what hit -- what blew off and hit her.  Right.

Q.    How about --

A.    Ask about it --

Q.    About how many pictures did you take?

A.    I think about five or four.

Q.    Have you sent these pictures to anyone?

A.    No.

Q.    Do you still have them on your phone?

A.    No, I don't have that phone with me.

Q.   Do you still have access to the photos?

A.   I would have to go home and check it.

Q.   Okay.  Would the photos show anything different than what we're seeing in Exhibit 1?

A.   From my angle it wouldn't show nothing different.  But from my angle, it's a different picture.

Q.   So it's just a different angle?

A.   Right.

Q.   But it's depicting the same area that we see in Exhibit 1?

A.   Yeah.

Q.   You're still married to your wife?

A.   Yes, sir.

Q.   You resided with her from the time of the cruise up until the present?

A.   Excuse me?

Q.   You lived with your wife --

A.   If I live with my wife?

Q.   -- from the time of the cruise in July of 2022, up until the present, right?

A.   Yes, sir.

Q.   You did not go to the medical center on board the ship, so you don't know anything that the doctors or the nurses said to her?

A.   No.  No.

Q.    Did you speak to anyone else on the cruise ship regarding what happened to your wife?

A.    No, sir.

Q.    What do you do for a living?

A.    Home renovation.

Q.    Are you self-employed or do you work for a company?

A.    No, I work -- self-employed.

(Reporter clarification.)

Q.    Do you have health insurance?

A.    Yes, sir.

Q.    Do you and your wife share health insurance?

A.    Yes, sir.  We share everything.

Q.    Who provides the health insurance?

A.    Both of us, because we -- we pay it monthly. Not from the job.  We pay monthly.

Q.    What is the name of the health insurance provider?

A.    I don't remember the name.

Q.    So you pay monthly but you don't remember the name of the health insurance provider?

A.    Yes, sir.  My wife -- my wife -- I don't even know how to pay rent.  I give the money to my wife and my wife pay it.  So...

Q.    Your wife didn't go to work from

September 2022 through mid-November 2022, right?

A.    Yes.

Q.    Were you making an income during that period?

A.    Yes, sir.

Q.    Have you paid any money for your wife's left shoulder surgery?

A.    No.

Q.    Have you paid any money for your wife's physical therapy following her left shoulder surgery?

A.    No, sir.

Q.    Have you ever been involved in any type of lawsuit other than this one?

A.    The first.

Q.    So you never sued anyone and no one's ever sued you?

A.    No, sir.

Q.    Have you ever been arrested?

A.    Never, sir.

Q.    Are you aware of anyone else that witnessed your wife's incident on board?

A.    I think few -- two more guys witness, yeah.

Q.    Who were those two guys that witnessed it?

A.    As I say, I can't remember the name specifically, but I know a couple more guys saw.  If not, maybe the ladies that -- saw too.  Because they was like,

"Oh."  So...

Q.    Are you able to identify by name anyone else that witnessed your wife's incident?

A.    Name?  As I said, I don't know the full name. I maybe know the first, some of them first name.  I know Travis was there.  I know Hart.  I don't know his last name, Hart.

Q.    Can you spell that name?

A.    I don't want to spell it wrong because I don't know if I pronounce it right.

Q.    That was a member of the traveling party that you were there on board with?

A.    Yeah.  Yes, sir.

Q.    In the time that you've known your wife since 2012 --

A.    Uh-hm.

Q.    -- has she ever medically treated for any issues with her shoulders?

A.    No, sir.

Q.    In the time that you've known your wife since 2012, has she medically treated for any issues with her neck?

A.    Neck, no, sir.

Q.    Has your wife been involved in any motor vehicle accidents since you've known her?

A.    I can't recall that.

Q.    Do you know if she had a motor vehicle accident in 2018?

A.    2018?

Q.    Yes.

A.    I can't recall that.

Q.    Do you know if she received a monetary settlement as a result of a car accident in 2018?

A.    2018, no, I can't recall of that either.

Q.    Do you know if your wife was involved in a car accident in 2012?

A.    2012?

Q.    Uh-hm.

A.    No, I can't recall of that.  2012, no, I can't recall that.

Q.    Does your wife have any physical limitations currently in her left arm?

A.    Physical what?

Q.    Limitations?

A.    What?

Q.    Does your wife have any physical limitations with her left arm presently?

A.    With the arm she got hurt in?  Yeah, she cannot lift it the way she used to lift it.

Q.    Is she able to lift objects with her left

arm?

A.    Nope.  I'm the one who have to lift everything.

Q.    Is she totally unable to use her left arm?

A.    Not totally unable, but she cannot lift anything.

Q.    Okay.  Would she be able to lift a bottle of water with her left arm?

A.    Yes, she can lift a bottle of water with left arm.  Yes, sir.

Q.    Is she able to lift a purse with her left arm?

A.    Yes.

Q.    So what is she unable to lift with her left arm?

A.    If we went to the grocery, she cannot lift a bag.  I have to bring all the bags in.  She cannot put the grocery in the cabinet.  She cannot go with that hand.  She has to maybe use the next one or I have to do it.  So she cannot go like anything over -- over -- anything like a case of water, like, anything, she cannot lift it.  I'm the one who lift anything, every- -- I'm the one who lift it.

Q.    Is your wife totally unable to do anything that she was able to do before the cruise because of her

left shoulder injury?

A.   If she do -- excuse me, I didn't understand what you mean.

Q.   Sitting here today, is your wife totally unable to do anything that she was able to do prior to the cruise because of her left shoulder?

A.   Yeah, I think it's after the injury she cannot do a lot of stuff.

Q.   Okay.  What have you personally seen her unable to do?

A.   As I say, lift the grocery.  She normally help me all bring them at once and she cannot lift it. She have to make, like, several trips.

Q.   Other than the groceries is there anything else you observed that she's unable to do?

A.   Yeah.  She cannot clean the bathroom, that's all my job now.

Q.   Anything else?

A.   Basically -- most likely, yeah.  I can't --

MR. JARNAGIN:  All right.  Thank you, Mr. Cole.  I don't have any further questions for you.

MR. DIEPPA:  Yeah, just a little follow-up, Mr. Cole.

CROSS-EXAMINATION

BY MR. DIEPPA:

Q.   In terms of the -- those container lids. When you saw them, were they stacked up high at the time?

A.   Yes.

Q.   Okay.

A.   It was.

Q.   And that station, it looks like there was kind of, like, a workstation there.  Did you see anyone working in that workstation before your wife was struck with these container lids?

A.   The same guy I was saying, he was the guy in that area.

Q.   Okay.  And you mentioned the wind -- the winds, were they gusting all day?

A.   All day.

Q.   So when the employees you saw working in that area where your wife was injured, they were working there while the winds were gusting that day?

A.   Yeah.  Yeah.

Q.   And they were specifically also stacking, I guess, and unstacking those containers?

A.   Yes.  Yes, sir.

Q.   Are you familiar with those types of containers?

A.    Yeah.  I used to work at the Hard Rock Casino.

Q.    Hard Rock Casino?

A.    Yeah, so I'm pretty much aware about it.

Q.    And what are they used for generally as far --

A.    So the container is to bring, like, empty plates, sometime you store meat in it, like, in the freezer.

Q.    To bus tables?

A.    Yeah.

Q.    Are they generally pretty heavy?

A.    Oh, yeah.  The lids is really and the hatch real hard around it.

Q.    Okay.  And so just to walk through this.  So this cruise line employee, it's a windy day and he's kind of working in the station and the containers are stacked behind your wife?

A.    Yes, sir.

Q.    All right.  And then a gust of wind either picks up the containers or knocks over the stack?

A.    Yeah --

MR. JARNAGIN:  Object to form.

BY MR. DIEPPA:

Q.    You can answer?

A.   It picked up the container -- it picked up lids.

Q.   Okay.  Picks up the lids?

A.   Yes.

Q.   And they kind of fall on to your wife's back?

A.   Yeah.

Q.   Okay.  And all of this would have happened when the Carnival Cruise Line employee was there?

A.   Yeah.  Yeah, he was right there.

Q.   All right.  And do you know why the Carnival Cruise Line workers didn't, like, you know, strap those containers down since it was a windy day?

A.   No, I don't know why he didn't strap it down. There's so much people that was in that area, definitely should have strapped it down.

Q.   Was the dining area open that day?

A.   Yes, sir.

Q.   Okay.  Were there any warnings telling you not to sit where you were sitting?

A.   No, no warnings.

Q.   And I think you had been there for some time at that table?

A.   Yeah.

Q.   And your wife came to join you?

A.   Yeah, because she saw me.  I was, like, by

myself, so she come over to sit.  She was with the girls.

Q.    And you said it was sudden?

A.    Excuse me?

Q.    You said when Ms. Cole was struck, it was a very sudden incident?

A.    Yeah.

Q.    Okay.  And Ms. Cole is facing away from the container, so there was nothing she could have done to avoid it?

A.    No.  When I saw it, I was like -- you know, I was like -- and then she went on her shoulder like, you know, so she couldn't do nothing.

Q.    And the Filipino employee that was working in that station on the container lids, did he ever warn any of you that the containers might fall, you or Ms. Cole?

A.    No, he didn't.  Because when it hit my wife, we didn't have to call him.  He was right there.

Q.    Okay.  And what did he say, if anything, at the moment it happened?

A.    He was just asking -- say if you are all right.  And then he call, help -- help.

Q.    Who picked the containers up off the ground?

A.    He did.

Q.    Do you know where he put them afterwards?

A.    Below on the same --

Q.    Oh, he put them below.

A.    Yeah.

Q.    Okay.  Because they were on the upper --

A.    Super (ph) chef rack, so he put them below.

Q.    That station, is it a movable station or is it a fixed station if you know?

A.    It's a movable station.  I think I saw wheels on it.

MR. DIEPPA:  Okay.  All right.  Mr. Cole, that is all.

MR. JARNAGIN:  I just have one brief follow-up.

                    REDIRECT EXAMINATION

BY MR. JARNAGIN:

Q.    Did you ever physically handle the plastic lids that you saw strike your wife?

A.    Yes, sir.

Q.    Okay.  And when did you handle them?

A.    When I used to work at Hard Rock Casino.

Q.    So the particular lids that struck your wife on the cruise ship, did you ever physically handle the ones that struck your wife?

A.    Not the one there.  Similar, same thing, but not there, but the Hard Rock Casino.

Q.    So you've handled plastic lids at the Hard

Rock Casino, but you didn't handle the plastic lids on the cruise ship?

A.    Right.

MR. JARNAGIN:  Okay.  Thank you.  That's it.

THE REPORTER:  Read or waive?

MR. DIEPPA:  He will read.  And same thing, just send me an estimate if it's ordered.

THE REPORTER:  Are you ordering?

MR. JARNAGIN:  Yes.

(The deposition concluded at 3:07 p.m.)

CERTIFICATE OF OATH

STATE OF FLORIDA:
COUNTY OF BROWARD:

I, Alyssa Zumpano, Stenograph Shorthand Reporter, certify that LUCIEN COLE personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 2nd day of August, 2023.

_____
Alyssa Zumpano,
Stenograph Shorthand Reporter
Notary Public State Of Florida
Commission No: HH 188364
Commission Expires: February 5, 2026

CERTIFICATE OF REPORTER

STATE OF FLORIDA:
COUNTY OF BROWARD:

     I, Alyssa Zumpano, Stenograph Shorthand Reporter, certify that I was authorized to and did stenographically report the foregoing deposition of LUCIEN COLE; that the review of the transcript was requested; and that the foregoing Pages 4 through 32, inclusive, are a true and complete record of my stenograph notes.

     I further certify that I am not a relative or employee of any of the parties, nor am I a relative or counsel connected with the parties' attorneys or counsel connected with the action, nor am I financially interested in the outcome of the action.

     DATED this 4th day of September, 2023.

_____
Alyssa Zumpano,
Stenograph Shorthand Reporter

ERRATA SHEET

CASE NO.:        23-cv-60532-RAR
CASE STYLE:     Eureka Cole v. Carnival Corporation
DEPOSITION OF:  LUCIEN COLE - 08/02/2023

         At the time of the reading and signing of the deposition, the following changes were noted.

PAGE #    LINE #      CORRECTION              REASON
-------------------------------------------------------------
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

         Under penalties of perjury, I have read my deposition in this matter and that it is true and correct, subject to any changes in form or substance as reflected above.

Dated:_____Signed:_____

EUREKA COLE vs CARNIVAL CORPORATION
Lucien Cole on 08/02/2023          Index: 06/8/1981..bunch

**Exhibits**

Ex.1-LCole
 3:11
Ex.2-LCole
 3:12

**0**

06/8/1981
 5:22

**1**

1  8:11,12
 10:11,12
 12:20 13:5
 20:4,10
14  6:3

**2**

2  12:10,11,
 18
2012  5:24
 23:15,21
 24:11,12,
 14
2014  6:4,5
2018  24:3,
 4,8,9
2022  6:7,12
 20:20 22:1
24th  6:11
2:32  4:3

**3**

3:00  8:2
3:07  32:10

**4**

45  7:13

**A**

access  20:1
accident
 24:3,8,11
accidents
 23:25
affirm  4:7
afternoon
 4:16,17
 8:2
alcoholic
 7:14 8:4
 17:10
allowed
 16:11
angle  19:12
 20:5,6,7
anticipate
 4:22
area  16:19
 17:6,14
 18:1,6,19
 19:2,5
 20:9

27:13,18
29:14,16
arm  24:17,
 22,23
 25:1,4,8,
 10,12,15
arrested
 22:17
assume  5:4
ate  6:20
attorney
 4:18
avoid  30:9
aware  22:19
 28:4
awe-  13:13

**B**

back  6:7,21
 7:10 8:1,
 5,7 16:20,
 25 17:17
 29:5
bag  25:17
bags  25:17
Bahamas
 6:15,18
 7:11,15,22
basically
 19:14
 26:19
bathroom

26:16
beer  7:23
beers  7:21
began  4:3
behalf  4:18
beverages
 7:14
birth  5:21
birthday
 18:15
bit  7:9
 12:7
blew  7:2
 8:19 19:17
blowing  9:10
blue  15:15
board  20:22
 22:20
 23:12
boat  6:21
bomb  9:12
 11:12
bottle  25:7,
 9
bottles  7:25
break  5:7,8
 11:24
bring  25:17
 26:12 28:7
bunch  9:11
 13:2

bus 28:10

**C**

cabinet 25:18

call 6:22 9:21 15:6 30:17,21

called 7:6 16:16

calling 14:3,23

car 24:8,11

Carnival 4:19 29:8, 10

case 25:21

Casino 28:2, 3 31:19,24 32:1

center 14:25 15:2,3,10, 23 16:4,9, 12,16,24 18:20 20:22

chair 8:25 9:1,3

check 20:2

chef 31:4

choke 13:11, 13

circle 8:25

clarification 21:9

clean 26:16

Cole 4:11, 16 5:12 8:15 10:15,22 26:21,24 30:4,7,15 31:9

Cole's 6:6

company 21:7

complies 4:6

concluded 32:10

container 8:6 12:21, 24,25 13:2,23 27:3,11 28:7 29:1 30:8,14

containers 27:22,25 28:17,21 29:12 30:15,22

continue 16:21

conversations 14:9 15:19

Corporation 4:19

correct 12:18

couple 18:4, 9 22:24

court 4:25

crew 13:20 14:1,5,10, 12,16,20 15:9 18:16

CROSS-EXAMINATION 27:1

cruise 6:7, 9,14 20:15,19 21:1 25:25 26:6 28:16 29:8,11 31:21 32:2

**D**

date 5:21

day 6:14, 18,19 7:1 19:2,4 27:15,16, 19 28:16 29:12,16

defendant 4:18

defendant's 8:12 12:11

Defense 8:10 12:9,17,20

depict 8:20 12:14

depicted 8:15 10:8

depicting 20:9

deposition 4:20 8:11 32:10

describe 9:15,16

DIEPPA 9:15, 23 10:11, 16 12:7 13:4 26:23 27:2 28:24 31:9 32:6

dining 29:16

DIRECT 4:14

doctors 20:23

Dominoes 6:21 8:8 16:21

drank 6:20

drink 7:22, 23,24

drinks 7:21 8:4 17:10

drop 7:4

duly 4:12

**E**

eat 8:9

eating 6:24 7:1,2 9:9 13:10

employee 28:16 29:8 30:13

employees 27:17

empty 28:7

estimate 32:7

Eureka 5:23

eventually 14:13

every- 25:22

EXAMINATION 4:14 31:13

excuse 20:16 26:2 30:3

exhibit 8:11,12 10:11 12:10,11, 18,20 13:5 20:4,10

**F**

face 11:23

facing 30:7

fall 29:5 30:15

familiar 27:24

faster 4:24

female 14:12,16, 19 15:16, 18,20

Filipino 30:13

finish 4:24

fixed 31:6

follow-up 26:23 31:12

food 9:14 13:10,11, 12,13

form 28:23

forward 9:10

freezer 28:9

full 5:10 23:4

**G**

game 6:22

games 17:8,9

generally 28:5,12

girls 18:3,5 30:1

give 4:8 21:23

good 4:16, 17

groceries 26:14

grocery 25:16,18 26:11

ground 4:23 30:22

guess 6:24 27:22

gust 28:20

gusting 27:15,19

guy 9:19 15:6,24 16:5 18:4 27:12

guys 18:4, 5,9 22:21, 22,24

**H**

hand 4:5 25:19

handle 31:15,18, 21 32:1

handled 31:25

happened

6:11 9:4 21:2 29:7 30:19

hard 28:1, 3,14 31:19,24, 25

Hart 23:6,7

hatch 28:13

health 21:10,12, 14,17,21

heavy 28:12

helped 15:10

high 27:4

hit 7:3 8:5 9:12 10:7 11:2,3,8, 9,12,13,21 14:16,21 19:15,17 30:16

hold 13:16

holding 9:17,19

home 20:2 21:5

hour 7:9,13

hours 16:24 17:2,6,8, 9,11,24 18:6

hurt 24:23

**EUREKA COLE vs CARNIVAL CORPORATION**
**Lucien Cole on 08/02/2023**                    Index: ice..matter

|     | I |
| --- | --- |

ice  14:8

identification
  8:13 12:12

identify
  23:2

incident
  6:11 8:22
  9:2 22:20
  23:3 30:5

income  22:3

indicating
  9:24 10:9

individual
  16:15

injured
  27:18

injury  26:1,
  7

instructions
  4:23

insurance
  21:10,12,
  14,17,21

involved
  22:11
  23:24
  24:10

issues
  23:18,21

|     | J |
| --- | --- |

JARNAGIN
  4:15 8:10,
  14 10:1,
  12,13,19
  12:9,13
  13:7 26:20
  28:23
  31:11,14
  32:4,9

job  21:16
  26:17

join  29:24

July  6:7,11
  20:19

|     | K |
| --- | --- |

Kalik  7:24

kind  27:9
  28:16 29:5

knew  18:11

knocks  28:21

|     | L |
| --- | --- |

ladies  22:25

language
  14:4

larger  12:21

lawsuit
  22:12

lean  9:10

leave  14:24

left  10:4
  11:18
  12:2,25
  22:5,9
  24:17,22,
  25 25:4,8,
  9,11,14
  26:1,6

legal  5:19

lid  7:2 8:6
  10:7,14,21
  11:18,19
  12:4,15,
  17,21,25
  13:1,15,18
  14:16,21

lids  9:11
  10:2,3,25
  11:6,11,25
  12:1 13:2
  15:24
  27:3,11
  28:13
  29:2,3
  30:14
  31:16,20,
  25 32:1

lift  24:24,
  25 25:2,5,
  7,9,11,14,
  16,22,23
  26:11,12

limitations
  24:16,19,
  21

liquor  7:21,
  23

left  10:4

live  20:18

lived  20:17

living  21:4

long  4:22
  7:11

loss  6:23

lost  6:22
  8:9

lot  26:8

Lucien  4:11
  5:12

|     | M |
| --- | --- |

make  11:24
  26:13

making  22:3

male  13:20
  14:1,9,18,
  22 15:16,
  17,19

mark  8:10

marked  8:12,
  25 10:14,
  20 12:11

marking  12:9

married  5:25
  6:3 20:12

marry  6:2

matter  4:19

meat   28:8

medical
  14:25
  15:1,3,10,
  23  16:4,8,
  12,16,24
  18:20
  20:22

medically
  23:17,21

meet   5:23,
  24

member  13:20
  14:1,5,10,
  12,16,20
  23:11

members   15:9
  18:16

mentioned
  27:14

mid-november
  22:1

middle   5:13,
  15

moment   30:19

monetary
  24:7

money  21:23
  22:5,8

monthly
  21:15,16,
  20

motor   23:24

24:2

mouth   9:14
  13:12

movable
  31:5,7

move   9:11
  17:3

---
N
---

named   7:23

names   5:19
  18:8,10,
  12,14

neck   23:22,
  23

nurses   20:24

---
O
---

oath   4:12

Object   28:23

objects
  24:25

observe
  13:20
  19:1,3

observed   9:7
  10:7  26:15

one's   22:14

open   29:16

ordered   32:7

ordering

32:8

---
P
---

p.m.   4:3
  8:2  32:10

packing
  15:24

paid   22:5,8

party   23:11

passed   14:15

pay   21:15,
  16,20,23,
  24

people
  15:12,16
  17:7  18:11
  29:14

period   7:15
  17:14
  18:17  22:3

person
  13:17,24
  16:16

personally
  26:9

ph   31:4

phone   17:25
  19:7,8,24,
  25

photo   10:8

photograph
  8:11,16,20

12:10,14

photos   19:1,
  3,5,7
  20:1,3

physical
  22:9
  24:16,18,
  21

physically
  31:15,21

pick   11:2

picked   29:1
  30:22

picks   28:21
  29:3

picture
  19:11 20:6

pictures
  19:9,10,
  12,13,15,
  16,20,22

plastic   8:6
  10:2,3,7,
  21,25
  11:5,6,11,
  18,19,25
  12:1,4,15,
  21 13:2,18
  14:16,21
  31:15,25
  32:1

plates   28:8

play   6:22
  16:21

17:8,9

playing   6:21
  8:8

point   5:7

port   6:15

pow   10:6
  11:3

present   6:9
  20:15,20

presently
  24:22

pretty   6:25
  28:4,12

prior   26:5

proceedings
  4:3

pronounce
  23:10

propped   13:3

provider
  21:18,21

purse   25:11

put   25:17
  30:24
  31:1,4

_____

Q

question
  4:25 5:2,
  3,4

questions
  26:21

quick   11:4

_____

R

R-O-A-R-Y
  5:18

rack   31:4

radio   7:6
  9:21 13:24

raise   4:4

rapid   11:7

read   32:5,6

real   28:14

recall   6:17
  13:14
  14:1,5,22
  15:12
  24:1,6,9,
  14,15

received
  24:7

recognize
  8:15,17

record   5:1,
  11 9:23
  13:4

REDIRECT
  31:13

referencing
  13:5

regular
  17:15

remain   16:19

remember
  14:18,22
  18:12
  21:19,20
  22:23

renovation
  21:5

rent   21:23

rephrase   5:3

reporter
  4:4,7,25
  21:9 32:5,
  8

resided
  20:14

restaurant
  6:20 7:12,
  15

result   24:8

returned
  18:19,22

Roary   5:12,
  16

Rock   28:1,3
  31:19,24
  32:1

rule   16:14

rules   4:23

_____

S

sat   6:25

seat   17:1

self-employed
  21:6,8

send   32:7

separate
  10:3,5
  11:10,16,
  19 12:4,5

separately
  11:6

September
  22:1

settlement
  24:8

share   21:12,
  13

ship   6:14
  8:1,5
  20:23 21:2
  31:21 32:2

shirt   15:15

shot   19:10,
  11

shoulder   7:3
  9:13,24
  10:4
  11:19,20
  12:2,25
  22:6,9
  26:1,6
  30:11

shoulders
  23:18

show   19:15,
  16 20:3,5

Similar 31:23

sir 5:6,9, 20 6:10 12:16,19 13:22 15:21 16:18 18:21 20:13,21 21:3,11, 13,22 22:4,10, 16,18 23:13,19, 23 25:10 27:23 28:19 29:17 31:17

sit 9:8 15:8 16:20 17:1,3 29:19 30:1

sits 12:21

sitting 6:24 7:12 8:18, 21,23,24 9:1 14:13 16:22 17:25 18:24 26:4 29:19

sound 6:12

speak 12:7 17:13,21

18:16 21:1

specifically 9:6 13:15 15:25 22:24 27:21

spell 5:17 23:8,9

Spit 13:11, 12

stack 10:25 28:21

stacked 12:1 27:4 28:17

stacking 27:21

standing 13:22,23

started 16:6

state 5:10

station 27:8 28:17 30:14 31:5,6,7

stay 16:25

store 28:8

strap 29:11, 13

strapped 29:15

strike 11:5 31:16

struck 10:4, 14,22,25 11:7,10, 16,18,19 12:2,5,15, 18,24 13:15,17 27:11 30:4 31:20,22

stuff 8:18 26:8

succession 11:7

sudden 30:2, 5

sued 22:14, 15

Super 31:4

surgery 22:6,9

swear 4:7

sworn 4:12

_____

T

_____

table 8:18, 20 14:13, 17,21,24 29:22

tables 28:10

taking 7:7 19:1,3

talk 6:6 13:21

17:5,7

talked 17:24

talking 17:15

telling 11:15 29:18

terms 27:3

testified 4:12

testimony 4:8

therapy 22:9

thing 31:23 32:6

time 4:21 7:15 8:5, 21 9:2 11:9,16 12:5 14:15 18:24 20:14,19 23:14,20 27:4 29:21

times 10:2 11:10,16

today 4:23 6:6 26:4

told 15:22 16:15

top 9:12 12:1,22

totally

**EUREKA COLE vs CARNIVAL CORPORATION**
Lucien Cole on 08/02/2023     Index: traveling..wow

25:4,5,24
26:4

**traveling**
23:11

**Travis**
17:15,20,
22,24
18:2,9
19:15 23:6

**Travis'**
17:18

**treated**
23:17,21

**triangle**
10:21

**trip** 18:4,
10,14

**trips** 26:13

**truth** 4:9

**two-hour**
17:13
18:17

**type** 5:1
22:11

**types** 27:24

---
**U**
---

**Uh-hm** 12:23
14:14
18:16
23:16
24:13

**unable** 25:4,

5,14,24
26:5,10,15

**understand**
5:2 11:25
26:2

**understanding**
14:12
16:23

**understood**
5:4

**unstacking**
27:22

**upper** 31:3

**upstairs**
9:22

---
**V**
---

**vehicle**
23:25 24:2

**verbally**
10:16,17

---
**W**
---

**wait** 7:9
15:8

**waiting**
16:22
17:4,25
18:6,17

**waive** 32:5

**walk** 16:6
18:23
28:15

**walking**
18:25

**warn** 30:14

**warnings**
29:18,20

**water** 25:8,
9,21

**wearing**
15:13,14

**wheels** 31:7

**white** 15:15

**wife** 6:24
8:5,21,22
9:1,4,21
10:8
12:15,18
13:8,21
14:6,7,15,
21,24
15:1,3,10
16:9,23
17:16
18:7,17,
19,22
19:16
20:12,17,
18 21:2,
12,22,23,
24,25
23:14,20,
24 24:10,
16,21
25:24 26:4
27:10,18
28:18

29:24
30:16
31:16,20,
22

**wife's** 12:25
22:5,8,20
23:3 29:5

**wind** 9:9,10
11:2 27:14
28:20

**winds** 27:15,
19

**windy** 7:1
9:9 28:16
29:12

**witnessed**
13:9
22:19,22
23:3

**work** 21:6,
8,25 28:1
31:19

**worker** 7:4

**workers**
29:11

**working**
15:24 16:6
27:10,17,
18 28:17
30:13

**workstation**
27:9,10

**wow** 18:25

**wrong**   23:9

_____

**Y**

_____

**year**   6:2