**In The Matter Of:**

*EUREKA COLE v.*
*CARNIVAL CORPORATION*

*JUAN ESTEBAN VANEGAS GONZALES, M.D.*
*October 11, 2023*
*ORIGINAL TRANSCRIPT*

*CourtScribes, Inc.*
*"Delivering More For Less"*
*(833) 727-4237*
*info@courtscribes.com*
*www.courtscribes.com*

**ORIGINAL TRANSCRIPT**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:  23-CV-60532-RAR


EUREKA COLE,

      PLAINTIFF,

  V.

CARNIVAL CORPORATION,

      DEFENDANT.

_____

          VIDEOTAPED DEPOSITION OF

      JUAN ESTEBAN VANEGAS GONZALES, M.D.


DATE:        OCTOBER 11, 2023

REPORTER:    KRISTEN WAY

PLACE:       VIA REMOTE ZOOM VIDEO CONFERENCE

**ORIGINAL TRANSCRIPT**

2

APPEARANCES


ON BEHALF OF PLAINTIFF:

RAYMOND DIEPPA, ESQUIRE

FLORIDA LEGAL, LLC

150 SOUTHEAST 2ND AVENUE, SUITE 1001

MIAMI, FLORIDA  33131

TELEPHONE NO.:  (305) 901-2209

E-MAIL:  RAY.DIEPPA@FLORIDALEGAL.LAW


ON BEHALF OF DEFENDANT:

COOPER JARNIGAN, ESQUIRE

GRAY ROBINSON, P.A.

NORTHBRIDGE CENTRE

515 NORTH FLAGLER DRIVE, SUITE 650

WEST PALM BEACH, FLORIDA  33401

TELEPHONE NO.:  (561) 268-5727

E-MAIL:  COOPER.JARNAGIN@GRAY-ROBINSON.COM

**ORIGINAL TRANSCRIPT**

3

INDEX

Page

PROCEEDINGS                                          5

DIRECT EXAMINATION BY MR. DIEPPA                     6

CROSS-EXAMINATION BY MR. JARNIGAN                   28

REDIRECT EXAMINATION BY MR. DIEPPA                  29


EXHIBITS

Exhibit                                           Page

1   CARNIVAL CRUISE LINE DOCUMENTS                   9

2   CCL MEDICAL DOCTOR JOB DESCRIPTION              12

3   CCL EMPLOYMENT AGREEMENT                        14

4   07/22/2022 MEDICAL RECORD                       15

**ORIGINAL TRANSCRIPT**

4

STIPULATION

THE VIDEOTAPED DEPOSITION OF JUAN ESTEBAN VANEGAS GONZALES TAKEN VIA REMOTE ZOOM CONFERENCE ON WEDNESDAY, THE 11TH DAY OF OCTOBER 2023, AT APPROXIMATELY 11:16 A.M.; SAID DEPOSITION WAS TAKEN PURSUANT TO THE FLORIDA RULES OF CIVIL PROCEDURE.

IT IS AGREED THAT KRISTEN WAY, BEING A NOTARY PUBLIC AND COURT REPORTER FOR THE STATE OF FLORIDA, MAY SWEAR THE WITNESS AND THAT THE READING AND SIGNING OF THE COMPLETED TRANSCRIPT IS NOT WAIVED

**ORIGINAL TRANSCRIPT**

5

P R O C E E D I N G S

COURT REPORTER:  The time is 11:16 a.m., and we are now on the record.

We are here today, October 11, 2023, by remote appearance for the purpose of recording the deposition of Juan Esteban Vanegas Gonzalez, M.D., in the matter of Eureka Cole versus Carnival Corporation, Case Number 23-CV-60532-RAR, United States District Court, Southern District of Florida.

Counsel, please state their appearance for the record.

MR. DIEPPA:  Raymond Dieppa here, counsel on behalf of the plaintiff, Eureka Cole.

MR. JARNIGAN:  And Cooper Jarnigan, on behalf of defendant, Carnival Corporation.

COURT REPORTER:  Thank you.

Mr. Gonzalez, please raise your right hand.

Do you, Juan Esteban Vanegas Gonzalez, swear or affirm to tell the truth, the whole truth and nothing but the truth, so help you God?

Dr. GONZALES:  I do.

COURT REPORTER:  Thank you.

Counsel, you may begin.

MR. DIEPPA:  Mr. Jarnigan, as the witness is, I assume, outside of the United States, do we

6

stipulate that the witness is properly sworn, and this deposition can continue pursuant to the rules of Civil Procedure?

MR. JARNIGAN: Yes, we do.

MR. DIEPPA: Okay, great.

DIRECT EXAMINATION

BY MR. DIEPPA:

Q All right. Good morning, sir. Can you please state your full name?

A Yeah. My name is Juan Esteban Vanegas Gonzalez.

Q Where are you currently located?

A I'm located in Medellin, Colombia.

Q Okay. And are you currently employed?

A I'm currently employed by Viking Cruise Line.

Q And how long have you been employed by Viking Cruise Lines?

A I started on September last year.

Q And what company were you employed with before Viking Cruise Lines?

A So I was working with -- as an independent contractor, as I was working with -- with Carnival Cruise Line, but as an independent contractor.

Q Okay. When you say you were working with

7

Carnival Cruise Line as an independent contractor, what were your job duties?

A    So I was working in the medical center.  I was managing everything related to the medical field.  Like, being part of the -- of the assessment of the patients, treatment, and everything related to the medical field.  And I had a team, so I was the senior physician.  So I had a team of another doctor, usually nurses and -- and other assistant positions, like, healthcare assistants and medical administrator.

Q    Do you hold any degrees, secondary university degrees, or licenses?

A    Yeah, I have the -- the medical license in Colombia, but I'm not licensed in the United States.

Q    Okay.  So when you say you have your medical license in Colombia, can you tell me -- provide for me your educational background?  You know, where you went to university, your highest level of completion of university, and if you were given any licenses or special privileges?

A    Yeah, my general practitioner, I started the medical school in 19 -- sorry, 1991, and I finished on July 1998.  Then I started working as a general practitioner in Colombia, all the time in Colombia, until 2011.  (Crosstalk.)

**ORIGINAL TRANSCRIPT**

8

And then -- sorry?

Q    No, you can go ahead.  Sorry, it's just background noise.  Continue.

A    Okay.  Sorry.  So in 2011, I started working as an independent contractor, as I said, in with Carnival Cruise Line.  And then I had a break in 2015, March 2015 until March 2016.  I went to Papua, New Guinea.  I was working for International SOS for one year.  And then I went back to -- to Carnival as an independent contractor until actually, I started in -- in Viking Cruise Line.  I had one contract in -- in Crystal Cruise Line, but that was like three months during the pandemic.

Q    Okay.  What was the name of the university where you received your medical training?

A    It is called Universe -- Universidad de Antioquia.

Q    And where is that located?

A    It's in Medellin.  It's in Colombia.

Q    Okay.  And after you completed that training at the university, did you undergo any residency training or anything like that?

A    No, I had a -- but not formal training because I started working for -- for the cruise lines. I was trained in ICU, but I didn't get the formal

license because I -- I went to the cruise ships so -- so it's not a residency.  So --

Q    Sorry.  Did you --

A    Sorry, sorry.

Q    I was going to ask you, did you have to take any formal licensing or board examination to obtain your medical license in Colombia?

A    No, no, no.  We don't have it here.  So we finish the medical school, and we do one year that is like a social service, and that's it.

Q    Okay.

MR. DIEPPA:  And I'm going to show you what I will mark as Exhibit 1.  These are some documents that were provided to us by Carnival Cruise Lines.

(EXHIBIT 1 MARKED FOR IDENTIFICATION.)

BY MR. DIEPPA:

Q    Can you see it on your screen?

A    Yeah, I can see it.

Q    Okay.  Is this a copy of your medical license?

A    Yeah, that is the medical license that we receive here in Columbia.

Q    Okay.  So that would have, I guess issued -- looks like this one was issued in 1998.

A    Yeah.

10

Q    -- in 1999?

A    1998.  This thing that is called "Rectus" is like the administrative process.  So I got the -- that number after I finished my -- social service.  That that is the rectus.

Q    Okay.  And how long or how many years have you been working as a medical doctor?

A    Oh, since I finished my medical school in 1998.  That would be like 25 years approximately.

Q    And have you always worked as a medical doctor relating to, I guess, you know, maritime medical issues treating patients on cruise ships?

A    Yeah, as I said, I started in 2011.  After that, I didn't work in any other place.  So only in cruise ships, and with that break.  But yeah, I've been working as a medical physician, as a medical doctor.

Q    Okay.  And before 2011, you were not working on cruise ships?

A    No, not at all.

Q    What type of work were you doing from the time -- I guess from the date you graduated medical school up through 2011?

A    So I -- before I graduated, I went to Harvard Medical School for a clerkship.  It's a --

ORIGINAL TRANSCRIPT

11

it's an agreement with the university, from my university for three months. And then when I came back from that clerkship, I started working in different fields. So usually, ER and ICU most of the time.

Q   Do you have any training or experience in orthopedic medicine?

A   We have a training during the medical school because the medical school is quite intense, so it's like 6-1/2 years. So we have one complete semester in the medical school, and then obviously, you know, Columbia is kind of violent. So we see a lot of people with fractures and orthopedic conditions. Yeah, but we are trained on it, but not like an expert. Yeah.

Q   I understand. In the course of your practice, after you received your medical training and you graduated from medical school, did you also get experience treating orthopedic injuries?

A   Yeah. Yeah, we do.

Q   Are you a surgeon?

A   No, I'm not a surgeon because this is a different residency. I'm a general practitioner.

Q   Okay. So at your -- your practice and qualifications it, it includes training as to how to

12

treat orthopedic injuries, but you do not perform surgery relating to orthopedic injuries? Is that a correct description?

A That's correct.

MR. DIEPPA: So we'll move on to Exhibit 2. This is another document that was provided to us.

(EXHIBIT 2 MARKED FOR IDENTIFICATION.)

BY MR. DIEPPA:

Q And looking at the last page is that your signature, sir? Or Doctor?

A That's correct. Yeah.

Q Okay. And are these -- or I guess were these the descriptions of your job duties while you were working as a senior doctor for Carnival Cruise Lines?

A That's correct. As an independent contractor.

Q Okay. Yes, I mean, you were -- whatever the relationship was you were working as a medical doctor assigned to one of Carnival Cruise Lines cruise ships? Is that an accurate description of what your responsibilities were?

A Yeah, that's correct.

Q And in terms of the ship we're here about today, the Carnival Conquest, were you the chief

13

medical officer assigned to that ship?

A    That's correct.  Yeah, I was the medical chief.

Q    Okay.  And so the summary of your responsibilities, I see some of them here.  The job summary was you were to act as the head of the medical department in charge of medical care of guests and crew, administrative duties, comply with all company policies and procedures.  Is that an accurate description of what your job duties were?

A    Yeah, that's accurate.

Q    Okay.  And then in terms of responsibility and authority, Section 4.0, we see you were to deliver safe, evidence-based patient care at all times.  And, number three here, we see "routinely performed thorough and appropriate physical examinations." Is that correct?

A    That's correct.

Q    And then you also, I guess which is something pretty standard, to develop an appropriate assessment, differential diagnosis, treatment and follow-up plan for every patient; is that right?

A    That's correct on board.  Obviously, we don't do any follow-ups out of the ship.

Q    Yes, your -- your treatment of the patient

14

is limited to the time they're on the ship.  And then once they leave the ship, they have to follow up with outside physicians; is that correct?

A    That's correct.

Q    And on July 4, 2022, were you assigned as the Chief Medical Officer and senior physician for the Carnival Conquest Cruise ship?

A    Yeah, that's correct.

MR. DIEPPA:  And just going to the next exhibit here, Exhibit 3.

(EXHIBIT 3 MARKED FOR IDENTIFICATION.)

BY MR. DIEPPA:

Q    Is this -- I guess this is the agreement to -- to work for Carnival Cruise Line at least as of April 11, 2022?

A    Yep, that's correct.

Q    So you would have been the Chief Medical Officer on the Carnival Conquest as of April 11, 2022, as we see here?

A    I don't want to speculate on the exact dates, but this is -- this is the letter that I receive usually for me to be able to enter the country.  So this is -- this is the letter for employment.

Q    Okay.

15

A    I'm not completely sure if that -- that was the exact date, but yeah.

Q    Understood.  Outside of the training you received, I guess at Harvard Medical School, have you received any other training in the United States?

A    No.  Sorry, just -- just some -- for example, we need to do the ACLS, the LS.  That is the Advanced Cardiac Life Support training.  So we do -- we did something in the United States, but not like -- like a residency or something like that.

MR. DIEPPA:  Okay.  So going to exhibit 4.

(EXHIBIT 4 MARKED FOR IDENTIFICATION.)

BY MR. DIEPPA:

Q    Can you see it on your screen here?

A    Yeah, I can see it.

Q    Okay.  This is a medical record that appears to have been prepared by you on July 22, 2022.  Have you had an opportunity to review this record before your deposition today?

A    Yes, I did.

Q    Okay.  And I'm just going to scroll through the record here till we get to the end.  And now that I've scrolled through the entire record is this a true and correct copy of the record you prepared relating to the patient, Eureka Cole, and your examination of

16

her on July 22, 2022?

A    That's correct, yeah.

Q    Okay.  And this was prepared in the course and scope of your duties while you were working as the senior medical officer for Carnival Cruise Lines?

A    That's correct.

Q    Outside of this record, do you have any independent recollection of treating this patient?

A    No.

Q    Okay.  So I will just go through some of the entries here in your records the -- the time on the top here, does that indicate approximately when this patient presented to you at the ship's infirmary?

A    Yes, this is -- this is the the summary of the date and time of the attention.

Q    Okay.  So that looks like it would have been 19:34.  That's, I guess Universal Time or Greenwich Mean Time, correct?

A    Yeah.

Q    And the chief complaint of the patient when she presented to your infirmary, can you tell me what that was?

A    Yeah.  So -- so the first approach to the patient is -- was made by the lead nurse, not by me.

Q    Uh-huh.

**ORIGINAL TRANSCRIPT**

17

A    And what she said is, is what is written there.  She -- she attended a patient that was stating that -- that was hit by a plastic lid in the left shoulder, and she was complaining of pain.

Q    Okay.  And in the note, does it indicate it was a lid or it was a container?

A    So -- so like the -- the statement of the -- of the -- of the nurse is a container.  But what she told me is what is written there.  I don't know.  I don't know what she is -- she saw exactly.  So --

Q    Okay.  And so the -- I guess the -- the initial intake from Nurse Ong, who was working under you, was that Miss Cole had presented to the infirmary with left shoulder pain and indicated that she was hit with a container in her left shoulder at 6:20 p.m.

A    Yeah, I don't know if it's the whole container or the plastic lid.  I don't know what she saw there because I wasn't there.

Q    Okay.

A    And then -- yeah.

Q    But you would have spoken to Miss Ong before you commenced your examination of this patient, correct?

A    Yes because she presented the -- the patient to me.

**ORIGINAL TRANSCRIPT**

18

Q    Understood.  And later on at 19:40 Universal Standard Time, you took your own patient history, correct?

A    Yeah.  Usually -- usually, we see the patient a little bit earlier, but we do the -- the notes after that.  So it's -- yeah, it's approximately at that time.

Q    Okay.  So where it says HPI, that's you speaking directly to the patient, Miss Eureka Cole, and getting her history of patient injury; is that right?

A    That's correct.

Q    Okay.  And on the -- on your history of patient injury, can you relate to me what Miss Cole indicated to you regarding the history of her injury?

A    Yeah, she was saying that she was on the Lido deck and and she was hit by a plastic container, on the left trapezius area.  And she was saying that, that night -- that day it was windy, and the wind blew it up and the container hit the left shoulder.  She was saying the left shoulder, but she was pointing at the trapezius.

Q    Okay.

A    And she was complaining.  That's it.

Q    Okay.  When you say the trapezius, it would

19

have been the left trapezius area as you've indicated here?

A    Yeah, it's -- it's like between the spine and the shoulder.  So this area is the left trapezius.  So the shoulder is only this corner.  But she was pointing at the trapezius.

Q    Okay.  And you subsequently, after you took the history of patient injury, you performed a physical examination here?

A    Yeah, that's correct.

Q    Okay.  And did Miss Cole indicate that she had pain when you examined her left trapezius?

A    That's correct.

Q    Okay.  And in terms of her -- I guess you have a note here for psychiatric.  It indicates that she, Miss Cole, did not present with any abnormal affect or abnormal behaviors during examination; is that correct?

A    That's correct, yes.

Q    And then you -- apparently, you diagnosed Miss Cole's injury.  Can you tell me what your diagnosis was, Dr. Gonzalez?

A    Yeah, the diagnosis is based on the ICD-10.  So there is a code.  There is M62.6 and is muscle strain so --

20

Q    Okay.  And it looks like you prescribed some medication here for Miss Cole's injury; is that correct?

A    That's correct.

Q    And that was Ibuprofen, 200 milligrams?

A    That's correct.

Q    And you gave the patient, Miss Cole, some additional instructions to follow up with her doctor back home?

A    Yeah.

Q    Okay.

A    That's correct.

Q    And that was for purposes of further examination of the shoulder?

A    Yes, because we don't have -- we don't have all of the tools on board, like, all the tests that, that she maybe will need.

Q    I see.  Is there an MRI machine on board?

A    We don't have it on board.

Q    So you would not have been able to conduct an MRI of the left shoulder area that Miss Cole was complaining about?

A    That's correct.

Q    You also indicated that she -- she should ice down the affected area on her left shoulder four

21

times a day for 20 minutes?

A     Yeah, on the affected area.  It was more like the trapezius.

Q    Okay.  And then you have some injury classifications here at the bottom of your note.  You indicate the type of injury was a bruised contusion to the upper back, right?

A    Yeah, that's correct.

Q    Okay.  And then you -- I guess there's an indication here where you are asked, or you have to indicate whether a pre-existing medical condition could have contributed to the incident.  What was your answer as to that inquiry?

A    Yeah.  So -- so there's no pre-existing medical condition that can contribute to the incident. I knew that she had some medical issues before, but not related to the incident.

Q    Okay.  So your indication and your note was that, "No.  There was not any pre-existing medical condition that could have contributed to this incident."  Is that correct?

A    That's correct.

Q    And then you also had an indication here that after your examination, alcohol or drugs did not contribute to this incident; is that correct?

**ORIGINAL TRANSCRIPT**

22

A    That's correct.  It is not related.  I don't know if she was drinking or not, but -- but the fact that the plastic container or lid hit her, it doesn't change if she was drinking or not.

Q    Okay.  But I mean, during your examination and the time you met with the patient, and you took a history from the patient, you did not detect, and your records do not indicate, any intoxication or any consumption of alcohol or drugs?  We can agree?

A    We don't -- we don't do any alcohol tests for the guests on board, unless they request it, or it is related to the symptoms of the -- of the patient.  So I don't know if she was drinking or not.

Q    Yeah, no, I understand that.  My question is a little different.  Is that in your -- in your records, you indicated that she did not have any abnormal behaviors or any abnormal effects, correct?

A    Yeah, that's correct.

Q    So she did not appear to you to be intoxicated to the point where you would have maybe noted it in the psychiatric section here, correct?

A    That's correct, not grossly intoxicated.

Q    Yeah.  And you did not notice any odor of alcohol or any other signs of -- of alcohol consumption when you physically examined the patient,

23

correct?

A    I cannot speculate to be honest because I see a lot of patients.  So I don't -- I don't want to speculate, but, yeah.  According to my notes, she was, like -- like acting normally.

Q    Yeah, I mean that's -- you're trained in, in basic life support, emergency aid.  That's something you as a physician, you're -- you're trained to recognize it if -- if it does present to you in a patient.  Correct?

A    That's correct.

Q    Okay.  And in this case, you did not see any clinical signs of any intoxication or anything of that nature?

A    At least -- yeah, at least grossly.  Grossly intoxicated, no.

Q    None.  And none that you indicated in your report, correct?

A    That's correct.

Q    And then you indicated here as the direct injury cause, you indicated "struck by object" as the cause of this injury?

A    Yeah, that was -- that was based on the statement of the patient, yeah.

Q    Yes.  And in terms of the the patient's

24

statements that were provided it to Nurse Ong and were provided to you were they consistent with the injuries that you diagnosed upon physically examining the patient, Miss Cole?

A    Yeah, that's correct.

Q    And is that why you indicated in your conclusion that the cause of injury was consistent with being struck by an object?

A    That's correct.

MR. DIEPPA:  One moment here.

BY MR. DIEPPA:

Q    After you examined Miss Cole on July 22, 2022, did you have an opportunity to speak to her again afterwards?

A    No.  Actually, I gave her the instructions to call 911 in case of any other symptoms or worsening,  and that's it.  So, I didn't.  I didn't talk to her again.

Q    And did you -- were you asked to examine her again in any way?

A    Yeah, I gave her the instructions to -- to do a follow up with her doctor back home.

Q    Okay.  Are you aware of the conclusions of and diagnosis of her subsequent treating physicians concerning this injury?

25

A    After the patient leaves the patient (sic), we don't -- the -- the ship, sorry -- we don't have any, any reports or something like that because the confidentiality usually is very difficult to get reports or something.

Q    Okay.  And did Miss Cole complain about any other part of her body other than her left shoulder?

A    No.  Only -- only the -- that area.

Q    And at the time you were examining Miss Cole and generating your medical record relating to her, which we've marked as exhibit 4, were you acting in the course and scope of your duties as the Chief Medical Officer assigned to the Carnival Conquest?

A    That's correct, yeah.

Q    Okay.  Were all your conclusions stated today and contained in your medical record based on your training and experience as a medical doctor and physician?

A    Yeah.

Q    And as we discussed earlier in your deposition, one of the things that the -- the job description for Chief Medical Officer requires is that you perform a proper differential diagnosis of each patient.  Do you recall that?

A    Yes.

26

Q    Okay.

A    Yes, but the -- go ahead.  No, no worries. Yes.

Q    And when you were examining Miss Cole and determining the cause of her injury did you also follow that procedure and go through the steps for conducting the differential diagnosis and reaching a likely diagnosis of this patient, Miss Eureka Cole?

A    Yep, that's correct.

Q    All right.  And are all those conclusions indicated in your -- the report and medical record we've marked as exhibit 4?

A    Yeah, that's correct.

Q    Okay.  So as -- as you didn't conduct an MRI of Miss Cole's shoulder, you would not have any information as to the condition of any of her tendons, any of her underlying musculature or cartilage, because you would not have been able to see that on the X-ray that you took, correct?

MR. JARNIGAN:  Objection.

THE WITNESS:   That's something -- something that is not completely correct, because -- because clinically, we can -- we can see if there's any signs of -- even if it's not 100 percent accurate, at least we can -- we can suspect any impingement or -- or

rotator cuff tear with the clinical examination.  So not necessarily, we cannot do anything.  So we can -- we can suspect some -- some injuries, or we have an X-ray on board as well to rule out, like, a fracture or dislocation.

BY MR. DIEPPA:

Q    Yeah, I mean you can -- you can suspect an impingement, but you can't completely eliminate it or or rule it out without some diagnostic imaging?

A    That's -- that's correct.

Q    And -- and that's -- like I said, you -- there's -- you're limited as to what you can do on the ship.  But you would agree with me that that generally, you know, in order to eliminate the possibility of any tears to tissue or ligament or tendons, a standard of care is generally to -- to follow up with an MRI or a -- or a CT scan, possibly when the -- when the patient's off the ship, which is what you did.  You recommended that Miss Cole follow up with another physician, correct?

A    That's correct.

MR. DIEPPA:  All right, Dr. Gonzalez.  Those are all the questions I have for you.  Your attorney or the attorney for Carnival Cruise Line may have some follow-up questions,

**ORIGINAL TRANSCRIPT**

28

THE WITNESS:  Okay.  Thank you.

MR. JARNIGAN:  Yes, just a few brief follow-up questions.

CROSS-EXAMINATION

BY MR. JARNIGAN:

Q    Doctor, earlier you were shown the onboard medical chart, exhibit 4, and you were asked a question about your entry that says, "Could pre-existing medical conditions have contributed to the incident," and you listed "No."  Is that your memory?

A    Yeah, that's correct.

Q    With regards to whether pre-existing medical conditions could have contributed to the incident is the incident referring to Miss Cole reporting that a plastic container had struck her left trapezius area?

A    Yeah, it's what I explained before.  So even if the patient had some previous medical condition, it doesn't change the fact that the -- the object struck her trapezius or shoulder.  That's why I said, "No."

Q    And your knowledge of Miss Cole's -- strike that.

And your knowledge of Miss Cole's physical condition was limited to your treatment of her on board the vessel; is that right?

A    That's correct.

Q    So if Miss Cole had had any pre-existing medical conditions in her left shoulder or left trapezius area, you wouldn't have been aware of that on July 4th of 2022?

MR. DIEPPA:  Object the form.  Leading.

THE WITNESS:  Yeah, we don't -- we don't have any -- as I explained before, we don't have like -- like MRI's or ultrasounds on board to -- to be 100 percent sure that she doesn't have any pre-existent tear or a cartilage injuries.  Yeah, we don't have the -- the tools.

MR. JARNIGAN:  Thank you for your time. That's all my questions.

MR. DIEPPA:  Yeah, just a brief follow-up, Dr. Gonzales.

REDIRECT EXAMINATION

BY MR. DIEPPA:

Q    You would agree with me that you actually did take a -- a detailed medical history of Miss Cole, which was part of the patient questionnaire and -- and the record, correct?

A    That's correct.

Q    Okay.  And as we can see here that questionnaire included any health conditions that she had had in the past 10 days, and you would agree with

30

me?

A    Yep.

Q    Okay.  And there was also a handwritten guest consultation form that Miss Cole was required to fill out concerning any prior medical conditions that she would have had, correct?

A    That's correct.  Yeah.

Q    And she did provide you with information concerning her medical history, including that she was -- had been suffering from diabetes and asthma, and she was taking certain medication.  She provided you with that information, correct?

A    That's correct.

Q    Okay.  So you did have, and you did inquire as to the patient's medical history prior to reaching your conclusion that no pre-existing medical conditions had contributed to this specific injury, that -- the injury to her left shoulder?  We can agree?

MR. JARNAGIN:  Objection.

THE WITNESS:  Yeah, to the -- to the incident specifically, yeah.  So this is what I said. The incident was an object hit in the left trapezius or shoulder.  So it doesn't change if the patient was asthmatic or diabetic.  So --

31

Q   Yeah, and you understand the difference, and I'll give you an example.  You know, if -- if a patient has, you know, a massive heart attack on the ship and the patient has a history of -- of, you know, coronary artery disease, that can be something that even though it happened on the ship was probably due to a pre-existing condition.  I mean you understand the distinction correct, Doctor?

A   Yeah, that's -- that's different.  This is an incident than the other one is a medical condition that would be related.

Q   Okay.  This was an acute incident where the patient had something that had hit them, as far as what you were told, and was complaining of pain in the in the same area where she was struck, correct?

A   That's correct.

MR. DIEPPA:  All right.  Thank you, Doctor. That's all I have.

THE WITNESS:  Okay.  Thank you.

MR. DIEPPA:  You can read the transcript of the deposition, or you can trust that the video and the court reporter has taken it down correctly.

THE WITNESS:  Okay, perfect.

MR. DIEPPA:  Yeah, you have to choose one, whichever one you prefer.

**ORIGINAL TRANSCRIPT**

32

THE WITNESS:  If I can read it, that would be better.

MR. DIEPPA:  Okay, the court reporter will provide you with an e-mail and, you know, you can exchange -- get her information, and she'll send it over to you.

THE WITNESS:  Perfect.  Thank you.

MR. DIEPPA:  All right.  Thank you.

THE WITNESS:  Okay.  Thank you very much.

MR. JARNIGAN:  Thanks for your time, Doctor. Appreciate it.

THE WITNESS:  Okay.  Thank you very much. Have a good day.

COURT REPORTER:  Anyone would be ordering?

MR. DIEPPA:  Yeah, I will order.

COURT REPORTER:  Okay.

MR. JARNIGAN:  And we'll take the copy. Thank you.

COURT REPORTER:  Thank you.

MR. DIEPPA:  Thank you.

(DEPOSITION CONCLUDED AT 11:54 A.M.)

**ORIGINAL TRANSCRIPT**

33

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, the undersigned, certify that the witness in the foregoing transcript personally appeared before me and was duly sworn.

Identification:  Produced Identification


_____

KRISTEN WAY

Court Reporter, Notary Public

State of Florida

Commission Expires: 8/24/2026

Commission Number:  HH305004

**ORIGINAL TRANSCRIPT**

34

CERTIFICATE OF REPORTER


STATE OF FLORIDA

COUNTY OF MIAMI-DADE


        I, KRISTEN WAY, Notary Public in and for the State of Florida at Large, do hereby certify that I made an accurate and complete digital recording of the deposition in the above-styled case.

        I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties, attorney or counsel connected with the action, nor financially interested in the action.


        Dated this 25th day of October, 2023.






        _____

        KRISTEN WAY

35

CERTIFICATE OF TRANSCRIPTIONIST

I, LUANN H. PARKS, Legal Transcriptionist, do hereby certify:

That the foregoing is a complete and true transcription of the original digital audio recording of the testimony and proceedings captured in the above-entitled matter.  As the transcriptionist, I have reviewed and transcribed the entirety of the original digital audio recording of the proceeding to ensure a verbatim record to the best of my ability.

I further certify that I am neither attorney for nor a relative or employee of any of the parties to the action; further, that I am not a relative or employee of any attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this matter.

IN WITNESS THEREOF, I have hereunto set my hand this 18th day of October 2023.


_____

LUANN H. PARKS

Case 0:23-cv-60532-MD Document 74-2 Entered on FLSD Docket 03/15/2024 Page 37 of 62

EUREKA COLE v.
CARNIVAL CORPORATION
ORIGINAL TRANSCRIPT
JUAN ESTEBAN VANEGAS GONZALES, M.D.
October 11, 2023

**A**

able (3)
14:22;20:20;26:18
abnormal (4)
19:16,17;22:17,17
According (1)
23:4
accurate (4)
12:21;13:9,11;
26:24
ACLS (1)
15:7
act (1)
13:6
acting (2)
23:5;25:11
actually (3)
8:10;24:15;29:18
acute (1)
31:12
additional (1)
20:8
administrative (2)
10:3;13:8
administrator (1)
7:10
Advanced (1)
15:8
affect (1)
19:17
affected (2)
20:25;21:2
affirm (1)
5:19
afterwards (1)
24:14
again (3)
24:14,18,20
agree (5)
22:9;27:13;29:18,
25;30:19
agreement (2)
11:1;14:13
ahead (2)
8:2;26:2
aid (1)
23:7
alcohol (5)
21:24;22:9,10,24,
24
always (1)
10:10
Antioquia (1)
8:17
apparently (1)
19:20
appear (1)
22:19
appearance (2)
5:5,10
appears (1)

15:16
Appreciate (1)
32:11
approach (1)
16:23
appropriate (2)
13:16,20
approximately (3)
10:9;16:12;18:6
April (2)
14:15,18
area (10)
18:18;19:1,4;20:21,
25;21:2;25:8;28:15;
29:3;31:15
artery (1)
31:5
assessment (2)
7:5;13:21
assigned (4)
12:20;13:1;14:5;
25:13
assistant (1)
7:9
assistants (1)
7:10
assume (1)
5:25
asthma (1)
30:10
asthmatic (1)
30:25
attack (1)
31:3
attended (1)
17:2
attention (1)
16:15
attorney (2)
27:23,24
authority (1)
13:13
aware (2)
24:23;29:3

**B**

back (5)
8:9;11:3;20:9;21:7;
24:22
background (2)
7:17;8:3
based (3)
19:23;23:23;25:16
basic (1)
23:7
begin (1)
5:23
behalf (2)
5:13,15
behaviors (2)
19:17;22:17
better (1)

32:2
bit (1)
18:5
blew (1)
18:19
board (9)
9:6;13:23;20:16,18,
19;22:11;27:4;28:24;
29:8
body (1)
25:7
bottom (1)
21:5
break (2)
8:6;10:15
brief (2)
28:2;29:14
bruised (1)
21:6

**C**

call (1)
24:16
called (2)
8:16;10:2
came (1)
11:2
can (29)
6:2,8;7:16;8:2;9:17,
18;15:14,15;16:21;
18:14;19:21;21:15;
22:9;26:23,23,25,25;
27:2,3,7,7,12;29:23;
30:18;31:5,20,21;
32:1,4
Cardiac (1)
15:8
care (3)
13:7,14;27:16
Carnival (16)
5:7,15;6:23;7:1;8:6,
9;9:14;12:14,20,25;
14:7,14,18;16:5;
25:13;27:24
cartilage (2)
26:17;29:10
Case (3)
5:8;23:12;24:16
cause (4)
23:21,22;24:7;26:5
center (1)
7:3
certain (1)
30:11
change (3)
22:4;28:18;30:24
charge (1)
13:7
chart (1)
28:7
chief (7)
12:25;13:3;14:6,17;

16:20;25:12,22
choose (1)
31:24
Civil (1)
6:2
classifications (1)
21:5
clerkship (2)
10:25;11:3
clinical (2)
23:13;27:1
clinically (1)
26:23
code (1)
19:24
Cole (21)
5:7,13;15:25;17:13;
18:9,14;19:11,16;
20:7,21;24:4,12;25:6,
9;26:4,8;27:19;28:14;
29:1,19;30:4
Cole's (4)
19:21;20:2;26:15;
28:20
Cole's (1)
28:22
Colombia (7)
6:13;7:14,16,24,24;
8:19;9:7
Columbia (2)
9:22;11:12
commenced (1)
17:22
company (2)
6:20;13:8
complain (1)
25:6
complaining (4)
17:4;18:24;20:22;
31:14
complaint (1)
16:20
complete (1)
11:10
completed (1)
8:20
completely (3)
15:1;26:22;27:8
completion (1)
7:18
comply (1)
13:8
concerning (3)
24:25;30:5,9
CONCLUDED (1)
32:21
conclusion (2)
24:7;30:16
conclusions (3)
24:23;25:15;26:10
condition (8)
21:11,15,20;26:16;
28:17,23;31:7,10

conditions (7)
11:13;28:9,13;29:2,
24;30:5,17
conduct (2)
20:20;26:14
conducting (1)
26:7
confidentiality (1)
25:4
Conquest (4)
12:25;14:7,18;
25:13
consistent (2)
24:2,7
consultation (1)
30:4
consumption (2)
22:9,25
contained (1)
25:16
container (8)
17:6,8,15,17;18:17,
20;22:3;28:15
continue (2)
6:2;8:3
contract (1)
8:11
contractor (6)
6:23,24;7:1;8:5,10;
12:17
contribute (2)
21:15,25
contributed (5)
21:12,20;28:9,13;
30:17
contusion (1)
21:6
Cooper (1)
5:14
copy (3)
9:19;15:24;32:17
corner (1)
19:5
coronary (1)
31:5
Corporation (2)
5:7,15
correctly (1)
31:22
Counsel (3)
5:10,12,23
country (1)
14:23
course (3)
11:16;16:3;25:12
COURT (9)
5:2,9,16,22;31:22;
32:3,14,16,19
crew (1)
13:8
CROSS-EXAMINATION (1)
28:4
Crosstalk (1)

7:25
**Cruise (21)**
  6:15,18,21,24;7:1;
  8:6,11,12,24;9:1,14;
  10:12,15,19;12:14,20,
  20;14:7,14;16:5;
  27:24
**Crystal (1)**
  8:12
**CT (1)**
  27:17
**cuff (1)**
  27:1
**currently (3)**
  6:12,14,15

**D**

**date (3)**
  10:22;15:2;16:15
**dates (1)**
  14:21
**day (3)**
  18:19;21:1;32:13
**days (1)**
  29:25
**de (1)**
  8:16
**deck (1)**
  18:17
**defendant (1)**
  5:15
**degrees (2)**
  7:11,12
**deliver (1)**
  13:13
**department (1)**
  13:7
**deposition (6)**
  5:6;6:2;15:19;
  25:21;31:21;32:21
**description (4)**
  12:3,21;13:10;
  25:22
**descriptions (1)**
  12:13
**detailed (1)**
  29:19
**detect (1)**
  22:7
**determining (1)**
  26:5
**develop (1)**
  13:20
**diabetes (1)**
  30:10
**diabetic (1)**
  30:25
**diagnosed (2)**
  19:20;24:3
**diagnosis (7)**
  13:21;19:22,23;
  24:24;25:23;26:7,8

**diagnostic (1)**
  27:9
**Dieppa (27)**
  5:12,12,24;6:5,7;
  9:12,16;12:5,8;14:9,
  12;15:11,13;24:10,
  11;27:6,22;29:5,14,
  17;31:17,20,24;32:3,
  8,15,20
**difference (1)**
  31:1
**different (4)**
  11:4,23;22:15;31:9
**differential (3)**
  13:21;25:23;26:7
**difficult (1)**
  25:4
**DIRECT (2)**
  6:6;23:20
**directly (1)**
  18:9
**discussed (1)**
  25:20
**disease (1)**
  31:5
**dislocation (1)**
  27:5
**distinction (1)**
  31:8
**District (2)**
  5:8,9
**doctor (14)**
  7:8;10:7,11,17;
  12:10,14,19;20:8;
  24:22;25:17;28:6;
  31:8,17;32:10
**document (1)**
  12:6
**documents (1)**
  9:13
**down (2)**
  20:25;31:22
**Dr (4)**
  5:21;19:22;27:22;
  29:15
**drinking (3)**
  22:2,4,13
**drugs (2)**
  21:24;22:9
**due (1)**
  31:6
**during (4)**
  8:13;11:8;19:17;
  22:5
**duties (6)**
  7:2;12:13;13:8,10;
  16:4;25:12

**E**

**earlier (3)**
  18:5;25:20;28:6
**educational (1)**

7:17
**effects (1)**
  22:17
**eliminate (2)**
  27:8,14
**e-mail (1)**
  32:4
**emergency (1)**
  23:7
**employed (4)**
  6:14,15,17,20
**employment (1)**
  14:24
**end (1)**
  15:22
**enter (1)**
  14:22
**entire (1)**
  15:23
**entries (1)**
  16:11
**entry (1)**
  28:8
**ER (1)**
  11:4
**Esteban (3)**
  5:6,18;6:10
**Eureka (5)**
  5:7,13;15:25;18:9;
  26:8
**even (3)**
  26:24;28:16;31:6
**evidence-based (1)**
  13:14
**exact (2)**
  14:20;15:2
**exactly (1)**
  17:10
**EXAMINATION (11)**
  6:6;9:6;15:25;
  17:22;19:9,17;20:14;
  21:24;22:5;27:1;
  29:16
**examinations (1)**
  13:16
**examine (1)**
  24:19
**examined (3)**
  19:12;22:25;24:12
**examining (3)**
  24:3;25:9;26:4
**example (2)**
  15:7;31:2
**exchange (1)**
  32:5
**Exhibit (12)**
  9:13,15;12:5,7;
  14:10,10,11;15:11,12;
  25:11;26:12;28:7
**existing (1)**
  28:9
**experience (3)**
  11:6,19;25:17

**expert (1)**
  11:15
**explained (2)**
  28:16;29:7

**F**

**fact (2)**
  22:2;28:18
**far (1)**
  31:13
**few (1)**
  28:2
**field (2)**
  7:4,7
**fields (1)**
  11:4
**fill (1)**
  30:5
**finish (1)**
  9:9
**finished (3)**
  7:22;10:4,8
**first (1)**
  16:23
**Florida (1)**
  5:9
**follow (6)**
  14:2;20:8;24:22;
  26:6;27:17,19
**follow- (1)**
  28:2
**follow-up (3)**
  13:22;27:25;29:14
**follow-ups (1)**
  13:24
**form (2)**
  29:5;30:4
**formal (3)**
  8:23,25;9:6
**four (1)**
  20:25
**fracture (1)**
  27:4
**fractures (1)**
  11:13
**full (1)**
  6:9
**further (1)**
  20:13

**G**

**gave (3)**
  20:7;24:15,21
**general (3)**
  7:21,23;11:23
**generally (2)**
  27:14,16
**generating (1)**
  25:10
**given (1)**
  7:19

**God (1)**
  5:20
**GONZALES (2)**
  5:21;29:15
**Gonzalez (6)**
  5:6,17,18;6:11;
  19:22;27:22
**Good (2)**
  6:8;32:13
**graduated (3)**
  10:22,24;11:18
**great (1)**
  6:5
**Greenwich (1)**
  16:17
**grossly (3)**
  22:22;23:15,15
**guess (11)**
  9:23;10:11,22;
  12:12;13:19;14:13;
  15:4;16:17;17:11;
  19:14;21:9
**guest (1)**
  30:4
**guests (2)**
  13:7;22:11
**Guinea (1)**
  8:8

**H**

**hand (1)**
  5:17
**handwritten (1)**
  30:3
**happened (1)**
  31:6
**Harvard (2)**
  10:25;15:4
**head (1)**
  13:6
**health (1)**
  29:24
**healthcare (1)**
  7:10
**heart (1)**
  31:3
**help (1)**
  5:20
**highest (1)**
  7:18
**history (10)**
  18:2,10,13,15;19:8;
  22:7;29:19;30:9,15;
  31:4
**hit (7)**
  17:3,14;18:17,20;
  22:3;30:23;31:13
**hold (1)**
  7:11
**home (2)**
  20:9;24:22
**honest (1)**

Case 0:23-cv-60532-MD Document 74-2 Entered on FLSD Docket 03/15/2024 Page 39 of 62

EUREKA COLE v.
CARNIVAL CORPORATION

ORIGINAL TRANSCRIPT

JUAN ESTEBAN VANEGAS GONZALES, M.D.
October 11, 2023

23:2
**HPI (1)**
  18:8

## I

**I'm (1)**
  6:15
**Ibuprofen (1)**
  20:5
**ICD-10 (1)**
  19:23
**ice (1)**
  20:25
**ICU (2)**
  8:25;11:4
**IDENTIFICATION (4)**
  9:15;12:7;14:11;
  15:12
**imaging (1)**
  27:9
**impingement (2)**
  26:25;27:8
**incident (12)**
  21:12,15,17,21,25;
  28:10,13,14;30:22,23;
  31:10,12
**included (1)**
  29:24
**includes (1)**
  11:25
**including (1)**
  30:9
**independent (7)**
  6:22,24;7:1;8:5,10;
  12:16;16:8
**indicate (6)**
  16:12;17:5;19:11;
  21:6,11;22:8
**indicated (10)**
  17:14;18:15;19:1;
  20:24;22:16;23:17,
  20,21;24:6;26:11
**indicates (1)**
  19:15
**indication (3)**
  21:10,18,23
**infirmary (3)**
  16:13,21;17:13
**information (4)**
  26:16;30:8,12;32:5
**initial (1)**
  17:12
**injuries (6)**
  11:19;12:1,2;24:2;
  27:3;29:10
**injury (15)**
  18:10,14,15;19:8,
  21;20:2;21:4,6;23:21,
  22;24:7,25;26:5;
  30:17,18
**inquire (1)**
  30:14

**inquiry (1)**
  21:13
**instructions (3)**
  20:8;24:15,21
**intake (1)**
  17:12
**intense (1)**
  11:9
**International (1)**
  8:8
**intoxicated (3)**
  22:20,22;23:16
**intoxication (2)**
  22:8;23:13
**issued (2)**
  9:23,24
**issues (2)**
  10:12;21:16

## J

**JARNAGIN (1)**
  30:20
**Jarnigan (10)**
  5:14,14,24;6:4;
  26:20;28:2,5;29:12;
  32:10,17
**job (5)**
  7:2;12:13;13:5,10;
  25:21
**Juan (3)**
  5:6,18;6:10
**July (6)**
  7:23;14:5;15:17;
  16:1;24:12;29:4

## K

**kind (1)**
  11:12
**knew (1)**
  21:16
**knowledge (2)**
  28:20,22

## L

**last (2)**
  6:19;12:9
**later (1)**
  18:1
**lead (1)**
  16:24
**Leading (1)**
  29:5
**least (4)**
  14:14;23:15,15;
  26:24
**leave (1)**
  14:2
**leaves (1)**
  25:1
**left (17)**

17:3,14,15;18:18,
20,21;19:1,4,12;
20:21,25;25:7;28:15;
29:2,2;30:18,23
**letter (2)**
  14:21,23
**level (1)**
  7:18
**license (6)**
  7:13,16;9:1,7,20,21
**licensed (1)**
  7:14
**licenses (2)**
  7:12,19
**licensing (1)**
  9:6
**lid (4)**
  17:3,6,17;22:3
**Lido (1)**
  18:17
**Life (2)**
  15:8;23:7
**ligament (1)**
  27:15
**likely (1)**
  26:8
**limited (3)**
  14:1;27:12;28:23
**Line (8)**
  6:16,24;7:1;8:6,11,
  12;14:14;27:24
**Lines (7)**
  6:18,21;8:24;9:14;
  12:15,20;16:5
**listed (1)**
  28:10
**little (2)**
  18:5;22:15
**located (3)**
  6:12,13;8:18
**long (2)**
  6:17;10:6
**looking (1)**
  12:9
**looks (3)**
  9:24;16:16;20:1
**lot (2)**
  11:12;23:3
**LS (1)**
  15:7

## M

**M62.6 (1)**
  19:24
**machine (1)**
  20:18
**managing (1)**
  7:4
**many (1)**
  10:6
**March (2)**
  8:7,7

**maritime (1)**
  10:11
**mark (1)**
  9:13
**MARKED (6)**
  9:15;12:7;14:11;
  15:12;25:11;26:12
**massive (1)**
  31:3
**matter (1)**
  5:7
**may (2)**
  5:23;27:24
**maybe (2)**
  20:17;22:20
**MD (1)**
  5:6
**mean (6)**
  12:18;16:18;22:5;
  23:6;27:7;31:7
**Medellin (2)**
  6:13;8:19
**medical (56)**
  7:3,4,7,10,13,15,22;
  8:15;9:7,9,19,21;10:7,
  8,10,12,16,16,22,25;
  11:8,9,11,17,18;
  12:19;13:1,2,6,7;14:6,
  17;15:4,16;16:5;
  21:11,15,16,19;25:10,
  13,16,17,22;26:11;
  28:7,9,12,17;29:2,19;
  30:5,9,15,16;31:10
**medication (2)**
  20:2;30:11
**medicine (1)**
  11:7
**memory (1)**
  28:10
**met (1)**
  22:6
**milligrams (1)**
  20:5
**minutes (1)**
  21:1
**Miss (24)**
  17:13,21;18:9,14;
  19:11,16,21;20:2,7,
  21;24:4,12;25:6,9;
  26:4,8,15;27:19;
  28:14,20,22;29:1,19;
  30:4
**moment (1)**
  24:10
**months (2)**
  8:12;11:2
**more (1)**
  21:2
**morning (1)**
  6:8
**most (1)**
  11:4
**move (1)**

12:5
**MRI (4)**
  20:18,21;26:14;
  27:17
**MRI's (1)**
  29:8
**much (2)**
  32:9,12
**muscle (1)**
  19:24
**musculature (1)**
  26:17

## N

**name (3)**
  6:9,10;8:14
**nature (1)**
  23:14
**necessarily (1)**
  27:2
**need (2)**
  15:7;20:17
**New (1)**
  8:7
**next (1)**
  14:9
**night (1)**
  18:19
**noise (1)**
  8:3
**none (2)**
  23:17,17
**normally (1)**
  23:5
**note (4)**
  17:5;19:15;21:5,18
**noted (1)**
  22:21
**notes (2)**
  18:6;23:4
**notice (1)**
  22:23
**Number (3)**
  5:8;10:4;13:15
**nurse (4)**
  16:24;17:8,12;24:1
**nurses (1)**
  7:9

## O

**object (5)**
  23:21;24:8;28:18;
  29:5;30:23
**Objection (2)**
  26:20;30:20
**obtain (1)**
  9:6
**obviously (2)**
  11:11;13:23
**October (1)**
  5:4

Case 0:23-cv-60532-MD   Document 74-2   Entered on FLSD Docket 03/15/2024   Page 40 of 62

EUREKA COLE v.
CARNIVAL CORPORATION
ORIGINAL TRANSCRIPT
JUAN ESTEBAN VANEGAS GONZALES, M.D.
October 11, 2023

**odor (1)**
22:23
**off (1)**
27:18
**officer (6)**
13:1;14:6,18;16:5;
25:13,22
**onboard (1)**
28:6
**once (1)**
14:2
**one (11)**
8:8,11;9:9,24;
11:10;12:20;24:10;
25:21;31:10,24,25
**Ong (3)**
17:12,21;24:1
**only (4)**
10:14;19:5;25:8,8
**opportunity (2)**
15:18;24:13
**order (2)**
27:14;32:15
**ordering (1)**
32:14
**orthopedic (5)**
11:7,13,19;12:1,2
**out (4)**
13:24;27:4,9;30:5
**outside (4)**
5:25;14:3;15:3;
16:7
**over (1)**
32:6
**own (1)**
18:2

**P**

**page (1)**
12:9
**pain (4)**
17:4,14;19:12;
31:14
**pandemic (1)**
8:13
**Papua (1)**
8:7
**part (3)**
7:5;25:7;29:20
**past (1)**
29:25
**patient (35)**
13:14,22,25;15:25;
16:8,13,20,24;17:2,
22,24;18:2,5,9,10,14;
19:8;20:7;22:6,7,12;
25:23:10,24;24:4;
25:1,1,24;26:8;28:17;
29:20;30:24;31:3,4,
13
**patient's (1)**
23:25

**patients (3)**
7:6;10:12;23:3
**patient's (2)**
27:18;30:15
**people (1)**
11:13
**percent (2)**
26:24;29:9
**perfect (2)**
31:23;32:7
**perform (2)**
12:1;25:23
**performed (2)**
13:15;19:8
**physical (3)**
13:16;19:9;28:22
**physically (2)**
22:25;24:3
**physician (6)**
7:8;10:16;14:6;
23:8;25:18;27:20
**physicians (2)**
14:3;24:24
**place (1)**
10:14
**plaintiff (1)**
5:13
**plan (1)**
13:22
**plastic (5)**
17:3,17;18:17;22:3;
28:15
**please (3)**
5:10,17;6:9
**pm (1)**
17:15
**point (1)**
22:20
**pointing (2)**
18:21;19:6
**policies (1)**
13:9
**positions (1)**
7:9
**possibility (1)**
27:15
**possibly (1)**
27:17
**practice (2)**
11:17,24
**practitioner (3)**
7:21,24;11:23
**pre- (1)**
28:8
**pre-existent (1)**
29:9
**pre-existing (7)**
21:11,14,19;28:12;
29:1;30:16;31:7
**prefer (1)**
31:25
**prepared (3)**
15:17,24;16:3

**prescribed (1)**
20:1
**present (2)**
19:16;23:9
**presented (4)**
16:13,21;17:13,24
**pretty (1)**
13:20
**previous (1)**
28:17
**prior (2)**
30:5,15
**privileges (1)**
7:20
**probably (1)**
31:6
**Procedure (2)**
6:3;26:6
**procedures (1)**
13:9
**process (1)**
10:3
**proper (1)**
25:23
**properly (1)**
6:1
**provide (3)**
7:16;30:8;32:4
**provided (5)**
9:14;12:6;24:1,2;
30:11
**psychiatric (2)**
19:15;22:21
**purpose (1)**
5:5
**purposes (1)**
20:13
**pursuant (1)**
6:2

**Q**

**qualifications (1)**
11:25
**questionnaire (2)**
29:20,24
**quite (1)**
11:9

**R**

**raise (1)**
5:17
**ray (1)**
27:4
**Raymond (1)**
5:12
**reaching (2)**
26:7;30:15
**read (2)**
31:20;32:1
**recall (1)**
25:24

**receive (2)**
9:22;14:22
**received (4)**
8:15;11:17;15:4,5
**recognize (1)**
23:9
**recollection (1)**
16:8
**recommended (1)**
27:19
**record (12)**
5:3,11;15:16,18,22,
23,24;16:7;25:10,16;
26:11;29:21
**recording (1)**
5:5
**records (3)**
16:11;22:8,16
**Rectus (2)**
10:2,5
**REDIRECT (1)**
29:16
**referring (1)**
28:14
**regarding (1)**
18:15
**regards (1)**
28:12
**relate (1)**
18:14
**related (6)**
7:4,6;21:17;22:1,
12;31:11
**relating (4)**
10:11;12:2;15:24;
25:10
**relationship (1)**
12:19
**remote (1)**
5:5
**report (2)**
23:18;26:11
**REPORTER (8)**
5:2,16,22;31:22;
32:3,14,16,19
**reporting (1)**
28:14
**reports (2)**
25:3,5
**request (1)**
22:11
**required (1)**
30:4
**requires (1)**
25:22
**residency (4)**
8:21;9:2;11:23;
15:10
**responsibilities (2)**
12:22;13:5
**responsibility (1)**
13:12
**review (1)**

15:18
**right (10)**
5:17;6:8;13:22;
18:11;21:7;26:10;
27:22;28:24;31:17;
32:8
**rotator (1)**
27:1
**routinely (1)**
13:15
**rule (2)**
27:4,9
**rules (1)**
6:2

**S**

**safe (1)**
13:14
**same (1)**
31:15
**saw (2)**
17:10,18
**saying (3)**
18:16,18,21
**scan (1)**
27:17
**school (10)**
7:22;9:9;10:8,23,
25;11:8,9,11,18;15:4
**scope (2)**
16:4;25:12
**screen (2)**
9:17;15:14
**scroll (1)**
15:21
**scrolled (1)**
15:23
**secondary (1)**
7:11
**Section (2)**
13:13;22:21
**semester (1)**
11:10
**send (1)**
32:5
**senior (4)**
7:7;12:14;14:6;
16:5
**September (1)**
6:19
**service (2)**
9:10;10:4
**ship (11)**
12:24;13:1,24;14:1,
2,7;25:2;27:13,18;
31:4,6
**ships (5)**
9:1;10:12,15,19;
12:20
**ship's (1)**
16:13
**shoulder (16)**

17:4,14,15;18:20,
21;19:4,5;20:14,21,
25;25:7;26:15;28:19;
29:2;30:18,24
**show (1)**
9:12
**shown (1)**
28:6
**sic (1)**
25:1
**signature (1)**
12:10
**signs (3)**
22:24;23:13;26:23
**social (2)**
9:10;10:4
**sorry (9)**
7:22;8:1,2,4;9:3,4,
4;15:6;25:2
**SOS (1)**
8:8
**Southern (1)**
5:9
**speak (1)**
24:13
**speaking (1)**
18:9
**special (1)**
7:20
**specific (1)**
30:17
**specifically (1)**
30:22
**speculate (3)**
14:20;23:2,4
**spine (1)**
19:3
**spoken (1)**
17:21
**standard (3)**
13:20;18:2;27:16
**started (8)**
6:19;7:21,23;8:4,
10,24;10:13;11:3
**state (2)**
5:10;6:9
**stated (1)**
25:15
**statement (2)**
17:7;23:24
**statements (1)**
24:1
**States (5)**
5:8,25;7:14;15:5,9
**stating (1)**
17:2
**steps (1)**
26:6
**stipulate (1)**
6:1
**strain (1)**
19:25
**strike (1)**

28:20
**struck (5)**
23:21;24:8;28:15,
18;31:15
**subsequent (1)**
24:24
**subsequently (1)**
19:7
**suffering (1)**
30:10
**summary (3)**
13:4,6;16:14
**Support (2)**
15:8;23:7
**sure (2)**
15:1;29:9
**surgeon (2)**
11:21,22
**surgery (1)**
12:2
**suspect (3)**
26:25;27:3,7
**swear (1)**
5:18
**sworn (1)**
6:1
**symptoms (2)**
22:12;24:16

**T**

**talk (1)**
24:18
**team (2)**
7:7,8
**tear (2)**
27:1;29:10
**tears (1)**
27:15
**tendons (2)**
26:16;27:16
**terms (4)**
12:24;13:12;19:14;
23:25
**tests (2)**
20:16;22:10
**Thanks (1)**
32:10
**That's (2)**
18:24;31:18
**thorough (1)**
13:16
**though (1)**
31:6
**three (3)**
8:12;11:2;13:15
**till (1)**
15:22
**times (2)**
13:14;21:1
**tissue (1)**
27:15
**today (4)**

5:4;12:25;15:19;
25:16
**told (2)**
17:9;31:14
**took (4)**
18:2;19:7;22:6;
26:19
**tools (2)**
20:16;29:11
**top (1)**
16:12
**trained (4)**
8:25;11:14;23:6,8
**training (12)**
8:15,20,22,23;11:6,
8,17,25;15:3,5,8;
25:17
**transcript (1)**
31:20
**trapezius (12)**
18:18,22,25;19:1,4,
6,12;21:3;28:15,19;
29:3;30:23
**treat (1)**
12:1
**treating (4)**
10:12;11:19;16:8;
24:24
**treatment (4)**
7:6;13:21,25;28:23
**true (1)**
15:23
**trust (1)**
31:21
**truth (3)**
5:19,19,20
**type (2)**
10:21;21:6

**U**

**ultrasounds (1)**
29:8
**under (1)**
17:12
**undergo (1)**
8:21
**underlying (1)**
26:17
**Understood (2)**
15:3;18:1
**United (5)**
5:8,25;7:14;15:5,9
**Universal (2)**
16:17;18:1
**Universe (1)**
8:16
**Universidad (1)**
8:16
**university (7)**
7:12,18,19;8:14,21;
11:1,2
**unless (1)**

22:11
**up (8)**
10:23;14:2;18:20;
20:8;24:22;27:17,20;
28:3
**upon (1)**
24:3
**upper (1)**
21:7
**usually (6)**
7:8;11:4;14:22;
18:4,4;25:4

**V**

**Vanegas (3)**
5:6,18;6:10
**versus (1)**
5:7
**vessel (1)**
28:24
**video (1)**
31:21
**Viking (4)**
6:15,18,21;8:11
**violent (1)**
11:12

**W**

**way (1)**
24:20
**whichever (1)**
31:25
**whole (2)**
5:19;17:16
**wind (1)**
18:19
**windy (1)**
18:19
**without (1)**
27:9
**witness (12)**
5:24;6:1;26:21;
28:1;29:6;30:21;
31:19,23;32:1,7,9,12
**work (3)**
10:14,21;14:14
**worked (1)**
10:10
**working (16)**
6:22,23,25;7:3,23;
8:4,8,24;10:7,16,18;
11:3;12:14,19;16:4;
17:12
**worries (1)**
26:2
**worsening (1)**
24:17
**written (2)**
17:1,9

**X**

**X- (1)**
27:3
**X-ray (1)**
26:19

**Y**

**year (3)**
6:19;8:9;9:9
**years (3)**
10:6,9;11:10
**Yep (3)**
14:16;26:9;30:2

**1**

**1 (2)**
9:13,15
**10 (1)**
29:25
**100 (2)**
26:24;29:8
**11 (3)**
5:4;14:15,18
**11:16 (1)**
5:2
**11:54 (1)**
32:21
**19 (1)**
7:22
**19:34 (1)**
16:17
**19:40 (1)**
18:1
**1991 (1)**
7:22
**1998 (4)**
7:23;9:24;10:2,9
**1999 (1)**
10:1

**2**

**2 (2)**
12:5,7
**20 (1)**
21:1
**200 (1)**
20:5
**2011 (5)**
7:25;8:4;10:13,18,
23
**2015 (2)**
8:6,7
**2016 (1)**
8:7
**2022 (7)**
14:5,15,18;15:17;
16:1;24:13;29:4
**2023 (1)**

5:4
**22 (3)**
  15:17;16:1;24:12
**23-CV-60532-RAR (1)**
  5:8
**25 (1)**
  10:9

### 3

**3 (2)**
  14:10,11

### 4

**4 (6)**
  14:5;15:11,12;
  25:11;26:12;28:7
**4.0 (1)**
  13:13
**4th (1)**
  29:4

### 6

**6:20 (1)**
  17:15
**6-1/2 (1)**
  11:10

### 9

**911 (1)**
  24:16

Ex. 1

GR000132

# ROLE DESCRIPTION – SENIOR DOCTOR

**Ex. 2**

**1.0    Title:**
Senior Doctor (Lead Medical Officer/Senior Physician)

**2.0    Department:**
Medical

**3.0    Job Summary:**
Acts as Head of the Medical Department.
Medical care of guests and crew, administrative duties, comply with all Company policies and procedures.

**4.0    Responsibilities and Authority:**
*Patient Care:*
1.  Delivers safe, evidence-based patient care at all times.
2.  Always obtains complete and accurate patient histories, including pertinent positives and negatives.
3.  Routinely performs thorough and appropriate physical examinations.
4.  Develops an appropriate assessment, differential diagnosis, treatment, and follow-up plan for every patient.
5.  Demonstrates level-appropriate procedural and operative skills whenever necessary.
6.  Always applies evidence to patient care and adheres to clinical practice guidelines.
7.  Ensure every patient is aware of all different treatment options; Make appropriate referrals.
8.  Always writes patient documentation that is concise, timely, complete, and legible.
9.  Always listens attentively, is respectful and considerate, and uses non-technical language when communicating to every patient and his or her family.
10. Consistently demonstrates sensitivity to every patient's culture, age, gender, ability, and socioeconomic status

*Professional Responsibilities:*
1.  Maintains overall responsibility for prompt and effective medical response at all times.
2.  Responds to calls, arrives at clinics and consults with patients in a timely manner and always in accordance with triage priorities.
3.  Always informs the shoreside operational management in a timely manner of any medical or public health issues that may affect the operation of the ship.
4.  Routinely demonstrates appropriate time management and organizational skills.
5.  Effectively communicates sound clinical reasoning and decision options to both patients and colleagues.
6.  Recognizes limits of own abilities and knowledge and always asks for help when needed.
7.  Always changes practice and behavior patterns when appropriate in response to feedback such as verbal suggestions, audits, and adverse incidents.
8.  Orders all appropriate tests, admissions, and referrals.

## ROLE DESCRIPTION – SENIOR DOCTOR

**Staff Development / Management:**
1. Knows team's job descriptions, delivers them to all team members, and communicates clear expectations based on each role description.
2. Promptly completes performance appraisals that are fair, objective, and accurate measurements based on observed behavior.
3. Observes each staff member's performance using his or her job description as a guide and delivers prompt and appropriate correction, improvement, or reinforcement. Coaches and develops skilled, engaged team members.
4. Identifies top performers and mentors them for career advancement or promotion.

**Public Health:**
1. Oversees the adherence to all public health practices, including all medical center infection control practices that protect the health of crew and guests.
2. Always oversees departmental participation in Public Health audits and investigations.
3. Maintains all public health records in accordance with Company policy.
4. Oversees all preventative health and educational programs for crew and guests.
5. Reliably and promptly disseminates information to the ship regarding specific health risks

**Financial Management:**
1. Manages all departmental costs and expenditures in line with Company guidelines.
2. Ensures the departmental application of appropriate billing codes.
3. Gathers medical team's suggestions for cost savings and revenue-enhancing initiatives and submits to management.

**Safety and Compliance:**
1. Always complies with HESS-MS policies, Operating Line procedures, other Company policies and relevant governmental regulations.
2. Always adheres to the guidelines, policies, and principles of his or her applicable professional registration body.
3. Oversees departmental compliance with patient safety practices.
4. Participates productively in regular audits of all clinical and non-clinical aspects of the Medical department.
5. Always verifies departmental compliance with all ILO standards.
6. Leads all medical aspects of the General Emergency Organization

**Customer Satisfaction:**
1. Oversees the department to continually improve customer satisfaction.
2. Ensures prompt and effective response to all patient complaints and implements service recovery strategies.
3. Regularly reviews patient comments with the department, and implements corrective and preventative actions.
4. When in public areas, interacts and communicates informally with guests in a professional way

## ROLE DESCRIPTION – SENIOR DOCTOR

**Corporate Culture Management:**
1. Demonstrates commitment to the Company's values, beliefs, goals, and initiatives.
2. Acts as a Company representative and always portrays a positive image of the brand to all guests, officers, and crew.
3. Establishes and always maintains professional, effective, and motivated working relationships across all functions and disciplines, taking into account differences in cultures, backgrounds, and individual personalities.
4. Drives crew engagement by routinely monitoring morale through relevant metrics (such as the results of periodic climate surveys) and encouraging the highest levels of motivation within the department.
5. Supports the overall welfare of the crew and regularly encourages strong and enthusiastic participation in the crew activities.
6. Always promotes a harassment-free environment.

**5.0    Education**
See **MED-3904 - Recruitment of Medical Staff**

**6.0.    Subordinate Positions:**
Ship's Physician (Ship's Doctor)
Lead Nurse
Ship Nurses
Paramedics

**7.0    Reports to:**
Master

In addition to the Key Responsibilities and performance items listed in this Role Description, employee also performs any other duties as assigned by management.

This Role Description was provided to me and discussed with me on the date shown below:

JUAN   VANEGAS                                              448488
_____            _____
Crewmember Name (Please Print)                    Employee Number

*(signature)*                                                  04-13-2021
_____            _____
Crewmember Signature                                 Date

| Print | Forward Document | Exit |
|---|---|---|

# OL PROCEDURES

» JOB DESCRIPTIONS    » JD081 - SENIOR PHYSICIAN      (DATE: )

NOV 18·2019



---

📖 BODY    📕 MANUAL INFORMATION    🔗 LINKS IN THIS DOCUMENT

🔗 ITEMS REFERENCING THIS DOCUMENT    ⑂ VERSION HISTORY    ⟲ DOCUMENT HISTORY

## Content

### Table of Contents

**SENIOR PHYSICIAN**

1.0 Title:

2.0 Department:

3.0 Job Summary:

4.0 Responsibility and Authority:

5.0 Education:

6.0 Sub-ordinate positions:

7.0 Reports to:

### SENIOR PHYSICIAN

**1.0 Title:**
Senior Physician (Lead Medical Officer/Senior Doctor)

**2.0 Department:**
Medical Department

**3.0 Job Summary:**

GR000157

4. Identifies top performers and mentors them for career advancement or promotion.

5. Regularly provides effective teaching and guides staff in identifying requirements for their training and development.

6. Always handles conflict constructively and effectively.

7. Conducts regular departmental and individual meetings to build trust and establish effective relationships.

8. Leads the Company professional development program

9. Routinely uses information technology to aid self-learning and develop a personal learning program

## Public Health

1. Oversees the adherence to all public health practices, including all medical center infection control practices that protect the health of crew and guests.

2. Always oversees departmental participation in Public Health audits and investigations.

3. Maintains all public health records in accordance with Company policy.

4. Oversees all preventative health and educational programs for crew and guests.

5. Reliably and promptly disseminates information to the ship regarding specific health risks

## Financial Management

1. Manages all departmental costs and expenditures in line with Company guidelines.

2. Ensures the departmental application of appropriate billing codes.

3. Gathers medical team's suggestions for cost savings and revenue-enhancing initiatives and submits to management.

## Safety and Compliance

1. Always complies with HESS MS policies, Operating Line procedures, other Company policies and relevant governmental regulations

2. Always adheres to the guidelines, policies, and principles of his or her applicable professional registration body.

3. Oversees departmental compliance with patient safety practices.

4. Participates productively in regular audits of all clinical and non-clinical aspects of the Medical department.

5. Always verifies departmental compliance with all ILO standards.

6. Leads all medical aspects of the General Emergency Organization

## Customer Satisfaction

1. Oversees the department to continually improve customer satisfaction.

2. Ensures prompt and effective response to all patient complaints and implements service recovery strategies.

3. Regularly reviews patient comments with the department, and implements corrective and preventative actions.

4. When in public areas, Interacts and communicates informally with guests in a professional way

## Corporate Culture Management

1. Demonstrates commitment to the Company's values, beliefs, goals, and initiatives.

GR000158

# OL PROCEDURES

*Dr Juan Vargas*
*# 448488*
*slon 9/28/19*



» JOB DESCRIPTIONS     » JD058 - SHIP PHYSICIAN          (DATE: 12 JAN 2017)

▣ BODY    ▦ MANUAL INFORMATION    ◈ LINKS IN THIS DOCUMENT    ◈ ITEMS REFERENCING THIS DOCUMENT    ʮ VERSION HISTORY

ꙮ DOCUMENT HISTORY

## Content

### Table of Contents

SHIP PHYSICIAN

1.0 Title:

2.0 Department:

3.0 Job Summary:

4.0 Responsibility and authority:

5.0 Education:

6.0 Sub-ordinate positions:

7.0 Reports to:

## SHIP PHYSICIAN

**1.0 Title:**
SHIP PHYSICIAN

**2.0 Department:**
Medical Department

**3.0 Job Summary:**
Medical care of guests and crew, administrative duties, comply will all company policies and procedures.

**4.0 Responsibility and authority:**
**He/she will be responsible for:**

### Patient Care:

1. Delivers safe, evidence-based patient care at all times.
2. Always obtains complete and accurate patient histories, including pertinent positives and negatives.
3. Routinely performs thorough and appropriate physical examinations.
4. Develops an appropriate assessment, differential diagnosis, treatment, and follow-up plan for every patient.
5. Demonstrates level-appropriate procedural and operative skills whenever necessary.
6. Always applies evidence to patient care and adheres to clinical practice guidelines.
7. Ensures every patient is aware of all different treatment options; makes appropriate referrals.
8. Always writes patient documentation that is concise, timely, complete, and legible.
9. Always listens attentively, is respectful and considerate, and uses non-technical language when communicating to every patient and his or her family.
10. Consistently demonstrates sensitivity to every patient's culture, age, gender, ability, and socioeconomic status.

### Professional Responsibilities:

1. Responds to calls arrive at clinics and consults with patients in a timely manner and always in accordance with triage priorities.
2. Routinely demonstrates appropriate time management and organizational skills.
3. Effectively communicates sound clinical reasoning and decision options to both patients and colleagues.
4. Recognizes limits of own abilities and knowledge and always asks for help when needed.
5. Always changes practice and behavior patterns when appropriate in response to feedback such as verbal suggestions, audits, and adverse incidents.
6. Orders all appropriate tests, admissions, and referrals.
7. Always notifies the Lead Medical Officer immediately of any significant clinical cases.

### Staff Development/Management

1. Knows team's job descriptions, delivers them to all team members, and communicates clear expectations based on each job description.
2. Observes each staff member's performance using his or her job description as a guide and delivers prompt and appropriate correction, improvement, or reinforcement. Coaches and develops skilled, engaged team members.
3. Regularly provides effective teaching and guides staff in identifying requirements for their training and development.
4. Always handles conflict constructively and effectively.
5. Actively and regularly participates in meetings to build trust and establish effective relationships.
6. Actively participates in the professional development program.

GR000159

3. Regularly provides effective teaching and guides staff in identifying and meeting their learning and development.

4. Always handles conflict constructively and effectively.

5. Actively and regularly participates in meetings to build trust and establish effective relationships.

6. Actively participates in the professional development program.

7. Routinely uses information technology to aid self-learning and develop a personal learning program

### Public Health

1. Adheres to all public health practices, including all medical center infection control practices, that protect the health of crew and guests.

2. Maintains all public health records in accordance with Company policy.

3. Manages all preventative health and educational programs for crew.

4. Always notifies the Lead Medical Officer immediately of any Illness of suspected health concern

### Financial Management

1. Controls all costs and expenditures in line with Company guidelines.

2. Always applies appropriate billing codes.

3. Suggests cost savings and revenue-enhancing initiatives to the lead medical officer

### Safety and Compliance

1. Always complies with HESS MS policies, Operating Line procedures, other Company policies and relevant governmental regulations

2. Always adheres to the guidelines, policies, and principles of his or her applicable professional registration body.

3. Always complies with patient safety practices.

4. Participates productively in regular clinical audits.

5. Always complies with all ILO standards.

6. Actively participates in the medical response of the General Emergency Organization

### Customer Satisfaction

1. Participates in regular reviews of patient comments; implements actions to continually improve customer satisfaction.

2. Responds promptly and effectively to all patient complaints and implements service recovery strategies.

3. When in public areas, Interacts and communicates informally with guests in a professional way

### Corporate Culture Management

1. Demonstrates commitment to the Company's values, beliefs, goals, and initiatives.

2. Acts as a Company representative and always portrays a positive image of the brand to all guests, officers, and crew.

3. Establishes and always maintains professional, effective, and motivated working relationships across all functions and disciplines, taking into account differences in cultures, backgrounds, and individual personalities.

4. Monitors morale and encourages the highest levels of motivation within the department in response to relevant metrics, such as the results of periodic climate surveys.

5. Supports the overall welfare of the crew and regularly encourages strong and enthusiastic participation in the crew activities.

6. Always promotes a harassment-free environment.

### 5.0 Education:
See MED 2301 Recruitment of medical staff

### 6.0 Sub-ordinate positions:
- Lead Nurse
- Nurses

### 7.0 Reports to:
Senior Physician (Lead Medical Officer)

Master

GR000160



Ex. 3

## CARNIVAL CRUISE LINE
3655 NW 87th AVENUE, MIAMI, FLORIDA 33178
Crew Operations (305) 406-4649
Email : crewassistance@carnival.com

**Date:** April, 5th, 2022

**Department:** Medical

To it may concern

**Last Name:** VANEGAS GONZALEZ          **First Name:** JUAN ESTEBAN

**Crew ID:** 448488          **Nationality:** COLOMBIAN   **Date of Birth:** March,12th,1973

The above mentioned on the capacity of SENIOR PHYSICIAN is due to join **Carnival Conquest** as a matter of urgency April 11th , 2022 in Miami .

The efforts from to be able this to happen will be highly appreciated.

Very truly yours,

Jose Capelao
Senior Manager, Medical Staffing

**CARNIVAL**
**CORPORATION**
**&PLC®**

GR000107



# CASE SUMMARY

CQ0724221646S - Carnival Conquest - CQ20220722003 (Jul 22, 2022 - Jul 25, 2022) - Jul 24, 2022 19:06 UTC-04:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 75060 | COLE, EUREKA LATONYA | Feb 8, 1971 | F | 1418 |

## Triage

| DOCUMENTED DATE | DOCUMENTED USER | VISIT REASON |
|---|---|---|
| Jul 24, 2022 19:34 UTC-04:00 | Ong, Alexandra RN | Injury |

| LAST UPDATED DATE | LAST UPDATED USER |
|---|---|
| Jul 24, 2022 19:34 UTC-04:00 | Ong, Alexandra RN |

PRIORITY                          CHIEF COMPLAINTS

NON-URGENT                        **Patient attends clinic for left shoulder pain**

NOTES

patient walked into the medical center, conscious, coherent and alert, GCS 15
with complaints of left shoulder pain
patient verbalized that she was sitting at lido deck when container hit her left shoulder onset 06:20pm
With proper range of motion on her both shoulder
no redness nor swelling noted
no wound and no abrassion

## Vitals

DATE                              PERFORMED BY
Jul 24, 2022 19:40 UTC-04:00       ONG, ALEXANDRA RN

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 97.9 F 36.6 C I | 130/80 RA sit | 96 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 79 bpm | 100 SpO2 Finger Room air | 17 breaths/min |

A.V.P.U
A

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

## Allergy

| IDENTIFIED WHEN | IDENTIFIED BY | LAST REACTION |
|---|---|---|
| -- | by the patient | -- |

| ALLERGY NAME | SEVERITY | REACTION |
|---|---|---|
| **seafood** | Minor | swelling |

| COMMENTS | TREATMENT |
|---|---|
| -- | **n/a** |

## Medical History

| DATE ONSET | DATE OF RESOLUTION | DOCUMENTED BY |
|---|---|---|
| -- | -- | Ong, Alexandra RN |

CONDITION
**J45.9 - Asthma, unspecified**

NOTES
--

| DATE ONSET | DATE OF RESOLUTION | DOCUMENTED BY |
|---|---|---|
| -- | -- | Ong, Alexandra RN |

CONDITION
**E11 - Type 2 diabetes mellitus**

NOTES
--

## Social History

| | |
|---|---|
| Marital Status: | Married |
| Number of children: | 3 |
| Smoking History: | No |
| Alcohol History: | No |
| Recreational Drugs Use: | No |
| Caffeine Use: | Yes |
| Type: | Tea |
| How many cups a day? | 1 |
| Exercise: | Yes |

## HPI

| DATE | PERFORMED BY |
|---|---|
| Jul 24, 2022 19:40 UTC-04:00 | Vanegas Gonzalez, Juan Esteban |

SHOULDER INJURY
Coming walking to the medical center stating that she was on the lido deck, and accidentally a plastic container fell on the left trapezius area, she says that it was windy, and the wind blew it, now is feeling localized pain, no head injury, no loss of consciousness, no numbness or tingling, no open wounds

## Physical Examination

DATE
Jul 24, 2022 19:37 UTC-04:00

PERFORMED BY
Vanegas Gonzalez, Juan Esteban

GENERAL
Well developed, well nourished, alert and cooperative, and appears to be in no acute distress.

MUSCULOSKELETAL
Additional Note: Pain on palpation over the left trapezius, full range of motion, no open wounds, no edema, no ecchymoses, no clinical signs of dislocationof the shoulder or clinical signs of rotator cuff inpingement or tear.

NEUROLOGICAL
Oriented to person, place, and date. CN II-XII intact. Strength and sensation symmetric and intact throughout. Patellar, Brachial, and brachioradialis reflexes 2+ bilaterally. Steady gait, negative Romberg test. Inspection: Normal. Higher cortical function: Normal. Mood and affect: Normal. Mental status: Alert, Oriented: Person, Oriented: Place and Oriented: Time. Memory: Normal. Speech and language: Normal. Upper limbs: Inspect: Normal symmetry, no deformities, no muscle wasting, no fasciculation's, no tremors and No Pronator drift. Tone: Normal tone. Power: Shoulder normal, Elbow normal, Wrist normal and Fingers normal.

PSYCHIATRIC
Demonstrates good judgment and reason, without abnormal affect or abnormal behaviors during the examination.

## Physician Orders

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | SHOULDER X-RAY, DIGITAL SERIES & RADIOLOGIST'S REPORT | Jul 24, 2022 19:40 UTC-04:00 by Vanegas Gonzalez, Juan Esteban | 719527 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | -- | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Vanegas Gonzalez, Juan Esteban | Jul 24, 2022 19:40 UTC-04:00 |

DOCUMENTS
 COLE, EUREKA LATONYA_XRAY REPORT_CQ 2022 07 25 004

| FINDINGS | COMMENTS |
|---|---|
| no signs of dislocation or fracture | -- |

## Current Medications

JARDIANCE
25 Milligram once daily

METFORMIN
500 Milligram twice daily

## New Medications

IBUPROPHEN 200MG PO
200 Milligram four times daily starting Jul 24, 2022 19:41 UTC-04:00 for 3 day(s)

## Diagnosis

| DOCUMENTED DATE | DOCUMENTED USER |
|---|---|
| Jul 24, 2022 | Vanegas Gonzalez, Juan Esteban |

| LAST UPDATED DATE | LAST UPDATED USER |
|---|---|
| Jul 24, 2022 | Vanegas Gonzalez, Juan Esteban |

| TYPE | DIAGNOSIS |
|---|---|
| Final | **M62.6 - Muscle strain** |

NOTES
--

## Note

| DATE | PERFORMED BY |
|---|---|
| Jul 24, 2022 19:42 UTC-04:00 | Ong, Alexandra RN |

NOTES
patient was seen and examined by Dr. Vanegas
Xray left shoulder was done, image was seen by Dr.
Ibuprofen 200mg was given as per instruction of Dr. Vanegas
Injury report done with security officer
patient was discharged left medical center walking in good condition

## Disposition

| MEDICAL DEPARTMENT DECIDED TO | DOCUMENTED USER | DOCUMENTED DATE |
|---|---|---|
| **Discharge from our care, follow up if required** | Vanegas Gonzalez, Juan Esteban | Jul 24, 2022 19:34 UTC-04:00 |

| LAST UPDATED USER | LAST UPDATED DATE |
|---|---|
| Vanegas Gonzalez, Juan Esteban | Jul 24, 2022 19:34 UTC-04:00 |

COMMENTS
--

DETAILS

| Provider | -- |
|---|---|

DISCHARGE DOCUMENTS

Clinical Note

Instructions

Prescriptions

PATIENT SIGNATURE



COLE, EUREKA LATONYA
Jul 24, 2022 19:34 UTC-04:00

INSTRUCTIONS

Follow up with her Doctor back home

Ice 20 minutes 4 times a day

If there's any new symptoms call 911.

## Injury

| INJURY SEVERITY | INJURY DATE | TREATING DOCTOR ID NUMBER | SEAEVENT REPORT NUMBER |
|---|---|---|---|
| Beyond First Aid | Jul 24, 2022 18:20 UTC-04:00 | 448488 | CCLCQHEA2022 00124V |
| DATE REQUESTED MEDICAL ATTENTION Jul 24, 2022 18:40 UTC-04:00 | DATE FIRST SEEN BY MEDICAL STAFF Jul 24, 2022 19:06 UTC-04:00 | LOCATION WHERE FIRST SEEN BY MEDICAL STAFF Ship's Medical Center | |
| INJURY TYPE Bruise/Contusion | SEVERITY OF VISION IMPAIRMENT -- | DIRECT INJURY CAUSE Struck By Object | |
| GENERAL BODY REGION Trunk | SPECIFIC BODY PART Upper back | DISPOSITION Return to Normal Activity | |
| DURATION OF ADMISSION TO SHIP'S MEDICAL CENTER -- | DATE PRONOUNCED DEAD -- | | |
| DATE OF DISEMBARKATION -- | DISEMBARKATION METHOD -- | WAS THE PATIENT TAKEN TO A HEALTHCARE FACILITY? -- | |
| COULD PRE-EXISTING MEDICAL CONDITIONS(S) HAVE CONTRIBUTED TO THE INCIDENT? No | | | |
| COULD ALCOHOL/DRUGS HAVE CONTRIBUTED TO THE INCIDENT? No | | | |

## Case Diagnosis

M62.6 - Muscle strain

**HEADER**

| | |
|---|---|
| QUESTIONNAIRE | DATE |
| HQ012 HQ012 / PHS / COVID-19 Pre-boarding Health Declaration / US Ships | Jul 22, 2022 15:08 UTC+00:00 |

| | |
|---|---|
| COMPLETED BY | COMPLETED ON |
| EUREKA COLE | POMMED23 |

| | |
|---|---|
| PHASE | PORT |
| Embarkation | DEFAULT |

**ANSWERS**

1A. IN THE 10 DAYS BEFORE BOARDING, HAVE YOU HAD ANY ONE OR MORE OF THE FOLLOWING SYMPTOMS: COUGH, SHORTNESS OF BREATH, DIFFICULTY BREATHING, FEVER OR CHILLS, NEW LOSS OF TASTE OR NEW LOSS OF SMELL?

No

1B. IN THE 10 DAYS BEFORE BOARDING, HAVE YOU HAD ANY TWO OR MORE OF THE FOLLOWING SYMPTOMS: CONGESTED OR RUNNING NOSE, SORE THROAT, MUSCLE OR BODY ACHES, EXTREME TIREDNESS, HEADACHE, VOMITING OR DIARRHEA?

No

2. IN THE 10 DAYS BEFORE BOARDING, HAVE YOU TESTED POSITIVE FOR COVID-19?

No

3. IN THE 10 DAYS BEFORE BOARDING, WERE YOU IN CONTACT WITH A PERSON WHO HAD CONFIRMED COVID-19 OR COVID-19 SYMPTOMS?

No

4. ARE YOU FULLY VACCINATED WITH AN AUTHORIZED COVID-19 VACCINE AT LEAST 14 DAYS BEFORE EMBARKATION? ( FULLY VACCINATED IS YOU RECEIVED THE LAST DOSE IN A PRIMARY VACCINATION SERIES AT LEAST 14 DAYS BEFORE EMBARKATION. )

Yes

5. PRE-TRAVEL COVID-19 TEST VALIDATED:

Negative

6. EMBARKATION DAY COVID-19 TEST VALIDATED (IF APPLICABLE):

N/A

7. COVID-19 VACCINATION STATUS VALIDATED:

Fully Vaccinated

8. FOR DESTINATIONS WHERE UP TO DATE VACCINES ARE REQUIRED:

Not applicable

10. OUTCOME OF HEALTH SCREENING

Permit boarding

**CUSTOM ATTRIBUTES**

CUSTOM1

--

CUSTOM2

--

CUSTOM3

--

**HEADER**

| QUESTIONNAIRE | DATE |
|---|---|
| HQ009 HQ009 / PHS / Pre-cruise Health Declaration | Jul 8, 2022 21:36 UTC+00:00 |

| COMPLETED BY | COMPLETED ON |
|---|---|
| EUREKA COLE | -- |

| PHASE | PORT |
|---|---|
| -- | -- |

**ANSWERS**

ARE YOU, OR WILL YOU BE FULLY VACCINATED WITH A WHO OR FDA AUTHORIZED COVID-19 VACCINE AT LEAST 14 DAYS BEFORE BOARDING? (FULLY VACCINATED IS YOU RECEIVED THE FINAL DOSE OF A VACCINE SERIES AT LEAST 14 DAYS BEFORE EMBARKATION.)

Yes

**CUSTOM ATTRIBUTES**

CUSTOM1

--

CUSTOM2

--

CUSTOM3

--

**HEADER**

DATE

Jul 24, 2022 19:40 UTC-04:00

TAKEN BY

Ong, Alexandra RN

TAKEN ON

--

PHASE

--

PORT

--

**VITALS**

TEMPERATURE

97.9 F, 36.6 C

TAKEN METHOD

Infrared/Thermal

SPO2

100 %

Finger Room air

RESPIRATORY RATE

17 breaths/min

# CARNIVAL Conquest Medical Department

**Guest Consultation Form**

 **Carnival**

| Date | MM/DD/YYYY 07-24-2022 | Time | | A.M. P.M. | **PLEASE PRINT CLEARLY** | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Full Name | Last Name  Cole | | First Name  EUREKA | | | Cabin Number 1418 | | Folio Number | 75060 |
|---|---|---|---|---|---|---|---|---|---|

| Date of Birth | MM/DD/YYYY 02-08-1971 | Age 51 | | Street Address | 2670 SW 8th St #4 | | | | |
|---|---|---|---|---|---|---|---|---|---|

| City Fort Lauderdale | State FL | | Country U.S.A. | Zip or Postal Code 33312 |
|---|---|---|---|---|

| Phone Number 786-216-2808 | Emergency Contact Name and Phone Number |
|---|---|

Do you have any medical problems? **(YES)** / NO
If yes and any of these, **please encircle:**

| | | | |
|---|---|---|---|
| Hypertension. | Depression. | Cancer. | Pulmonary Embolism. |
| (Diabetes.) | Anxiety. | Kidney stones. | Deep Vein Thrombosis. |
| (Asthma.) | Heart Problems. | Bleeding Disorder. | Back Problems. |
| COPD. | Alzheimer's. | Migraine. | Seizures. |
| Arthritis. | Thyroid Problems. | Stroke. | Diverticulosis. |
| Gout. | Osteoporosis. | Gastritis. | Previous surgery: |

| Other, please list: | N/A |
|---|---|

Are you taking ANY medication presently (including birth control pills and over the counter)?   **(YES)** / NO

| If yes, please list: | metformine  Jardianec  Ozempic |
|---|---|

Any FAMILIAL MEDICAL history? Y E S **(NO)** If Yes, Please specify

Paternal: _____

Maternal: _____

Sibling: _____

ALCOHOL: Beer ____/ Week Wine____/Week Liquor____/Week

Any ALLERGIES? Y E S /**(NO)**

If Yes, Please list: _____

_____

Do you smoke? Y E S / N O

If yes, how many sticks per day? _____

Do you Exercise? Y E S / N O   How many times a week:_____

| For Medical Staff Only. | BP | HR | RR | Temp | Spo2 | BS | WT: | HT: |
|---|---|---|---|---|---|---|---|---|

| **Reason for Today's Visit:** | Container blew off work station and hit me on my shoulder (left Side) |
|---|---|

I am responsible for payment of all fees for physician and/or nurse consultations, medications, supplies provided onboard or shore side as well as any administrative fees and transportation costs related and incurred for the coordination of medical treatment for myself or my child. The fees will be applied to my Sail and Sign card. If my Sail and Sign account does not have sufficient funds to cover the cost of all medical services and supplies provided during the cruise, shipboard or shore side, I will be responsible for providing alternative form of payment, which may include signing a promissory note.

SIGNATURE: **X** ........................ Cole ....................................

Rev.00 – 12/30/2016