Email: NONE

| Patient | Unit# | Service/location | Status Date | Account # |
|---|---|---|---|---|
| COLE,EUREKA L | W000670066 | ER WS FSED PLANTATIO DEP ER | 07/25/22 | W00019439677 |

**INSURANCE#1**
MEDICAID FL PENDING HCA

Phone
Contact

Policy# 7777777777
Patient ID
Coverage #
Subscriber COLE,EUREKA L
Rel to Pt  SELF
Eff.       to
Group  -

Rel Y Assign Y

**AUTHORIZATION**
Treat/Precert Not Required
Ins Verif     Not Required
Pro Review    Not Required
. Ins Name -   MEDICAID FL PENDING HCA
Ins. Mnemonic MCDPNDHCA
Insured DOB  02/08/71

**INSURANCE#2**
CHARITY PENDING

Phone
Contact

Policy# 777777777
Patient ID
Coverage #
Subscriber COLE,EUREKA L
Rel tp Pt  SELF
Eff.       to
Group  - CHARITY PENDING

Rel Y Assign Y

**AUTHORIZATION**
Treat/Precert Not Required
Ins Verif     Not Required
Pro Review    Not Required
Ins. Name -   CHARITY PENDING
Ins. Mnemonic CHARPEN
Insured DOB  02/08/71

**INSURANCE#3**
UNINSURED DISCOUNT

Phone
Contact

Policy# 7777777777
Pateint ID
Coveragr #
Subscriber COLE,EUREKA L
Rel to Pt  SELF
Eff.       to
Group  - SP

Rel Y Assign Y

**AUTHORIZATION**
Treat/Precert Not Required
Ins Verif     Not Required
Pro review    Not Required
Ins. Name -   UNINSURED DISCOUNT
Ins. Mnemonic UNINS
Insured DOB  02/08/71

**OCCURRENCES**                **CONDITIONS**          Special Program
Code Type                    Date    Time   Code Type
11   ONSET OF SYMPTOMS/ILLNESS  07/25/22

Last Hospitalization                Admission Comment                    Financial Class
                                                                          99

**PHYSICIANS**

Attending Physician          Admitting Physician      Emergency Room Physician
                                                      Rolle,April  MD
Prim Care Physician          Family Physician         Other Physician
No Primary or Family Physician                        Self Referred

**ADMISSION/REGISTRATION**
Date    Time Source/Priority   Rm/Bed  Arrival  Principal Admitting Diagnosis/Reason for Visit   Admitted By
07/25/22 0929 NON HEALTHCARE FAC R /   WI       numbness, weakness, ACCIDENT                      JOSEPH,NAIKA
             EMERGENCY

HCA Florida Westside Hospital
8201 West Broward Blvd, Plantation, FL 33324 (954) 473-6600

EDF                                              Printed 08/05/22 0424 By HPF.FEED

  Acct#

Patient:COLE, EUREKA L        MRN:W000670066  Encounter:W00019439677     Page 1 of 1

```
RUN DATE: 07/27/22                      HCA FL Westside Hospital ABS                        PAGE 1
RUN TIME: 0440                                CODING SUMMARY
RUN USER: HPF.FEED


    NAME:   COLE,EUREKA L                        ACCT#:      W00019439677
                                                 FORM:

    ADM DATE:   07/25/22  0929
    ATTEND PHYS:  Rolle,April  MD                UNIT#:      W000670066
    DIS DT/TM:  07/25/22  1002                   SEX:        F
    DIS DISP:  ROUTINE HOME/SELF CARE            AGE:        51
        LOS:  :            1                     DOB:        02/08/71
    PT CLASS:  OP.OTH                            FIN CLASS:  14
                                                 ABS STATUS:  FINAL


    DIAGNOSES                                                            POA INDICATOR  CODESET

    REASON FOR VISIT DX
            M54.9      DORSALGIA, UNSPECIFIED                                        ICD10

    PRIMARY CODESET
    PRINC DX    S20.222A    CONTUSION OF LEFT BACK WALL OF THORAX, INITIAL ENCOUNTER    ICD10
    OTHER DX    E11.9       TYPE 2 DIABETES MELLITUS WITHOUT COMPLICATIONS             ICD10
            J45.909     UNSPECIFIED ASTHMA, UNCOMPLICATED                             ICD10
            Z79.84      LONG TERM (CURRENT) USE OF ORAL HYPOGLYCEMIC DRUGS            ICD10
            W01.0XXA    FALL SAME LEV FROM SLIP/TRIP W/O STRIKE AGAINST OBJECT, INIT  ICD10

    OTHER CODESET
    PRINC DX
    OTHER DX

    PROCEDURE
    PRIMARY CODESET
    DATE        PROC CODE & NAME                 SURGEON        ANESTHESIOLOGIST
    OTHER CODESET

    PRIMARY CODESET
    DRG I-10
    OTHER CODESET
    DRG I-9


    STATUS      $REIMB   MIN-LOS   STD-LOS     COST WT    GRP VERS   GRP FC
                                                          39.1       14



    DRG STATUS DATE:                             ABS STATUS DATE: 07/26/22
    CODER: INTERFACE                             ABSTRACTOR: CACUSER



    **This form will be maintained as a permanent part of the medical record**
```

```
HCA FLORIDA WESTSIDE HOSPITAL (COCWS)
EMERGENCY PROVIDER REPORT
REPORT#:0725-0328   REPORT STATUS: Signed
DATE:07/25/22 TIME: 0941

PATIENT: COLE,EUREKA L                UNIT #: W000670066
ACCOUNT#: W00019439677                ROOM/BED:
AGE: 51        SEX: F                 PCP PHYS: No Primary or
Family Physician
SERVICE DT: 07/25/22                  AUTHOR: Lieberman,Carol B
ARNP
REP SER DT: 07/25/22           REP SVR TM: 0941
* ALL edits or amendments must be made on the electronic/computer
document *
```

## HPI-Back Pain 40 and Over

### General
**Confirmed Patient** Yes
**Initial Greet Date/Time** 07/25/22 0930
**Assumed Care at**
  **Time** 0930

### Presentation
**Chief Complaint** 51 year old female pt states she was on a cruise ship and a plastic container fell and hit her left upper back.. she states she went to the infirmary and was given ibuprofen.. she states she feels pain in the area.. on exam noted a scratch.. no swelling, bruising, echmosis noted on exam. the pt has a picture of the container ..it is a sml plastic container.. she states she was hit by the corner. she states this happened on saturday she also reports that on saturday she slipped in water and fell but she did report the fall. no c.o numbness or weakness in the er , she has from of the left shoulder
**Hx Obtained From** Patient
**Sudden in Onset?** Yes
**Onset Occurred** sunday
**Location** left upper back
**Severity: Onset** Pain level 3 out of 10
**Severity: Current** Pain level 1 out of 10
**Associated with**
Denies: Abdominal pain, Chest pain, Cough, Dyspnea, Dysuria, Fever, Frequency, Hematuria, Inability to walk, Incontinence bladder, Incontinence bowel, Nausea, Vomiting, Numbness, lower ext R, Numbness, lower ext L, Numbness, both lower ext, Tingling, lower ext R, Tingling, lower ext L, Tingling, both lower ext, Weakness, lower ext R, Weakness, lower ext L, Weakness, both lower ext.
**Associated Other** Pt denies other symptoms
**Exacerbated by** Palpation
**Relieved by** Ibuprofen

### Context
**Related History**
Denies: Aortic dissection, Arthritis, Cancer, Cholelithiasis, Chronic back pain, Epidural

Patient: COLE,EUREKA L
Unit#:W000670066
Date: 07/25/22
Acct#:W00019439677

abscess, Epidural bleed, Kidney stone, Pancreatitis, Pneumonia, Pyelonephritis, Sickle cell disease, Spinal surgery, Ureterolithiasis, Urinary tract infection, Urolithiasis.

## Risk-Back Pain 40 and Over

### Risk Stratification
)( **Abdominal Aortic Aneurysm** Risk factors reviewed, No risk factors
)( **Thoracic Aortic Dissection** Risk factors reviewed, No risk factors
**Epidural Hematoma** Risk factors reviewed, No risk factors
**Epidural Abscess** Risk factors reviewed, No risk factors
**Nexus C-Spine Criteria**
No: Post midline tenderness, Intoxicated, Altered LOC/alertness, Focal neuro deficit pres, Distracting injury pres.
 **C-Collar Nexus Statement**
The patient presented to the emergency department with a C-Collar in place. With the C-Collar in place I performed an initial exam and determined that the Nexus C-Spine criteria are negative: there is no post midline tenderness, the patient is not intoxicated, there is a normal level of alertness, there are no focal neurologic deficits and there are no distracting injuries. Therefore the C-Collar has been removed and no imaging is required.

## Review of Systems

### ROS Statements
**All systems rev & neg** except as marked.
**Complete sys rev & neg** except as marked.

### Basic Review of Systems
**Basic ROS** EYES: No redness, ENT: No sore throat, SKIN: No rash, PSYCH: NL thought content

### Focused Review of Systems
**Constitutional**
Denies: Chills, Fatigue, Fever, Lethargy, Malaise, Recent wt loss, Weakness - generalized.
**Respiratory**
Denies: Cough, non-productive, Cough, productive, Dyspnea on exertion, Hemoptysis, Parox nocturnal dyspnea, Pleuritic pain, Shortness of breath, Wheezing.
**Cardiovascular**
Denies: Chest pain, Dyspnea on exertion, Edema, Orthopnea, Palpitations, Parox nocturnal dyspnea, Syncope.
**GI**

```
Patient: COLE,EUREKA L
Unit#:W000670066
Date: 07/25/22
Acct#:W00019439677
```

Denies: Abdominal pain, Anorexia, Belching, Bloody/tarry stool, Constipation, Diarrhea, Dysphagia, Hematemesis, Hematochezia, Mucousy stool, Melena, Nausea, Rectal pain, Vomiting.
**GU Female**
Denies: Dysuria, Flank pain, Hematuria, Incontinence, Nocturia, Pelvic pain, Pregnant, Urinary frequency, Urinary urgency, Urination decreased, Urination increased, Vaginal bleeding - abnl, Vaginal discharge.
**Musculoskeletal**
Reports: Back pain.  Denies: Extremity pain, Extremity swelling, Joint pain, Joint swelling, Lumbar pain, Myalgia, Neck pain, Thoracic pain.

## Additional Review of Systems
**Skin**
Reports: Abrasion.  Denies: Abscess, Burn, Contusion, Diaphoresis, Erythema, Itching, Jaundice, Laceration, Rash, Swelling, Ulceration.

## Past Medical History - Adult
**Stated Complaint** numbness, weakness, ACCIDENT
**Allergies**
**Coded Allergies:**
shellfish derived (SWELLS UP 12/11/17)

**Home Medications**
**Active Scripts**
IBUPROFEN (MOTRIN) 600 MG PO Q8H PRN PRN PAIN
    IBUPROFEN (MOTRIN) 600 MG PO Q8H PRN PRN PAIN #30 TAB
    Prov:    08/29/20

**Reported Medications**
metFORMIN (GLUCOPHAGE) 1,000 MG PO BID
Exenatide Microspheres (Bydureon Bcise) 2 MG SUBQ Q7D
ERTUGLIFLOZIN PIDOLATE (STEGLATRO) 15 MG PO DAILY

**Review of Nursing Notes** Rev avail, and agree
**Past Medical History:**
Reports: Asthma, Diabetes mellitus.
**Past Surgical History:**
Reports: C-Section.
**Additional Surgical History**
endometrial ablation
**Alcohol Use** Denies EtOH use

Patient: COLE,EUREKA L
Unit#:W000670066
Date: 07/25/22
Acct#:W00019439677

**Drug Use** Denies recreational drugs
**Smoking status for patients 13 years old or older:** Never Smoker
**Ambulatory Status** Independent

## Physical Exam

### Vital Signs
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 07/25 0937 |
| B/P | 139/95 | 07/25 0937 |
| B/P Mean | 109 | 07/25 0937 |
| O2 Delivery | Room air | 07/25 0937 |
| Temp | 97.5 | 07/25 0937 |
| Pulse | 102 | 07/25 0937 |
| Resp | 18 | 07/25 0937 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 07/25 0937 |
| B/P | 139/95 | 07/25 0937 |
| B/P Mean | 109 | 07/25 0937 |
| O2 Delivery | Room air | 07/25 0937 |
| Temp | 97.5 | 07/25 0937 |
| Pulse | 102 | 07/25 0937 |
| Resp | 18 | 07/25 0937 |

**Review of Vital Signs** Reviewed, Vital signs normal

### Basic Physical Exam
**Basic PE** HEAD: Atraumatic/NC, EYES: PERRL, conj clear, ENT: Membranes moist, NECK: Supple, EXT: No gross abnormality, SKIN: No rashes, warm/dry, NEURO: alert & oriented, NEURO: gross movement NL, PSYCH: NL thought content

### Focused PE
**General/Const**   **
   **General/Const** Awake, Alert, No acute distress, Well appearing, Well developed, Well hydrated, Well nourished, Cooperative, Not toxic appearing
**MS Neck**
   **Neck** Atraumatic, Supple, No meningismus, Full range of motion, No adenopathy, No

Patient: COLE,EUREKA L
Unit#:W000670066
Date: 07/25/22
Acct#:W00019439677

swelling, Non-tender, No midline vertebral tend, No masses
**Resp/Chest**      **
   **Respiratory/Chest** Atraumatic, Breath sounds NL, Breath sounds = bilat, No respiratory distress
**Cardiovascular**  **
   **Cardiovascular** Heart rate NL, Regular rhythm, Peripheral circulation NL
**Abdomen/GI**      **
   **Abdomen/GI** Atraumatic, Soft
**MS Back**      **
   **Back** Atraumatic, Full range of motion, Painless range of motion, No midline vertebral tend, No paraspinal tenderness, No muscle spasm, Straight leg raise neg, No CVA tenderness, superficial scratch to left upper back.. no contusion, echmosis or bruising noted
**Neurologic**      **
   **Neurologic** Oriented X3, Speech NL, No motor deficits, No sensory deficits, Reflexes equal bilat, Cerebellar NL, Memory NL, Gait NL, no focal findings

## Interpretation & Diagnostics

### Lab Results Interpretation
 **Imaging Statement**
xrays: not clinically indicated

## Re-Evaluation & MDM

### Re-Evaluation/Progress #1
**Time of Re-Eval** 0941
**Re-Eval Status** Improved
**Eval Following Treatment** Pt. feels better
 **Back Pain MDM Note**
The patient presented with acute back pain. The patient is now resting comfortably and feels better, is alert, talkative, interactive and in no distress. The repeat examination is unremarkable and benign. The patient is neurologically intact and is ambulatory in the ED. The patient has no fever, no bowel or bladder incontinence, no saddle anesthesia, and is otherwise alert and well-appearing. The history, physical examination, and diagnostics (if any) do not suggest the presence of acute spinal epidural abscess, acute spinal epidural bleed, cauda equina syndrome, abdominal aortic aneurysm, aortic dissection or other process requiring further testing, treatment or consultation in the emergency department. The vital signs have been stable. The patient's condition is stable and appropriate for discharge. The patient will pursue further outpatient evaluation with the primary care physician or other designated or consulting physician as indicated in the discharge instructions.

```
Patient: COLE,EUREKA L
Unit#:W000670066
Date: 07/25/22
Acct#:W00019439677
```

## Differential Diagnosis
**Differential Diagnosis** contusion

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 07/25 0937 |
| B/P | 139/95 | 07/25 0937 |
| B/P Mean | 109 | 07/25 0937 |
| O2 Delivery | Room air | 07/25 0937 |
| Temp | 97.5 | 07/25 0937 |
| Pulse | 102 | 07/25 0937 |
| Resp | 18 | 07/25 0937 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 07/25 0937 |
| B/P | 139/95 | 07/25 0937 |
| B/P Mean | 109 | 07/25 0937 |
| O2 Delivery | Room air | 07/25 0937 |
| Temp | 97.5 | 07/25 0937 |
| Pulse | 102 | 07/25 0937 |
| Resp | 18 | 07/25 0937 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Improved

### Clinical Impression
**Clinical Impression**
**Primary Impression:** Contusion of left upper back excluding scapular region

### Disposition Decision
**Discharge**
)( **Discharged to Home** Yes

### Discharge/Care Plan

Patient: COLE,EUREKA L
Unit#:W000670066
Date: 07/25/22
Acct#:W00019439677

**Counseled Regarding** Diagnosis, Prescriptions, Need for follow-up, f/u with pcp
**Prescriptions**
motrin
**(Auto) Prescriptions**
**Current Visit Scripts**
IBUPROFEN (MOTRIN) 600 MG PO Q8H PRN PRN PAIN
 IBUPROFEN (MOTRIN) 600 MG PO Q8H PRN PRN PAIN #30 TAB


**Referrals**
**Provider Referral:** No Primary or Family Physician

**Resource Referral:** Seventh Ave Family Heath Ctr
 **Address:**
 200 Northwest Seventh Avenue
 Fort Lauderdale, FL 33311


**Discharge Note**
I have spoken with the patient and/or caregivers. I have explained the patient's condition, diagnoses and treatment plan based on the information available to me at this time. I have answered the patient's and/or caregiver's questions and addressed any concerns. The patient and/or caregivers have as good an understanding of the patient's diagnosis, condition and treatment plan as can be expected at this point. The vital signs have been stable. The patient's condition is stable and appropriate for discharge from the emergency department.

The patient will pursue further outpatient evaluation with the primary care physician or other designated or consulting physician as outlined in the discharge instructions. The patient and/or caregivers are agreeable to this plan of care and follow-up instructions have been explained in detail. The patient and/or caregivers have received these instructions in written format and have expressed an understanding of the discharge instructions. The patient and/or caregivers are aware that any significant change in condition or worsening of symptoms should prompt an immediate return to this or the closest emergency department or a call to 911.


Electronically Signed by Lieberman,Carol B  ARNP on 07/25/22 at 1001
Electronically Signed by Rolle,April  MD on 07/25/22 at 1829


RPT #: 0725-0328
***END OF REPORT***

Case 0:23-cv-60532-MD   Document 74-4   Entered on FLSD Docket 03/15/2024   Page 10 of 14

Patient: COLE, EUREKA L.        MRN: W000670066    Encounter: W00019439677    Page 1 of 4

RUN DATE: 07/27/22
RUN TIME: 0330
RUN USER: HPF.FEED

HCA FL Westside Hospital EDM
EMERGENCY PATIENT RECORD

PAGE 1

| | | |
|---|---|---|
| Patient: COLE,EUREKA L<br>EDM Provider: Rolle,April MD, 2hcaActive | Age/Sex: 51/F | Acct No: W00019439677<br>Unit No: W000670066 |

## GENERAL DATA

ED Physician: Rolle,April MD, 2hcaActive
Practitioner: LIEBERMAN,CAROL B., 2hcaPrvNoM
Nurse: ROHAL,JAMIE, RN

Arrival Date/Time: 07/25/22 - 0929
Triage Date/Time: 07/25/22 - 0941
Date of Birth: 02/08/1971

Stated Complaint: numbness, weakness, ACCIDENT
Chief Complaint: Non-Urgent General Care        Priority: 4
Status Event History:
    07/25/22  0929 Reception
             0930 Room Placement
             1002 Disposition -Discharge Patient
             1002 Departed
             1027 Off Tracker

MODE OF ARRIVAL

WALK IN

## ALLERGIES

Allergy/Adverse Reaction
shellfish derived
  Reaction: SWELLS UP

Type/Category    Severity Date    Ver
Allergy/Drug    Unknown 12/11/17 Y

## INTIMATE CARE

Is there anything we can do or avoid doing to prevent you feeling uncomfortable
during this hospitalization:

## ASSESSMENTS

Rapid Initial Assessment

Occurred
Date    Time User
07/25/22 0941 ROHAL,JAMIE, RN

Recorded
Date    Time User
07/25/22 0947 ROHAL,JAMIE, RN

- - RAPID INITIAL ASSESSMENT - -
First Point of Contact: Yes
Enter/Edit Allergies: Yes
Arrived by: WI
Medications/treatments prior to arrival: None
        - - SUBJECTIVE ASSESSMENT - -
Patients description of reason for visit:
PER PT "MY L SHOULDER WAS HIT YESTERDAY AND IT REALLY HURTS"
Objective assessment:
AAOX3, NAD NOTED, RR EVEN AND UNLABORED, SKIN WARM AND DRY,
SMALL SCRATCH ON L SHOULDER, STEADY GAIT
Onset of Symptoms Date: 07/24/22
Neuro WDP: Yes
Cardiovascular WDP: Yes
Respiratory WDP: Yes
Pain scale utilized: Verbal numeric
Pain intensity: 6
Smoking status for patients 13 years old or older: Never Smoker
Chief Complaint: Non-Urgent General Care
Priority: ESI 4 / Semi-Urgent

ESP? Y
Facility ESP status:
ESP Enabled

- FIRST POINT OF CONTACT - -
Preferred language: ENG
Patient/representative present AND ABLE to complete infection screening: Yes
Have you ever had TB or a positive TB skin test: No
Recent close contact with a person who has influenza like illness or TB: No
Risk factors for C.diff: None
Have you or a close contact traveled outside the US in the last 3 weeks: No
Fever greater than 100.4 F or 38.0 C: Not in the last 7 days
Cough not related to allergy or COPD: Not in the last 7 days
Sore throat: Not in the last 7 days
Night sweats: Not in the last 7 days
Unexplained weight loss: Not in the last 7 days
Fatigue: Not in the last 7 days
Body aches: Not in the last 7 days
Rash: Not in the last 7 days
Nasal congestion unrelated to allergies/sinus infections: Not in the last 7 days
Patient states having a fever: No
Patient states having shortness of breath: No
COVID-19 point of entry screening status: Negative COVID-19 Risk
Point of entry screening status:
Negative TB Risk
Negative Respiratory Risk
Negative C difficile Risk

- PAIN DATA - -
Numeric pain scale: Moderate pain-6

- RAPID FLOWSHEET - -

Fall Risk Assessment

Occurred
Date    Time User
07/25/22 0947 ROHAL,JAMIE, RN

Recorded
Date    Time User
07/25/22 0947 ROHAL,JAMIE, RN

        - - FALL RISK ASSESSMENT - -
Assess fall risk: Yes
History of falling (immediate or previous): No
Secondary diagnosis: No
Ambulatory aid: None/bedrest/nurse assist
IV/heparin lock: No
Gait/transferring: Normal/bedrest/immobile
Mental status: Oriented to own ability
Morse Fall Scale score and risk level: 0 - No Risk

Non Urgent General Care Focus

Occurred
Date    Time User
07/25/22 0947 ROHAL,JAMIE, RN

Recorded
Date    Time User
07/25/22 0951 ROHAL,JAMIE, RN

        - - NON URGENT GENERAL FOCUS - -
Suicide screening: No
Are you frequently being bullied: No

Case 0:23-cv-60532-MD  Document 74-4  Entered on FLSD Docket 03/15/2024  Page 11 of 14

RUN DATE: 07/27/22
RUN TIME: 0330
RUN USER: HPF.FEED

HCA FL Westside Hospital EDM
EMERGENCY PATIENT RECORD

| Patient: COLE,EUREKA L | Age/Sex: 51/F | Acct No: W00019439677 |
| EDM Provider: Rolle,April  MD, 2hcaActive | | Unit No: W000670066 |

Health history: Yes
Exposure to communicable diseases: None
Is this a wound recheck: No
Is this a lab check or prescription refill: No
Dental pain or injury: No
Assess musculoskeletal symptoms: Yes
Arrived by: WI
Medications/treatments prior to arrival: None
Last tetanus shot: Less than 5 years
Chief Complaint: Non-Urgent General Care
Expected outcome of chief complaint: Stabilized/maintained
General focus comments:
AAOX3, NAD NOTED, RR EVEN AND UNLABORED, SKIN WARM AND DRY
STEADY GAIT

- HEALTH HISTORY - -
Hearing impairment: None
Vision impairment: None
Developmental level 18 years+: Able to function indepdnt, Able to live independntly
Decrease in ADL function or upper limb mobility past 7 days: None
Recent decline in mobility or ambulation in the past 7 days: None
Falls within the past 3 months: No
Recent weight loss without trying: No
Eating poorly due to decreased appetite: No
Malnutrition screen tool score: 0 - Not at risk
Home tube feeding or TPN: No
Smoking status for patients 13 years old or older: Never Smoker
Do you feel safe at home, work and/or school/daycare: Yes
Evidence/suspicion of physical and/or psychological abuse: No
Evidence/suspicion of verbal abuse: No
History consistent with presentation/injury: Yes
Living situation: Home with others
Barriers in living situation relevant for discharge planning: None
Spiritual, religious or cultural details: None
Respiratory: None
Heart disease: None
Stroke: None
Diabetes: History of
Cancer: None
Additional medical history:
ASTHMA, DM
Surgical history:
DENIES

- MUSCULOSKELETAL SYSTEM - -
Choose musculoskeletal system: Extremity
Mechanism of injury: Blunt trauma
Presenting signs/symptoms: Extremity discomfort
Initial onset of signs/symptoms: Yesterday
Symptoms frequency: Constant
Extremity affected: Upper extremity left
Hand dominance: Right
Upper extremities equal and strong bilaterally: Yes
Lower extremities equal and strong bilaterally: Yes
Gait, strength, balance: Appropriate

Pain Assessment/Reassessment

Occurred
Date      Time User
07/25/22 0951 ROHAL,JAMIE, RN

Recorded
Date      Time User
07/25/22 0951 ROHAL,JAMIE, RN

- - PAIN ASSESSMENT - -
Goal for pain management: No pain-0
Pain scale utilized: Verbal numeric
Pain intensity: 6
Pain location: Shoulder left
Numeric pain scale: Moderate pain-6

Severe Sepsis Screening

Occurred
Date      Time User
07/25/22 0951 ROHAL,JAMIE, RN

Recorded
Date      Time User
07/25/22 0951 ROHAL,JAMIE, RN

- - SEVERE SEPSIS SCREENING - -
Temperature: No
WBC results:
No results past 48 hrs
Heart rate: Yes
Band results:
No results past 48 hrs
Respirations: No
WBC/Bands: No
If yes to 2 or more of above, proceed to next section: 1

Disposition-DC,TX,ADM,LPT

Occurred
Date      Time User
07/25/22 1002 ROHAL,JAMIE, RN

Recorded
Date      Time User
07/25/22 1016 ROHAL,JAMIE, RN

- - DISPOSITION - -
Patient disposition: Discharge
Disposition Category: Discharged
Chief Complaint: Non-Urgent General Care
Patient will remain injury free while patient is in restraint or seclusion: Not applicable
Expected outcome of chief complaint: Stabilized/maintained
Actual outcome of chief complaint: Stabilized/maintained

- DISCHARGE ASSESSMENT - -
Discharge information provided: Instructions/prescription
Discharge instructions given to and verbalized understanding by:
PT
Patient discharged from ED by provider and not seen by RN: No
Patient left to: Home
Patient left with: Unaccompanied
Mode patient left: Ambulatory
Patient left via: Private vehicle
===INFECTION===
===NEW ORGAN DYSFUNCTION within past 48 hours===

- PATIENT/FAMILY TEACHING - -
Primary learners preferred spoken language: ENG
Primary learners preferred written language: ENG

Case 0:23-cv-60532-MD   Document 74-4   Entered on FLSD Docket 03/15/2024   Page 12 of 14

RUN DATE: 07/27/22
RUN TIME: 0330
RUN USER: HPF.FEED

HCA FL Westside Hospital EDM
EMERGENCY PATIENT RECORD

PAGE 3

Patient: COLE,EUREKA L
EDM Provider: Rolle,April MD, 2hcaActive

Age/Sex: 51/F

Acct No: W00019439677
Unit No: W000670066

---

### TREATMENTS

ED Flowsheet-Detail

| Occurred | Recorded |
| --- | --- |
| Date    Time User | Date    Time User |
| 07/25/22 0937 Suarez,Dawn, RN | 07/25/22 0939 Suarez,Dawn, RN |

- - DETAILED FLOWSHEET - -
Temperature F: 97.5
Temperature source: Oral
Pulse: 102
Pulse source: Monitor
Respiratory rate: 18
Respiratory source: Observed
Vital signs position: Sitting
Blood pressure: 139/95
Blood pressure location: Arm upper left
Blood pressure source: Monitor
Mean arterial pressure: 109
SPO2 %: 100
Oxygen delivery devices: Room air
Height ft: 5
Height in: 4
Height source: Stated/Reported
Weight kg: 112.800
Weight source: Standing scale
BMI calculated: 42.7

First Point of Contact

| Occurred | Recorded |
| --- | --- |
| Date    Time User | Date    Time User |
| 07/25/22 0939 Suarez,Dawn, RN | 07/25/22 0942 Suarez,Dawn, RN |

- - FIRST POINT OF CONTACT - -
Preferred language: ENG
Patient/representative present AND ABLE to complete infection screening: Yes
Have you ever had TB or a positive TB skin test: No
Recent close contact with a person who has influenza like illness or TB: No
Risk factors for C.diff: None
Have you or a close contact traveled outside the US in the last 3 weeks: Yes
Which countries: Other
Which countries comment:
CRUISE
Fever greater than 100.4 F or 38.0 C: Not in the last 7 days
Cough not related to allergy or COPD: Not in the last 7 days
Sore throat: Not in the last 7 days
Night sweats: Not in the last 7 days
Unexplained weight loss: Not in the last 7 days
Fatigue: Not in the last 7 days
Body aches: Not in the last 7 days
Rash: Not in the last 7 days
Nasal congestion unrelated to allergies/sinus infections: Not in the last 7 days
Patient states having a fever: No
Patient states having shortness of breath: No
COVID-19 point of entry screening status: Negative COVID-19 Risk
Point of entry screening status:

---

Negative TB Risk
Negative Respiratory Risk
Negative C difficile Risk

Teaching Education

| Occurred | Recorded |
| --- | --- |
| Date    Time User | Date    Time User |
| 07/25/22 0951 ROHAL,JAMIE, RN | 07/25/22 0951 ROHAL,JAMIE, RN |

- - Patient/Family Teaching - -
Primary learner: Patient
Readiness to learn: Asks questions, Cooperative, Eager to learn
Barriers to communication/learning: None
Primary learners preferred spoken language: ENG
Primary learners preferred written language: ENG
Method of education: Printed material, Verbal discussion
Patient rating of current knowledge level: Good
Patient/Family education subject items: Safety, Discharge planning, ED after care/follow up
Learner(s) verbalized understanding and/or return demonstration of items: Yes
Pt/Family encouraged verbalize anxieties and reassurance given: Yes
Pt/Family/Significant other informed of condition and treatment plan: Yes
Pt/Family/Significant other encouraged give input and participate in tx: Yes

Medication History

| Occurred | Recorded |
| --- | --- |
| Date    Time User | Date    Time User |
| 07/25/22 0951 ROHAL,JAMIE, RN | 07/25/22 0951 ROHAL,JAMIE, RN |

- - Admission Home Meds - -

---

### USER DEFINED PARAMETERS

~~~ ASSESSMENT PARAMETERS ~~~

These are the definitions of Within Defined Parameters by Body System

NEUROLOGICAL
- Alert & Oriented X 4
- Pupils equal
- Speech clear and appropriate for age
- Moves all extremities
- No paralysis
- Steady gait
- Ambulates independently

RESPIRATORY
- No respiratory distress
- No cough
- No O2 or assistive devices
- No nasal flaring or pursed lip breathing
- Respirations even & unlabored
- Skin pink & warm to touch

EENT
- Eyes - Clear, no tearing or redness
- Ears - No complaint of hearing difficulty, loss of hearing, or change in hearing, pain free, no drainage
- Nasal - Breathes freely through both nares
- Throat - No hoarseness or stated soreness, no cough

CARDIAC
- No stated calf tenderness
- No history of pacemaker or implanted defibrillator
- Denies current cardiac complaint
- Skin pink & warm to touch - no cyanosis, mottling, diaphoresis or flushing of skin

RUN DATE: 07/27/22
RUN TIME: 0330
RUN USER: HPF.FEED

HCA FL Westside Hospital EDM
EMERGENCY PATIENT RECORD

PAGE 4

Patient: COLE,EUREKA L
EDM Provider: Rolle,April MD, 2hcaActive

Age/Sex: 51/F

Acct No: W00013439677
Unit No: W000670066

CIRCULATORY
- Oral mucosa pink and moist
- Skin color appropriate to ethnic color
- Denies sensory complaints
- No edema noted

MUSCULOSKELETAL
- Moves all extremities
- Ambulates independently

GASTROINTESTINAL
- Denies GI complaints

GENITO-URINARY
- Denies GU complaints

INTEGUMENTARY
- Skin warm, dry & intact
- No complaints of lesions, rash, wounds, bruises, petechiae or abrasions

PSYCHOSOCIAL
- With regards to cultural influences: mood/affect is appropriate
- Patient demonstrates effective coping skills/patterns for situation

These are the definitions of Within Defined Parameters for the Nutritional and Functional Screenings:

NUTRITIONAL
- No swallowing/chewing impairments
- No nasea and/or vomiting and/or diarrhea for 3 or more days
- No reported unintentional weight loss > 10 lbs in last 3 months
- No reported decrease in intake > 50% of usual in last two weeks

FUNCTIONAL
- No unexplained alteration in movement/mobility in last four weeks
- No recent limitation performance of ADLs
- No recent alteration in ADLs that require assistance

This is the definition for the evidence of Physical and/or Psychological Abuse question:

ABUSE HISTORY TO INCLUDE, BUT NOT LIMITED TO:
PT DOES NOT REPORT/NO EVIDENCE OF ANY OF THE FOLLOWING: abuse/neglect, Hx. of abuse/neglect, withdrawn/fearful behavior, Unexplained or suspicious bruises/wounds, Patient/Caregiver story changes, Defensive about injuries, Undernourished despite good appetite, Recurrent/Suspicious injuries, Fear of return to previous arrangements, Injuries do not match event history.

*** PATIENT SAFETY PARAMETERS ***
** Allergy and Patient Identification Bands in Place and Validated
** If in a Bed, Side Rails Up and Bed in Low Position With Wheels Locked
** If in a Wheelchair, Wheels Locked
** Call Light Function Explained and Within Reach
** Standard Precautions Observed

DEPARTURE INFORMATION

Primary Impression: Contusion of left upper back excluding scapular re
Secondary Impressions:
Disposition: ROUTINE HOME/SELF CARE                    Departure Date/Time: 07/25/22 - 1002
Comment:
Condition: Stable

Referrals:
No Primary or Family Physician

Seventh Ave Family Heath Ctr
200 Northwest Seventh Avenue
Fort Lauderdale, FL 33311
Phone: 954-759-6600

---

Pt Instructions: ED Soft Tissue Contusion, ED Back Contusion

Additional Instructions:

Departure Forms: School/Work Excuse

PRESCRIPTIONS/REPORTED MEDS

| Prescriptions/Reported Meds | Type | Issued | Provider | Last Edit |
|---|---|---|---|---|
| IBUPROFEN (MOTRIN) 600 MG TAB | Rx | 08/29/20 | HARCH | 08/29/20 |
| 600 MG ORAL EVERY 8 HOURS AS NEEDED As Needed for PAIN #30 TAB REF 0 | | | | |
| IBUPROFEN (MOTRIN) 600 MG TAB | Rx | 07/25/22 | NPLIECA | 07/25/22 |
| 600 MG ORAL EVERY 8 HOURS AS NEEDED As Needed for PAIN #30 TAB REF 0 | | | | |
| metFORMIN (GLUCOPHAGE) 1,000 MG TAB | | Reported | | 08/29/20 |
| 1,000 MG ORAL TWICE DAILY | | | | |
| Exenatide Microspheres (Bydureon Bcise) 2 MG/0.85 ML | | Reported | | 08/29/20 |
| AUTO INJCT | | | | |
| 2 MG SUBCUTANEOUS EVERY 7 DAYS | | | | |
| ERTUGLIFLOZIN PIDOLATE (STEGLATRO) 5 MG TABLET | | Reported | | 08/29/20 |
| 15 MG ORAL DAILY | | | | |

VITAL SIGNS

| DATE | TIME | TEMP | PULSE | RESP | BP | SPO2% |
|---|---|---|---|---|---|---|
| 07/25/22 | 0937 | 97.5 | 102 | 18 | 139/95 | 100 |

EROM ORDER SUMMARY

| Ordered | Order | | Ordering Provider | E-Signed | Status Src |
|---|---|---|---|---|---|

MD GREET INFO

| MD GREET | DATE | TIME |
|---|---|---|
| | 07/25/22 | 0930 |

PATIENT PHYSICALLY LEAVES

Physically Leaves Date: 07/25/22
Physically Leaves Time: 1002

Return to Work/School

Return to work: 2 days
Return to school:

Case 0:23-cv-60532-MD  Document 74-4  Entered on FLSD Docket 03/15/2024  Page 13 of 14

HCA Florida Westside Hospital
8201 West Broward Blvd
Plantation, FL 33324

Patient Name: COLE,EUREKA L
Unit Number: W000670066
Account Number: W00019439677

## Patient Signature Page

Patient Name: COLE,EUREKA L

Date of Birth: 02/08/1971

Guardian Name:

The above-named patient and/or guardian has received the following:

Patient Visit Report
Patient Instructions:
    Back Bruise (Contusion)
    Soft Tissue Bruise (Contusion)
Forms:
    School/Work Excuse

Please make sure you have read through this information before signing.

I have read and understand the instructions given to me by my caregivers.

EUREKA L COLE
_____
Print Patient Name

_____ _____
Patient (or Guardian) Signature        7/28  Date        Time

_____ _____
Caregiver/RN/Doctor Signature        7/26  Date        Time