

## CitiMED Hollywood

**Date of Exam:** 07-27-2022
**Patient Name:** Eureka Cole
**D.O.A:** 07-24-2022
**Patient Id:** 221087

## <u>APRN Initial Evaluation</u>

**History of Present Illness:**

Eureka Cole is a 51-year-old female patient involved in a traumatic event on 07/24/2022. Patient was at a Carnival cruise ship while she was having lunch a working station moved and hit her left shoulder. She was evaluated at the clinic inside the cruise ship. X-rays of the left shoulder were performed. The patient was driven by someone to Plantation General Hospital 07/25/2022. The patient was discharged with Ibuprofen 600 mg. .

**Complaints:**

The patient presents to this office today for further assessment and recommendations regarding the injuries sustained in this accident described above. The patient complains of immediate pain in her left shoulder, cervical and thoracic spine.The bilateral cervical pain is intermittent and mild. The left thoracic pain is intermittent and moderate to severe. The left shoulder pain is intermittent and severe.

**Past Medical / Surgical History:**

The patient reports a medical history of diabetes. The patient denies any surgical procedures.The patient denies any surgical procedures.
 **Previous Accidents and Injuries:** The patient denies any previous motor vehicle accidents or injuries.
**Medications:**  Ibuprofen 600 mg. , Metformin 500 mg and Januvia
**Medication allergies:** No known drug allergies.
**Food allergies:** Shellfish

**Social:** The patient is a non-smoker. She is currently employed as Pathology associates .
**Family Medical History:** The patient has a family history of hypertension.

**Review of system:**

**Constitutional:** Negative for  fever, weight loss and fatigue or malaise.
**HEENT:** Negative for frequent or significant headaches, ear pain or facial pain.
**Neck:** Negative for lumps, goiter and significant swelling.
**Cardiovascular:** Negative for  chest pain, palpitations and edema.
**Chest/Rib/Breast/Abd:** Negative for pain in the right, left chest wall and sternum. Negative for pain in the right anterior, right lateral and right posterior ribs. Negative for pain in the left anterior, left lateral and left posterior ribs.  Negative for abdominal pain.
**Respiratory:** Negative for  shortness of breath, coughing and wheezing.
**Gastrointestinal:** Negative for  nausea, vomiting, diarrhea and abdominal discomfort.
**Genitourinary:** Last menstrual period: Unknown.  Negative for difficulty with urination.
**Integumentary:** Negative for  rash, bruising, abrasion, burn and laceration.

# CIH MED®

## CitiMED Hollywood

**Date of Exam:**      **07-27-2022**
**Patient Name:**      **Eureka Cole**
**D.O.A:**      **07-24-2022**
**Patient Id:**      **221087**

## APRN Initial Evaluation

**Psychiatric:** Negative for  depression, sleep disturbance and mood disorder.

**Endocrine:** Negative for  sensitivity to cold and sensitivity to heat.

**Extremities:** Positive for extremity pain in the left shoulder.

**Neuro:** Negative for  history of headaches, paralysis, seizures and tremors.

**Physical examination:**

**General:** The patient is pleasant and cooperative. She appears to be in moderate distress secondary to pain. The patient is right-handed.

**Head:** The head is normocephalic and atraumatic.

**Neck:** The carotids are 2+ and there are no bruits. The trachea is midline and no palpable masses are noted.

**Respiratory:** Assessment deferred at this time.

**Cardiovascular:** Assessment deferred at this time.

**Chest Wall/Ribs:** The chest wall is non-tender to palpation.

**Abdominal:** The abdomen  is soft, non-tender and non-distended. No palpable organomegaly. Bowel sounds are present in all 4 quadrants.

**Extremities:** The left shoulder has limited range of motion. The left shoulder has increased pain with passive motion. Positive Neer's

**Spine:** The cervical exam reveals full range of motion with tenderness and palpable paracervical spasms.The thoracic exam reveals full range of motion, with no swelling, tenderness norparaspinal spasms.The lumbar exam is within normal limits.

**Neuro:** The patient is awake, alert and oriented to person, time and place. No speech nor motor deficits noted. Cranial nerves examination intact. Deep tendon reflexes are rated as follows: Biceps 2+/2+, Triceps 2+/2+, Brachioradialis 2+/2+, Patellar 2+/2+, Ankle jerks 2+/2+.

**Assessment:**

S13.4XXA Sprain of ligaments of cervical spine, initial encounter
S23.3XXA Sprain of ligaments of thoracic spine, initial encounter
S43.402A Unspecified sprain of left shoulder joint, initial encounter

**Plan:**

**Medication:**

# CitiMED Hollywood

**Date of Exam:**     **07-27-2022**
**Patient Name:**    **Eureka Cole**
**D.O.A:**           **07-24-2022**
**Patient Id:**      **221087**

## <u>APRN Initial Evaluation</u>

The patient will continue with the currently prescribed medications.

**Diagnostics:**
Diagnostic tests listed below have been ordered for further evaluation.
**MRI:**
73218 MRI Upper Extrem W/O left shoulder

**Physical therapy:**
Physical therapy evaluation and treatment is ordered. Start physical therapy and evaluation to include modalities, therapeutic exercise and instruction in home exercise program.
Start home TENS unit topically prn to affected areas.

**Follow up visits/referrals.**
Obtain Medical Records.
Follow up with physical medicine and rehabilitation on the next available appointment.

Dr. Eliza Burdier DNP, APRN, FNP-BC