

PATIENT NAME:    COLE, EUREKA L.                              MR #:    221087
DOB:                    08-Feb-1971                              DOS:    27-Jul-2022 05:14:33 PM
REF PHYSICIAN:    ELIZA BURDIER, APRN

**MRI OF THE LEFT SHOULDER**

**CLINICAL HISTORY:**  Left shoulder pain, status post incident 07/24/2022.

**TECHNIQUE:**  Standard pulse sequences were performed.

**FINDINGS:**  There is tendinosis and tendinitis of the supraspinatus tendon and infraspinatus tendon.  There is a small focus of mild undersurface partial tearing of the supraspinatus tendon measuring no greater than 3-4 mm in size.  The tear involves no greater than 10% of the tendon thickness.  The infraspinatus tendon and teres minor are intact.  The subscapularis tendon is intact.  There is no muscle atrophy or fatty replacement.  There is fluid within the subacromial and subdeltoid bursa consistent with bursitis.  The acromioclavicular joint has moderate hypertrophy and inflammation with an os acromiale present.  There are some cystic changes within the superolateral aspect of the humeral head, most likely reactive in nature.  There is no fracture evident.  There is subarticular edema within the glenoid anterior and inferiorly with subjacent moderate-grade partial-thickness chondral loss.  There is no fracture identified.  Evaluation of the glenoid labrum demonstrates irregularity and tearing of the anterior labrum which extends from the 3 to 6 o'clock position.  The biceps tendon is intact.  There is no axillary mass present.

**IMPRESSION:**
1.  Small focus of mild undersurface partial tearing of the supraspinatus tendon.
2.  Anterior and inferior labral tear.
3.  Mild subacromial and subdeltoid bursitis.
4.  Acromioclavicular joint hypertrophy and inflammation with an os acromiale present.
5. Subarticular edema within the inferior aspect of the glenoid with moderate subjacent partial-thickness chondral loss.

**THIS REPORT WAS ELECTRONICALLY SIGNED, APPROVAL DATE  7/28/2022 10:53:41 AM**
**Robert D. Martinez, M.D.**
**Board Certified Radiologist**
RDM/J.F.

152 NE 167th Street, Suite 100, Miami, Florida 33162
Tel 305.944.9886   Fax 305.944.9477