

**CitiMED Hollywood**

| | |
|---|---|
| **Date of Exam:** | **08-12-2022** |
| **Patient Name:** | **Eureka Cole** |
| **D.O.A:** | **07-24-2022** |
| **Patient Id:** | **221087** |

# Orthopaedic Surgeon Consultation

**History of Present Illness:**

Eureka Cole is a 51-year-old female patient that presents today for evaluation of her left shoulder. She reports that on July 24th,2022. She was a passenger at a Carnival cruise ship while she was having lunch and a large container struck her on her mid back. The impact pushed her forward and she braced herself with her hand on the table. She was evaluated at the cruise medical center. She is currently complaining of left shoulder throbbing pain with activities.

**Past Medical / Surgical History:**

The patient reports a medical history of NIDDM. The patient denies any surgical procedures.

**Previous Accidents and Injuries:** The patient denies any previous motor vehicle accidents or injuries.

**Medications:** Ibuprofen 600 mg. , Metformin 500 mg and Januvia

**Medication allergies:** No known drug allergies.

**Food allergies:** Shellfish

**Social:** The patient is a non-smoker. She is currently employed as Pathology associates .

**Family Medical History:** The patient has a family history of hypertension.

**Review of system:**

**Constitutional:** Negative for  fever, weight loss and fatigue or malaise.

**HEENT:** Negative for frequent or significant headaches, ear pain or facial pain.

**Neck:** Negative for lumps, goiter and significant swelling.

**Cardiovascular:** Negative for  chest pain, palpitations and edema.

**Chest/Rib/Breast/Abd:** Negative for pain in the right, left chest wall and sternum. Negative for pain in the right anterior, right lateral and right posterior ribs. Negative for pain in the left anterior, left lateral and left posterior ribs.  Negative for abdominal pain.

**Respiratory:** Negative for  shortness of breath, coughing and wheezing.

**Gastrointestinal:** Negative for  nausea, vomiting, diarrhea and abdominal discomfort.

**Genitourinary:** Last menstrual period: Unknown.  Negative for difficulty with urination.

**Integumentary:** Negative for  rash, bruising, abrasion, burn and laceration.

**Psychiatric:** Negative for  depression, sleep disturbance and mood disorder.

**Endocrine:** Negative for  sensitivity to cold and sensitivity to heat.

**Physical examination:**

**Shoulder Physical Examination:**

Examination of the left shoulder reveals active range of motion of 0-160 degrees of forward flexion. 0-160 abduction. 0-70 of internal rotation. 0-70 of external rotation. Positive Obrien. Positive apprehension test. Positive Impingement maneuver. Neurovascular examination is intact.



**CitiMED Hollywood**

**Date of Exam:**   **08-12-2022**
**Patient Name:**   **Eureka Cole**
**D.O.A:**   **07-24-2022**
**Patient Id:**   **221087**

# <u>Orthopaedic Surgeon Consultation</u>

**Diagnostic result:**

CITIMED LEFT SHOULDER MRI COMPLETED ON 7/27/2022.

1. Small focus of mild undersurface partial tearing of the supraspinatus tendon.

2. Anterior and inferior labral tear.

3. Mild subacromial and subdeltoid bursitis.

4. Acromioclavicular joint hypertrophy and inflammation with an os acromiale present.

5. Subarticular edema within the inferior aspect of the glenoid with moderate subjacent partial-thickness

chondral loss.

**Assessment:**

M75.52 Bursitis of left shoulder

S43.432 Superior glenoid labrum lesion of left shoulder

S46.012D Strain of musc/tend the rotator cuff of left shoulder, subs

**Plan:**

Reviewed the patients MRI scan which reveals a glenoid labrum tear and rotator cuff tear. The patient has failed conservative treatment with medication and physical therapy. The patient elects to proceed with a right shoulder arthroscopy with rotator cuff and glenoid labrum repair and surgery as indicated.  The risks and benefits of surgery were discussed in detail. The post operative rehabilitation protocol was also discussed in detail.  Preop medical clearance is also required.