**In The Matter Of:**

*EUREKA COLE v.*
*CARNIVAL CORPORATION*

*JOHN P. WILKERSON, JR., M.D.*
*February 21, 2024*
*ORIGINAL TRANSCRIPT*

*CourtScribes, Inc.*
*"Delivering More For Less"*
*(833) 727-4237*
*info@courtscribes.com*
*www.courtscribes.com*

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:  23-CV-60532-RAR

EUREKA COLE,

        PLAINTIFF,

    V.

CARNIVAL CORPORATION,

        DEFENDANT.

_____

 VIDEOTAPED DEPOSITION OF JOHN P. WILKERSON, JR., M.D.

DATE:          FEBRUARY 21, 2024

REPORTER:     PAMELA ABUCHAIBE

PLACE:        ZOOM VIDEOCONFERENCE

---

Page 2

APPEARANCES

ON BEHALF OF PLAINTIFF:

RAYMOND R. DIEPPA, ESQUIRE

FLORIDA LEGAL, LLC

150 SOUTHEAST 2ND AVENUE, SUITE 1001

MIAMI, FLORIDA 33131

TELEPHONE NO.:  (305) 901-2209

FAX:  (786) 870-4030

E-MAIL:  RAY.DIEPPA@FLORIDALEGAL.LAW

ON BEHALF OF DEFENDANT:

W. COOPER JARNAGIN, ESQUIRE

GRAYROBINSON, P.A.

515 NORTH FLAGLER DRIVE, SUITE 650

WEST PALM BEACH, FLORIDA 33401

TELEPHONE NO.:  (305) 901-2209

FAX:  (561) 268-5747

E-MAIL:  COOPER.JARNAGIN@GRAY-ROBINSON.COM

---

Page 3

INDEX

|  | | Page |
|---|---|---|
| PROCEEDINGS | | 5 |
| DIRECT EXAMINATION BY MR. DIEPPA | | 6 |
| CROSS-EXAMINATION BY MR. JARNAGIN | | 47 |

EXHIBITS

| Exhibit | | Page |
|---|---|---|
| PLAINTIFF: | | |
| 1 | DISCLOSURE REPORT | 12 |
| 1.1 | OPERATIVE REPORT, 9/15/2022 | 21 |
| 1.2 | PHOTOS TAKEN DURING PROCEDURE | 27 |
| 1.3 | INVOICE, 10/27/2022 | 37 |
| 1.4 | INVOICE - ANESTHESIA SERVICES | 38 |
| 1.6 | LEDGER FROM CITIMED | 41 |
| 2 | ANATOMICAL DIAGRAM | 12 |
| DEFENDANT: | | |
| 1 | LETTER OF PROTECTION | 53 |
| 2 | OFFICE NOTE, 8/12/2022 | 57 |

---

Page 4

STIPULATION

THE VIDEOTAPED DEPOSITION OF JOHN P. WILKERSON TAKEN VIA REMOTE ZOOM CONFERENCE ON WEDNESDAY THE 21ST DAY OF FEBRUARY 2024 AT APPROXIMATELY 5:37 P.M.; SAID DEPOSITION WAS TAKEN PURSUANT TO THE FLORIDA RULES OF CIVIL PROCEDURE.

IT IS AGREED THAT PAMELA ABUCHAIBE, BEING A NOTARY PUBLIC AND COURT REPORTER FOR THE STATE OF FLORIDA, MAY SWEAR THE WITNESS.

Page 5

PROCEEDINGS

COURT REPORTER: The time is 5:37, and we are on record. We are here today, February 21, 2024, by remote appearance for the purpose of recording the video Zoom deposition of John P. Wilkerson, in the matter of Eureka Cole versus Carnival Corporation, Case Number 23-cv-60532-RAR, United States District Court, Southern -- or sorry -- United States District Court, Southern District of Florida, Miami Division.

Will counsel please state their appearance for the record?

MR. DIEPPA: Raymond Dieppa here on behalf of the plaintiff, Eureka Cole.

MR. JARNAGIN: And Cooper Jarnagin on behalf of defendant, Carnival Corporation.

COURT REPORTER: Thank you. All right. Dr. Wilkerson?

DR. WILKERSON: Yes.

COURT REPORTER: Okay. Please raise your right hand.

Do you, John P. Wilkerson, swear or affirm to tell the truth, the whole truth, and nothing but the truth, so help you God?

DR. WILKERSON: Yes.

COURT REPORTER: Thank you.

Page 6

Counsel, you may begin.

DIRECT EXAMINATION

BY MR. DIEPPA:

Q   Okay. Good evening, Doctor. Can you please state your full name?

A   John Phillip Wilkerson, Jr.

Q   Okay. And --

COURT REPORTER: Oh, I apologize, counsel. The sound is coming in muffled from the Doctor, so I actually did not get to hear that.

MR. DIEPPA: Yeah. Just put the mic closer to you if you can or speak up.

THE WITNESS: Yeah, there's no mic. It's just built into the computer, so that's why I was trying to call in. I thought that would be better.

MR. DIEPPA: Yeah, I mean, if you can call in -- if you want to call in on the phone, it sounded a little bit better. I mean, if you want to do that.

THE WITNESS: Yeah, that's what I was -- that's what I was trying to get at first.

MR. DIEPPA: Okay. Why don't we go off the record and just have him call in on the phone so the audio can come through?

COURT REPORTER: Perfect. All right. We'll go off record at 5:39.

Page 7

(OFF THE RECORD.)

COURT REPORTER: Okay. We're good. We can go back on the record at 5:42.

MR. DIEPPA: All right. Thank you, Doctor.

THE WITNESS: All right.

MR. DIEPPA: Okay.

THE WITNESS: Sorry about that, guys. It's a video.

MR. DIEPPA: No problem. All right. Back on record? All right.

COURT REPORTER: Yes.

BY MR. DIEPPA:

Q   Dr. Wilkerson, can you please state your full name?

A   John Phillip Wilkerson Jr., M.D.

Q   Okay. Could you give us the benefit of your background, education, and qualifications, please?

A   College, Longwood College in Farmville, Virginia. Medical School and Medical College of Virginia, part of Virginia Commonwealth University in Richmond, Virginia. General surgery internship, Medical College of Virginia. Orthopedic biomechanics fellowship at Medical College of Virginia, again, part of Virginia Commonwealth University. And -- and the med school, I graduated in 1995; internship, 1996.

Page 8

The fellowship 1996 to 1997. Orthopedic -- orthopedic surgery 1997 to 2001. Orthopedics sports medicine -- orthopedics surgery sports medicine fellowship, University of Miami 2001 to 2002. Practice since then, board certified in 2005, re-certified, I believe, 2015. And I'm re-certifying again this year.

Q   All right. And about how many years have you been working as a practicing orthopedic surgeon?

A   Technically since I finished the fellowship, so, you know, no longer in training, that fellowship ended in 2002.

Q   Okay. And the surgery we're here about today that you performed on Ms. Cole. Generally, was that a left shoulder arthroscopy. Would that be the proper way to refer to it?

A   Yes, it would be.

Q   Okay.

A   It would -- It would be a -- a left shoulder arthroscopy with the different procedures that were performed.

Q   Okay. And that type of surgery, how many years of experience have you had performed that specific surgery?

A   I mean, as far -- as first learning to do them was during my residency, so I was -- since like

EUREKA COLE v.
CARNIVAL CORPORATION

ORIGINAL TRANSCRIPT

JOHN P. WILKERSON, JR., M.D.
February 21, 2024

Page 9

1997. And then part of my sports medicine fellowship, it was something we do -- we did routinely and in private practice. It's also something that I do routinely. I do surgeries two days per week at this point now.

Q   I see. And in this case, my understanding is you were Ms. Cole's treating physician and treating surgeon. Is that your understanding?

A   Yes.

Q   Okay. And you had an opportunity to review the non-retained expert disclosure, identifying you as -- as Ms. Cole's treating physician and disclosing the fact that you're going to be providing certain opinions in this lawsuit regarding her care and treatment?

A   Yes, I have.

Q   Okay. And are you -- are you prepared to do that today?

A   Yes.

Q   Now, although you haven't been retained specifically as an expert witness in this case, you are being paid for being here today as part of the cost of your deposition and being away from your practice. Is that accurate?

A   Yes.

Page 10

Q   Okay. And have you testified in court before this deposition?

A   Yes.

Q   Okay. Have you testified in --

A   Yes.

Q   Oh, sorry, go ahead.

A   Yes, I've testified in court before.

Q   Okay. Have you testified at trial before?

A   Yes, I have.

Q   All right. Oh, okay. So, going back to your care and treatment of the patient, Ms. Cole, can you explain to us how it came about that she presented to you for treatment and what history did she provide you relating to her injuries?

A   She -- she was referred to me for treatment by one of the nurse practitioners at the office where I saw her. And -- what was the second part of the question?

Q   What history of injury did she provide to you?

A   History was that she -- on July 24th, she was on a Carnival cruise ship and was having lunch when she was struck in her back by a container. And then she was pushed forward quickly and then braced herself when she was struck, and then as a result,

Page 11

injured her -- her shoulder. She reported that she had went to the medical center on the ship, had an evaluation performed, and the time of her presentation to me, she complained of left shoulder throbbing pain with activities.

Q   And you recall what date she first presented to you?

A   First time that I saw her was August 12, 2022.

Q   Okay. Did you also have the opportunity to review her medical records from the cruise ship and from the emergency department?

A   Yes, I did.

Q   And were those records consistent with the history of patient injury that Ms. Cole provided to you when she presented to you for treatment?

A   Yes, it was. Or yes, they are. The records are consistent.

Q   Okay. Did you review any MRI studies of Ms. Cole's injured shoulder that she was complaining of?

A   Yes, I did.

Q   Okay. And did you review those at the time you saw Ms. Cole initially?

A   Yes, I did. Yes, I did review them at the time I saw Ms. Cole.

Page 12

Q   All right. And in regard to those MRI findings, can you explain to the jury essentially what the MRI report indicated?

A   The MRI reported that there was a partial thickness tear of the -- of a -- of the rotator cuff tendon, specifically the supraspinatus tendon. And that was -- that there was a -- a cartilage tear inside of the shoulder, something called a glenoid labral tear, that there was a shoulder bursitis and underneath the deltoid muscle and underneath the acromion of the shoulder. And that there was also inflammation and hypertrophy of the acromioclavicular joint or AC joint. There was also some cartilage loss inside the shoulder joint on the surface of the joint called the -- called the glenoid.

MR. DIEPPA: Okay. And we'll mark your -- the disclosure that was submitted in this case as Exhibit 1 to your deposition.

(EXHIBIT 1 WAS MARKED FOR IDENTIFICATION.)

MR. DIEPPA: And then the following exhibit will be Exhibit 2, which I'm going to share on the screen.

(EXHIBIT 2 WAS MARKED FOR IDENTIFICATION.)

BY MR. DIEPPA:

Q   Exhibit 2 is an anatomical diagram. Can you

Page 13

see that Dr. Wilkerson?

A   Yes.

Q   Okay.  Now when you reviewed the MRI, did you review just the report or did you also look at the film?

A   I -- I -- I have the images there as well. I -- the MRI scan was performed at a -- with the machine that's associated with the office, and it has a -- we have a -- what's called a PAC system, so I'm able to log in and see the images.

Q   Okay.  And then the injuries that you observed on the -- on the MRI scan that were documented in the report do those areas of the body appear here in this diagram we've marked as Exhibit 2?

A   Yes, they do.

Q   Okay.  So this would indicate on the right side the location of the labrum and then on the left side we'd be able to have a view of the supraspinatus tendon?

A   Yes.

Q   Okay.  And after Ms. Cole presented to you, did you conduct a physical examination of her shoulder?

A   Yes, I did.

Q   Okay.  And what were your findings from the

Page 14

physical examination of Ms. Cole's shoulder?

A   Her left shoulder range of motion was zero to 160 degrees of forward flexion and abduction, zero to 70 degrees of internal and external rotation.  She had an -- a positive O'Brien's test, a positive apprehension test, a positive impingement maneuver, and her neurovascular examination was intact.

Q   Okay.  And in terms of the -- the acute event that she was complaining of, you know, which she was coming to you for being hit by these containers in the -- in her shoulder was that history in that event consistent with the findings that you diagnosed during your physical examination and that you observed on the MRI scan?

MR. JARNAGIN: Objection, form.

MR. DIEPPA: You can answer doctor.

THE WITNESS: It's consistent with her being struck in the back, and then I would imagine she's unaware that she's about to be hit in the back, and so she would be startled leaving -- leaning forward and grabbing the table to brace herself.  And then bracing herself firmly against the table after being hit in the back could cause these injuries to occur.

BY MR. DIEPPA:

Q   Okay.  So the manner in which she related

Page 15

her injury and the manner in which it was memorialized in the -- in the ship's infirmary report was causally consistent with the injuries that you diagnosed an MRI and during the physical examination?

A   Yes.

Q   And after you examined Ms. Cole and you reviewed the MRI films, what did you do for her next?

A   So I -- I reviewed the images, discussed the findings with her and her -- what her previous treatment had been and -- and gave her options.  And the option was -- one of them would be to proceed with surgery, which she had decided to -- which she decided to do.

Q   Okay.  And just going back to the MRI findings there's a notation regarding edema.  Do you see that?

A   Yes.

Q   Okay.  A finding of an -- of edema on an MRI scan or -- or a notation on an MRI report is that indicative of an injury that's more acute?

A   It can be both.  So it can be -- sometimes you get bone edema from stress and you can get bone edema from an impact.

Q   Okay.  In this case, as far as you were aware, was Ms. Cole's medical history significant for

Page 16

anything other than impact?

A   Well, yeah.  The -- the cartilage loss also could be associated with the bone edema.

Q   Okay.

A   So the bone edema is in the same area where the cartilage loss is, so that bone's under more stress.  So there is an association between the two.

Q   Okay.

A   But it's easier.  I would say that -- to explain this full circle, the cartilage protects the end of the bone, and it is easier for the bone to be injured or stressed when you brace yourself because you have less cushion on the surface of the bone.  So what that means is the shoulder is a ball and socket joint.  And if you -- can you go back -- if you could put up your image for a second.

Q   Sure.

A   I think it was --

Q   Yeah.  Going back to Exhibit 2 here.  Go ahead.

A   And I don't know if it shows me at the same time.

Q   It does, yeah.

A   Okay.  So --

Q   Or you can just tell me where to indicate

Page 17

here. I can -- tell me where to go.

A Okay. So the -- if you marked where the right there, that's the -- underneath that is the head of the humerus, and that is articulating with the glenoid, which is on -- which is the picture on the far right. Right there. And so underneath there that -- that -- a little -- well, don't draw there if you could.

Q Okay.

A Just the center of that image there, that's the glenoid surface. So that cartilage there is -- is somewhat thin. So when the ball or the head of the humerus hits against that and there's less cushion there, it can -- it can lead to a -- a -- the bone edema as well, or worse or -- and/or worsening of it where it becomes more painful or symptomatic.

So that's why I'm trying to explain there's a combination of factors. There's less protection with an impact because there's less cartilage on the surface there. She's not all the way -- the -- the scan is significant because it, she's not all the way down to bone. There's still cartilage. There's still some protection, but she's less protected.

So that also means she's less protected to trauma. So trauma can exacerbate these things and

Page 18

make it actually feel worse than if she didn't have the cartridges loss that's there.

Q I see. And then there on the MRI report, there's some other in notation regarding inflammation. Do you know what that would be related to?

A It could be related to the -- one of the possibilities is that it could be related to the trauma. So you're -- you're referring to the report. Let me see where it says inflammation in the report.

Q Yeah, I think it's in relation to the --

A To the AC -- to the AC -- to the AC joint. Yeah. It -- it -- the inflammation could be there from trauma. It could be there from his overuse over time.

Q Okay. And having -- conducting a differential diagnosis and comparing that to her medical history where she comes in complaining of this injury she suffered on the cruise ship, would you be able to the exclude the possibility that it was over time based on the fact that she had had no prior complaints relating to her shoulder?

MR. JARNAGIN: Objection, form.

THE WITNESS: Well, both -- what I would say that you can have hypertrophy of the bone, but it -- it can be asymptomatic until something traumatic

Page 19

occurs. Just like you could have chondral loss, it can be asymptomatic until something traumatic occurs. And then once that impact occurs, things become inflamed, things become now noticeable, and they may not necessarily improve. They may become exacerbated, which is temporary or aggravated, which is more permanent.

And it doesn't -- may not respond to conservative treatment options. So there can be some bit of a combination of things and people certainly have things that they're totally unaware of until they -- until something happens and then -- and then they don't recover from it, like they don't ever get back to where they were. Once that trauma occurs, it's hard for them to get better.

BY MR. DIEPPA:

Q Okay. So it can be in addition to something that's -- that's new, it can be -- can it be something known as -- you know, what's generally referred to as an aggravation or of an activation of a condition?

A Yes.

Q Okay. All right. So, Doctor, going back to Ms. Cole's history under your care. You advised her of -- that surgery could be an option for her. And was that the, I guess, the primary recommendation or

Page 20

were there other recommendations that you made besides that?

A Well, she -- before coming to me, she is -- she has already had -- had treated with the -- with physical therapy at the -- within the office. And -- and she was not getting better. So when I talk to patients about this, I give them all of the options, you know, of the -- continuing of medication, continuing of physical therapy.

She's a diabetic, so steroid injection isn't really a good option for her because it can flare as a risk when with injecting her with a steroid, you have to, you know, risk -- benefit risk so you could -- you could raise her blood sugars and cause another problem if you were to give her a steroid injection.

So you have to have a really good risk reward type of a reason to go ahead and do that. And some patients are like, "No, don't give me the injection." Because maybe they've had a response where their blood sugars were out of control. And so that's one of the risks of doing a steroid injection. And then some -- and then the other option is just do something that's more curative and just fix the problem.

Q I see. So it sounds to me like before Ms.

Page 21

Cole presented to you, she had already had some more conservative treatment in the form of physical therapy?

A   Yes.

Q   Okay.  And from what you've told me, it didn't seem that she was improving from the physical therapy alone relating to the injury?

A   Yes, correct.  Again, you know, the patient's decision to proceed with surgery is -- you know, is how -- for the most -- a lot of times it's just how bad the pain is.  Like if the pain is under control -- is not under control and not responding, and that may push them into having something surgically done to help alleviate that -- that traumatic pain.

MR. DIEPPA: Okay.  So I'm going to show you what I will mark as Exhibit 1.1 which was contained in your disclosures.  This is the operative report, I think it's dated September 15, 2022.

(EXHIBIT 1.1 WAS MARKED FOR IDENTIFICATION.)

BY MR. DIEPPA:

Q   Do you have a copy with you, Doctor?

A   Yes, I do.

Q   Okay.  So going through this operative report here, can you just tell me looking through the

Page 22

operative report, the diagnosis and the types of procedures you performed to address those diagnoses and why you performed them?

A   So she had a left shoulder partial thickness articular surface supraspinatus tendon tear, which is a partial thickness rotator cuff tendon tear.  She had a -- a anterior glenoid labral tear.  She had left shoulder synovitis and left shoulder subacromial bursitis.  The treatment included a left shoulder rotator cuff tendon repair, a left shoulder glenoid labral repair, a left shoulder glenohumeral joint debridement, a left shoulder synovectomy, and a left shoulder subacromial decompression.

Q   Okay.  And approximately how long did this procedure take?

A   I don't know the exact time of -- usually, it can actually time where I'm actually doing the surgery.  For this, it may range about an hour or so.  But I don't know the specific time.  If you were to pull the operating room records, you'll see there's a time in the room, time out of the room, anesthesia to start time, anesthesia finished time, a surgical start time, a surgical finish time.  They're all documented on the operative record from the surgical center.

Q   I see.  And in terms of the procedure that

Page 23

you performed if you could describe for those of the jury that are not familiar with generally how this procedure is performed.

A   Okay.  So the way I perform the procedure, the -- it begins with the anesthesia team.  The first part after we -- after I see the patient, anesthesia sees the patient.  Before the patient comes in the operating room, we do something called an intra scaling block to basically numb that shoulder.  So that helps with postoperative pain management because the shoulder is most painful immediately after the surgery is done.  And they will miss all that discomfort from having the operation due to swelling and -- and the treatment.

Patient then comes in the operating room, is transitioned to an operating room table.  They're lying on a beanbag.  They will be placed under general anesthesia, then transitioned to a lateral position meaning they're lying on their side.  A pillow is placed -- placed under the non-operative side to protect that arm under the axilla.  The operative side is placed into traction.  So the arm's kind of extending out to the side like this.  And the -- the beanbag that they're lying on is deflated and molded to their body.  Pillows are placed underneath them.

Page 24

They're -- they're sterile prepped with alcohol.  Then something called ChloraPrep solution.  There's -- the extremity is sterile draped out.  They're given IV antibiotics.  We do something called a timeout procedure where we confirm the patient, confirm the surgery, confirm the antibiotics are given, confirm it's the correct side.

Then I make a small incision in the back of the shoulder after marking out the shoulder anatomy.  I put in a camera called an arthroscope, and it's a camera that allows me to see inside the joint.  Once inside the joint with the camera, I identify the injuries.  I will make additional portal sites around the shoulder.

And through the portal sites, we'll probe the different things that are injured, we'll put in devices called shavers to -- to debride and clean these areas up.  We'll use devices to pass sutures around the tissues that are torn such as the glenoid labrum.  We use a guide to drill a bone socket.

The suture is passed with something called a suture lasso, and we secure the suture around that tissue.  We -- we drill a bone socket with a drilling guide through the portal we're working out of.  And then we load the sutures into an anchor, and we reduce

Page 25

it into the socket with an anchor that holds it in place. We'll put in as many anchors as we need to until we're comfortable that it's stable. Any inflammation inside of the shoulder we'll debride and/or remove that.

In her case, she also had an under-surface rotator cuff tendon tear that was partial thickness. And because it was partial thickness, when it -- one of the ways that I will fix this is if it's -- if it's not nearly all the way through, I don't like to necessarily cut the tendon and take it all the way down. I try to preserve it and I will use needles to pass a suture through the tendon medial to the tear.

And I'll use two needles to shuttle something I call A PDS suture. And then I use that PDS suture to shuttle what's called a fiber tape suture which is going to be the final suture. And this allows me to pass the sutures through the tendon without tearing it apart. And then I'll use a shaver to debride the bone where it's torn from on both sides of the tendon.

So we first do it on the articular side. We remove the camera, place it into the space above the shoulder called the subacromial and subdeltoid spaces. We make an additional portal. We carefully remove any

Page 26

bursitis that's there. We identify the sutures that have been placed. And then once the sutures are identified, we then decorticate the bone underneath of the acromion. We decorticate the bone at the level of -- of the repair site with the bur. And then I load the sutures into another type of anchor. We call a swivel lock anchor and make a much larger bone socket and reduce those sutures into the bone socket. And it pulls the tear against the bone that we prepared on both sides of the joint.

And then we cut the extra suture. We clean up any debris from the repair. There's a ligament in the front of the shoulder called the coracoacromial ligament. We'll release that with a little what's called a thermal device. We'll use our bur and shave down a bone called the acromion to create some more space for the -- for the rotator cuff. And in her case, that would be the end of the procedure. We didn't do anything to her -- I did -- I don't believe we did an AC joint debridement or resected any bone from her clavicle. We just cleaned up the area. The AC joint had good mobilization, so we left it alone. Left it intact.

Q  I see. Thank you for that, Doctor. Also, during your procedure, did you take photographs of the

Page 27

arthroscopy of the left shoulder itself?

A  Yes, I did.

MR. DIEPPA: Okay. And looking at what we'll mark as Plaintiff's Exhibit 1.2.

(EXHIBIT 1.2 WAS MARKED FOR IDENTIFICATION.)

BY MR. DIEPPA:

Q  Are these the photographs that you took during Ms. Cole's surgical procedure?

A  Yes, they are.

Q  Okay. When you're taking these photographs with the arthroscope, are you able to see the injuries that are also documented in the MRI report?

A  Yes, I am.

Q  Okay. So another way you were able to confirm the injuries to Ms. Cole's shoulder and the -- and the location of the injuries themselves was it through the arthroscope also?

A  Yes, through the -- with the arthroscope, you're able to see the -- see the injuries and then, you know, do appropriate treatment.

Q  Okay. This metal tool we see on the, I guess it's the fifth page of your photograph here -- of your photographs here. Photograph number 26 is -- is this a photograph of the tool itself?

A  That's a picture of what's called a shaver.

Page 28

That's one of the devices used to do -- do the surgery.

Q  Okay. So basically, you've got the arthroscope in there, and then you -- you've got the other tools that are being guided by the arthroscope?

A  Yeah. The scope is basically my eyes inside of the -- inside of the shoulder. I'm looking actually at a very large high-definition television screen, and we're able to get 40 times magnification on the screen just so we can zoom in nice and close up to wherever we're working.

The shaver tip that you're seeing there on pictures 30 -- I guess 35 and 36, that shaver head is about four millimeters, is the size of that, four to four and a half millimeters. I think it's a four -- I think that's a 4.5-millimeter shaver. So that is what we use to kind of clean up or debris areas. There's other -- I don't take pictures of everything as we're working, but there's another device we use to decorticate the bone, because where it's torn from the healing of the labrum when we repair it comes -- comes from the bone.

So I use a device that -- the shaver, we can use it to shape against the bone, but I also use another device that kind of scrapes the bone to

Page 29

decorticate to get some bleeding from it. And then there's another device that looks like a needle tip that has a slight curve on it. That's how we shuttle the suture around the labrum.

And then we -- there's another device that -- it's just like a drill and a drill guide, and we drill our bone socket. And then once that's done and we put in -- it looks like we put in a couple of anchors to repair it on. And those are seen in pictures 37 and 38. You see a couple of anchors that were sutures that were in place.

Pictures 34 kind of shows it as it's going on in process. Pictures 31, 32 show the -- a wire loop that we use to shuttle the suture around to do the repair. And so, you know, from 31 on down is basically the steps of shoveling the wire, pulling the wire out, looping our suture, pulling it through. The suture has a tail in the loop, securing it down to fix the labrum. And then we drill a bone socket.

I don't have a picture of the drill going in here, but there, that's how the, an that's how it's put in place is with the suture -- with the suture coming through the tip of an anchor, you just kind of mount it into the socket and then you cut the extra suture. And we did a couple of these to secure it.

Page 30

And then picture 41 and 42, we're looking at the rotator cuff, the supraspinatus tear from underneath, and you can see the tearing through the rotator cuff tendon there. The shavers used to debride that. There's inflammation inside of the shoulder. Picture 43 shows the posterior labrum is somewhat inflamed, and we're using our -- and there's a little bit of synovial tissue on that there, so we're using our shaver to remove it. So 41 is -- or 43 is a picture of the synovial when we kind of get started. And then 44 and 45, you see the shaver working. Forty-six, you can see how some of that redness has been removed.

Pictures 47, 48, you can still see some more of that inflammation of the -- on the glenoid labrum posteriorly. And we're basically cleaning all that up with our shaver. And then after we're done with that, we look back up at the rotator cuff. And because it's a -- it's a partial thickness tear, I mark it with that -- with a needle. And with the needle, I can -- I can feel how thick it is. And it was thicker than the 10 percent noted on the MRI report. It was bigger than -- it was thicker than that.

And so you -- and the reason why that would be different is because when you do an MRI, you're not

Page 31

able to move. So when she's asleep and she's in -- under -- under surgery, I can rotate the shoulder and I could see that the tear kind of opens up and you can see it's much larger than what the MRI was showing. And I mark it -- on pictures 53 and 54, I'm marking it with a needle, and then I use a second needle.

And I place these needles medial to the tendons here. And this is how I -- I shuttle a stitch through. I pass the needle through -- I pass the suture through the needle, bring it out the front of the shoulder, and then I use that -- that suture -- it's out coming out the side of the arm -- side of the shoulder, not the front of the shoulder.

And then I tie the suture to it that I'm going to use to fix the rotator cuff. And I pull it through, and then I pass the -- that same suture to shuttle it. I use that same PDS suture and shuttle it through the other needle, bring it out the front of the shoulder, load the suture exiting from the front of the shoulder that's used to rotate -- to fix the rotator cuff.

I tie that to that same PDS suture. Then I pull it back and that pulls the other -- the other end of the suture through. And so now the suture used to fix the rotator cuff has been passed, and it's passed

Page 32

medial to the cuff tear. So now I know my stitch is in the right spot because I just saw where it's going to end, where I needed it to be.

And then once we do that, then I come out of the shoulder and if you go -- and then go back in, and now if you go to pictures like 60, you see there's a bursitis there. And I removed the bursitis and I've -- and -- and in between I've cleaned out the bursa. Then I pull those sutures out through the side. And then picture 62 shows the sutures and 61 shows a probe falling into where the tear is on the -- on the bursal side.

And then picture 66 shows after I've decorticated the bone, like we were talking about earlier. And then I reduced the sutures into a bone socket and 60 -- pictures -- I guess it started over pictures one, two, because they had to be reprinted. I guess they ran out of paper. So at the end, it goes into new numbers like number one, but that's really technically six -- picture 67.

Q   I see.

A   But in those pictures there, at the very bottom of the list of the -- of the screen you see the sutures being reduced into an anchor. There's a picture -- it says number -- number five, but that's

Page 33

with the anchor being secured in place. And so I put the -- I removed the camera, I put the camera through the working portal so I can see, you know, the anchor is buried down into the bone and I can see that everything is fixed. So on your screen, if you scan -- keep scanning all the way down to the bottom, other -- other way.

Yep. Go up. Yeah, that's -- yep, that's -- see there. Those are pictures of the -- of the repair after it's been completed. Everything's been sutured in and tacked down, so.

Q   I see one note. Going back to your, I guess, your CV and your training and experience you had a -- the fellowship you had, I guess one of the fellowships was you said orthopedics and biomechanics together?

A   Yeah, it was a biomechanics fellowship. So that -- that fellowship basically was a -- was basically doing a lot of research projects. You know, there was a question on, for example, one of the things I looked at was like contact forces in the distal radius after a fracture. What -- what the forces would be, how they changed when the -- when the bones broken. I looked at foot injuries and different stresses across different ligaments. I did -- I did

Page 34

research -- I did -- I did -- I actually did surgery on pigs.

We did ACL reconstructions on pigs, and we would put a transducer to the ligament that we -- that was implanted and then test the strain across the ligament in a live animal for six months and then sacrifice the animal and -- and take a look at the graft and look at the healing and all that and measure what those strains were. So I did a bunch of different things during that fellowship that we're looking at.

Q   And what --
A   Orthopedic --
Q   What institution was that? I'm sorry.
A   This was at Medical College of Virginia. Part of Virginia Commonwealth University.
Q   Okay.
A   So it was looking at biomechanics with orthopedic applications, you could say.
Q   I see. Great. Now, after you completed the procedure, how much time does a patient like Ms. Cole generally need to recover?
A   Everyone is different. Some patients -- patients bounce back right away. And the -- you mean from the -- from the surgical center or after surgery

Page 35

totally?

Q   Yeah, after surgery, totally. Like what's the recovery time to get back to --
A   Oh, okay. So for --
Q   Yeah.
A   -- so for a rotator cuff repair, you know, typical standard time is going to be about three months of supervised rehab. Some -- some patients may feel good at two months, and they feel that they can do a lot of the rehab on their own. And we may let them -- sometimes I may let them do that. Other patients is usually about three months. Some patients it can go six months. And then it also, as far as what they do, what their work is or what their sport is also figures into the recovery time.

Meaning, like, if she was, you know, someone that does contact sports, they're not going to go back for nine months or so. Someone that doesn't, we can clear them to go back to doing their, you know, their normal activities of daily living within three. So it just varies from person to person. Sometimes diabetes will make it take longer for you to heal, it delays it, and sometimes even prevent it. Can make it a little bit harder. So I'd have to look at her records if you were asking specifically what her time frame

Page 36

is, but it varies.

Q   Sure. And within a reasonable degree of medical certainty, was the surgery you performed medically necessary and causally related to Ms. Cole's injury of July 24, 2022?
A   Yes.
Q   Right. Now, after the surgery was completed, did you prescribe anything specific in terms of medication or additional therapy?
A   After -- immediately after the surgery, we prescribe pain medication. It's usually Percocet. If they have an allergy, then it would be tramadol. Or if they don't want the Percocet at all, it would be tramadol. We'll do an anti-inflammatory. It can either be Mobic or Ibuprofen.

And then we usually do anti-nausea medication, which is -- I usually do Zofran. And then sometimes they may need -- sometimes after -- it's hard for people to get -- go to sleep. So we'll -- we'll do five -- usually five days of Ambien sometimes a little bit more if they -- if they've been using it prior.

But those are the normal medications after surgery. And then usually that -- we don't have to, you know, keep giving it to them most of the time, but

EUREKA COLE v.
CARNIVAL CORPORATION

ORIGINAL TRANSCRIPT

JOHN P. WILKERSON, JR., M.D.
February 21, 2024

Page 37

sometimes the patients, a month or two months later, still has some discomfort or inflammation. So we'll stick with the anti-inflammatory medication. I like to also use Tylenol extended release for patients too.

Q    Okay. And then in terms of her post-op follow-up, do you recall how many visits you had with her post-op?

A    I have to count -- count them out. Give me a second, please.

Q    Sure. I see a January 6, 2023, note. I don't know if that helps you.

A    I have -- I have four follow ups. So basically, it looks like we're seeing her probably once a month, which sounds about right.

Q    Okay. And look -- I'm looking at your January 6, 2023, note here, and I can pull it up on the screen if you can't find it immediately.

A    I have it.

Q    Okay.

A    I have it.

Q    All right. So was this your final assessment of Ms. Cole as a patient post-op?

A    Yes, it was -- yes, it was.

Q    Okay. And tell me what your assessment was and -- and whether or not you assigned her an

Page 38

impairment rating.

A    The superior glenoid labrum tear, the rotator -- the left shoulder rotator cuff injury, and I felt that she was able to progress to home, exercises could follow up as needed. She could -- you know, anti-inflammatory medication, home icing cuff -- rotator cuff exercising at home. And then I gave her a -- I felt that she was at maximum medical improvement, and I gave her an impairment rating of 8 percent using the AMA guide.

Q    Okay. And now it's 8 percent to the left shoulder?

A    It's 8 percent to the -- to the whole body. Like there's a part of -- for the shoulder, and then I put it all together for the entire body.

Q    Okay. And so it would be her a -- I guess that's her permanent impairment rating to the whole body would have been 8 percent?

A    Yes.

MR. DIEPPA: Doctor, I am going to pull up, we'll mark as Plaintiff's Exhibit 1.3. And Plaintiff's Exhibit 1.4.

(EXHIBIT 1.3 AND 1.4 WERE MARKED FOR IDENTIFICATION.)

BY MR. DIEPPA:

Page 39

Q    1.3 is an invoice from Miami Surgical Center dated October 27, 2022. Do you see that doctor?

A    Yes.

Q    Okay. Does this bill reflect the amount of charges that you billed for Ms. Cole's arthroscopy and left shoulder rotator cuff surgical repair?

A    This bill reflects what the surgical -- the surgical center fee is. It doesn't -- I don't think that has the bill for the surgeon fee.

Q    Okay.

A    Am I looking at this correctly?

Q    Yeah, that's what I'm saying. Okay. That's what I wanted to clarify. So this would have been the Surgical Center bill?

A    Correct.

Q    Okay. So this would reflect basically the use of Miami Surgical Center to perform the procedure?

A    Yes.

Q    Okay. Any particular reason why you chose Miami Surgical Center versus, like, a hospital or anything like that?

A    Well, this specific center is because at the time I was -- this is -- at the time, I was one of the -- this was -- I only operated at two places at the -- at the time of this surgery. So Miami Surgical Center

Page 40

was one place, the other place was Doctor's Hospital. And, you know -- and then also too, at that time, I did have ownership interest in the surgical center.

Q    Oh, okay.

A    Now, I -- now, I currently operate at several places. Between -- still the only hospital I operate on is Doctor's Hospital, but I operate at two different surgical centers in Miami-Dade and two different surgical centers in Broward as well.

Q    I see.

A    Or actually -- well, technically three in Broward.

Q    Understood. So in terms of these charges from Miami Surgical Center as far as they reflect the charges relating to the procedure that you performed, would these be the reasonable and customary charges for a surgical center where you would perform procedures such as the one you performed on Ms. Cole?

A    Yes.

MR. JARNAGIN: Objection, form.

THE WITNESS: Yes. These would -- this would -- this is -- this is what I would expect to see as charges from the -- from a surgical center. Yes.

BY MR. DIEPPA:

Q    Okay. And that would be a -- a total of

Page 41

$65,488.28?

A   Yes.

Q   Okay.  And looking at Exhibit 1.4, this is an invoice from Anesthesia Professional Services for October 27, 2022.  Is this the bill for the anesthesia services relating to Ms. Cole's surgery?

A   Yes.

Q   Okay.  This total here, $4,854 for the anesthesia service, is that a reasonable and customary amount for this type of procedure?

MR. JARNAGIN: Objection, form.

THE WITNESS: Yes.

BY MR. DIEPPA:

Q   Okay.  And --

A   Yes.

MR. DIEPPA: Okay.  And form going to what we'll mark as 1.6.

(EXHIBIT 1.6 WAS MARKED FOR IDENTIFICATION.)

BY MR. DIEPPA:

Q   This is the ledger from CITIMED.  And I see that there's an entry here for arthroscopy shoulder rotator cuff repair, post-op visits, ultra-sling et cetera.  And a number of procedures here for the arthroscopy and shoulder surgery.  Can you see those, Doctor?

Page 42

A   Yes.

Q   Okay.  Those procedures relating to the surgical services on the -- on the CITIMED ledger that I've marked on 1.6, would those correspond to the surgical services that you performed?

A   Yes, they do.

Q   Okay.  And in terms of the other services that were provided here for things like MRIs, manual therapy, exercises, medical equipment, and post-op visits.  Are these the reasonable and customary charges for those procedures as are indicated in this ledger marked as Plaintiff's 1.6?

MR. JARNAGIN: Objection, form.

THE WITNESS: Yes, they're

BY MR. DIEPPA:

Q   Okay.  So this total here the additional amount of $69,313 that would reflect the charges for the services you performed and then also the -- the related medical services for Ms. Cole's care and treatment?

A   Yes.

Q   Okay.  All right.  And in terms of the -- the medical expenses that we've reviewed up to this point, those charges would they have been reasonably related and medically necessary as a result of the

Page 43

injury that Ms. Cole suffered on July 24, 2022?

MR. JARNAGIN: Objection, form.

THE WITNESS: Yes.

BY MR. DIEPPA:

Q   Right.  Have we reviewed now the entirety of Ms. Cole's treatment as it pertained to your care and as it pertained to the services that you billed for?

A   Yes, we have.

Q   Okay.  And in terms of all of those medical procedures and current treatment that were afforded to Ms. Cole within a reasonable degree of medical certainty, can you state today that those were causally related and necessitated by her injury on July 24, 2022?

MR. JARNAGIN: Objection, form.

THE WITNESS: Yes.

BY MR. DIEPPA:

Q   Okay.  In terms of any future medical treatment or prognosis for Ms. Cole in the future, are there any other items of -- of medical treatment or therapy or medical equipment that she may possibly need in the future?

A   Again, I think my note, I mean, it talks about that anti-inflammatory medication, and that I think that she would be fine with home exercises, so

Page 44

I'm barring some sort of new injury.  I don't think she's going to need anything else.

Q   Okay.  So barring any further injury, other than the -- what you described in your -- in your final note there of January 6th, is it January 6, 2023?

A   Correct.

Q   Yeah.  I just want to pull that up there.  Yeah.  And can you just tell me what me, what you recommended there in that final note?

A   Additional management with anti-inflammatory medication, a home icing program, and rotator cuff strengthening exercises, progress to a home exercise program, follow up as needed.

Q   Okay.  And that would be the extent of your future recommendations?

A   At this time?  Yes.  If she -- based off of her -- the appearance of her shoulder at the end of the surgery and the -- with the rotator cuff repair, with the labrum repair I felt that it's very, very solid repair, and I don't see her needing anything else unless there's something new traumatic happens.  I think it's healed.  If it hadn't, I likely would have seen her back.  So I think that she's in good shape.

Page 45

Q   Right.  And have -- for the services that you rendered to Ms. Cole, have you been paid for those?

A   Yes.  So I get -- you know, I'm an independent contractor for CITIMED, and so they get a bill for things that I do as we -- as we go along.  So I think at least I've been paid something so far.

Q   Okay.  And for the rest of the treatment that you may not have been paid for, have you entered into any arrangement with Ms. Cole known as a letter of protection or anything like that as far as you know?

A   Me personally, no.  Because that would be through, you know, through CITIMED.  I would -- so I don't think I did her surgery through my own office.  I think I did it through the CITIMED office.

Q   Okay.

A   Could be wrong, but that's what I --

Q   No, that's --

A   I'm pretty sure looking at the bills, that's how it is.

Q   I got to ask.

A   Okay.

Q   Okay.  Have all the opinions and testimony you've provided thus far during your deposition today

Page 46

been provided based on your training and experience and within a reasonable degree of medical certainty?

A   Yes, they have been.

Q   Okay.  And we're taking your deposition today, because I understand you're very busy and you may not be available on the date this case eventually goes to trial, is that correct as well?

A   That is -- that is very true.  I do a lot of different things.

Q   All right.

A   List them if you like, but I don't think it matters.

MR. DIEPPA: All right.  Dr. Wilkerson, I appreciate your time.  Those are all the questions I have for direct.  I may have some follow-up questions after Mr. Jarnagin gets through with you.

THE WITNESS: Okay.

MR. JARNAGIN: Yes.  And I know it's late.  Is it okay to take a five-minute bathroom break everyone, and then come back?

MR. DIEPPA: Fine with me.  It's fine.

THE WITNESS: Okay.  All right.

COURT REPORTER: All right.  We'll go off record at 6:37.

(OFF THE RECORD.)

Page 47

COURT REPORTER: We are -- we're back on record at 6:47.

CROSS-EXAMINATION

BY MR. JARNAGIN:

Q   Hi, good evening, Dr. Wilkerson.  My name is Cooper Jarnagin, I'm the attorney for the defendant Carnival Corporation.

A   Hello.

Q   Can you tell me where you're appearing from today?

A   I'm appearing from an office in Coral Gables 550 Biltmore Way.

Q   And at the time you were rendering treatment to Ms. Cole for her injuries in this case, you were working as an independent contractor for CITIMED?

A   Yes.

Q   Okay.  And what kind of business is CITIMED?

A   It is a medical practice

Q   And then CITIMED's website describes it as, "CITIMED has provided top quality, med-legal diagnostic, pain management, and rehabilitative care to victims of automobile crashes, slip and falls, and other traumatic injuries throughout South Florida since 1998."  What is med-legal diagnostic mean?

A   I -- I think it means -- speaks for itself.

Page 48

Meds like medical and legal.  Like legal and I don't know what they mean by diagnostics.  I don't -- I don't know.  I've never heard of a med-legal diagnostic scan.  I don't know what that means.

Q   Is CITIMED's primary practice involve treating patients that have been involved in some sort of active negligence?

MR. DIEPPA: Object to form.  Calls for speculation.  Doesn't work for CITIMED.  You can answer, Doctor, if you know.

THE WITNESS: I would -- I would describe the practice as a -- as a practice that treats care of folks with traumatic injuries from either a motor vehicle accident or a fall down the stairs or tripping on something slipping on something is what I would describe it as.  That's the course of their -- of that.

BY MR. JARNAGIN:

Q   And have you been an independent contractor with CITIMED since 2014?

A   Yes.

Q   And the website says that you lead the orthopedic practice within CITIMED, is that correct?

A   Yes.  There's a -- there is another orthopedic surgeon there that does spine surgeries.

Page 49

There's a neurosurgeon there that does spine surgery and also does injections, pain management type injections.  There's a physical medicine and rehabilitation doctor that I believe also does sees consults and also does pain management injections.  And I'm an orthopedic surgeon, but I don't do spine surgery.  I do primarily surgery on extremities.  There's a neurologist there as well.

There's several physical therapists there.  Each office has a physical therapy center.  And then there are also nurse practitioners that are there that -- that see patients.

Q   And how many offices does CITIMED have in South Florida?

A   I don't know the number.  Going to guess three or four at the moment.

Q   Do you practice primarily out of a single office, or do you go to all the offices?

A   For most part, I just go to one office, which is their North Miami Beach office.

Q   And earlier you were asked about a letter of protection and whether you individually had entered into one with Ms. Cole in this case.  Do you recall that?

A   Yes.

Page 50

Q   Does CITIMED contract with patients underletters of protection for medical treatment?

A   I believe they have in the past, yes.

Q   And what is a letter of protection?

A   I would describe it as a -- basically, some patients when they have injuries, they may not have the ability to get treatment.  And so this -- this allows them to get medical treatment for those injuries.  And the -- the person that was injured is going to file a claim to -- for the coverage of their -- of their injury for the -- for the care of their injuries.  And so the agreement basically is, allows them to get treated with that.  Once they're able to pay their -- pay their bill, they would -- they would cover their bill at the -- at the conclusion of their -- of their claim.

Q   So if a patient treats with CITIMED under a letter of protection, CITIMED gets paid once the claim or lawsuit resolves?

MR. DIEPPA: Objection, foundation.  He doesn't work for CITIMED.  You can answer if you know, Doctor.

THE WITNESS: Yeah, I mean -- yeah, I would say something like that, but not all the time.  You know, not all of these -- sometimes CITIMED also --

Page 51

CITIMED also -- like for example, if someone has an automobile crash, you have something called PIP insurance and that -- sometimes they're billing just that, you know.  So I -- but I don't -- I don't do the -- asking me questions about the billing of CITIMED I'm the wrong person to ask.

I don't have anything to do the billing.  I don't know who -- I don't even know who does the billing.  I just -- I just, my job there is to see patients.  Like I don't -- I don't know who sends the bill out if, you know, I know they have a billing department, but I couldn't tell you the name of the person.

BY MR. JARNAGIN:

Q   So you're not involved with the billing from CITIMED?

A   No.  What I do -- as far as -- what I do is when I see a patient, I let them know.  I give them a billing sheet basically of -- like, if I see a patient in the office, I will check off the level of care that I provided.  If there was a fracture, I'll check off whatever fracture care I did.  If I did an injection, I'll check off that.  And what level of injection if I use ultrasound x-Ray to do it if I -- what medication I use -- I let them know what -- what I did.

Page 52

So they can -- they can bill it because they're not in the room with me when I'm seeing patients.  And then if I was to do a surgery -- and my normal -- and this is how I do it, and even in my regular office, 99 99 percent of the time when I dictate the procedure, I put in what the code is.

I do that for myself in my regular office, because that way -- you know, in my office I have a billing company, they're not even in the state, they're in another state.  So there's no guesswork of what I was intending to do.  Some people don't do that.  Some people just let the billers just figure it out on their own.  I don't -- I don't trust them.  I'd rather do it myself.  And again, these -- the CITIMED folks, they're not the surgeon.  They don't know what I did.  They -- they could look at the report and they may -- someone may get it wrong.  So I just put in the codes of whatever I did, and they take it from there.

Q   So you were shown a bill from CITIMED earlier.  Do you have any knowledge regarding how those rates for medical treatment are calculated?

A   I don't know how they come up with their rates.

MR. JARNAGIN: Okay.  And then I'm going to mark as Defense Exhibit 1.

Page 53

(EXHIBIT 1 WAS MARKED FOR IDENTIFICATION.)

BY MR. JARNAGIN:

Q This was a document produced in response to a subpoena by CITIMED that appears to have Ms. Cole's name listed along with the date of July 27, 2022, with CITIMED. At the top. Does it appear that CITIMED entered into a letter of protection with Ms. Cole?

A Scan to the bottom. So I see her signature. Keep going. It looks like the -- Mr. Dieppa didn't sign with her, but not with her and the attorney. Keep going down. I don't know if there's anything else on there. I want to see the whole document, please. So it looks like they -- they have the paperwork here and it was just signed by the patient, but not by the attorney.

Q Thank you. And then you stated earlier during direct that you are being paid to appear for your deposition today?

A Yes.

Q How much are you being paid?

A I don't have my fee scheduled with me. I -- I -- I want to say it's for video depos, I think it's $1,200 per hour. And for trial, I think we're 20 -- I think we're 24, $2500 per hour for trial appearance.

Q So your rate for appearing for the video

Page 54

deposition today, you believe is $1,200 per hour?

A Yes.

Q Have you been paid anything by Ms. Cole's attorney other than for your appearance of the deposition today?

A No.

Q Okay. Did you review any documents to prepare for your deposition today?

A Yes.

Q What did you review?

A Just my medical notes, the MRI scan, her pre-op information, the records from the cruise ship, the records from the Westside Hospital, and the bill I was also sent a copy, but I haven't look -- I haven't read it, which is from Personalized Orthopedics of the Palm Beaches, but I don't know what that is. That was something from September 19, 2023. But I haven't read that.

Q The document you mentioned regarding personalized orthopedics of the Palm Beaches, I'll represent to you that that's a report from defendant's expert, Dr. Joseph Chalal. And you stated that you have not reviewed that report?

A No, I haven't gone through his report, no.

Q Are you aware at all of any opinions that

Page 55

Dr. Joseph Chalal holds with regards to Ms. Cole's medical treatment?

A No, not unless I -- not unless I go -- we go for a break and I go read it and come back and tell you what it says, but you already know what it says, so. I don't -- I don't need to know what it says. I have my own opinions.

MR. DIEPPA: Yeah. Dr. Wilkerson was not disclosed for the purpose of rebutting Dr. Chalal's report.

BY MR. JARNAGIN:

Q Understood. So the only medical records that you reviewed besides your own, were from the Carnival cruise ship and then also an initial ER visit?

A Yes. And then everything from -- from CITIMED, like the physical -- I think, I have some physical therapy notes that the -- the other providers that saw them, which would be the nurse practitioners, my OP report. Those things.

Q And then your first visit with Ms. Cole was on August 12th of 2022, is that correct?

A Yes. That sounds correct.

Q Do you have any independent memory of medically treating Ms. Cole outside of the medical

Page 56

records?

A I mean, I remember the name. I know she's African American. I kind of vaguely remember her, but I don't have -- like in my regular office, I try to take a picture of the patient. CITIMED does too, but they didn't send me like her ID or anything like that. So I don't have that too. Like, I couldn't figure out of a crowd. I just remember the name and there's not that many -- I don't have that many patient's named Eureka.

So that was one that kind of sticked to my mind a little bit, you know, it kind of -- it's a good sounding like Eureka Cole, it sounds like, you know, could be a performer or something. It's like -- it's not a name that you don't hear it very often. So that makes it easier to remember.

Q So do you have any recollection of any medical treatment that you provided to her outside of medical records that you reviewed?

A No, I don't -- I don't -- like, I don't believe I saw her in my regular office as a patient. I don't believe that. And I think the only place I've ever seen her for treatment would either have been at CITIMED or at the surgical center.

MR. JARNAGIN: Going to mark as defense

ORIGINAL TRANSCRIPT

Page 57

Exhibit 2, the August 12, 2022, office note.

(EXHIBIT 2 WAS MARKED FOR IDENTIFICATION.)

BY MR. JARNAGIN:

Q    And I believe you referred to this earlier, is that correct?

A    Yes, I -- yes, I was earlier

Q    Under history of present illness, there's a narrative regarding Ms. Cole reporting that on July 24th of 2022, she was a passenger at a Carnival cruise ship.  And while she was having lunch, a large container struck her on her mid-back.  The impact pushed her forward and she braced herself with her hand on the table.  Do you recall any other discussions with Ms. Cole regarding the incident outside of what's recorded in this note?

A    No.  I mean, whenever -- you know, whenever, you know, I did the initial history there and I don't have it documented, but when I see a patient before surgery, you know, when we go over what the operation was and I'll have them tell me where they feel the pain just to make sure that we get to those areas.

And then, you know, just to remind me -- myself of what happened, because I don't have the -- I don't bring the chart with me, I bring the MRI report with me, but I don't bring like their office notes

Page 58

when I go to surgery.  So I try to ask them what happened or definitely ask them where the pain was and -- and just get a brief story again.

Q    Sitting here today, are you aware of you documenting any other account of the cruise ship incident anywhere in your records?

A    I have to go through each note, so whatever my office notes say, it would be the documentation to the extent of it.

Q    Do you have any details regarding what happened to Ms. Cole on the cruise ship other than what's contained in this August 12, 2022, note?

A    No, just that and in my note, no, other than the records from the other, you know, places she went to before I saw her.  And other than -- and no -- and nothing more than whatever else was in the nurse practitioner notes before I saw her from CITIMED.  But that's -- that's what's in my records.

Q    Earlier during direct, you kept referring to the trauma that Ms. Cole suffered onboard the ship.  What specifically is the trauma that you're referring to?

A    That she was struck in the back by these plastic containers.  And she was pushed forward and moved forward and then caught -- I don't know if you

Page 59

can see me because I have my screen off but caught herself and braced herself against the table and injured her shoulder.

Q    And so what about that trauma -- strike the question.

What specific anatomical findings resulted from that trauma in Ms. Cole's left shoulder?

A    The rotator cuff -- the rotator cuff tear, the injury to the -- in the -- some of the injury to the glenoid labrum.

Q    You reference on page 2 of the August 12, 2022 note some findings from the left shoulder MRI.  Under the first -- under the first subset, it says small focus of mild under-surface partial tearing of the supraspinatus tendon.  Do you see that that was caused by the trauma onboard the cruise ship?

A    Yes.  I would say that it was.  And also, again, confirmed by what I saw at the time of surgery.  But she's like this and eating and then she gets pushed forward and then she's trying to not hit her body or face against the table.  She does this and it drives the -- the shoulder up injuring the -- that's how the rotator cuff was -- would be injured.

Q    You said that she drove her body forward and you gave a physical demonstration.  Where is that

Page 60

information coming from?

A    It's my description to you of how -- of -- of a person being hit in the back, being pushed forward.  They're in front of a table.  I'm trying to just give you what I'm doing for -- to explain what I -- what I'm trying to demonstrate to you.  So she's hit in the back, not prepared for it because she's eating.  She gets thrown -- she gets pushed forward, and then she tries to catch herself from going forward and quickly trying to stop her body from going forward is what injured the shoulder.

Q    Are you aware of any other accounts of how this incident happened from Ms. Cole contained within the CITIMED records?

A    I'd have to go back and look at each record.  I have the records here, but I'd have to go back and read it out for you.

Q    When you say that Ms. Cole moved forward, do you know how fast Ms. Cole moved forward?

A    I don't -- I don't think there's any recording of -- or way to tell you the speed of it.  I'm just -- I guess, I would say, I'm just trying to use common sense to just describe.  If I wasn't expecting to get hit in the back and you're getting pushed forward and then you're trying to catch

Page 61

yourself abruptly.  That's what I'm trying to explain.
I don't -- I don't know if there's a way to tell you
what the speed was.
    Q    So you're not claiming that the impact of
anything hitting Ms. Cole caused any injuries.  You're
saying that the way she moved following the impact
caused the injuries?
    A    If it wasn't for the impact against her
back, causing her to -- pushing her forward and then
causing her to put her arms down to stop herself from
falling forward, she would not have been injured, is
what I'm saying.
    Q    Did she put both arms on the table when she
was hit in the back?
    A    I have in my note that she braced herself
with her hand.  So I don't know if she had both hands
or not, but I would say certainly the left hand that
was injured yes.  I'm not sure if she is right hand
dominant or left hand dominant.  So if she was right
hand dominant, then she was probably eating with her
right hand and her left hand was the free hand that
could catch herself quickly.
        But I don't -- I don't have the -- I'm not
sure which -- if she's left or right-hand dominant to
further give you backup on that.  Let me see if it's

Page 62

documented anywhere else.  I don't -- I don't -- yeah,
I don't -- the -- the dominant side didn't make the --
didn't make it into the documentation.
    Q    So do you know which hand she placed to
brace herself on the table?
    A    It would be the left hand.
    Q    Are you assuming it's the left hand because
that's the left shoulder that was injured?
    A    Yes, because of what she -- again, if she
didn't put the left hand down, then why would she tell
me that she put her left hand down and this caused all
this to occur?  It was the left hand.  I just don't
know if it was both -- I don't know if it was both
hands based on how this was dictated.
    Q    Okay.  So you don't have it document in your
record whether it was the left hand or the right hand
or both?
    A    I would say from my notes, this is -- I'm
going to -- I'm going to testify that it's the left
hand based off of what how my note reads and how I
thought this was related enough to treat her.  I
wouldn't have documented that.  If I didn't think that
it was -- that her injuries were related to what
happened, I wouldn't have -- we wouldn't have
continued treating her if I didn't think it was

Page 63

related.  So I'm going to say that it's the left hand.
    Q    Do you know if there's any mention of Ms.
Cole bracing herself with her hand on the table prior
to this August 12, 2022, record?
    A    No.  We just talk about what happened.
That's when she was hit.  I don't -- I don't have any
documentation that she tried to brace herself prior to
this occurring.
    Q    And then looking back under the MRI
diagnostic results, under subset two, it says anterior
and inferior labrum tear.  Do you contend that that
particular anatomical finding was caused by trauma
onboard the cruise ship?
    A    I couldn't hear you.  One more time.  What
did you say?
    Q    Yes.  Under paragraph two of this diagnostic
result, it says anterior and inferior labrum tear.  Do
you contend that that anatomical finding was caused by
the trauma onboard the cruise ship?
    A    Yes.
    Q    Do you have any opinion as to whether that
anterior and inferior labrum tear was degenerative and
preexisted the incident?
    A    There's probably some combination of some
degenerative aspects to her shoulder such as the

Page 64

chondral loss inside of the shoulder that was there.
But the -- the detached labrum was from trauma.
    Q    Okay.  So do you acknowledge that there were
degenerative findings within Ms. Cole's left shoulder
based on your review of the MRI?
    A    Yes.  When I speak about the -- the
cartilage loss noted on the MRI scan?  Yes, that --
that cartilage loss was -- and what I saw at the time
of the surgery, there's some focal cartilage loss
there that likely is somewhat due to just previous
activity in -- in life.  But detached labrum is from
the trauma.  There's a combination of things in the
shoulder.
    Q    There's subset three, it lists mild
subacromial and subdeltoid bursitis.
    A    Yes.
    Q    Do you know if that anatomical finding was
caused by trauma onboard the cruise ship?
    A    Yes.  You can have -- you can have -- some
people can have some.  You have a -- you can have a --
okay.  So everyone has a bursa in the shoulder, but it
doesn't have to necessarily be inflamed.  So the
inflammation occurs -- can occur after trauma can also
occur after repetitive activity.  I'm contending that
it's related to trauma because based off of her

EUREKA COLE v.
CARNIVAL CORPORATION

ORIGINAL TRANSCRIPT

JOHN P. WILKERSON, JR., M.D.
February 21, 2024

Page 65

history, I don't have any prior history of any shoulder pain or discomfort from a bursitis to relate it to, I only have her traumatic injury to relate it to.

Q    And the specific traumatic injury is what you're saying -- strike that.

And the traumatic injury is your account of Ms. Cole's reaction to being hit in the back?

A    Correct.

Q    How do you explain how Ms. Cole moves in reaction to being hit that caused these anatomical findings we see on the MRI report?

A    Again, the same way that I already testified to, you know, I don't, again, getting pushed forward trying to catch yourself, you know, putting your arm down like that trying to stop her momentum from going forward, being startled doing it in a forceful way. All of those -- all of the above that I just stated.

Q    Do you know on what location of Ms. Cole's body the object struck?

A    I have it described -- I believe my records say it was described like in the mid back, somewhere in the records there, like in her upper back it was -- she was sitting in a -- you know, she was sitting down on a chair and it was -- I believe it was behind her

Page 66

and it, you know, went forward and hit her.

Q    Do you know specifically what object hit Ms. Cole?

A    A plastic container.  Like, some sort of -- described as like a large plastic container or a portion of that container.  And that -- and that it was, you know, that it was windy that day and it was blown forward and -- and hit her.

Q    Do you know whether she was struck by a container or the lid of the container?

A    I have the large container.  It could have been -- it could have been the lid.  If something was in the container and the container didn't ship and the lid came off, it's possible that it -- that it was -- it was that too.  Let me see what my note says.  I just -- my note just says large container, but it could have been, you know, the lid had came off, and this was blown forcefully, but I don't know.

Q    Do you know what the weight of the object was that hit Ms. Cole's back?

A    No, I wasn't -- again, I don't have the benefit of -- of having the container to tell you exactly how much it weighed.  I didn't weigh it.  I don't think she did, so.

Q    Do you know the distance that this object

Page 67

traveled before it struck Ms. Cole?

A    No, I'm not exactly -- no, I don't -- I don't have that in, in my records.  As far as how -- what the distance would have been.

Q    And as far as the reaction from Ms. Cole that you've described, once the object struck her, where is that coming from?

MR. DIEPPA: Object to form.  Asked and answered.

THE WITNESS: Again, I'm just - it's coming from me, you know, based off of my interpretation of what my note says and my interpretation of -- of what happened to her.  My -- my kind of recollection of the events of whatever what -- of what was -- excuse me. What was said to me at the -- at the time I saw her in consultation.

BY MR. JARNAGIN:

Q    Do you know if Ms. Cole's left arm was abducted once she braced herself?

A    If her left arm was abducted?  No, her arm -- her hand would have been against the table, so I don't know what you mean.

Q    Did you perform any type of biomechanical analysis in this case to determine, you know, whether Ms. Cole's reaction caused her anatomical injuries?

Page 68

A    I don't know what you mean by a biomechanical analysis other than physical examination and taking a history.

Q    Did you perform any analysis of any forces with regards to Ms. Cole's injury?

A    I don't know what you mean by -- I don't know what -- I don't know what you mean by measuring any forces in regards to her injury.  I don't know how you -- we would do that in the office.  I don't -- I don't -- I don't understand the question.

Q    Okay.  You first saw Ms. Cole on August 12, 2022, and in that initial visit you recommended Ms. Cole undergo a surgery.  Is that right?

A    Yes.

Q    You list in your August 12th note that Ms. Cole had failed conservative treatment.  Do you know specifically what conservative treatment Ms. Cole failed?

A    It would have been the therapy that she had before she saw me.  She was also placed on Ibuprofen as an anti-inflammatory medication for management of her pain.  She had, again, the nurse practitioner that had seen her had prescribed physical therapy for her shoulder, for cervical spine and her thoracic spine.

Q    Do you know if Ms. Cole completed the

Case 0:23-cv-60532-MD Document 74-8 Entered on FLSD Docket 03/15/2024 Page 19 of 213
EUREKA COLE v.      ORIGINAL TRANSCRIPT      JOHN P. WILKERSON, JR., M.D.
CARNIVAL CORPORATION      February 21, 2024

Page 69

regimen of physical therapy prescribed to her by the registered nurse at the time that she visited with you on August 12, 2022?

A Yeah, she had started and she was -- when I saw her, she was still actively going to physical therapy at the time that I saw her.

Q If Ms. Cole had completed five physical therapy sessions prior to seeing you, would that surprise you?

A No --no. I -- it would not.

Q Did you ever see Ms. Cole again prior to -- well, strike the question.

After your initial visit with her on August 12, 2022, did you ever visit with Ms. Cole again prior to her surgery on September 15, 2022?

A No. The next time I saw her would have been September 15, 2022. And again, my practice is to again, go over the history with the patient have them point out where their -- where their pain is. Do somewhat of a brief exam before surgery, confirm what we're doing with them what the plan is, what to expect after surgery, what they -- what medications they will be given, if they have any allergies.

I tell the patients what they need to do as far as making sure they get started with physical

Page 70

therapy right away. I talked to them about the sling. It's kind of like a brief visit before we do the procedure and how they should attempt to sleep after surgery, how to use the medications and all that. So it's -- it's sort of a mini visit before we actually do the procedure. But I don't document that, that's just something that I do with patients. I just document the surgical procedure.

Q As part of your physical examination of Ms. Cole on August 12, 2022, did she have any outwardly visible injuries to the left shoulder?

A No. I mean, could I look at her shoulder and see that there was a injury to it? No. These things are deep to the skin. You can't see them from the surfaces. There's no deformities there with this -- with her particular injuries.

Q What ultimately did you base your surgical recommendation on upon seeing Ms. Cole?

A Her physical examination and the confirmation of the physical examination findings, the history and the MRI scan.

Q In order to treat Ms. Cole and provide her with a surgery, was it necessary for you to determine the cause of the anatomical findings within her left shoulder?

Page 71

A Yeah. I've -- as I've testified many times now, I thought that it was related. I didn't think it was related. I wouldn't have related it or treated her as if it -- as if it was, I thought it was related to the trauma.

Q Okay. And your explanation of the trauma is what you previously told me regarding the forward movement of Ms. Cole, is that right?

A Forward movement and then again, importantly bracing herself from going forward against with her arm -- with her, you know, hand against the table.

MR. JARNAGIN: Right. Give me one moment here. I don't have any further questions for you, Dr. Wilkerson. I appreciate your time today.

THE WITNESS: Thank you for finishing because I'm getting late. I'm getting -- I'm going to get in trouble.

MR. DIEPPA: No more questions. Dr. Wilkerson, do you read or waive?

THE WITNESS: I'll -- I'll read. I'll just keep this in case I do have to go to trial or something. I don't know how things are going with you guys, but hopefully everything goes well. But I'll take a copy. Okay. All right, you guys have a good night. Thank you. Bye-Bye.

Page 72

COURT REPORTER: Doctor, before you go.

THE WITNESS: Yes.

COURT REPORTER: The read, should we send it to you, Ray, or should we send it to him directly?

MR. DIEPPA: Send it directly to the doctor.

COURT REPORTER: Okay. Doctor, would you mind putting your email in the chat so we can send you that when it's ready?

THE WITNESS: Where's -- where's the chat?

COURT REPORTER: Are we doing any orders today?

MR. DIEPPA: Yep, I'll order.

COURT REPORTER: Okay. And delivery speed?

MR. DIEPPA: Regular.

COURT REPORTER: Perfect. And what --

MR. JARNAGIN: Defendant will take a copy. And can you let me know where I email the exhibits?

COURT REPORTER: Yes, I'll put that in the chat as well. And with that, we are off record at 7:26.

(DEPOSITION CONCLUDED AT 7:26 P.M.)

Page 73

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, the undersigned, certify that the witness in the foregoing transcript personally appeared before me and was duly sworn.

Identification:  Produced Identification

_____

PAMELA ABUCHAIBE
Court Reporter, Notary Public
State of Florida
Commission Expires: 12/12/2026
Commission Number: HH340273

Page 74

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, Pamela Abuchaibe, Notary Public in and for the State of Florida at Large, do hereby certify that I made an accurate and complete digital recording of the deposition in the above-styled case.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties, attorney or counsel connected with the action, nor financially interested in the action.

Dated this 21st day of February 2024.

_____

PAMELA ABUCHAIBE

Page 75

CERTIFICATE OF TRANSCRIPTIONIST

I, John Smith, Legal Transcriptionist, do hereby certify:

That the foregoing is a complete and true transcription of the original digital audio recording of the testimony and proceedings captured in the above-entitled matter.  As the transcriptionist, I have reviewed and transcribed the entirety of the original digital audio recording of the proceeding to ensure a verbatim record to the best of my ability.

I further certify that I am neither attorney for nor a relative or employee of any of the parties to the action; further, that I am not a relative or employee of any attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this matter.

IN WITNESS THEREOF, I have hereunto set my hand this 1st day of March 2024.

_____

John Smith

Ex. 1

EXHIBIT
1

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 23-cv-60532-RAR


Eureka Cole
      Plaintiff(s),

vs.

Carnival Corporation
      Defendant(s).

_____/


## PLAINTIFF'S RULE 26 EXPERT DISCLOSURE
(non-retained expert)


COMES NOW, the Plaintiff pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), and

provides the following expert disclosure:

<u>Name of Expert Witness:</u>

John P. Wilkerson, MD
6705 S Red Rd #418,
Coral Gables, FL 33143
(305) 669-4426

<u>(i) the subject matter on which the witness is expected to present evidence</u>

Dr. Wilkerson is a board-certified Orthopedic surgeon who operated on the Plaintiff Eureka Cole's left shoulder. Dr. Wilkerson will testify regarding his diagnosis of the Plaintiff's injuries, the medical history related him by the patient, his review of the Plaintiff's previous records, his observations during her care and treatment of the Plaintiff, the cause of the Plaintiff's injuries, and the reasonableness and cost of the care which he provided to the Plaintiff, including any additional medical treatment the Plaintiff will required to obtain in the future.

<u>(ii) a summary of the facts and opinions to which the witness is expected to testify.</u>

1) The Plaintiff suffered an injury to her left shoulder on July 22, 2022, which was caused by a container which fell and struck her.

2) The cause of the Plaintiff's injury was that she was struck by an object while onboard the Carnival Conquest; specifically a plastic container.

3) The cause of the Plaintiff's injury was that she was struck by an object while onboard the Carnival Conquest; specifically a plastic container, which caused her to suffer the following injuries:
   a. Partial thickness rotator cuff tendon which failed to improve with conservative management.
   b. Glenoid labral tearing and additional pathology tot eh shoulder.
   c. Left shoulder internal derangement.
   d. Left shoulder synovitis.
   e. Left shoulder subacromial bursitis.

4) As a result of her injuries the Plaintiff suffered physical limitations, which required her to undergo medically necessary left shoulder arthroscopic surgery.

5) As a result of the injury she suffered on July 22, 2022, the Plaintiff suffered a permanent injury and permanent impairment to her left shoulder.

6) The results of Plaintiff's diagnostic findings on MRI and arthroscopy.

7) The cost of the Patient's preoperative, operative, and post-operative follow-up care was reasonable and customary.

8) The patient will likely require additional medical care, physical therapy, and treatment to her left shoulder in the future and the cost of this future care.

9) The observations, treatment, diagnosis, and conclusions, contained in the medical records generated by this physician and his staff which are attached hereto and incorporated by reference into this disclosure.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 11, 2023, a true copy of the foregoing was served by CM/ECF E-service on all counsel or parties of record on the service list:

GrayRobinson, P.A.
Ashley Genoese
Michael J. Drahos
W. Cooper Jarnagin
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747
michael.drahos@gray-robinson.com
cooper.jarnagin@gray-robinson.com
ashley.genoese@gray-robinson.com
Lilia.Parker@gray-robinson.com

By:

FLORIDA LEGAL, LLC
Attorneys for Plaintiff
12550 Biscayne Boulevard
Suite 405
North Miami, Florida 33181
(t) (305) 901-2209
(f) (786) 870-4030

/s/ Raymond R. Dieppa
Raymond R. Dieppa, Esq.
Florida Bar No. 27690
E-Mail: ray.dieppa@floridalegal.law

1.1

EXHIBIT

1.1

**MIAMI SURGICAL CENTER**
7600 SW 87th Avenue, Suite 200
Miami, Florida 33173
Tel: (305) 595-2414   Fax: (305) 595-5140

## OPERATIVE REPORT

**PATIENT NAME**: COLE, EUREKA          **MEDICAL RECORD #**: 151794

**PHYSICIAN**: JOHN P. WILKERSON, M.D.          **DATE OF SURGERY**: 09/15/2022

**PREOPERATIVE DIAGNOSES:**
1. Left shoulder partial-thickness rotator cuff tendon tear.
2. Left shoulder glenoid labral tear.

**POSTOPERATIVE DIAGNOSES:**
1. Left shoulder partial-thickness articular surface supraspinatus tendon tear.
2. Left shoulder anterior glenoid labral tear.
3. Left shoulder internal derangement.
4. Left shoulder synovitis.
5. Left shoulder subacromial bursitis.

**PROCEDURES PERFORMED:**
1. Left shoulder arthroscopy with arthroscopic rotator cuff tendon repair, CPT code 29827.
2. Left shoulder arthroscopy with arthroscopic glenoid labral repair, CPT code 29807.
3. Left shoulder arthroscopy with arthroscopic debridement glenohumeral joint, CPT code 29823.
4. Left shoulder arthroscopy with arthroscopic synovectomy, CPT code 29821.
5. Left shoulder arthroscopy with arthroscopic subacromial decompression, CPT code 29826.

**ASSISTANT:** Robert Strubbe, P.A.-C.

**ANESTHESIA**: General with interscalene block.

**COMPLICATIONS**: None.

**SPECIMENS REMOVED**: Include arthroscopic shoulder shavings.

**INDICATIONS FOR SURGERY**: The patient presents with a history of trauma resulting in injury to the left shoulder. The patient has a partial-thickness rotator cuff tendon tear that has failed to improve with conservative management. The patient also was found to have glenoid labral tearing and additional pathology to the shoulder. Because of the patient's continued complaints of shoulder pain and discomfort that has not improved with conservative treatment, she has elected to proceed with a left shoulder arthroscopy surgery as indicated including repair of the rotator cuff tendon and glenoid labrum.

**DESCRIPTION OF PROCEDURE**: Informed consent was obtained from the patient. The patient was made aware of the risks of surgery to include, but not be limited to, infection, blood clots, anemia, death, wound complications, nerve or vascular injury, implant loosening, possibility of additional surgery, development of intractable pain, and swelling. The patient understood these risks and consented for treatment.

**OPERATIVE REPORT - PAGE 1 of 3**

## MIAMI SURGICAL CENTER

7600 SW 87th Avenue, Suite 200
Miami, Florida 33173
Tel: (305) 595-2414   Fax: (305) 595-5140

## OPERATIVE REPORT

**PATIENT NAME**: COLE, EUREKA          **MEDICAL RECORD #**: 151794

**PHYSICIAN**: JOHN P. WILKERSON, M.D.          **DATE OF SURGERY**: 09/15/2022

The patient was brought to the operating room, was placed under general anesthesia after undergoing interscalene block in the preoperative holding area. The patient was prepped with alcohol and ChloraPrep solution. Sterile drapes were applied to the skin. She had been positioned in lateral decubitus position on a beanbag. Her arm had been placed in the skin traction. The shoulder anatomy was marked and posterior portal was established with a stab insertion. Arthroscope was inserted into the shoulder joint and shoulder was inspected. The patient was found to have tearing of the anterior glenoid labrum. Glenoid chondromalacia was also present. Synovitis within the shoulder joint was noted. Spinal needle was used for localization of the anterior portal. A stab incision was made and arthroscopic cannula was placed. Curved shaver was then introduced to begin debridement of the glenoid labrum and glenoid chondromalacia. The labrum detachment was confirmed. A rasp was then used to rasp the bony glenoid region to stimulate the bleeding from the bone to facilitate repairing of the labral tissue. Once the bony tissue was rasped, a shaver was then used to remove the soft tissue and bony debris. The labrum was then repaired to the glenoid surface by using a 90-degree lasso to shuttle a SutureTape link suture around the torn glenoid labral tissue. It was then reduced to the glenoid, a bone socket location was determined and a drill and guide were then used to make a small bone socket on the edges of the glenoid. The sutures were then loaded into the tip of the SwiveLock anchor, which was reduced to the bone socket facilitating repair of the glenoid labrum. Labrum was repaired from inferior to superior, in the same fashion multiple suture anchor combinations were used for the repair. Three of them were placed anteriorly. Upon completion of the repair, the labrum was noted to be well fixed to the glenoid. Fluid pressure was decreased, there was good bleeding from bone labral interface. Next, attention was then drawn to the synovitis within the shoulder. Synovitis posteriorly was identified and resected using the curved shaver. Synovitis anteriorly was resected using the curved shaver. Looking superiorly the undersurface tearing of the supraspinatus tendon was confirmed. This was consistent with the patient's preoperative MRI scan findings. Two spinal needles were placed medial to the rotator cuff tendon tear and a PDS suture was then shuttled through the spinal needle. The PDS suture was then tied on its free lateral edge to a FiberTape suture. FiberTape suture was shuttled into the joint. The leading edge of the FiberTape suture coming out was pulled through the anterior portal. This was then tied to the additional PDS suture, which was then pulled back across the joint medial to the rotator cuff tendon tear. This allowed for percutaneous placement of a FiberTape suture medial to the rotator cuff tendon tear. Tension was applied to the sutures, there was noted to have good purchase within the tendon. Curved shaver was then used to debride the articular portion of the rotator cuff footprint were visible. The shaver was then subsequently removed and then the arthroscopic instruments were then placed into the subacromial space. Once in the subacromial space, a curved shaver was used to carefully resect the subacromial subdeltoid bursas. After the bursectomy was completed, the FiberTape sutures were identified and brought out through a lateral portal. The sutures were then reduced to the greater tuberosity. The sutures were then brought out through the anterior portal after which arthroscopic bur was then re-introduced to debride the greater tuberosity and decorticate the bone to facilitate bleeding of the bone in this location. Arthroscopic bur was also used to perform a subacromial decompression and acromioplasty was performed. Electrothermal device was also used to release the coracoacromial ligament. After this was completed, the AC joint was

## OPERATIVE REPORT - PAGE 2 of 3

**MIAMI SURGICAL CENTER**

7600 SW 87th Avenue, Suite 200

Miami, Florida 33173

Tel: (305) 595-2414   Fax: (305) 595-5140

**OPERATIVE REPORT**

**PATIENT NAME**: COLE, EUREKA                    **MEDICAL RECORD #**: 151794

**PHYSICIAN**: JOHN P. WILKERSON, M.D.            **DATE OF SURGERY**: 09/15/2022

identified. There was good mobilization of the AC joint and it was left intact. The rotator cuff sutures were then brought back from the anterior portal and then out the lateral portal and placed into a SwiveLock anchor. A bone socket was created using an awl after which the sutures were reduced to the socket and placed into the greater tuberosity with secured fixation applied. The SwiveLock anchor had good purchase within the bone. Excess suture was cut. The rotator cuff was well fixed to the bone. Rotator cuff tear was then re-visualized from beneath on the articular side and the cuff tear had been reduced. The shoulder was then irrigated through the arthroscopic cannulas. The insertions were closed with Monocryl suture and Steri-Strips.

The patient was placed into a shoulder sling with a neutralized abduction pillow provided from my office supply, L-code L3670.

X_____

John P. Wilkerson, M.D.

JOB#: 430564          JPW: med: ss/nss/dkb DD: 09/29/2022          DT: 09/30/2022

**OPERATIVE REPORT - PAGE 3 of 3**

Miami Surgical Center
**Surgeon:** Wilkerson, John

09/15/2022



1.2



**Patient:**   Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:**   Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy

**Page:** 2

**Miami Surgical Center**
**Surgeon:** Wilkerson, John
09/15/2022



**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 3

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:**   Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy

Page: 4

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy



**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022

31

32

33

34

35

36

**Patient:**   Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy

**Page:** 6

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 7

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



43

44

45

46

47

48

**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 8

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



49

50

51

52

53

54

**Patient:**   Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 9

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:**   Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 10

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 10

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



61

62

63

64

65

66

**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 11

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:**   Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy

**Page:** 1

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



7

**Patient:**   Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy

**Page:** 2

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA / PICA

**1.** MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER [X] (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
COLE, EUREKA

**3. PATIENT'S BIRTH DATE** MM 02 DD 08 YY 71  SEX  M  F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
COLE, EUREKA

**5. PATIENT'S ADDRESS (No., Street)**
2670 SW 8TH ST APT.4

**6. PATIENT RELATIONSHIP TO INSURED**
Self  Spouse  Child  Other [X]

**7. INSURED'S ADDRESS (No., Street)**
2670 SW 8TH ST APT.4

CITY FORT LAUDERDALE  STATE FL

**8. RESERVED FOR NUCC USE**

CITY FORT LAUDERDALE  STATE FL

ZIP CODE 33312  TELEPHONE (Include Area Code) (786) 2162808

ZIP CODE 33312  TELEPHONE (Include Area Code) (786) 2162808

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES  [X] NO

a. INSURED'S DATE OF BIRTH MM 02 DD 08 YY 71  SEX  M  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  PLACE (State)  [X] YES  NO

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  [X] NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE  DATE 09/15/2022

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM 07 DD 24 YY 22  QUAL. 431

**15. OTHER DATE** QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?**  YES  [X] NO  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)**  ICD Ind.

A. M25512  B. M542  C. M546  D. M65812
E. M7552  F. M898X1  G. S134XXA  H. S233XXA
I. S43402A  J. S43432  K. S43432D  L. S46012A

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

**24.**

| A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 09 15 22  09 15 22 | 11 | | 29807 | ABCD | 9919 00 | 1 | | NPI | |
| 09 15 22  09 15 22 | 11 | | 29821 | ABCD | 5627 00 | 1 | | NPI | |
| 09 15 22  09 15 22 | 11 | | 29823 | ABCD | 5969 00 | 1 | | NPI | |
| 09 15 22  09 15 22 | 11 | | 29826 | ABCD | 5808 00 | 1 | | NPI | |
| 09 15 22  09 15 22 | 11 | | 29827 | ABCD | 9515 00 | 1 | | NPI | |
| 09 15 22  09 15 22 | 11 | | L3670 | ABCD | 988 00 | 1 | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  SSN EIN [X]
650976458

**26. PATIENT'S ACCOUNT NO.**
221087Z22

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  [X] YES  NO

**28. TOTAL CHARGE**  $ 37826 00

**29. AMOUNT PAID**  $

**30. Rsvd. for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED ME82518  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
MIAMI SURGICAL CENTER
7600 SW 87TH AVE
MIAMI, FL 33173
a. NPI  b.

**33. BILLING PROVIDER INFO & PH #** (888) 810-2455
CITIMED
152 NE 167TH ST. STE 200
NORTH MIAMI BEACH, FL 33162
a. NPI  b. 1952586661

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

CITIMED, Citimed **DOB:** 01/01/2016 (6 yo Other) **Acc No.** 9718
## REFERRAL

John Wilkerson, MD                                                              Citimed Citimed
Orthopedic Surgery                                                              01/01/2016
**Orthopaedic Specialist of South Miami PA**
6705 S RED RD STE 418, CORAL GABLES, FL-33143-3644
Tel: 305-669-4426  Fax: 305-669-4183

---

Date:              09/14/2022

### Patient Information:
Patient Name:      Citimed Citimed
Patient DOB:       01/01/2016
Patient Insurance:
Patient Subscriber No:
Patient Address:   FL, US
Patient Phone:     305-944-9886
Patient Work Phone:
Patient Cell Phone:
Patient SSN:

### Insurance Information
Insurance Name:
Subscriber Name:
Subscriber DOB:
Subscriber No:
Subscriber Group No:
Subscriber Address:
Subscriber Phone:

### Referral From Information:
Provider Name:       Wilkerson, John
Provider ID Number:
Provider UPIN:
Provider NPI:        1285699397
Provider Facility:   Orthopaedic Specialist of South Miami PA
Provider Speciality: Orthopedic Surgery
Address1:            6705 S RED RD
Address2:            STE 418
City, State, Zip:    CORAL GABLES, FL, 33143-3644
Phone:               305-669-4426
Fax:                 305-669-4183

### Referral To Information:
Provider Name:       Therapy Physical
Provider ID Number:
Provider UPIN:
Provider NPI:        0000000000
Provider Facility:
Provider Speciality: Physical Therapy
Address1:
Address2:
City, State, Zip:    , ,
Phone:
Appt. Date/Time:
Fax:                                                 Facility Tax ID Number:

CITIMED, Citimed **DOB**: 01/01/2016 (6 yo Other) **Acc No.** 9718

## REFERRAL

John Wilkerson, MD                                                                              Citimed Citimed
Orthopedic Surgery                                                                              01/01/2016
**Orthopaedic Specialist of South Miami PA**
6705 S RED RD STE 418, CORAL GABLES, FL-33143-3644
Tel: 305-669-4426  Fax: 305-669-4183

---

<u>**Reason For Referral:**</u>

| | |
|---|---|
| **Authorization No:** | **Authorization Type:** |
| Reason: | S/p left shoulder athroscopy with rotator cuff repair, labral repair and subacromial decompression. Decrease pain, swelling, increase ROM and function |
| Diagnosis: | S46.012D - Traumatic incomplete tear of left rotator cuff, subsequent encounter |
| | Z98.890 - Status post left rotator cuff repair |
| | M75.42 - Rotator cuff impingement syndrome of left shoulder |
| | S43.432D - Tear of left glenoid labrum, subsequent encounter |
| E/M Codes: | |
| Procedures: | |
| Visits Allowed: | 0 |
| Unit Type: | V (VISIT) |
| Start Date: | 09/16/2022 |
| End Date: | 09/14/2023 |

Notes:
**Clinical Notes:**
**Structured Data:**

| | | |
|---|---|---|
| Type of Therapy Requested: | Physical Therapy | Begin PROM, AAROM, rotator cuff isometric strengthening and stretching exercises, isometric scapula stabilizing exercises, supported pendulum exercises. Elbow, wrist and hand active range of motion with shoulder in neutral |
| Special Instructions: | Evaluate and Treat, Passive ROM Exercises, Active Assisted ROM Exercises, Soft Tissue Massage, Electrical Muscle Stimulation , Ultrasound | Isometric Cuff program for first 3 weeks then progress to Theraband rotator cuff exercises, Shoulder Pulleys, Shoulder/Hand bike |
| Assistive Devices: | | Shoulder sling for 4 weeks |
| Start Date: | 09/16/2022 | |
| Frequency: | 3x/wk | |
| Duration: | 4wks | |

Provider NPI:          1285699397

Electronically signed by John Wilkerson, MD on 09/14/2022 at 06:11 PM EDT



7725 NW 48th Street Suite#200
MIAMI, FL 33166-5479
Phone: (305) 666-4633
Fax: (305) 667-1675

Date Printed: 09/14/2022

RE: Eureka Cole, DOB: 02/08/1971

Dear Dr. Eliza Burdier,

Thank you for referring Eureka Cole for pre-operative evaluation.

My evaluation and recommendations are attached below. I will also forward other data
which was also requested. The proposed procedure can be performed with low
cardiovascular risk.

Thank you for allowing me to participate in the evaluation of this patient.

Sincerely,

Julio A Barcena MD.

Electronically Signed by: JULIO BARCENA, MD



EUREKA COLE
02/08/1971

ENCOUNTER REASON/DATE

new patient consult
09/14/2022 - 12:45PM - Cardiovascular Medicine-Doral

PROBLEM LIST

Reviewed Problems
• Type 2 diabetes mellitus - Onset: 09/14/2022

HISTORY OF PRESENT ILLNESS

51 yo here for cardiovascular preop risk stratification.She is undergoing shoulder surgery. No chest pain or dyspnea with physical activity.

PAST MEDICAL HISTORY

FAMILY HISTORY:

Reviewed Family History
Mother                          - Malignant neoplastic disease
                                    - HX OF BREAST CANCER
                                - Diabetes mellitus

SOCIAL HISTORY:

Reviewed Social History
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
**Advanced Directive**
Do you have an advanced directive?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What is your level of alcohol consumption?: Occasional
What is your level of caffeine consumption?: Occasional
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: Rather much

Reviewed Surgical History
- Endometrial cryoablation

## ALLERGIES

Reviewed Allergies
NKDA

## MEDICATIONS

Reviewed Medications

| | | |
|---|---|---|
| **Jardiance 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY IN THE MORNING FOR 30 DAYS | 05/04/22 | filled |
| **metFORMIN 1,000 mg tablet**<br>TAKE ONE TABLET BY MOUTH TWICE A DAY | 07/20/22 | filled |
| **Ozempic 2 mg/dose (8 mg/3 mL) subcutaneous pen injector**<br>2MG SUBCUTANEOUS ONCE A WEEK 30 DAY(S) | 09/06/22 | filled |
| **True Metrix Go Glucose Meter**<br>CHECK BLOOD SUGAR EVERY DAY | 04/01/22 | filled |

## REVIEW OF SYSTEMS:

Patient reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## VITALS

| | | |
|---|---|---|
| **Ht:** 5 ft 4 in | **Wt:** 230 lbs | **BMI:** 39.5 |
| **BP:** 132/90 standing L arm | **Pulse:** 95 bpm regular | **RR:** 16 |
| **O2Sat:** 100% Room Air at Rest | | |

## PHYSICAL EXAM

**Constitutional:**
General Appearance: well-nourished, well-developed, and appears stated age. Level of Distress: comfortable.

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person.

**Eyes:**
Lids and Conjunctivae: no discharge, pallor, xanthelasma, or arcus senilis and non-injected and anicteric.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Oropharynx: no cyanosis or pallor.

**Neck:**
Carotid Arteries: no bruits or thrills and bilateral normal upstroke. Jugular Veins: normal jugular venous pressure. Cervical Lymph Nodes: non tender or not enlarged. Thyroid: not enlarged, non tender, or no nodules.

**Lungs:**
Respiratory Effort: unlabored. Chest Exam: no thoracic deformity or chest wall tenderness and normal curvature. Percussion: resonant. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Precordial Exam: no heaves or precordial thrills and non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: no rub, gallop, or click and normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Peripheral Pulses:**
Pulses: full and equal in all extremities except if noted and no bruits appreciated.

**Abdomen:**
Inspection and Palpation: non distended or tender, no bruit or masses, and soft and normal aorta. Liver: non tender or no hepatomegaly. Spleen: non tender or no splenomegaly.

**Musculoskeletal:**
Inspection: no joint tenderness or swelling and no erythema.

**Neurologic:**
Gait: normal gait. Motor: normal strength and tone.

**Skin:**
Inspection and Palpation: warm and dry. Nails: no clubbing.

RESULTS AND INTERPRETATIONS

ELECTROCARDIOGRAM

Review of electrocardiogram taken on 09/14/2022 shows:
Rate & Rhythm:
Rate & Rhythm: normal sinus rhythm.
Axis:
QRS: normal.
Intervals:
PR Interval: normal.
QRS Duration: normal.
QT Interval: normal QTc.
Interpretation:
12 lead ECG: normal.

ASSESSMENT/PLAN

**1. Type 2 diabetes mellitus** -
Under good control with ozempic , jardiance and metformin. Proceed with low risk surgery.
E11.9: **Type 2 diabetes mellitus without complications**

ELECTROCARDIOGRAM

Review of electrocardiogram taken on 09/14/2022 shows:
Rate & Rhythm:
Rate & Rhythm: normal sinus rhythm.
Axis:
QRS: normal.
Intervals:
PR Interval: normal.
QRS Duration: normal.
QT Interval: normal QTc.
Interpretation:
12 lead ECG: normal.

| Ordering Provider | Julio Barcena, MD | Performing facility | |
| Reported Date | | Accession ID | |
| Performed Date | | | |





# CARDIOVASCULAR MEDICINE ASSOCIATES PA

*printed 09/16/2022 09:14 AM*

CARDIOVASCULAR MEDICINE
ASSOCIATES PA
PO BOX 8790
BELFAST, ME 04915-8790
*billing phone: (305) 666-4633*

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME |
|---|---|---|
| EUREKA COLE<br>2670 SW 8TH ST APT.4<br>FORT LAUDERDALE, FL 33312 | 212083 | EUREKA COLE |

| | DOB | HOME TELEPHONE |
|---|---|---|
| | 02/08/1971 | 786-216-2808 |

## Billing Summary

| Claim ID | Procedure | Diagnosis | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins. 1 | Ins. 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 977091** | | | | | | | | | | | |
| 977091 | 93000 | Z01810, E119 | 09/14/2022 | 09/16/2022 | **CHARGE** | 93000 | PATIENT | JULIO BARCENA | | | $50.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $50.00 |
| 977091 | 99204,25 | Z01810, E119 | 09/14/2022 | 09/16/2022 | **CHARGE** | 99204,25 | PATIENT | JULIO BARCENA | | | $250.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $250.00 |
| | | | | | | | **TOTAL CHARGE OUTSTANDING AS OF 09/16/2022** | | **$0.00** | **$0.00** | **$300.00** |

Quest
Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **COLE, EUREKA**<br><br>**DOB: 02/08/1971    AGE: 51**<br>Gender:    F          Fasting: Y<br>Phone:    786.216.2808<br>Patient ID: 02081971EC<br>Health ID: 8573030783345132 | Specimen:   MZ217499B<br>Requisition: 0001575<br><br>Collected:    08/25/2022 / 11:53 EDT<br>Received:     08/26/2022 / 07:41 EDT<br>Reported:     08/26/2022 / 08:06 EDT | Client #: 39724024       6817000<br>WILKERSON, JOHN P<br>CITIMED SURGICAL N MIAMI<br>BEACH<br>152 NE 167TH ST<br>NORTH MIAMI BEACH, FL<br>33162-3400 |

**COMMENTS:**        FASTING:YES

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | MI |
| GLUCOSE | | 102 H | 65-99 mg/dL | |

Fasting reference interval

For someone without known diabetes, a glucose value
between 100 and 125 mg/dL is consistent with
prediabetes and should be confirmed with a
follow-up test.

| | | | | |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.59 | | 0.50-1.03 mg/dL | |
| EGFR | 109 | | > OR = 60 mL/min/1.73m2 | |

The eGFR is based on the CKD-EPI 2021 equation. To calculate
the new eGFR from a previous Creatinine or Cystatin C
result, go to https://www.kidney.org/professionals/
kdoqi/gfr%5Fcalculator

| | | | | |
|---|---|---|---|---|
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 103 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 28 | | 20-32 mmol/L | |
| CALCIUM | 9.8 | | 8.6-10.4 mg/dL | |
| PARTIAL THROMBOPLASTIN | | | | MI |
| TIME, ACTIVATED | 29 | | 23-32 sec | |

This test has not been validated for monitoring
unfractionated heparin therapy. For testing that
is validated for this type of therapy, please refer
to the Heparin Anti-Xa assay (test code 30292).

For additional information, please refer to
http://education.QuestDiagnostics.com/faq/FAQ159
(This link is being provided for
informational/educational purposes only.)

| | | | | |
|---|---|---|---|---|
| PROTHROMBIN TIME-INR | | | | MI |
| INR | 1.0 | | | |

|  |  |
|---|---|
| Reference Range | 0.9-1.1 |
| Moderate-intensity Warfarin Therapy | 2.0-3.0 |
| Higher-intensity Warfarin Therapy | 3.0-4.0 |

| | | | | |
|---|---|---|---|---|
| PT | 10.1 | | 9.0-11.5 sec | |

For additional information, please refer to
http://education.questdiagnostics.com/faq/FAQ104
(This link is being provided for informational/
educational purposes only.)

| | | | | |
|---|---|---|---|---|
| CBC (H/H, RBC, INDICES,<br>WBC, PLT) | | | | MI |
| WHITE BLOOD CELL COUNT | 6.3 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.51 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 13.2 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 39.8 | | 35.0-45.0 % | |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**Report Status: Partial**

**COLE, EUREKA**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **COLE, EUREKA**<br><br>**DOB: 02/08/1971     AGE: 51**<br>Gender:    F         Fasting: Y<br>Patient ID: 02081971EC<br>Health ID: 8573030783345132 | Specimen:     MZ217499B<br>Collected:     08/25/2022 / 11:53 EDT<br>Received:      08/26/2022 / 07:41 EDT<br>Reported:      08/26/2022 / 08:06 EDT | Client #: 39724024<br>WILKERSON, JOHN P |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| MCV | 88.2 | | 80.0-100.0 fL | |
| MCH | 29.3 | | 27.0-33.0 pg | |
| MCHC | 33.2 | | 32.0-36.0 g/dL | |
| RDW | 12.4 | | 11.0-15.0 % | |
| PLATELET COUNT | 394 | | 140-400 Thousand/uL | |
| MPV | 9.1 | | 7.5-12.5 fL | |

**PENDING TESTS:**

URINALYSIS REFLEX

**PERFORMING SITE:**

MI      QUEST DIAGNOSTICS-MIAMI, 10200 COMMERCE PARKWAY, MIRAMAR, FL 33025-3938 Laboratory Director: JULIE L FRIEDMAN,MD, CLIA: 10D0277334

**LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:**

| | | | | |
|---|---|---|---|---|
| GLUCOSE | | 102 H | 65-99 mg/dL | MI |

Fasting reference interval

For someone without known diabetes, a glucose value
between 100 and 125 mg/dL is consistent with
prediabetes and should be confirmed with a
follow-up test.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 

CITIMED SURGICAL N MIAMI
152 NE 167TH ST
NORTH MIAMI BEACH, FL  33162

| Date of Collection | Specimen Number | Patient Name | Patient I.D. | Laboratory Services | CPT# | Service Code | Amount |
|---|---|---|---|---|---|---|---|
| **CITIMED SURGICAL N MIAMI- 39724024** | | | | | | | |
| **152 NE 167TH ST** | | | | | | | |
| **NORTH MIAMI BEACH, FL 33162** | | | | | | | |
| 08/25/2022 | 0001575 | COLE, EUREKA | 02081971EC | PTT, ACTIVATED | 85730 | 0000763 | $11.30 |
| | | | | CBC(H/H,RBC,WBC,PLT) | 85027 | 0001759 | $8.89 |
| | | | | DRAW FEE, PSC SPEC. | 36415 | 0003259 | $17.72 |
| | | | | URINALYSIS, REFLEX | 81003 | 0007909 | $4.11 |
| | | | | PRO TIME WITH INR | 85610 | 0008847 | $9.06 |
| | | | | BASIC METAB PNL | 80048 | 0010165 | $26.75 |
| | | | | **PATIENT TOTAL** | | | **$77.83** |

*The CPT Codes provided are based on AMA guidelines and are for information purposes only. All coding, including CPT Coding, is the sole responsibility of the billing party.  Please note that payers may require either AMA CPT Codes or CMS G-codes on claims for drug testing. For your information both AMA CPT Codes and CMS G codes have been provided for informational purposes for drug testing only.  Please direct any questions regarding the appropriate coding to the payer being billed



**CitiMED Hollywood**

**Date of Exam:**      **01-06-2023**
**Patient Name:**      **Eureka Cole**
**D.O.A:**             **07-24-2022**
**Patient Id:**        **221087**

## Orthopaedic Surgeon Follow up

**History of Present Illness:**

Eureka Cole presents today for evaluation of her left shoulder. She underwent a left shoulder arthroscopy with rotator cuff repair and glenoid labrum repair on September 15th, 2022. She reports improvement of her pain and range of motion. She is able to do most of her daily activities and performed her job, towards the end of the day her shoulder becomes weak and starts to ache.

**Medications:**  Ibuprofen 600 mg. , Metformin 500 mg and Januvia

**Medication allergies:** NKDA

**Food allergies:** Shellfish

**Shoulder Physical Examination:**
Examination of the left shoulder reveals active range of motion of 0-150 degrees of forward flexion. 0-130 abduction. 0-80 of internal rotation. 0-70 of external rotation. Strength 4/5. Neurovascular examination is intact.

**Assessment:**
S43.432 Superior glenoid labrum lesion of left shoulder
S46.012D Strain of musc/tend the rotator cuff of left shoulder, subs
Z89.890 Status post left shoulder arthroscopy

**Plan:**
Discussed with the patient at length the physical examination and rehabilitation protocol. Recommend additional management with anti-inflammatory medication, a home icing program, and rotator cuff strengthening exercises. Patient to progress to home exercise program. Follow up as needed.

**Final**
The patient has reached maximal medical improvement. Patient has an impairment rating of 8% for the left shoulder using the American Medical Association Guide to the Evaluation of Permanent Impairment, Sixth.



**CitiMED Hollywood**

**Date of Exam:**    **01-06-2023**
**Patient Name:**    **Eureka Cole**
**D.O.A:**    **07-24-2022**
**Patient Id:**    **221087**

## Orthopaedic Surgeon Follow up

John P. Wilkerson MD

Board Certified Orthopaedic Surgeon

**Work status: Regular Duty**

Counseling: Overall orthopedic prognosis was discussed. Important symptoms and signs that should prompt immediate attention were emphasized. The proper administration side effects and compliance would prescribe medications were reviewed with the patient. Activity modification discussed.



**CitiMED Hollywood**

| | |
|---|---|
| **Date of Exam:** | **11-18-2022** |
| **Patient Name:** | **Eureka Cole** |
| **D.O.A:** | **07-24-2022** |
| **Patient Id:** | **221087** |

## Orthopaedic Surgeon Follow up

**History of Present Illness:**

Eureka Cole was contacted and consented to telemedicine evaluation. Patient was in the state of Florida during this examination. Ms. Cole is status post stable left shoulder arthroscopy performed on September 15,2022. She is doing well, she is complaining of occasional left shoulder pain with certain activities and limitations with internal rotation.
e

**Medications:** Ibuprofen 600 mg. , Metformin 500 mg and Januvia

**Medication allergies:** No known drug allergies.

**Food allergies:** Shellfish

**Shoulder Physical Examination:** ( Observed)

Examination of the left shoulder reveals active range of motion of 0-150 degrees of forward flexion. 0-160 abduction. Internal rotation to L5. 0-60 of external rotation.  Neurovascular examination is intact.

**Assessment:**

z89.890 Status post left shoulder arthroscopy

**Plan:**

Discussed rehabilitation protocol and physical examination. Patient will continue with physical therapy to improve range of motion and strength. Follow up 4-6 weeks.

John P. Wilkerson MD

Board Certified Orthopaedic Surgeon

**Work status: Regular Duty**

Counseling: Overall orthopedic prognosis was discussed. Important symptoms and signs that should prompt immediate attention were emphasized. The proper administration side effects and compliance would prescribe medications were reviewed with the



**CitiMED Hollywood**

| | |
|---|---|
| **Date of Exam:** | **11-18-2022** |
| **Patient Name:** | **Eureka Cole** |
| **D.O.A:** | **07-24-2022** |
| **Patient Id:** | **221087** |

## Orthopaedic Surgeon Follow up

patient. Activity modification discussed.



## PHYSICAL THERAPY PRESCRIPTION

Patient's Name : _Eureha Cole_

Diagnosis's : _S/P Left Shoulder-A55_

### EVALUATE AND TREAT

#### MODALITIES

_____ Ultrasound
_____ Iontophoresis
_____ Phonophoresis
___✓___ Electrical Muscles Stimulation
_____ Therapeutic Massage
_____ Hot Packs
___✓___ Ice Packs
_____ Cold Packs
_____ T.E.N.S.
   _____ Clinic
   _____ Home
_____ Orthotcis
_____ Prosthetics
_____ Traction
_____ Whirlpool
_____ Contrast Bath
_____ Parafin
_____ Hand Therapy

#### EXERCISES

___✓___ Spinal Rehabilitation
___✓___ Range of Motion
   ___✓___ Active Exercises
   _____ Passive Exercises
   _____ Gentle Exercises
_____ Coordination & Balance Training
_____ Gait Training
_____ Muscle Re-Education
_____ Mobilization
_____ Biodex Isokinetic Rehab
_____ Instruction in posture,
         Body Mechanics & Lifting

#### OTHER

_____ Jobst Compression
_____ Manual Muscle Test

#### SPECIFIC PROGRAMS

___✓___ Back Rehab       _____ Knee Rehab
___✓___ Shoulder Rehab   _____ Hand Rehab
_____ Stress Reduction & Relaxation Training

Frequency of Treatment _____3_____   Treatments per Week for _4-6_ Weeks

Special Instructions _____

_____

Physician Signature _____   Date _11/18/22_

John P. Wilkerson, M.D.



**CitiMED Hollywood**

**Date of Exam:**        **10-21-2022**
**Patient Name:**      **Eureka Cole**
**D.O.A:**             **07-24-2022**
**Patient Id:**         **221087**

## Orthopaedic Surgeon Follow up

**History of Present Illness:**

Eureka Cole presents today for follow up evaluation of her left shoulder. She is status post left shoulder arthroscopy with rotator cuff repair ang glenoid labrum repair performed on 09-15-2022. She reports moderate shoulder pain with activities.

**Medications:** Ibuprofen 600 mg. , Metformin 500 mg , Januvia and Tylenol

**Medication allergies:** No known drug allergies.

**Shoulder Physical Examination:**

Examination of the left shoulder reveals active range of motion of 0-140 degrees of forward flexion. 0-130 abduction. Internal rotation to L1. 0-40 of external rotation. Neurovascular examination is intact.

**Assessment:**

S43.432 Superior glenoid labrum lesion of left shoulder
S46.012D Strain of musc/tend the rotator cuff of left shoulder, subs
Z89.890 Status post left shoulder arthroscopy

**Plan:**

Discussed with the patient at length the physical examination and rehabilitation protocol. Recommend additional management with anti-inflammatory medication, a home icing program, continue with physical therapy. Follow up 4-6 weeks.

John P. Wilkerson MD
Board Certified Orthopaedic Surgeon

**Work status: Regular Duty**

Counseling: Overall orthopedic prognosis was discussed. Important symptoms and signs that should prompt immediate attention were emphasized. The proper administration side effects and compliance would prescribe medications were reviewed with the



**CitiMED Hollywood**

**Date of Exam:**     **10-21-2022**
**Patient Name:**    **Eureka Cole**
**D.O.A:**     **07-24-2022**
**Patient Id:**     **221087**

# Orthopaedic Surgeon Follow up

patient. Activity modification discussed.



## PHYSICAL THERAPY PRESCRIPTION

Patient's Name : _Eureka Cole_

Diagnosis's : _SP (L)Shoulder ABS C GL & RCL._

---

### EVALUATE AND TREAT

---

**MODALITIES**

- ✓ Ultrasound
- _____ Iontophoresis
- _____ Phonophoresis
- ✓ Electrical Muscles Stimulation
- _____ Therapeutic Massage
- _____ Hot Packs
- ✓ Ice Packs
- _____ Cold Packs
- _____ T.E.N.S.
  - _____ Clinic
  - _____ Home
- _____ Orthotcis
- _____ Prosthetics
- _____ Traction
- _____ Whirlpool
- _____ Contrast Bath
- _____ Parafin
- _____ Hand Therapy

**EXERCISES**

- _____ Spinal Rehabilitation
- ✓ Range of Motion
- _____ Active Exercises
- _____ Passive Exercises
- _____ Gentle Exercises
- _____ Coordination & Balance Training
- _____ Gait Training
- _____ Muscle Re-Education
- _____ Mobilization
- _____ Biodex Isokinetic Rehab
- _____ Instruction in posture,
  Body Mechanics & Lifting

**OTHER**

- _____ Jobst Compression
- _____ Manual Muscle Test

**SPECIFIC PROGRAMS**

- _____ Back Rehab
- ✓ Shoulder Rehab
- _____ Stress Reduction & Relaxation Training
- _____ Knee Rehab
- _____ Hand Rehab

Frequency of Treatment _____3_____    Treatments per Week for _1_ Weeks 4-6

Special Instructions _improve R.O.M_

Physician Signature _____    Date _10/21/22_

John P. Wilkerson, M.D.



**CitiMED Hollywood**

**Date of Exam:** 09-16-2022
**Patient Name:** Eureka Cole
**D.O.A:** 07-24-2022
**Patient Id:** 221087

# Orthopaedic Surgeon Post Operative

**History of Present Illness:**

Eureka Cole presents today for post operative evaluation of her left shoulder. She is status post left shoulder arthroscopy with rotator cuff and labrum repair performed on September 15, 2022. Patient is doing well. Denies fever, chills and night sweats. She reports minimal shoulder pain.

**Medications:** Ibuprofen 600 mg. , Metformin 500 mg , Januvia , Percocet, Ambien and Zofran
**Medication allergies:** No known drug allergies.
**Food allergies:** Shellfish

**Shoulder Physical Examination:**
Postop evaluation of the left shoulder reveals extremity is neurovascularly intact. Sensation light touch is intact. Capillary refill is less than 2 seconds in all 5 digits of the hand. Palpable radial and ulnar pulse.

**Assessment:**
Z89.890 Status post left shoulder arthroscopy

**Plan:**
Reviewed arthroscopy photos and discussed surgical findings today of the patient. Continue with outpatient physical therapy. Follow up for checkup in 4-6 weeks. Continue the use of the shoulder sling for 4 weeks.

John P. Wilkerson MD
Board Certified Orthopaedic Surgeon

**Work status: Regular Duty**

Counseling: Overall orthopedic prognosis was discussed. Important symptoms and signs that should prompt immediate attention



**CitiMED Hollywood**

**Date of Exam:** **09-16-2022**
**Patient Name:** **Eureka Cole**
**D.O.A:** **07-24-2022**
**Patient Id:** **221087**

# Orthopaedic Surgeon Post Operative

were emphasized. The proper administration side effects and compliance would prescribe medications were reviewed with the patient. Activity modification discussed.



**CitiMED Hollywood**

**Date of Exam:**      **08-12-2022**
**Patient Name:**      **Eureka Cole**
**D.O.A:**      **07-24-2022**
**Patient Id:**      **221087**

# Orthopaedic Surgeon Consultation

**History of Present Illness:**

Eureka Cole is a 51-year-old female patient that presents today for evaluation of her left shoulder. She reports that on July 24th,2022. She was a passenger at a Carnival cruise ship while she was having lunch and a large container struck her on her mid back. The impact pushed her forward and she braced herself with her hand on the table. She was evaluated at the cruise medical center. She is currently complaining of left shoulder throbbing pain with activities.

**Past Medical / Surgical History:**
The patient reports a medical history of NIDDM. The patient denies any surgical procedures.
**Previous Accidents and Injuries:** The patient denies any previous motor vehicle accidents or injuries.
**Medications:** Ibuprofen 600 mg. , Metformin 500 mg and Januvia
**Medication allergies:** No known drug allergies.
**Food allergies:** Shellfish
**Social:** The patient is a non-smoker. She is currently employed as Pathology associates .
**Family Medical History:** The patient has a family history of hypertension.

**Review of system:**

**Constitutional:** Negative for  fever, weight loss and fatigue or malaise.
**HEENT:** Negative for frequent or significant headaches, ear pain or facial pain.
**Neck:** Negative for lumps, goiter and significant swelling.
**Cardiovascular:** Negative for  chest pain, palpitations and edema.
**Chest/Rib/Breast/Abd:** Negative for pain in the right, left chest wall and sternum. Negative for pain in the right anterior, right lateral and right posterior ribs. Negative for pain in the left anterior, left lateral and left posterior ribs.  Negative for abdominal pain.
**Respiratory:** Negative for  shortness of breath, coughing and wheezing.
**Gastrointestinal:** Negative for  nausea, vomiting, diarrhea and abdominal discomfort.
**Genitourinary:** Last menstrual period: Unknown.  Negative for difficulty with urination.
**Integumentary:** Negative for  rash, bruising, abrasion, burn and laceration.
**Psychiatric:** Negative for  depression, sleep disturbance and mood disorder.
**Endocrine:** Negative for  sensitivity to cold and sensitivity to heat.

**Physical examination:**

**Shoulder Physical Examination:**
Examination of the left shoulder reveals active range of motion of 0-160 degrees of forward flexion. 0-160 abduction. 0-70 of internal rotation. 0-70 of external rotation. Positive Obrien. Positive apprehension test. Positive Impingement maneuver. Neurovascular examination is intact.



**CitiMED Hollywood**

**Date of Exam:** 08-12-2022
**Patient Name:** Eureka Cole
**D.O.A:** 07-24-2022
**Patient Id:** 221087

# Orthopaedic Surgeon Consultation

**Diagnostic result:**

CITIMED LEFT SHOULDER MRI COMPLETED ON 7/27/2022.

1. Small focus of mild undersurface partial tearing of the supraspinatus tendon.

2. Anterior and inferior labral tear.

3. Mild subacromial and subdeltoid bursitis.

4. Acromioclavicular joint hypertrophy and inflammation with an os acromiale present.

5. Subarticular edema within the inferior aspect of the glenoid with moderate subjacent partial-thickness
chondral loss.

**Assessment:**

M75.52 Bursitis of left shoulder
S43.432 Superior glenoid labrum lesion of left shoulder
S46.012D Strain of musc/tend the rotator cuff of left shoulder, subs

**Plan:**
Reviewed the patients MRI scan which reveals a glenoid labrum tear and rotator cuff tear. The patient has failed conservative
treatment with medication and physical therapy. The patient elects to proceed with a right shoulder arthroscopy with rotator cuff and
glenoid labrum repair and surgery as indicated.  The risks and benefits of surgery were discussed in detail. The post operative
rehabilitation protocol was also discussed in detail.  Preop medical clearance is also required.



**CitiMED Hollywood**

**Date of Exam:**      **08-12-2022**
**Patient Name:**    **Eureka Cole**
**D.O.A:**               **07-24-2022**
**Patient Id:**          **221087**

# Orthopaedic Surgeon Consultation

John P. Wilkerson MD

Board Certified Orthopaedic Surgeon

**Work status: Regular Duty**

Counseling: Overall orthopedic prognosis was discussed. Important symptoms and signs that should prompt immediate attention were emphasized. The proper administration side effects and compliance would prescribe medications were reviewed with the patient. Activity modification discussed.

CITIMED®

| | |
|---|---|
| **DATE OF EXAM:** | 08-03-2022 |
| **LOCATION OF EXAM:** | 5901 Hollywood Blvd Hollywood,  33021 |
| **PATIENT NAME:** | Eureka Cole |
| **DATE OF INJURY:** | 07-24-2022 |
| **PATIENT ID:** | 221087 |

## INITIAL EVALUATION TELEMEDICINE

Eureka Cole was contacted and consented to telemedicine evaluation.

### CHIEF COMPLAINT:

Neck/mid back pain, left shoulder pain

### HISTORY OF PRESENT ILLNESS:

Ms. Cole is seen today for Physical Medicine and Rehabilitation Initial Evaluation via telephone call.

Eureka Cole is a 51-year-old female patient involved in a traumatic event on 07/24/2022. Patient was at a Carnival cruise ship while she was having lunch a working station moved and hit her left shoulder. She was evaluated at the clinic inside the cruise ship. X-rays of the left shoulder were performed. The patient was driven by someone to Plantation General Hospital 07/25/2022. The patient was discharged with Ibuprofen 600 mg..

Due to persisting symptoms Ms. Cole was seen by Dr. Eliza Burdier on 07/27/2022 for an initial evaluation. The patient had complaints of pain in her cervical spine; thoracic spine and left shoulder. She was prescribed therapeutics, diagnostics as referenced below, a course of physical therapy and a Physical Medicine and Rehabilitation evaluation.

On 8/3/2022 she referred residual moderate to sever left shoulder pain affecting her job (phlebotomist). She is right-handed. She also referred residual neck and mid back non radiating pain.

### PAST MEDICAL/SURGICAL HISTORY:

The patient reports a medical history of diabetes. The patient denies any surgical procedures. The patient denies any surgical procedures.

### PREVIOUS ACCIDENTS AND INJURIES:

The patient denies any previous motor vehicle accidents or injuries.

**Medications:**  Ibuprofen 600 mg. , Metformin 500 mg and Januvia
**Medication allergies:** No known drug allergies.
**Food allergies:** No known food allergies.

**Social:** The patient is a non-smoker. She is currently employed as Pathology associates .
**Family Medical History:** The patient has a family history of hypertension.

### DIAGNOSTIC IMAGING:

CI+IMED®

**DATE OF EXAM:** 08-03-2022
**LOCATION OF EXAM:** 5901 Hollywood Blvd Hollywood,  33021
**PATIENT NAME:** Eureka Cole
**DATE OF INJURY:** 07-24-2022
**PATIENT ID:** 221087

## INITIAL EVALUATION TELEMEDICINE

CitiMED MRI Unit completed on 07/27/2022

MRI Upper Extrem Left Shoulder

Impression: CITIMED LEFT SHOULDER MRI COMPLETED ON 7/27/2022.

1. Small focus of mild undersurface partial tearing of the supraspinatus tendon.

2. Anterior and inferior labral tear.

3. Mild subacromial and subdeltoid bursitis.

4. Acromioclavicular joint hypertrophy and inflammation with an os acromiale present.

5. Subarticular edema within the inferior aspect of the glenoid with moderate subjacent partial-thickness

chondral loss.

### IMPRESSION / ASSESSMENT:

M25.512 Pain in left shoulder

M54.2 Cervicalgia

M54.6 Pain in thoracic spine

M75.52 Bursitis of left shoulder

S13.4XXA Sprain of ligaments of cervical spine, initial encounter

S23.3XXA Sprain of ligaments of thoracic spine, initial encounter

S43.402A Unspecified sprain of left shoulder joint, initial encounter

S43.432 Superior glenoid labrum lesion of left shoulder

### RECOMMENDATION / PLAN:

The patient is to continue with the prescribed course of physical therapy as ordered for cervical/thoracic/left shoulder. This may include manual therapy, mechanical traction, manual traction, neuromuscular re-education, ultrasound and therapeutic exercises.

The patient is recommended and verbalized understanding to follow-up with an orthopedic surgeon for left shoulder evaluation.

Based upon the patient's history and examination, it can be stated in all medical probability that the symptomatology described by the patient can be directly attributed to the aforementioned trauma event.

All therapies and procedures to follow are deemed to be medically necessary. The possible consequences of the above diagnoses and risks of the prescribed therapies have been reviewed with the patient. The patient has acknowledged their understanding. The long-term implications of stated injuries cannot be adequately assessed at this time but will be addressed once all diagnostic testing and therapeutics have been completed and evaluated.

**CI⊣MED**®

**DATE OF EXAM:**          08-03-2022
**LOCATION OF EXAM:**      5901 Hollywood Blvd Hollywood,  33021
**PATIENT NAME:**          Eureka Cole
**DATE OF INJURY:**        07-24-2022
**PATIENT ID:**            221087

# INITIAL EVALUATION TELEMEDICINE

Nelson Colon MD

Diplomate of the American Board of Physical Medicine and Rehabilitation -



**CitiMED Hollywood**

| | |
|---|---|
| **Date of Exam:** | **08-10-2022** |
| **Patient Name:** | **Eureka Cole** |
| **D.O.A:** | **07-24-2022** |
| **Patient Id:** | **221087** |

# REVIEW OF FINDINGS

**Pertinent Historical Data:**

The patient presents today to review MRI results ordered for further diagnostics of injuries sustained. The patient complains of persisting pain as follows. The bilateral cervical pain is intermittent and moderate. The bilateral thoracic pain is intermittent and severe. The left shoulder pain is intermittent and severe.

**Diagnostic result:**

CITIMED LEFT SHOULDER MRI COMPLETED ON 7/27/2022.
1. Small focus of mild undersurface partial tearing of the supraspinatus tendon.
2. Anterior and inferior labral tear.
3. Mild subacromial and subdeltoid bursitis.
4. Acromioclavicular joint hypertrophy and inflammation with an os acromiale present.
5. Subarticular edema within the inferior aspect of the glenoid with moderate subjacent partial-thickness chondral loss.

**Assessment:**

M25.512 Pain in left shoulder
M75.52 Bursitis of left shoulder
S13.4XXA Sprain of ligaments of cervical spine, initial encounter
S23.3XXA Sprain of ligaments of thoracic spine, initial encounter
S43.432 Superior glenoid labrum lesion of left shoulder
M89.8X1 Other specified disorders of bone, shoulder
S46.012A Strain of musc/tend the rotator cuff of left shoulder, init
S46.012A Strain of muscle(s) and tendon(s) of the rotator cuff of left shoulder, initial encounter

**Plan:**
**Medication:**
The patient was instructed regarding the appropriate usage of over the counter analgesics.

**Diagnostics:**
No diagnostic images are indicated at this time.

**Physical therapy:**
The patient is to continue with physical therapy.

**Follow up visits/referrals:**
The patient is recommended and verbalized understanding to follow-up with an orthopedic surgeon for further evaluation of left shoulder pain and orthopedic MRI findings.



**CitiMED Hollywood**

**Date of Exam:**      08-10-2022
**Patient Name:**     **Eureka Cole**
**D.O.A:**                 **07-24-2022**
**Patient Id:**           **221087**

## <u>REVIEW OF FINDINGS</u>

Liena Tamayo Flores APRN, FNP-BC

**CITIMED**®

# CitiMED Hollywood

**Date of Exam:** 07-27-2022
**Patient Name:** Eureka Cole
**D.O.A:** 07-24-2022
**Patient Id:** 221087

## APRN Initial Evaluation

**History of Present Illness:**

Eureka Cole is a 51-year-old female patient involved in a traumatic event on 07/24/2022. Patient was at a Carnival cruise ship while she was having lunch a working station moved and hit her left shoulder. She was evaluated at the clinic inside the cruise ship. X-rays of the left shoulder were performed. The patient was driven by someone to Plantation General Hospital 07/25/2022. The patient was discharged with Ibuprofen 600 mg. .

**Complaints:**

The patient presents to this office today for further assessment and recommendations regarding the injuries sustained in this accident described above. The patient complains of immediate pain in her left shoulder, cervical and thoracic spine.The bilateral cervical pain is intermittent and mild. The left thoracic pain is intermittent and moderate to severe. The left shoulder pain is intermittent and severe.

**Past Medical / Surgical History:**

The patient reports a medical history of diabetes. The patient denies any surgical procedures.The patient denies any surgical procedures.
 **Previous Accidents and Injuries:** The patient denies any previous motor vehicle accidents or injuries.
**Medications:** Ibuprofen 600 mg. , Metformin 500 mg and Januvia
**Medication allergies:** No known drug allergies.
**Food allergies:** Shellfish

**Social:** The patient is a non-smoker. She is currently employed as Pathology associates .
**Family Medical History:** The patient has a family history of hypertension.

**Review of system:**

**Constitutional:** Negative for  fever, weight loss and fatigue or malaise.
**HEENT:** Negative for frequent or significant headaches, ear pain or facial pain.
**Neck:** Negative for lumps, goiter and significant swelling.
**Cardiovascular:** Negative for  chest pain, palpitations and edema.
**Chest/Rib/Breast/Abd:** Negative for pain in the right, left chest wall and sternum. Negative for pain in the right anterior, right lateral and right posterior ribs. Negative for pain in the left anterior, left lateral and left posterior ribs.  Negative for abdominal pain.
**Respiratory:** Negative for  shortness of breath, coughing and wheezing.
**Gastrointestinal:** Negative for  nausea, vomiting, diarrhea and abdominal discomfort.
**Genitourinary:** Last menstrual period: Unknown.  Negative for difficulty with urination.
**Integumentary:** Negative for  rash, bruising, abrasion, burn and laceration.

# CITIMED®

## CitiMED Hollywood

**Date of Exam:**     **07-27-2022**
**Patient Name:**     **Eureka Cole**
**D.O.A:**            **07-24-2022**
**Patient Id:**       **221087**

## <u>APRN Initial Evaluation</u>

**Psychiatric:** Negative for  depression, sleep disturbance and mood disorder.

**Endocrine:** Negative for  sensitivity to cold and sensitivity to heat.

**Extremities:** Positive for extremity pain in the left shoulder.

**Neuro:** Negative for  history of headaches, paralysis, seizures and tremors.

**Physical examination:**

**General:** The patient is pleasant and cooperative. She appears to be in moderate distress secondary to pain. The patient is right-handed.

**Head:** The head is normocephalic and atraumatic.

**Neck:** The carotids are 2+ and there are no bruits. The trachea is midline and no palpable masses are noted.

**Respiratory:** Assessment deferred at this time.

**Cardiovascular:** Assessment deferred at this time.

**Chest Wall/Ribs:** The chest wall is non-tender to palpation.

**Abdominal:** The abdomen  is soft, non-tender and non-distended. No palpable organomegaly. Bowel sounds are present in all 4 quadrants.

**Extremities:** The left shoulder has limited range of motion. The left shoulder has increased pain with passive motion. Positive Neer's

**Spine:** The cervical exam reveals full range of motion with tenderness and palpable paracervical spasms.The thoracic exam reveals full range of motion, with no swelling, tenderness norparaspinal spasms.The lumbar exam is within normal limits.

**Neuro:** The patient is awake, alert and oriented to person, time and place. No speech nor motor deficits noted. Cranial nerves examination intact. Deep tendon reflexes are rated as follows: Biceps 2+/2+, Triceps 2+/2+, Brachioradialis 2+/2+, Patellar 2+/2+, Ankle jerks 2+/2+.

**Assessment:**

S13.4XXA Sprain of ligaments of cervical spine, initial encounter
S23.3XXA Sprain of ligaments of thoracic spine, initial encounter
S43.402A Unspecified sprain of left shoulder joint, initial encounter

**Plan:**

**Medication:**

CI+IMED®

## CitiMED Hollywood

**Date of Exam:**      **07-27-2022**
**Patient Name:**     **Eureka Cole**
**D.O.A:**            **07-24-2022**
**Patient Id:**        **221087**

## APRN Initial Evaluation

The patient will continue with the currently prescribed medications.


**Diagnostics:**

Diagnostic tests listed below have been ordered for further evaluation.

**MRI:**

73218 MRI Upper Extrem W/O left shoulder



**Physical therapy:**

Physical therapy evaluation and treatment is ordered. Start physical therapy and evaluation to include modalities, therapeutic exercise and instruction in home exercise program.

Start home TENS unit topically prn to affected areas.


**Follow up visits/referrals.**

Obtain Medical Records.

Follow up with physical medicine and rehabilitation on the next available appointment.

Dr. Eliza Burdier DNP, APRN, FNP-BC

CI-IMED®

## CitiMED Hollywood

**Date of Exam:**      07-27-2022
**Patient Name:**      Eureka Cole
**D.O.A:**             07-24-2022
**Patient Id:**        221087

## APRN Initial Evaluation

**History of Present Illness:**

Eureka Cole is a 51-year-old female patient involved in a traumatic event on 07/24/2022. Patient was at a Carnival cruise ship while she was having lunch a working station moved and hit her left shoulder. She was evaluated at the clinic inside the cruise ship. X-rays of the left shoulder were performed. The patient was driven by someone to Plantation General Hospital 07/25/2022. The patient was discharged with Ibuprofen 600 mg. .

**Complaints:**

The patient presents to this office today for further assessment and recommendations regarding the injuries sustained in this accident described above. The patient complains of immediate pain in her left shoulder, cervical and thoracic spine.The bilateral cervical pain is intermittent and mild. The left thoracic pain is intermittent and moderate to severe. The left shoulder pain is intermittent and severe.

**Past Medical / Surgical History:**

The patient reports a medical history of diabetes. The patient denies any surgical procedures.The patient denies any surgical procedures.
 **Previous Accidents and Injuries:** The patient denies any previous motor vehicle accidents or injuries.
**Medications:**  Ibuprofen 600 mg. , Metformin 500 mg and Januvia
**Medication allergies:** No known drug allergies.
**Food allergies:** Shellfish

**Social:** The patient is a non-smoker. She is currently employed as Pathology associates .
**Family Medical History:** The patient has a family history of hypertension.

**Review of system:**

**Constitutional:** Negative for  fever, weight loss and fatigue or malaise.
**HEENT:** Negative for frequent or significant headaches, ear pain or facial pain.
**Neck:** Negative for lumps, goiter and significant swelling.
**Cardiovascular:** Negative for  chest pain, palpitations and edema.
**Chest/Rib/Breast/Abd:** Negative for pain in the right, left chest wall and sternum. Negative for pain in the right anterior, right lateral and right posterior ribs. Negative for pain in the left anterior, left lateral and left posterior ribs.  Negative for abdominal pain.
**Respiratory:** Negative for  shortness of breath, coughing and wheezing.
**Gastrointestinal:** Negative for  nausea, vomiting, diarrhea and abdominal discomfort.
**Genitourinary:** Last menstrual period: Unknown.  Negative for difficulty with urination.
**Integumentary:** Negative for  rash, bruising, abrasion, burn and laceration.

CI+IMED®

# CitiMED Hollywood

**Date of Exam:** **07-27-2022**
**Patient Name:** **Eureka Cole**
**D.O.A:** **07-24-2022**
**Patient Id:** **221087**

## APRN Initial Evaluation

**Psychiatric:** Negative for depression, sleep disturbance and mood disorder.

**Endocrine:** Negative for sensitivity to cold and sensitivity to heat.

**Extremities:** Positive for extremity pain in the left shoulder.

**Neuro:** Negative for history of headaches, paralysis, seizures and tremors.

**Physical examination:**

**General:** The patient is pleasant and cooperative. She appears to be in moderate distress secondary to pain. The patient is right-handed.

**Head:** The head is normocephalic and atraumatic.

**Neck:** The carotids are 2+ and there are no bruits. The trachea is midline and no palpable masses are noted.

**Respiratory:** Assessment deferred at this time.

**Cardiovascular:** Assessment deferred at this time.

**Chest Wall/Ribs:** The chest wall is non-tender to palpation.

**Abdominal:** The abdomen is soft, non-tender and non-distended. No palpable organomegaly. Bowel sounds are present in all 4 quadrants.

**Extremities:** The left shoulder has limited range of motion. The left shoulder has increased pain with passive motion. Positive Neer's

**Spine:** The cervical exam reveals full range of motion with tenderness and palpable paracervical spasms.The thoracic exam reveals full range of motion, with no swelling, tenderness norparaspinal spasms.The lumbar exam is within normal limits.

**Neuro:** The patient is awake, alert and oriented to person, time and place. No speech nor motor deficits noted. Cranial nerves examination intact. Deep tendon reflexes are rated as follows: Biceps 2+/2+, Triceps 2+/2+, Brachioradialis 2+/2+, Patellar 2+/2+, Ankle jerks 2+/2+.

**Assessment:**

S13.4XXA Sprain of ligaments of cervical spine, initial encounter
S23.3XXA Sprain of ligaments of thoracic spine, initial encounter
S43.402A Unspecified sprain of left shoulder joint, initial encounter

**Plan:**

**Medication:**
The patient will continue with the currently prescribed medications.

**CITIMED**®

## CitiMED Hollywood

**Date of Exam:**     **07-27-2022**
**Patient Name:**    **Eureka Cole**
**D.O.A:**          **07-24-2022**
**Patient Id:**        **221087**

## APRN Initial Evaluation

**Diagnostics:**

Diagnostic tests listed below have been ordered for further evaluation.

**MRI:**

73218 MRI Upper Extrem W/O left shoulder

**Physical therapy:**

Physical therapy evaluation and treatment is ordered. Start physical therapy and evaluation to include modalities, therapeutic exercise and instruction in home exercise program.

Start home TENS unit topically prn to affected areas.

**Follow up visits/referrals.**

Obtain Medical Records.

Follow up with physical medicine and rehabilitation on the next available appointment.

Dr. Eliza Burdier DNP, APRN, FNP-BC



# ci+iMED

**Corporate Office:** 1-888-810-2455

**LOCATIONS:** (Circle one please)

Hollywood     Kendall     NMB     Midtown

## WORK STATUS CERTIFICATION

**PATIENT NAME:** _Eureka Cole_  **DATE:** _12-6-22_

**UNDER MY CARE SINCE:** _07-27-22_

**RECOMMENDATION:** _____

___A. Unable to return to work, re-evaluate in _____ days.

___B. Return to **full duty** without physical restriction as of:_____ _no to exceed 01-06-23_

✓ C. Return to work on **light duty** status (~~no to exceed 60 days~~) with the following indication(s):

✓ 1. NO heavy lifting, Restricted to _5_ pounds.

___2. NO bending

___3. NO climbing stairs.

___4. Standing **no more** than _____ hours.

___5. Sitting **no more** than _____ hours.

___6. Walking **no more** than _____ hours.

___7. Working **no more** than _____ hours.

___8. NO DRIVING.

✓ 9. Other: _Patient unable to do over head activities or lifting. Patient would be re-evaluated on 01-06-23._

If I can be of further assistance, please do not hesitate to contact me.

_____
Physician's Signature

152 NE 167th Street, Suite 100, Miami, Florida 33162 Tel 305.944.9886  Fax 305.944.9477



# CI┼IMED®

**LOCATIONS:** (Circle one please)

(Hollywood)   Kendall   **NMB**   Midtown

## WORK STATUS CERTIFICATION

PATIENT NAME: _Eureka Cole_     DATE: _10-21-22_

UNDER MY CARE SINCE: _07-27-22_

RECOMMENDATION: _____

___A. Unable to return to work, re-evaluate in _____ days

___B. Return to **full duty** without physical restriction as of: _____

✓C. Return to work on **light duty** status (not to exceed 60 days) with the following indication(s):

✓1. NO heavy lifting, Restricted to _5_ pounds     _Starting 11/15/22_

___2. NO bending

___3. NO climbing stairs.

___4. Standing **no more** than _____ hours

___5. Sitting **no more** than _____ hours

___6. Walking **no more** than _____ hours

___7. Working **no more** than _8_ hours

___8. NO DRIVING.

✓9. Other: _Patient unable to do overhead activities or lifting_

If I can be of further assistance, please do not hesitate to contact me.

_____
Physician's Signature

152 NE 167th Street, Suite 100, Miami, Florida 33162  Tel 305.944.9886  Fax 305.944.9477



PATIENT NAME:   COLE, EUREKA L.                    MR #:   221087
DOB:                 08-Feb-1971                         DOS:    27-Jul-2022 05:14:33 PM
REF PHYSICIAN:   ELIZA BURDIER, APRN

**MRI OF THE LEFT SHOULDER**

**CLINICAL HISTORY:** Left shoulder pain, status post incident 07/24/2022.

**TECHNIQUE:** Standard pulse sequences were performed.

**FINDINGS:** There is tendinosis and tendinitis of the supraspinatus tendon and infraspinatus tendon.  There is a small focus of mild undersurface partial tearing of the supraspinatus tendon measuring no greater than 3-4 mm in size.  The tear involves no greater than 10% of the tendon thickness.  The infraspinatus tendon and teres minor are intact.  The subscapularis tendon is intact.  There is no muscle atrophy or fatty replacement.  There is fluid within the subacromial and subdeltoid bursa consistent with bursitis.  The acromioclavicular joint has moderate hypertrophy and inflammation with an os acromiale present.  There are some cystic changes within the superolateral aspect of the humeral head, most likely reactive in nature.  There is no fracture evident.  There is subarticular edema within the glenoid anterior and inferiorly with subjacent moderate-grade partial-thickness chondral loss.  There is no fracture identified.  Evaluation of the glenoid labrum demonstrates irregularity and tearing of the anterior labrum which extends from the 3 to 6 o'clock position.  The biceps tendon is intact.  There is no axillary mass present.

**IMPRESSION:**
1.  Small focus of mild undersurface partial tearing of the supraspinatus tendon.
2.  Anterior and inferior labral tear.
3.  Mild subacromial and subdeltoid bursitis.
4.  Acromioclavicular joint hypertrophy and inflammation with an os acromiale present.
5.  Subarticular edema within the inferior aspect of the glenoid with moderate subjacent partial-thickness chondral loss.

**THIS REPORT WAS ELECTRONICALLY SIGNED, APPROVAL DATE  7/28/2022 10:53:41 AM**
**Robert D. Martinez, M.D.**
**Board Certified Radiologist**
RDM/J.F.

152 NE 167th Street, Suite 100, Miami, Florida 33162
Tel 305.944.9886   Fax 305.944.9477



PATIENT NAME:    COLE, EUREKA L.                              MR #:    221087
DOB:             08-Feb-1971                                  DOS:     01-Sep-2022 03:57:39 PM
REF PHYSICIAN:   JOHN WILKERSON, MD

**CHEST X-RAY**

**CLINICAL HISTORY:** Pain status post struck by object, 07/24/2022.

**TECHNIQUE:** PA and lateral views of the chest.

**FINDINGS:** The exam is somewhat limited due to underpenetration. The cardiomediastinal silhouette is within normal limits in size and contour. There is no focal infiltrate or consolidation. The bones and soft tissues are within normal limits.

**IMPRESSION:** There is no acute disease in the chest.

**THIS REPORT WAS ELECTRONICALLY SIGNED, APPROVAL DATE  9/1/2022 4:26:46 PM**
**Robert D. Martinez, M.D.**
**Board Certified Radiologist**
RDM/J.B.

152 NE 167th Street, Suite 100, Miami, Florida 33162
Tel 305.944.9886   Fax 305.944.9477



**CitiMED NMB**
152 NE 167th St. Ste 100
North Miami Beach, 33162

# Physical Therapy Post-Operative Evaluation

Date: 09/16/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

## Subjective:

**1a. Mechanism of Injury:**

Patient is a 51 y/o female who presents to the clinic s/p left shoulder arthroscopy with rotator cuff and glenoid labrum repair on 9/15/22 secondary to a traumatic event on 7/24/22.

**1b. Date of Injury:**

07/24/2022

**1c. Chief Complaint:**
**Pain Severity (On a scale from 0 to 10):**
Left Shoulder: 6

**1d. ADL Status:**

Prior Injury: Patient was  independent with ADLs, independent with IADLs and worked
After Injury: Patient was  independent with ADLs, independent with IADLs, non-worker and all these with pain or without pain

**1e. Functional Capability:**

Sleeping > 3,4,5 hrs.

**1f. Medical Management:**

Patient was seen at Citimed by John P. Wilkerson MD, OS for his/her evaluation on 09/15/2022 in the Surgical Treatment Center office.

**1g. Diagnostics: N/A**

**1h. Medications:**

Prescribed:  NSAIDS and Pain Medication

**1i. Past Medical History: N/A**

## Objective:



**CitiMED NMB**
152 NE 167th St. Ste 100
North Miami Beach, 33162

**2a. UE/LE Strength:**

Left Shoulder Strength Flexion: 0/5.

Left Shoulder Strength Extension: 0/5.

Left Shoulder Strength Abduction: 0/5.

Left Shoulder Strength Adduction: 0/5.

Left Shoulder Strength Internal rotation: 0/5.

Left Shoulder Strength External rotation: 0/5.

Left Elbow Strength Flexion: 3/5.

Left Elbow Strength Extension: 3/5.


**2b. AROM:**

Left Shoulder PROM Flexion: 97 degree.

Left Shoulder PROM Extension: 25 degree.

Left Shoulder PROM Abduction: 92 degree.

Left Shoulder PROM Adduction: 4 degree.

Left Shoulder PROM Internal rotation: 38 degree.

Left Shoulder PROM External rotation: 32 degree.

Left Elbow AROM Flexion: 130 degree.

Left Elbow PROM Flexion: 130 degree.

Left Elbow AROM Extension: 0 degree.

Left Elbow PROM Extension: 0 degree.


**2c. Palpable Findings:**

Patient presents with:

Left Upper Trapezius: Palpable moderate pain.

Left Shoulder: Palpable moderate pain.


**2d. DTR: N/A**


**2e. Flexibility:**

Mild Tightness of Left Upper Trapezius.


**2f. Gait:**

Patient presents with Normal gait without AD.


**2g. Posture:**

Patient presents with postural deficits including  Rounded Shoulders and Forward Head


**2h. Balance:**

Static Sitting Good.

Dynamic Sitting Good.



**CitiMED NMB**
152 NE 167th St. Ste 100
North Miami Beach, 33162

Static Standing Good.
Dynamic Standing Good.

**2i. Special Tests:**
N/A. .

**2j. Goals**
- Decrease palpable pain to the left shoulder region to <2/10 in 6-10 weeks in order to improve overall functional mobility.
- Increase left shoulder ROM to 100% in 6-10 weeks in order to help increase safety while driving.
- Decrease left LE tightness to trace restrictions in 6-10 weeks in order to help decrease pain and discomfort during functional activities.
- Improve left UE strength to 4+/5 in in 6-10 weeks in order to help to increase stability and decrease pain/discomfort during lifting/carrying and reaching items.
- Return to prior level of function
- Independent with HEP.

# Assessment:

**3a. Assessment:**
Patient is a 51 y/o female who presents to the clinic s/p left shoulder arthroscopy with rotator cuff and glenoid labrum repair on 9/15/22 secondary to a traumatic event on 7/24/22. There is a moderate reduction in left shoulder range of motion. There is mild to moderate palpable pain to the left anterior shoulder cuff/girdle. Deficits in soft tissue pliability, posture and left shoulder strength are present. Patient was educated on post surgical protocol, restrictions and wearing the sling at all time. Patient was advised to follow all instructions as advised above to prevent damaging his surgical procedure. Patient was advised to ice the left shoulder 3-4 times a day for no longer than ten minutes. Patient was instructed in risks associated with no following MD instructions. Patient advised to avoid moving his left shoulder, lifting, carrying and/or lying on that side at this time. Please see prescription from orthopedic surgeon for additional guidelines. The patient would benefit from skilled PT to address the above mentioned deficits and return the patient to normal ADL/IADL status.
Rehab Potential: Good
Patients Knowledge of the DX: Good
Patients Physical Therapy Prognosis: Good

**3b. PT Assessment:**

97164 x 1 unit(s)

# 4. Plan:



**CitiMED NMB**
152 NE 167th St. Ste 100
North Miami Beach, 33162

**4a. Therapeutic Contents:**

Therapeutic Exercises.

Resistive Exercises.

Flexibility Exercises.

Manual Therapy.

**4b. Frequency and Duration:**

3 times a week for 6-10 weeks.

Yermayn Olivares



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Evaluation

Date: 07/28/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

## Subjective:

**1a. Mechanism of Injury:**
07/24/2022. Patient was at a Carnival cruise ship while she was having lunch a working station moved and hit her left shoulder. She was evaluated at the clinic inside the cruise ship. X-rays of the left shoulder were performed. The patient was driven by someone to Plantation General Hospital 07/25/2022. The patient was discharged with Ibuprofen 600 mg.

**1b. Date of Injury:**
07/24/2022

**1c. Chief Complaint:**
**Pain Severity (On a scale from 0 to 10):**
Cervical Spine: 8
Thoracic Spine: 8
Left Shoulder: 9

**1d. ADL Status:**
Prior Injury: Patient was  independent with ADLs, independent with IADLs and worked
After Injury: Patient was  worked, all these with pain or without pain, requires time with all these activities and modified independent with all ADL and IADL activities

**1e. Functional Capability:**
Patient states that she is having stiffness when looking over left shoulder.
Patient states that she is having pain when looking over left shoulder.

**1f. Medical Management:**
Patient was seen at Citimed by Dr. Eliza Burdier, APRN for his/her evaluation on 07/27/2022 in the CitiMED Hollywood office.

**1g. Diagnostics:**
MRI: Patient had MRI of left shoulder

**1h. Medications:**



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

Prescribed:  Ibuprofen 600 mg. and Metformin 500 mg and Januvia

**1i. Past Medical History:**

The patient reports a medical history of diabetes. The patient denies any surgical procedures.The patient denies any surgical procedures.

# Objective:

**2a. UE/LE Strength:**

Cervical Spine 4/5.

Thoracic Spine 4/5.

Left Shoulder Strength Flexion: 4/5.

Left Shoulder Strength Extension: 4/5.

Left Shoulder Strength Abduction: 4/5.

Left Shoulder Strength Adduction: 4/5.

Left Shoulder Strength Internal rotation: 4/5.

Left Shoulder Strength External rotation: 4/5.

**2b. AROM:**

Cervical Spine: 100 %.

Thoracic Spine: 100 %.

Left Shoulder AROM Flexion: 100 %.

Left Shoulder AROM Extension: 100 %.

Left Shoulder AROM Abduction: 100 %.

Left Shoulder AROM Adduction: 100 %.

Left Shoulder AROM Internal rotation: 100 %.

Left Shoulder AROM External rotation: 100 %.

**2c. Palpable Findings:**

Patient presents with:

Cervical Erector Spinae: Palpable severe pain.

Cervical Erector Spinae: Palpable moderate spasm/tenderness.

Thoracic Erector Spinae: Palpable severe pain.

Thoracic Erector Spinae: Palpable moderate spasm/tenderness.

Bilateral Upper Trapezius: Palpable severe pain.

Bilateral Upper Trapezius: Palpable moderate spasm/tenderness.

Left Shoulder: Palpable severe pain.

**2d. DTR:**

Left Upper Extremity: 2+ Brisk/Normal Response.Left Lower Extremity: 2+ Brisk/Normal Response.Right Upper Extremity: 2+ Brisk/Normal Response.Right Upper Extremity: 2+ Brisk/Normal Response.



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

**2e. Flexibility:**

Moderate Tightness of Cervical Erector Spinae.

Moderate Tightness of Thoracic Erector Spinae.

Moderate Tightness of Bilateral Sternocleidomastoid.

Moderate Tightness of Bilateral Upper Trapezius.

Mild Tightness of Bilateral Hamstring.

**2f. Gait:**

Patient presents with Normal gait without AD.

**2g. Posture:**

Patient presents with postural deficits including  Rounded Shoulders and Forward Head

**2h. Balance:**

Static Sitting Good.

Dynamic Sitting Good.

Static Standing Good.

Dynamic Standing Good.

**2i. Special Tests:**

Cervical Compression Test Negative.

Hawkins-Kennedy Test Positive.

Lift-Off Sign Positive.

Neer Test Positive.

**2j: Goals**

-Decrease pain to <2/10 in cervical-thoracic regions and left shoulder in 4 to 6 weeks in order to allow patient to move with ease and increase level of comfort during daily activities.

-Improve AROM to 100% in left shoulder In 4 to 6 weeks in order to improve ADLs and IADLs.

-Reduce tightness in cervical and thoracic regions in 4 to 6 weeks in order to reduce pain and increase ROM, as well as increase level of comfort during functional activities.

-Improve strength/core/ posture to 4+/5 in order to avoid increased muscle disequilibrium and increase core stability.

-Improve left shoulder strength to 4+/5 in 4 to 6 weeks in order to improve performance of activities around the house and at work, lifting/carrying and reaching items.

-Return to prior level of function.

-Independent with HEP.

# Assessment:

**3a. Assessment:**

Patient presents with 1-2 comorbidities dysfunction that is acute/subacute and will require 6-12 weeks of Physical



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

Therapy. These factors indicate patient is low complexity at this time.

Patient presents with 1-2 comorbilities dysfunction that is acute/subacute and will require 6-12 weeks of Physical therapy. These factors indicate patient is low complexity at this time.

Patient is a 57 y/o female who presents with cervical- thoracic pain and left shoulder as well that started from MVA on 07/24/22. There is a moderate reduction in left shoulder active range of motion. There is a moderate tenderness to palpation associated with muscle spasms to the cervical- thoracic regions. Deficit in strength in left shoulder. Deficit in posture/core strength. Patient was educated on proper body mechanics during functional activities. Ice pack was provided to the patient with instructions on use in order to decrease pain and muscle spasms. Patient would benefit from skilled PT in order to improve and return to ADLs and IADLs status.

The patient would benefit from skilled PT to address the above mentioned deficits and return the patient to normal ADL/IADL status.

Rehab Potential: Good

Patients Tolerance to Treatment: Good

Patients Knowledge of the DX: Good

Patients Physical Therapy Prognosis: Good

Patient was provided with/and educated on the use of a ice/hot pack.

**3b. PT Assessment:**

97161 x 1 unit(s)

A9273 x 1 unit(s)

## 4. Plan:

**4a. Therapeutic Contents:**
Ice/Hot pack.
Therapeutic Exercises.
Resistive Exercises.
Flexibility Exercises.
Manual Therapy.
Modalities.

**4b. Frequency and Duration:**
3 times a week for 8 weeks.

Signature to follow



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

Natalia Serna Betancourt



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 08/03/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 4 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 4 mins.
Rope and Pulley Flexion 3 sets 13 reps for 4 mins.
Side Bend Left 3 sets 13 reps for 3 mins.
Side-Bend Right 3 sets 13 reps for 3 mins.
Flexion 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the cervical and left shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent
rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Denisse Burdier-Balboa



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 08/04/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Side Bend Left 3 sets 13 reps for 3 mins.
Side-Bend Right 3 sets 13 reps for 3 mins.
Flexion 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the cervical, L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent
rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Denisse Burdier-Balboa



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 08/05/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

## Subjective:
Patient states that she is feeling slightly improved.

## Exercises/Treatment:
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Flexion 3 sets 13 reps for 3 mins.
Side Bend Left 3 sets 13 reps for 3 mins.
Side-Bend Right 3 sets 13 reps for 3 mins.
Extension 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

## Assessment:
Patient presents to the clinic with complaints of pain in the cervical, L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

## Plan:
Continue with current Plan of Care at this time.

## Code:
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Date: 08/10/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Side Bend Left 3 sets 13 reps for 3 mins.
Flexion 3 sets 13 reps for 3 mins.
Side-Bend Right 3 sets 13 reps for 3 mins.
Extension 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the Cervical, L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Alan Gimenez-Beron



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 08/11/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.
Pt reports that her avoids using her injured shoulder as causes more pain.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Chin Tucks 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
capsular end feel noted during PROM

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole

Alan Gimenez-Beron



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 08/12/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Chin Tucks 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Denisse Burdier-Balboa



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Date: 08/18/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Chin Tucks 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                              Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 08/19/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Chin Tucks 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Alan Gimenez-Beron



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 08/25/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

### Subjective:
Patient states that she is feeling the same pain.

### Exercises/Treatment:
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

### Assessment:
Patient continues to show steady progress at this time with all stretches and exercises.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

### Plan:
Continue with current Plan of Care at this time.

### Code:
97140 x 1 unit(s).
97110 x 3 unit(s).

Page: 1



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Denisse Burdier-Balboa



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 08/26/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

## Subjective:
Patient states that she is feeling slightly improved.

## Exercises/Treatment:
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Rope and Pulley Abduction 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Apleys IR 3 sets 13 reps for 3 mins.
Extension 3 sets 13 reps for 3 mins.
Side Bend Left 3 sets 13 reps for 3 mins.
Side-Bend Right 3 sets 13 reps for 3 mins.
Flexion 3 sets 13 reps for 3 mins.
Manual Stretching 1 sets 1 reps for 8 mins.
Myofascial Techniques 1 sets 1 reps for 7 mins.

## Assessment:
Patient presents to the clinic with complaints of pain in the cervical .
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
Session modified d/t patient pain tolerance.

## Plan:
Continue with current Plan of Care at this time.

## Code:
97140 x 1 unit(s).
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 09/01/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Pectoralis Stretch (Corner Stretch) 3 sets 5 reps for 2 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Apleys IR 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Side Bend Left 3 sets 13 reps for 3 mins.
Side-Bend Right 3 sets 13 reps for 3 mins.
Flexion 3 sets 13 reps for 3 mins.
Extension 3 sets 13 reps for 3 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the cervical, shoulder.
Patient has become more independent with exercises at this time.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Alan Gimenez-Beron



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Date: 09/02/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.
Pt reports neck and shoulder pain with difficulty driving and sleeping

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Apleys IR 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder, cervical.
Patient has become more independent with exercises at this time.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 09/08/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Apleys IR 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the left shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Denisse Burdier-Balboa



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 09/09/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
Patient has become more independent with exercises at this time.
Session modified d/t patient being on lunch break

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Denisse Burdier-Balboa

**CITIMED**®

**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 09/19/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.
Patient reports discomfort to the front of her left shoulder

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Isotonic Wrist Supination/Pronation 3 sets 13 reps for 3 mins, 2 lbs weights.
Putty Squeeze 3 sets 13 reps for 3 mins.
Grip Exercises 3 sets 13 reps for 3 mins.
Isotonic Wrist Extension 3 sets 13 reps for 3 mins, 2 lbs weights.
Isotonic Wrist Flexion 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the left shoulder .
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
PROM L shoulder: Flexion: 0-90*, ABD: 0-90* , ER: 0- 45*, IR:
0-30*.
IP to L shoulder.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Alan Gimenez-Beron

**CIMED**®

**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 09/21/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Grip Exercises 3 sets 13 reps for 3 mins.
Isotonic Wrist Flexion 3 sets 13 reps for 3 mins.
Isotonic Wrist Extension 3 sets 13 reps for 3 mins, 2 lbs weights.
Isotonic Wrist Supination/Pronation 3 sets 13 reps for 3 mins, 2 lbs weights.
Putty Squeeze 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.
Pre-Modulated Electrical Stimulation.

**Assessment:**
Patient presents to the clinic with complaints of pain in the left shoulder .
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
PROM L shoulder: Flexion: 0-130*, ABD: 0-90* , ER: 0- 45*, IR:
0-30*.
IP to L shoulder

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
G0283   x 1 unit(s).
97140 x 2 unit(s).
97110 x 2 unit(s).

Page: 1



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Pamela Henry

**CITIMED®**

**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 09/23/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Isotonic Wrist Flexion 3 sets 13 reps for 3 mins.
Isotonic Wrist Supination/Pronation 3 sets 13 reps for 3 mins.
Grip Exercises 3 sets 13 reps for 3 mins.
Putty Squeeze 3 sets 13 reps for 3 mins.
Isotonic Wrist Extension 3 sets 13 reps for 3 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Pre-Modulated Electrical Stimulation.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
PROM L shoulder: Flexion: 0-150*, ABD: 0-120* , ER: 0- 45*, IR: 0-30*.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
G0283   x 1 unit(s).
97140 x 2 unit(s).
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                              Pamela Henry

**CHIMED**®

**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 09/26/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.
Pt reports, therapy helps to reduce the shoulder pain

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Grip Exercises 3 sets 13 reps for 3 mins.
Isotonic Wrist Supination/Pronation 3 sets 13 reps for 3 mins.
Putty Squeeze 3 sets 13 reps for 3 mins.
Isotonic Wrist Extension 3 sets 13 reps for 3 mins.
Isotonic Wrist Flexion 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.
Pre-Modulated Electrical Stimulation.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
PROM L shoulder: Flexion: 0-150*, ABD: 0-120* , ER: 0- 50*, IR: 0-40*.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
G0283   x 1 unit(s).
97140 x 2 unit(s).
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 09/29/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Grip Exercises 3 sets 13 reps for 3 mins.
Isotonic Wrist Extension 3 sets 13 reps for 3 mins.
Isotonic Wrist Supination/Pronation 3 sets 13 reps for 3 mins.
Putty Squeeze 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.
Pre-Modulated Electrical Stimulation.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
The patient was provided and educated on a TENS unit for them to utilize at home for pain/muscle spasm management. The education to the patient consisted of the benefits and precautions of the TENS unit as well as explanation of the devices settings (pulse rate and pulse width). The patient then demonstrated to the therapist the proper techniques on the application and removal of the unit from the affected area. The patient presented with understanding of the use of the unit at home independently.
PROM L shoulder: Flexion: 0-150*, ABD: 0-120* , ER: 0- 50*, IR: 0-40*.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

G0283   x 1 unit(s).
97140 x 2 unit(s).
97110 x 2 unit(s).
97535 x 1 unit(s).

Eureka Cole                          Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 09/30/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Grip Exercises 3 sets 13 reps for 3 mins, 3 lbs weights.
Putty Squeeze 3 sets 13 reps for 3 mins, red thera-band.
Isotonic Wrist Supination/Pronation 3 sets 13 reps for 3 mins, 3 lbs weights.
Isotonic Wrist Flexion 3 sets 13 reps for 3 mins.
Isotonic Wrist Extension 3 sets 13 reps for 3 mins, 3 lbs weights.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the left shoulder .
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
PROM L shoulder: Flexion: 0-150*, ABD: 0-120* , ER: 0- 50*, IR: 0-40*.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 2 unit(s).

Page: 1



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Denisse Burdier-Balboa

**CITIMED** ®

**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/03/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
Isotonic Wrist Supination/Pronation 3 sets 13 reps for 3 mins.
Isotonic Wrist Extension 3 sets 13 reps for 3 mins.
Putty Squeeze 3 sets 13 reps for 3 mins.
Isotonic Wrist Flexion 3 sets 13 reps for 3 mins.
Grip Exercises 3 sets 13 reps for 3 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Pre-Modulated Electrical Stimulation.

**Assessment:**
Patient presents to the clinic with complaints of pain in the left shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
PROM L shoulder: Flexion: 0-150*, ABD: 0-120* , ER: 0- 50*, IR: 0-40*.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
G0283   x 1 unit(s).
97140 x 2 unit(s).
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                              Alan Gimenez-Beron



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/05/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the left shoulder .
Patient continues to show steady progress at this time with all stretches and exercises.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
PROM L shoulder: Flexion: 0-155*, ABD: 0-120* , ER: 0- 50*, IR: 0-40*.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Dana Davila



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/07/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

## Subjective:
Patient states that she is feeling slightly improved.

## Exercises/Treatment:
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
AAROM supine punches 0 sets 0 reps for 3 mins.

## Assessment:
Patient presents to the clinic with complaints of pain in the left shoulder.
Patient continues to show steady progress at this time with all stretches and exercises.
PROM L shoulder: Flexion: 0-155*, ABD: 0-120* , ER: 0- 50*, IR: 0-40*.

## Plan:
Continue with current Plan of Care at this time.

## Code:
97140 x 2 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                          Pamela Henry

**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/10/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
PROM L shoulder: Flexion: 0-155*, ABD: 0-130* , ER: 0- 50*, IR: 0-58*.
Grade I joint mobs to GH, scapula

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                     Pamela Henry

**CITIMED®**

**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/12/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
PROM L shoulder: Flexion: 0-155*, ABD: 0-130* , ER: 0- 50*, IR: 0-58*.
Grade I joint mobs to GH, scapula

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                                Alan Gimenez-Beron



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/14/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Prone Shoulder Rows 3 sets 13 reps for 3 mins.
Prone Shoulder Extension 3 sets 13 reps for 3 mins.
Prone Shoulder Scaption 3 sets 13 reps for 3 mins.
Serratus Anterior (Supine Punches) 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to show steady progress at this time with all stretches and exercises.
PROM L shoulder: Flexion: 0-155*, ABD: 0-130* , ER: 0- 50*, IR: 0-58*.
Grade I joint mobs to GH, scapula

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/17/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
Serratus Anterior (Supine Punches) 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
Rope and Pulley Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to show steady progress at this time with all stretches and exercises.
PROM L shoulder: Flexion: 0-155*, ABD: 0-130* , ER: 0- 50*, IR: 0-58*.
Grade I joint mobs to GH, scapula

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# **Physical Therapy Daily Note**

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/19/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
Serratus Anterior (Supine Punches) 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
T-Bar Shoulder Apleys IR 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to show steady progress at this time with all stretches and exercises.
PROM L shoulder: Flexion: 0-155*, ABD: 0-130* , ER: 0- 50*, IR: 0-58*.
Grade I joint mobs to GH, scapula

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Pamela Henry

**CI⊣IMED**®

**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/21/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

## Subjective:
Patient states that she is feeling slightly improved.
Patient reports stiffness to her left shoulder however, she feels overall improvement.

## Exercises/Treatment:
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Serratus Anterior (Supine Punches) 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
T-Bar Shoulder Apleys IR 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

## Assessment:
Patient continues to show steady progress at this time with all stretches and exercises.
PROM L shoulder: Flexion: 0-155*, ABD: 0-130* , ER: 0- 50*, IR: 0-58*.

## Plan:
Continue with current Plan of Care at this time.

## Code:
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/24/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.
Pt reports, " my arm feels heavy"

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Apleys IR 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Alan Gimenez-Beron



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/26/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Isometrics (ALL PLANES) 3 sets 13 reps for 3 mins.
T-Bar Shoulder Apleys IR 3 sets 13 reps for 3 mins.
Rope and Pulley Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Date: 10/28/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Prone Shoulder Rows 3 sets 13 reps for 3 mins.
Prone Shoulder Extension 3 sets 13 reps for 3 mins.
Side-Lying Internal Rotation 3 sets 13 reps for 3 mins.
Prone Shoulder Scaption 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Apleys IR 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Pre-Modulated Electrical Stimulation.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
Patient has become more independent with exercises at this time.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
G0283   x 1 unit(s).
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 10/31/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Foam Roll Pectoralis Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Prone Shoulder Extension 3 sets 13 reps for 3 mins.
Prone Shoulder Scaption 3 sets 13 reps for 3 mins.
Serratus Anterior (Supine Punches) 3 sets 13 reps for 3 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
Prone Shoulder Rows 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Joint Mobilization Grade 1 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
AROM shoulder flexion: 165, abduction:150, ER: 60 , IR:60

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## <u>Physical Therapy Daily Note</u>

Eureka Cole                      Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 11/02/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Prone Shoulder Scaption 3 sets 13 reps for 3 mins.
Serratus Anterior (Supine Punches) 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Prone Shoulder Extension 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Apleys IR 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
Patient has become more independent with exercises at this time.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

97110 x 3 unit(s).

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 11/04/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Prone Shoulder Rows 3 sets 13 reps for 3 mins.
Serratus Anterior (Supine Punches) 3 sets 13 reps for 3 mins.
Prone Shoulder Extension 3 sets 13 reps for 3 mins.
Prone Shoulder Scaption 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
Side-Lying Internal Rotation 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Abduction 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
Patient has become more independent with exercises at this time.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).

Page: 1



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# <u>Physical Therapy Daily Note</u>

Eureka Cole                                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 11/07/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Rope and Pulley Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Joint Mobilization Grade 1 1 sets 1 reps for 15 mins.
Manual Stretching 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 2 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## **Physical Therapy Daily Note**

Eureka Cole                        Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 11/09/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling the same pain.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Rope and Pulley Abduction 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
TABLE SLIDES FLEXION 0 sets 0 reps for 3 mins.
Manual Stretching 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                               Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 11/11/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Foam Roll Pectoralis Stretch 3 sets 5 reps for 2 mins.
Pectoralis Stretch (Corner Stretch) 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder External Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Rope and Pulley Abduction 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient has become more independent with exercises at this time.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).

Page: 1



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                          Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 11/14/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Gym Ball Rolls Up Wall 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Serratus Anterior (Supine Punches) 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
Prone Shoulder Scaption 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Joint Mobilization Grade 1 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to show steady progress at this time with all stretches and exercises.
AROM shoulder flex supine: 140*
AROM shoulder flex standing: 120*
AROM shoulder ABD supine: 120*
AROM shoulder ABD standing: 100*
AROM shoulder ER supine: 68*

Pain restricted ROM.



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Date: 11/18/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Horizontal Abduction 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
Rope and Pulley Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
AROM shoulder flex supine: 140*
AROM shoulder flex standing: 120*
AROM shoulder ABD supine: 120*
AROM shoulder ABD standing: 100*
AROM shoulder ER supine: 68*

Pain restricted ROM.

**Plan:**
Continue with current Plan of Care at this time.

Page: 1



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

**Code:**
97140 x 2 unit(s).
97110 x 3 unit(s).

Eureka Cole                                Pamela Henry

**CITIMED**®

**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Date: 11/21/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Apleys IR 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Pre-Modulated Electrical Stimulation.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
AROM shoulder flex supine: 140*
AROM shoulder flex standing: 120*
AROM shoulder ABD supine: 120*
AROM shoulder ABD standing: 100*
AROM shoulder ER supine: 68*
Pain restricted ROM.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

G0283   x 1 unit(s).
97140 x 1 unit(s).
97110 x 3 unit(s).

Eureka Cole                          Pamela Henry

**CITIMED®**

**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 11/28/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

## Subjective:
Patient states that she is feeling slightly improved.

## Exercises/Treatment:
Pectoralis Stretch (Corner Stretch) 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins, green thera-band.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins, green thera-band.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins, green thera-band.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Apleys IR 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

## Assessment:
Patient presents to the clinic with complaints of pain in the left shoulder .
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.
Ice/Hot pack was provided to the patient.
AROM shoulder flex supine: 140*
AROM shoulder flex standing: 120*
AROM shoulder ABD supine: 120*
AROM shoulder ABD standing: 100*
AROM shoulder ER supine: 68*
Pain restricted ROM.



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).
A9273 x 1 unit(s).

Eureka Cole                                Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 12/01/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.
Pt reports still has difficulty reaching for things shoulder height

**Exercises/Treatment:**
Pectoralis Stretch (Corner Stretch) 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins, 5 lbs weights.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Horizontal Abduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
Thera-Band Shoulder External Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Internal Rotation 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
T-Bar Shoulder Apleys IR 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.
Joint Mobilization Grade 1 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

**Code:**
97140 x 2 unit(s).
97110 x 4 unit(s).


Eureka Cole                          Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 12/05/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Pectoralis Stretch (Corner Stretch) 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Scapular Retraction 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
ball circles (cw/ccw/ squeezes) 0 sets 0 reps for 2 mins.
wall angels 0 sets 0 reps for 2 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).

Page: 1



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Denisse Burdier-Balboa



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 12/07/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Pectoralis Stretch (Corner Stretch) 3 sets 5 reps for 2 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
Thera-Band Bi Shoulder Horizontal Abduction at 90 Deg (Standing) 3 sets 13 reps for 3 mins.
Prone Shoulder Scaption 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Internal Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Internal Rotation at 90 Degrees 3 sets 13 reps for 3 mins.
Thera-Band Shoulder External Rotation 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Rope and Pulley Abduction 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Joint Mobilization Grade 1 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to show steady progress at this time with all stretches and exercises.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 4 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                              Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 12/12/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

### Subjective:
Patient states that she is feeling slightly improved.

### Exercises/Treatment:
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
Side-Lying Internal Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Internal Rotation 3 sets 13 reps for 3 mins.
Serratus Anterior (Supine Punches) 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Horizontal Abduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder External Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

### Assessment:
Patient continues to show steady progress at this time with all stretches and exercises.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

### Plan:
Continue with current Plan of Care at this time.

### Code:
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Denisse Burdier-Balboa



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 12/14/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Side-Lying External Rotation 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Horizontal Abduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Internal Rotation 3 sets 13 reps for 3 mins.
Side-Lying Internal Rotation 3 sets 13 reps for 3 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Serratus Anterior (Supine Punches) 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## <u>Physical Therapy Daily Note</u>

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 12/16/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling somewhat improved.
Pt reports that her shoulder no longer aches at rest.

**Exercises/Treatment:**
Pectoralis Stretch (Corner Stretch) 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Wall Push Ups 3 sets 13 reps for 3 mins.
Gym Ball Rolls Up Wall 3 sets 13 reps for 3 mins.
Isotonic Shoulder Abduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Horizontal Abduction 3 sets 13 reps for 3 mins.
Isotonic Shoulder Flexion 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Internal Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
Thera-Band Shoulder External Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Manual Range of Motion 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient has become more independent with exercises at this time.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                          Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 12/21/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

### Subjective:
Patient states that she is feeling slightly improved.

### Exercises/Treatment:
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Wall Push Ups 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder External Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Internal Rotation 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

### Assessment:
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

### Plan:
Continue with current Plan of Care at this time.

### Code:
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Eureka Cole                    Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 12/23/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Thera-Band Shoulder Internal Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
Thera-Band Shoulder External Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Horizontal Abduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Finger Ladder 3 sets 13 reps for 3 mins.
Rope and Pulley Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder Extension 3 sets 13 reps for 3 mins.
T-Bar Shoulder Apleys IR 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Manual Stretching 1 sets 1 reps for 15 mins.

**Assessment:**
Patient presents to the clinic with complaints of pain in the L shoulder.
Patient has become more independent with exercises at this time.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).

Page: 1



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                              Pamela Henry



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

# Physical Therapy Daily Note

Date: 12/28/2022
Patient Id: 221087
Patient Name: Eureka Cole
D.O.B: 02/08/1971

**Subjective:**
Patient states that she is feeling slightly improved.

**Exercises/Treatment:**
Levator Scapulae/Sternocleidomastoid Stretch 3 sets 5 reps for 2 mins.
Upper Trapezius Stretch 3 sets 5 reps for 2 mins.
Shoulder Rolls 3 sets 13 reps for 3 mins.
Shoulder Shrugs 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Rows 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Internal Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder External Rotation 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Adduction 3 sets 13 reps for 3 mins.
Thera-Band Shoulder Extension 3 sets 13 reps for 3 mins.
T-Bar Shoulder Flexion 3 sets 13 reps for 3 mins.
T-Bar Shoulder ER 3 sets 13 reps for 3 mins.
T-Bar Shoulder Abduction 3 sets 13 reps for 3 mins.
UE Wall Slides 3 sets 13 reps for 3 mins.
Upper Extremity Ergonometer 1 sets 1 reps for 10 mins.
Myofascial Techniques 1 sets 1 reps for 15 mins.

**Assessment:**
Patient continues to show steady progress at this time with all stretches and exercises.
Patient continues to have discomfort during all exercises but is able to complete them with frequent rest periods in between each exercise.

**Plan:**
Continue with current Plan of Care at this time.

**Code:**
97140 x 1 unit(s).
97110 x 3 unit(s).



**CitiMED Hollywood**
5901 Hollywood Blvd ste 1
Hollywood, 33021

## Physical Therapy Daily Note

Eureka Cole                    Pamela Henry

1.3

EXHIBIT
1.3

## 5612 - Miami Surgical  Center

PO BOX 636633
CINCINNATI, OH  45263-6633

Phone: 866-631-7890

*Visit Charge Detail*

*Date of Service: 9/15/2022*                                              Date: October 27, 2022

**Patient: COLE, EUREKA   (151794 - 1)**

2670 SW 8TH STREET

*Account Title: COLE, EUREKA (151794)*

APT 4

FORT LAUDERDALE, FL  33312

### Visit Information
**Procedure(s)**   (Left) LEFT SHOULDER ARTHROSCOPY WITH LABRAL REPAIR AND ROTATOR CUFF AS

**Performing Physician(s):**   WILKERSON, JOHN P

### Charge Information

| Billing Code(s) | | Charge Description | Modifiers | Proc | Billed Amt |
|---|---|---|---|---|---|
| 29827 | 29827 | ARTHROSCOPY SHOULDER ROTATOR CUFF | LT | | $26,825.40 |
| 29807 | 29807 | ARTHROSCOPY SHOULDER SURGICAL REPAIR | LT | | $26,825.40 |
| 29826 | 29826 | ARTHROSCOPY SHOULDER W/CORACOACRM | LT | | $5,000.00 |
| 99070 | 99070 | Supplies and materials (except spectacles), | | | $6,837.48 |
| **Diagnosis Codes:** | | M75.112, M94.212, M65.812, M25.812, S43.492A, | **Total Billed Charges:** | | $65,488.28 |

### Transaction History

| Tx Date Description | Tx Amt | Running |
|---|---|---|
| 10/12/2022 1 - Primary Billing | $65,488.28 | $65,488.28 |
| **Balance Due:** | | **$65,488.28** |

EXHIBIT
1.4

1.4

## 5602 - Anesthesia Professional Services Inc.

2333 W Hillsborough Ave Ste 110
Tampa, FL  33603-

Phone: 813-569-6500

**Visit Charge Detail**

**Service Location: Miami Surgical Center**

Date: October 27, 2022

**Date of Service: 9/15/2022**

**Patient: COLE, EUREKA   (74655 - 1)**

**Account Title: COLE, EUREKA   (74655)**

2670 SW 8TH STREET, APT 4

FORT LAUDERDALE, FL  33312

**Visit Information**

**Procedure:**   LEFT SHOULDER ARTHROSCOPY WITH LABRAL REPAIR AND ROTATOR CUFF

**Provider(s):**   Pedrayes, Stephanie

**Charge Information**

| CPT Code(s) | Charge Description | Modifiers | Units | Anes. | Billed Amt |
|---|---|---|---|---|---|
| 206-Pedrayes Stephanie   (CRNA) | | | | | |
| 01630 | Anesth Surgery Of Shoulder | QZ P2 | 15 | 150 | $3,750.00 |
| 64415 | N BLOCK INJ, BRACHIAL PLEXUS | 59 LT | 1 | 0 | $800.00 |
| 76942 | Ultrasonic guidance for needle placement (eg, | 26 | 1 | 0 | $304.00 |
| **Diagnosis Codes:** | M75.112, M94.212, M65.812, M24.812, | | | | $4,854.00 |

**Transaction History**

| Tx Date Description | Tx Amt | Running |
|---|---|---|
| 10/12/2022 1 - Primary Anesthesia Billing | $4,854.00 | $4,854.00 |
| **Balance Due:** | | **$4,854.00** |

## *5602 - Anesthesia Professional Services Inc.*

2333 W Hillsborough Ave Ste 110
Tampa, FL  33603-

Phone: 813-569-6500

*Visit Charge Detail*

**Service Location: Miami Surgical Center**

Date: August 22, 2023

*Date of Service: 9/15/2022*

**Patient: COLE, EUREKA   (74655 - 1)**

*Account Title: COLE, EUREKA   (74655)*

2670 SW 8TH STREET, APT 4

FORT LAUDERDALE, FL  33312

*Visit Information*
**Procedure:**     LEFT SHOULDER ARTHROSCOPY WITH LABRAL REPAIR AND ROTATOR CUFF

**Provider(s):**     Pedrayes, Stephanie

*Charge Information*

| CPT Code(s) | Charge Description | Modifiers | Units | Anes. | Billed Amt |
|---|---|---|---|---|---|
| 206-Pedrayes Stephanie   (CRNA) | | | | | |
| 01630 | Anesth Surgery Of Shoulder | QZ P2 | 15 | 150 | $3,750.00 |
| 64415 | N BLOCK INJ, BRACHIAL PLEXUS | 59 LT | 1 | 0 | $800.00 |
| 76942 | Ultrasonic guidance for needle placement (eg, | 26 | 1 | 0 | $304.00 |
| **Diagnosis Codes:** | M75.112, M94.212, M65.812, M24.812, | | | | $4,854.00 |

*Transaction History*

| Tx Date | Description | Tx Amt | Running |
|---|---|---|---|
| 10/12/2022 | 1 - Primary Anesthesia Billing | $4,854.00 | $4,854.00 |
| | **Balance Due:** | **$4,854.00** | |

# CARDIOVASCULAR MEDICINE ASSOCIATES PA

*printed 09/16/2022 09:14 AM*

CARDIOVASCULAR MEDICINE
ASSOCIATES PA
PO BOX 8790
BELFAST, ME 04915-8790
*billing phone: (305) 666-4633*

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME |
|---|---|---|
| EUREKA COLE<br>2670 SW 8TH ST APT.4<br>FORT LAUDERDALE, FL 33312 | 212083 | EUREKA COLE |

| DOB | HOME TELEPHONE |
|---|---|
| 02/08/1971 | 786-216-2808 |

## Billing Summary

| Claim ID | Procedure | Diagnosis | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins. 1 | Ins. 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 977091** | | | | | | | | | | | |
| 977091 | 93000 | Z01810, E119 | 09/14/2022 | 09/16/2022 | **CHARGE** | 93000 | PATIENT | JULIO BARCENA | | | $50.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $50.00 |
| 977091 | 99204,25 | Z01810, E119 | 09/14/2022 | 09/16/2022 | **CHARGE** | 99204,25 | PATIENT | JULIO BARCENA | | | $250.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $250.00 |
| | | | | | | | **TOTAL CHARGE OUTSTANDING AS OF 09/16/2022** | | **$0.00** | **$0.00** | **$300.00** |



**152 NE 167th Street, Suite 100**

**Miami, FL 33162**

# Itemized Ledger

| Patient ID: | 221087 | Patient: | Eureka Cole |
|---|---|---|---|
| D.O.B: | 02/08/1971 | Period: | 07/27/2022 to 01/06/2023 |

| DOS | CPT | Service | Units | Price | Facility |
|---|---|---|---|---|---|
| 07/27/2022 | 73221 | MRI Upper Extrem Joint W/O | 1.0 | $ 2,577.00 | CitiMED MRI Unit |
| 07/27/2022 | 99204 | New Patient Evaluation - Moderate to High | 1.0 | $ 450.00 | CitiMED Hollywood |
| 07/28/2022 | 97161 | PT Initial Eval - Low Complexity | 1.0 | $ 340.00 | CitiMED Hollywood |
| 08/03/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 08/03/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 08/03/2022 | 99203 | New Patient Evaluation - Moderate Severit | 1.0 | $ 375.00 | CitiMED Hollywood |
| 08/04/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 08/04/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 08/05/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 08/05/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 08/10/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 08/10/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 08/10/2022 | 99213 | Established Patient Evaluation - Low to M | 1.0 | $ 170.00 | CitiMED Hollywood |
| 08/11/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 08/11/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 08/12/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 08/12/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 08/12/2022 | 99203 | New Patient Evaluation - Moderate Severit | 1.0 | $ 600.00 | CitiMED NMB |
| 08/18/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 08/18/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 08/19/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 08/19/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 08/25/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 08/25/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 08/26/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 08/26/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 09/01/2022 | 71046 | Chest PA & LAT | 1.0 | $ 155.00 | CitiMED Hollywood |
| 09/01/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 09/02/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 09/02/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 09/08/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 09/08/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 09/09/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 09/09/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 09/15/2022 | 29807 | Arthroscopy Shoulder Surg Repair Slap Les | 1.0 | $ 9,919.00 | Miami Surgical Center |
| 09/15/2022 | 29821 | Arthroscopy Shoulder Surg Synovectomy Com | 1.0 | $ 5,627.00 | Miami Surgical Center |
| 09/15/2022 | 29823 | Arthros Shoulder Surg Debridement Extensi | 1.0 | $ 5,969.00 | Miami Surgical Center |
| 09/15/2022 | 29826 | Arthros Shoulder w/Coracoacrm Ligmnt Rele | 1.0 | $ 5,808.00 | Miami Surgical Center |



**152 NE 167th Street, Suite 100**

**Miami, FL 33162**

# Itemized Ledger

| | | | | | |
|---|---|---|---|---|---|
| **Patient ID:** | 221087 | | **Patient:** | Eureka Cole | |
| **D.O.B:** | 02/08/1971 | | **Period:** | 07/27/2022 to 01/06/2023 | |

| | | | | | |
|---|---|---|---|---|---|
| 09/15/2022 | 29827 | Arthroscopy Shoulder Rotator Cuff Repair | 1.0 | $ 9,515.00 | Miami Surgical Center |
| 09/15/2022 | L3670 | Ultrasling III | 1.0 | $ 988.00 | Miami Surgical Center |
| 09/16/2022 | 97164 | PT Re-Evaluation | 1.0 | $ 230.00 | CitiMED NMB |
| 09/16/2022 | 99024 | Post Op Visit | 1.0 | $ 0.00 | CitiMED NMB |
| 09/19/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 09/19/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 09/21/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 09/21/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 09/21/2022 | G0283 | Electrical Stim. (Unattended) - Mod | 1.0 | $ 75.00 | CitiMED Hollywood |
| 09/23/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 09/23/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 09/23/2022 | G0283 | Electrical Stim. (Unattended) - Mod | 1.0 | $ 75.00 | CitiMED Hollywood |
| 09/26/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 09/26/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 09/26/2022 | G0283 | Electrical Stim. (Unattended) - Mod | 1.0 | $ 75.00 | CitiMED Hollywood |
| 09/29/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 09/29/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 09/29/2022 | 97535 | Self Care/Home Management Training - Dire | 1.0 | $ 95.00 | CitiMED Hollywood |
| 09/29/2022 | G0283 | Electrical Stim. (Unattended) - Mod | 1.0 | $ 75.00 | CitiMED Hollywood |
| 09/30/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 09/30/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/03/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 10/03/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/03/2022 | G0283 | Electrical Stim. (Unattended) - Mod | 1.0 | $ 75.00 | CitiMED Hollywood |
| 10/05/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/05/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/07/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/07/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/10/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/10/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/12/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/12/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/14/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/14/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/17/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/17/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/19/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/19/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/21/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |



**152 NE 167th Street, Suite 100**

**Miami, FL 33162**

# Itemized Ledger

| **Patient ID:** | 221087 | | **Patient:** | Eureka Cole |
|---|---|---|---|---|
| **D.O.B:** | 02/08/1971 | | **Period:** | 07/27/2022 to 01/06/2023 |

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 10/21/2022 | 99024 | Post Op Visit | 1.0 | $ 0.00 | CitiMED NMB |
| 10/24/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 10/24/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/26/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/26/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 10/28/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/28/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 10/28/2022 | G0283 | Electrical Stim. (Unattended) - Mod | 1.0 | $ 75.00 | CitiMED Hollywood |
| 10/31/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/31/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 11/02/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/02/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 11/04/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/04/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 11/07/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |
| 11/07/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 11/09/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/09/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 11/11/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/11/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 11/14/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/14/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 11/18/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/18/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 11/18/2022 | 99024 | Post Op Visit | 1.0 | $ 0.00 | CitiMED NMB |
| 11/21/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/21/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 11/21/2022 | G0283 | Electrical Stim. (Unattended) - Mod | 1.0 | $ 75.00 | CitiMED Hollywood |
| 11/28/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/28/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/01/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 4.0 | $ 540.00 | CitiMED Hollywood |
| 12/01/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 2.0 | $ 190.00 | CitiMED Hollywood |
| 12/05/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 12/05/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/07/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 4.0 | $ 540.00 | CitiMED Hollywood |
| 12/07/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/12/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 12/12/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |



**152 NE 167th Street, Suite 100**

**Miami, FL 33162**

# Itemized Ledger

| **Patient ID:** | 221087 | **Patient:** | Eureka Cole |
| --- | --- | --- | --- |
| **D.O.B:** | 02/08/1971 | **Period:** | 07/27/2022 to 01/06/2023 |

| 12/14/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| --- | --- | --- | --- | --- | --- |
| 12/14/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/16/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 12/16/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/21/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 12/21/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/23/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 12/23/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/28/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 12/28/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 01/06/2023 | 99024 | Post Op Visit | 1.0 | $ 0.00 | CitiMED NMB |

| **Received** | **Type** | **Period** | **Amount** | **Check Nbr** | **Payer** |
| --- | --- | --- | --- | --- | --- |

**Total Charges:**      $ 69,313.00

**Total Received:**      $ 0.00

**Total Credit:**      $ 0.00

**Balance:**      $ 69,313.00

**PIP Payment:**      $ 0.00

**Charge Period:** 07/27/2022 - 01/06/2023

Ex. 2



Rotator Cuff Tears
of Right Shoulder





**NOTICE OF INITIATION OF MEDICAL TREATMENT PURSUANT TO
FLA. STAT. 627.736 AND NOTICE OF ASSIGNMENT**

**TO ALL INSURANCE CARRIERS INCLUDING**

Eureka Cole
07/24/2022

Dear Sir/Madam:

Please be advised that this medical provider has agreed to accept the above patient's assignment of all of his/her rights under any and all insurance policies which may exist and may provide insurance coverage for the subject date of accident. Please read the attached assignment form carefully so as to comply with the terms of the assignment and to protect your rights. If a copy of the assignment form is missing or misplaced, please notify the undersigned immediately and a copy will be resent again.

Each and every PIP insurance company receiving this document is advised that CitiMed Group is hereby giving notice pursuant to Fla. Stat. 627.736 of initiation of medical treatment within 21 days after first examination or treatment of the claimant.

By giving the aforementioned notice, the medical provider may bill for charges for treatment or services rendered up to, but not more than, 75 days before the postmark date of the billing statement.

Should you have any questions, please do not hesitate to contact the undersigned. Very truly yours,

Billing Department
CitiMed Group

Enclosures



**ASSIGNMENT OF BENEFITS AND INSTRUCTIONS TO INSURANCE CARRIER**

Eureka Cole
07/24/2022

1. I hereby assign to CitiMed Group any and all rights and causes of action I may have under any insurance policy or collateral source agreement including but not limited to the above-referenced collateral source provider.

2. CitiMed Group and I further instruct my insurance company to cooperate with the above-captioned healthcare provider in resolving all medical billing matters. You are requested to do the following during the handling of this claim:
   - Provide pay-out sheets immediately upon payment of bills.
   - Investigate and pay directly to CitiMed Group all claims within thirty (30) days after receipt of billing.
   - Provide said healthcare provider with a prompt and reasonable explanation in writing of the basis in the insurance policy, in relation to the facts of the case or applicable law, for denial of a claim or for the offer of a settlement or payment or delay in payment past thirty (30) days from receipt of this notice.
   - Inform the healthcare provider promptly as to what additional information is necessary for processing of the claim. e. Return all phone calls from the provider promptly
   - Provide the medical provider with notice of each and every Independent Medical Examination (hereafter IME) and statement or Examination Under Oath (hereafter "EUO") scheduled for me.
   - Provide to the medical provider with a copy of each and every IME, paper IME or paper review generated with respect to me as required by Fla. Stat. 627.736.
   - Timely notify CitiMed Group when applicable insurance policies have been exhausted of benefits.

These payment instructions are for benefits payable to me under my current insurance policy as payment toward the total charges for professional services rendered. I as the patient have agreed to remain personally liable for the amounts billed by the healthcare provider regardless of the amount paid by the insurance company unless ordered otherwise by a court of law. I further understand that said health services are being provided to me in consideration for an unconditional promise to pay and for me providing these instructions to my insurance company. I as the patient further agree to be liable for reasonable attorney's fees and costs incurred in collecting any delinquent accounts or unpaid balances. A photocopy of these instructions shall be considered as effective and valid as the original. This Assignment may be re- assigned back to me only in the form of a written document that has been signed by myself and an authorized representative of CitiMed Group.

CITIMED GROUP                 07/27/2022

Signature of Policy Holder          Acceptance of Provider          Date



# LETTER OF PROTECTION

**PATIENT:** Eureka Cole                    **DATE OF ACCIDENT:** 07/24/2022

I do hereby authorize CitiMed to furnish you, my attorney with a full report of the examination, diagnosis, treatment, prognosis, etc., of myself in regard to the accident in which I was involved.

I irrevocably authorize and direct you, my attorney, to pay directly to CitiMed ("Provider") such sums as may be due and owing for medical services rendered to me both by reason of this accident and by reason of any other bills that are due to the provider and to withhold such sums from any settlement, judgment or verdict as may be necessary to adequately protect and fully compensate Provider.. I hereby further give a lien on my case to Provider against proceeds from my settlement, judgment or verdict which may be paid to any party or myself, as the result of the injuries for which I have been treated by Provider. This lien shall be satisfied prior to any disbursement of any proceeds. If the aforementioned date of accident is not accurate, I acknowledge the scrivener error and I will not contest this Letter of Protection on those grounds.

I fully understand that I am directly and fully responsible to said Provider for all medical bills submitted by Provider for services rendered to me including but not limited to any applicable deductibles and co-pays as per my insurance policy and that this agreement is made for said Provider's protection and in consideration of the Provider awaiting payment. I further understand that such payment is not contingent on any settlement, judgment or verdict by which I may eventually recover said fee. I authorize and instruct my attorney to disclose any third-party settlement offers/amounts on my case and any other outstanding balances/agreed amounts for other medical providers to Provider. If any settlement, judgment, or verdict is reached on my case, then I instruct my attorney to pay these medical bills to said Provider after receipt of any recovered funds. I agree to promptly notify said Provider of any change or addition of attorney(s) used by me in connection with this accident, and I instruct my attorney to do the same. In the event that my case is referred to another attorney, I acknowledge that this Letter of Protection must be accepted by the new attorney, otherwise the obligations of this Letter of Protection rest with me.

I agree that this document will remain binding even if it lacks the signature of my attorney. I further acknowledge that in the event my attorney signs a copy of this Letter of Protection with my signature affixed or if two separate Letters of protection are signed, one by myself and the other by my attorney, each shall be read as incorporating the original signature of the other.

Date:  07/27/2022                    Patient's Signature:  _Eureka Cole_

## ATTORNEY

The undersigned being attorney of record for the above patient does hereby agree to observe all of the above terms and agrees to withhold funds from any recoveries made arising from or relating to the aforementioned accident that are necessary to compensate CitiMed ("Provider"). I agree to provide Provider with third party insurance information, including BI/UM carrier coverage amounts, and I will forward to provider any third-party settlement offers in writing in addition to other medical providers negotiated balances. I will request a balance confirmation when a recovery is imminent and will use best efforts to either pay Provider in full or negotiate with the Provider in good faith in order to resolve any outstanding balances.

I, furthermore, understand and agree to notify Provider in writing should there occur a substitution of counsel, referral to another attorney or law firm, and retention of co-counsel or should the attorney/client relationship be terminated or modified in any manner.

Date:  07/27/2022                    Attorney Signature:  _____

Print Name:  Raymond Dieppa

152 NE 167th Street, Suite 100, Miami, Florida 33162
Tel 305.944.9886  Fax 305.944.9477



## AUTHORIZATION FOR MEDICAL INFORMATION

**PATIENT:** Eureka Cole                    **DATE OF ACCIDENT:** 07/24/2022

THIS AUTHORIZATION OR PHOTOCOPY HEREOF, WILL AUTHORIZE YOU TO FURNISH ALL INFORMATION YOU MAY HAVE REGARDING MY CONDITION WHILE UNDER YOUR OBSERVATION OR TREATMENT, INCLUDING THE HISTORY OBTAINED, X-RAY AND PHYSICAL FINDINGS DIAGNOSIS AND PROGNOSIS. YOU ARE AUTHORIZED TO PROVIDE THIS INFORMATION IN ACCORDANCE WITH THE FLORIDA "NO FAULT" AUTO INSURANCE LAW (Fla Stat. 627.736)

Eureka Cole                                                            07/27/2022

Patient name                          Signature                          Date



**ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES**

**PATIENT:**  Eureka Cole                                    **DATE OF ACCIDENT:**  07/24/2022

I have received a copy of the Notice of Privacy Practices from CitiMed Group the Notice describes how my health information may be used or disclosed. I understand that I should read it carefully. I am aware that the Notice may be changed at any time.

Eureka Cole                                                                07/27/2022

      Patient Name                              Signature                                Date



## DISCLOSURE AUTHORIZATION

**PATIENT:**  Eureka Cole                    **DATE OF ACCIDENT:** 07/24/2022

As consideration for my medical care, CitiMed Group (hereinafter referred to as "Medical Provider") may be providing medical services to me pursuant to an Assignment of Benefits and/or a Letter of Protection. I acknowledge that pursuant to Florida Statute 627.736, any insurance company that covers my claim under personal injury protection benefits may pay up to either Two Thousand Five Hundred Dollars ($2,500) or up to Ten Thousand Dollars ($10,000) in medical benefits. This will depend upon whether or not I had an Emergency Medical Condition as defined in Florida Statutes. Further, I acknowledge that if I do not seek initial medical services within 14 days after a motor vehicle accident (if applicable), that personal injury protection insurance may not pay my claim.

I further acknowledge that in order for Medical Provider to be fully and fairly compensated for is services, it may need to collect any outstanding balances from a third party claim that I may have. In doing so, I instruct my attorney to be fully candid and disclose to Medical Provider any relevant information that may be pertinent prior to resolving my case (whether said case is resolved either by a settlement or as a result of litigation). Said information may include, but not be limited to a proposed closing statement, an executed closing statement, and copies of any settlement checks and/or any other information that Medical provider requests. I understand that I may be responsible for any outstanding balance of Medical Provider, and therefore, it is in my best interest for my attorney to utilize good faith negotiations with
Medical Provider and enter into a written agreement that resolves my outstanding balance as full and final.


Eureka Cole                                                          07/27/2022

Patient Name                        Signature                        Date

Account# 221087

**Office of Insurance Regulation**
**Bureau of Property & Casualty Forms and Rates**

### Standard Disclosure and Acknowledgement Form
### Personal Injury Protection – Initial Treatment or Service Provided

The undersigned insured person (or guardian of such person) affirms:

1. The services or treatment set forth below were **actually rendered**. This means that those services have **already been provided.**

### INITIAL EVALUATION & XRAYS

2. I have the right and the **duty to confirm** that the services have already been provided.
3. I was **not solicited** by any person to seek any services from the medical provider of the services described above.
4. The medical provider has **explained** the services to me for which payment is being claimed
5. If I notify the insurer in writing of a billing error, I may be entitled to a portion of any reduction in he amounts paid by my vehicle insurer. If entitled, my share would be at least 20% of the amount of the reduction, up to $500.

Insured Person (patient receiving treatment or services) or Guardian of Insured Person:

| Eureka Cole | E W Cole | 7-27-22 |
|---|---|---|
| Name (*PRINT or TYPE*) | Signature | Date |

The undersigned license medical professional or medical director, if applicable, affirms the statement numbered 1 above and also:

A. I have **not solicited** or caused the insurance person who was involved in a motor vehicle accident, to be solicited to make a claim for Personal Injury Protection benefits.
B. The treatment or services rendered were explained to the insured person, or his or her guardian, **sufficiently** for that person to sign this form with informed consent.
C. The accompanying statement or bill is **properly completed** in all material provisions and all relevant information has been provided therein. This means that each request for information has been responded to **truthfully, accurately,** and in a **substantially complete** manner.
D. The coding of procedures on the accompanying statement or bill is proper. This means that **no service has been upcoded, unbundled,** or constitutes an invalid **or not medically necessary diagnostic test** as defined by Section 627.732(14) and (15), Florida Statutes or Section 627.736(5)(b)(6), Florida Statutes.

Licensed Medial Professional Rendering Treatment/Services or Medical Director, if applicable

**Signature by his/her own hand**
( ) Nelson Colon, MD          ( ✓ ) Eliza Burdier, APRN          ( ) Oscar Morales, APRN
( ) Vivian Padron Fajardo, APRN   ( ) Liena Tamayo Flores, APRN

| | | 7/27/22 |
|---|---|---|
| Name (*PRINT or TYPE*) | Signature | Date |

Any person who knowingly and with intend to injure, defraud, or deceive any issuer files as statement of claim or an application containing any false, incomplete, or misleading information is guilty or a felony of the third degree per section 817.234(1)(b), Florida Statutes.

Note: The **original** of this form must be furnished to the insurer pursuant to Section 627.736(4)(b), Florida Statutes and may not be electronically furnished. Failure to furnish this form may result in non-payment of the claim.

OIR-B1-1571
Pub. 1/2004





**CitiMED Hollywood**

| | |
|---|---|
| **Date of Exam:** | **08-12-2022** |
| **Patient Name:** | **Eureka Cole** |
| **D.O.A:** | **07-24-2022** |
| **Patient Id:** | **221087** |

# Orthopaedic Surgeon Consultation

**History of Present Illness:**

Eureka Cole is a 51-year-old female patient that presents today for evaluation of her left shoulder. She reports that on July 24th,2022. She was a passenger at a Carnival cruise ship while she was having lunch and a large container struck her on her mid back. The impact pushed her forward and she braced herself with her hand on the table. She was evaluated at the cruise medical center. She is currently complaining of left shoulder throbbing pain with activities.

**Past Medical / Surgical History:**

The patient reports a medical history of NIDDM. The patient denies any surgical procedures.

**Previous Accidents and Injuries:** The patient denies any previous motor vehicle accidents or injuries.

**Medications:** Ibuprofen 600 mg. , Metformin 500 mg and Januvia

**Medication allergies:** No known drug allergies.

**Food allergies:** Shellfish

**Social:** The patient is a non-smoker. She is currently employed as Pathology associates .

**Family Medical History:** The patient has a family history of hypertension.

**Review of system:**

**Constitutional:** Negative for  fever, weight loss and fatigue or malaise.

**HEENT:** Negative for frequent or significant headaches, ear pain or facial pain.

**Neck:** Negative for lumps, goiter and significant swelling.

**Cardiovascular:** Negative for  chest pain, palpitations and edema.

**Chest/Rib/Breast/Abd:** Negative for pain in the right, left chest wall and sternum. Negative for pain in the right anterior, right lateral and right posterior ribs. Negative for pain in the left anterior, left lateral and left posterior ribs.  Negative for abdominal pain.

**Respiratory:** Negative for  shortness of breath, coughing and wheezing.

**Gastrointestinal:** Negative for  nausea, vomiting, diarrhea and abdominal discomfort.

**Genitourinary:** Last menstrual period: Unknown.  Negative for difficulty with urination.

**Integumentary:** Negative for  rash, bruising, abrasion, burn and laceration.

**Psychiatric:** Negative for  depression, sleep disturbance and mood disorder.

**Endocrine:** Negative for  sensitivity to cold and sensitivity to heat.

**Physical examination:**

**Shoulder Physical Examination:**

Examination of the left shoulder reveals active range of motion of 0-160 degrees of forward flexion. 0-160 abduction. 0-70 of internal rotation. 0-70 of external rotation. Positive Obrien. Positive apprehension test. Positive Impingement maneuver. Neurovascular examination is intact.



**CitiMED Hollywood**

**Date of Exam:**     **08-12-2022**
**Patient Name:**    **Eureka Cole**
**D.O.A:**               **07-24-2022**
**Patient Id:**          **221087**

# Orthopaedic Surgeon Consultation

**Diagnostic result:**

CITIMED LEFT SHOULDER MRI COMPLETED ON 7/27/2022.

1. Small focus of mild undersurface partial tearing of the supraspinatus tendon.

2. Anterior and inferior labral tear.

3. Mild subacromial and subdeltoid bursitis.

4. Acromioclavicular joint hypertrophy and inflammation with an os acromiale present.

5. Subarticular edema within the inferior aspect of the glenoid with moderate subjacent partial-thickness chondral loss.

**Assessment:**

M75.52 Bursitis of left shoulder
S43.432 Superior glenoid labrum lesion of left shoulder
S46.012D Strain of musc/tend the rotator cuff of left shoulder, subs

**Plan:**
Reviewed the patients MRI scan which reveals a glenoid labrum tear and rotator cuff tear. The patient has failed conservative treatment with medication and physical therapy. The patient elects to proceed with a right shoulder arthroscopy with rotator cuff and glenoid labrum repair and surgery as indicated.  The risks and benefits of surgery were discussed in detail. The post operative rehabilitation protocol was also discussed in detail.  Preop medical clearance is also required.



**CitiMED Hollywood**

**Date of Exam:** **08-12-2022**
**Patient Name:** **Eureka Cole**
**D.O.A:** **07-24-2022**
**Patient Id:** **221087**

# Orthopaedic Surgeon Consultation

John P. Wilkerson MD

Board Certified Orthopaedic Surgeon

**Work status: Regular Duty**

Counseling: Overall orthopedic prognosis was discussed. Important symptoms and signs that should prompt immediate attention were emphasized. The proper administration side effects and compliance would prescribe medications were reviewed with the patient. Activity modification discussed.





**CitiMED Hollywood**

**Date of Exam:** 08-12-2022
**Patient Name:** Eureka Cole
**D.O.A:** 07-24-2022
**Patient Id:** 221087

# Orthopaedic Surgeon Consultation

**History of Present Illness:**

Eureka Cole is a 51-year-old female patient that presents today for evaluation of her left shoulder. She reports that on July 24th,2022. She was a passenger at a Carnival cruise ship while she was having lunch and a large container struck her on her mid back. The impact pushed her forward and she braced herself with her hand on the table. She was evaluated at the cruise medical center. She is currently complaining of left shoulder throbbing pain with activities.

**Past Medical / Surgical History:**

The patient reports a medical history of NIDDM. The patient denies any surgical procedures.
**Previous Accidents and Injuries:** The patient denies any previous motor vehicle accidents or injuries.
**Medications:** Ibuprofen 600 mg. , Metformin 500 mg and Januvia
**Medication allergies:** No known drug allergies.
**Food allergies:** Shellfish
**Social:** The patient is a non-smoker. She is currently employed as Pathology associates .
**Family Medical History:** The patient has a family history of hypertension.

**Review of system:**

**Constitutional:** Negative for  fever, weight loss and fatigue or malaise.
**HEENT:** Negative for frequent or significant headaches, ear pain or facial pain.
**Neck:** Negative for lumps, goiter and significant swelling.
**Cardiovascular:** Negative for  chest pain, palpitations and edema.
**Chest/Rib/Breast/Abd:** Negative for pain in the right, left chest wall and sternum. Negative for pain in the right anterior, right lateral and right posterior ribs. Negative for pain in the left anterior, left lateral and left posterior ribs.  Negative for abdominal pain.
**Respiratory:** Negative for  shortness of breath, coughing and wheezing.
**Gastrointestinal:** Negative for  nausea, vomiting, diarrhea and abdominal discomfort.
**Genitourinary:** Last menstrual period: Unknown.  Negative for difficulty with urination.
**Integumentary:** Negative for  rash, bruising, abrasion, burn and laceration.
**Psychiatric:** Negative for  depression, sleep disturbance and mood disorder.
**Endocrine:** Negative for  sensitivity to cold and sensitivity to heat.

**Physical examination:**

**Shoulder Physical Examination:**
Examination of the left shoulder reveals active range of motion of 0-160 degrees of forward flexion. 0-160 abduction. 0-70 of internal rotation. 0-70 of external rotation. Positive Obrien. Positive apprehension test. Positive Impingement maneuver. Neurovascular examination is intact.



**CitiMED Hollywood**

| | |
|---|---|
| **Date of Exam:** | **08-12-2022** |
| **Patient Name:** | **Eureka Cole** |
| **D.O.A:** | **07-24-2022** |
| **Patient Id:** | **221087** |

# Orthopaedic Surgeon Consultation

**Diagnostic result:**

CITIMED LEFT SHOULDER MRI COMPLETED ON 7/27/2022.

1. Small focus of mild undersurface partial tearing of the supraspinatus tendon.

2. Anterior and inferior labral tear.

3. Mild subacromial and subdeltoid bursitis.

4. Acromioclavicular joint hypertrophy and inflammation with an os acromiale present.

5. Subarticular edema within the inferior aspect of the glenoid with moderate subjacent partial-thickness chondral loss.

**Assessment:**

M75.52 Bursitis of left shoulder

S43.432 Superior glenoid labrum lesion of left shoulder

S46.012D Strain of musc/tend the rotator cuff of left shoulder, subs

**Plan:**

Reviewed the patients MRI scan which reveals a glenoid labrum tear and rotator cuff tear. The patient has failed conservative treatment with medication and physical therapy. The patient elects to proceed with a right shoulder arthroscopy with rotator cuff and glenoid labrum repair and surgery as indicated.  The risks and benefits of surgery were discussed in detail. The post operative rehabilitation protocol was also discussed in detail.  Preop medical clearance is also required.



**CitiMED Hollywood**

**Date of Exam:**     **08-12-2022**
**Patient Name:**     **Eureka Cole**
**D.O.A:**            **07-24-2022**
**Patient Id:**       **221087**

# Orthopaedic Surgeon Consultation

John P. Wilkerson MD

Board Certified Orthopaedic Surgeon

**Work status: Regular Duty**

Counseling: Overall orthopedic prognosis was discussed. Important symptoms and signs that should prompt immediate attention were emphasized. The proper administration side effects and compliance would prescribe medications were reviewed with the patient. Activity modification discussed.