

**EXHIBIT**
1.1

# MIAMI SURGICAL CENTER
7600 SW 87th Avenue, Suite 200
Miami, Florida 33173
Tel: (305) 595-2414   Fax: (305) 595-5140

## OPERATIVE REPORT

**PATIENT NAME**: COLE, EUREKA                **MEDICAL RECORD #**: 151794

**PHYSICIAN**: JOHN P. WILKERSON, M.D.         **DATE OF SURGERY**: 09/15/2022

**PREOPERATIVE DIAGNOSES:**
1. Left shoulder partial-thickness rotator cuff tendon tear.
2. Left shoulder glenoid labral tear.

**POSTOPERATIVE DIAGNOSES:**
1. Left shoulder partial-thickness articular surface supraspinatus tendon tear.
2. Left shoulder anterior glenoid labral tear.
3. Left shoulder internal derangement.
4. Left shoulder synovitis.
5. Left shoulder subacromial bursitis.

**PROCEDURES PERFORMED:**
1. Left shoulder arthroscopy with arthroscopic rotator cuff tendon repair, CPT code 29827.
2. Left shoulder arthroscopy with arthroscopic glenoid labral repair, CPT code 29807.
3. Left shoulder arthroscopy with arthroscopic debridement glenohumeral joint, CPT code 29823.
4. Left shoulder arthroscopy with arthroscopic synovectomy, CPT code 29821.
5. Left shoulder arthroscopy with arthroscopic subacromial decompression, CPT code 29826.

**ASSISTANT:** Robert Strubbe, P.A.-C.

**ANESTHESIA:** General with interscalene block.

**COMPLICATIONS**: None.

**SPECIMENS REMOVED**: Include arthroscopic shoulder shavings.

**INDICATIONS FOR SURGERY**: The patient presents with a history of trauma resulting in injury to the left shoulder. The patient has a partial-thickness rotator cuff tendon tear that has failed to improve with conservative management. The patient also was found to have glenoid labral tearing and additional pathology to the shoulder. Because of the patient's continued complaints of shoulder pain and discomfort that has not improved with conservative treatment, she has elected to proceed with a left shoulder arthroscopy surgery as indicated including repair of the rotator cuff tendon and glenoid labrum.

**DESCRIPTION OF PROCEDURE**: Informed consent was obtained from the patient. The patient was made aware of the risks of surgery to include, but not be limited to, infection, blood clots, anemia, death, wound complications, nerve or vascular injury, implant loosening, possibility of additional surgery, development of intractable pain, and swelling. The patient understood these risks and consented for treatment.

**OPERATIVE REPORT - PAGE 1 of 3**

## MIAMI SURGICAL CENTER

7600 SW 87th Avenue, Suite 200
Miami, Florida 33173
Tel: (305) 595-2414   Fax: (305) 595-5140

### OPERATIVE REPORT

**PATIENT NAME**: COLE, EUREKA          **MEDICAL RECORD #**: 151794

**PHYSICIAN**: JOHN P. WILKERSON, M.D.          **DATE OF SURGERY**: 09/15/2022

The patient was brought to the operating room, was placed under general anesthesia after undergoing interscalene block in the preoperative holding area. The patient was prepped with alcohol and ChloraPrep solution. Sterile drapes were applied to the skin. She had been positioned in lateral decubitus position on a beanbag. Her arm had been placed in the skin traction. The shoulder anatomy was marked and posterior portal was established with a stab insertion. Arthroscope was inserted into the shoulder joint and shoulder was inspected. The patient was found to have tearing of the anterior glenoid labrum. Glenoid chondromalacia was also present. Synovitis within the shoulder joint was noted. Spinal needle was used for localization of the anterior portal. A stab incision was made and arthroscopic cannula was placed. Curved shaver was then introduced to begin debridement of the glenoid labrum and glenoid chondromalacia. The labrum detachment was confirmed. A rasp was then used to rasp the bony glenoid region to stimulate the bleeding from the bone to facilitate repairing of the labral tissue. Once the bony tissue was rasped, a shaver was then used to remove the soft tissue and bony debris. The labrum was then repaired to the glenoid surface by using a 90-degree lasso to shuttle a SutureTape link suture around the torn glenoid labral tissue. It was then reduced to the glenoid, a bone socket location was determined and a drill and guide were then used to make a small bone socket on the edges of the glenoid. The sutures were then loaded into the tip of the SwiveLock anchor, which was reduced to the bone socket facilitating repair of the glenoid labrum. Labrum was repaired from inferior to superior, in the same fashion multiple suture anchor combinations were used for the repair. Three of them were placed anteriorly. Upon completion of the repair, the labrum was noted to be well fixed to the glenoid. Fluid pressure was decreased, there was good bleeding from bone labral interface. Next, attention was then drawn to the synovitis within the shoulder. Synovitis posteriorly was identified and resected using the curved shaver. Synovitis anteriorly was resected using the curved shaver. Looking superiorly the undersurface tearing of the supraspinatus tendon was confirmed. This was consistent with the patient's preoperative MRI scan findings. Two spinal needles were placed medial to the rotator cuff tendon tear and a PDS suture was then shuttled through the spinal needle. The PDS suture was then tied on its free lateral edge to a FiberTape suture. FiberTape suture was shuttled into the joint. The leading edge of the FiberTape suture coming out was pulled through the anterior portal. This was then tied to the additional PDS suture, which was then pulled back across the joint medial to the rotator cuff tendon tear. This allowed for percutaneous placement of a FiberTape suture medial to the rotator cuff tendon tear. Tension was applied to the sutures, there was noted to have good purchase within the tendon. Curved shaver was then used to debride the articular portion of the rotator cuff footprint were visible. The shaver was then subsequently removed and then the arthroscopic instruments were then placed into the subacromial space. Once in the subacromial space, a curved shaver was used to carefully resect the subacromial subdeltoid bursas. After the bursectomy was completed, the FiberTape sutures were identified and brought out through a lateral portal. The sutures were then reduced to the greater tuberosity. The sutures were then brought out through the anterior portal after which arthroscopic bur was then re-introduced to debride the greater tuberosity and decorticate the bone to facilitate bleeding of the bone in this location. Arthroscopic bur was also used to perform a subacromial decompression and acromioplasty was performed. Electrothermal device was also used to release the coracoacromial ligament. After this was completed, the AC joint was

### OPERATIVE REPORT - PAGE 2 of 3

## MIAMI SURGICAL CENTER
7600 SW 87th Avenue, Suite 200
Miami, Florida 33173
Tel: (305) 595-2414   Fax: (305) 595-5140

### OPERATIVE REPORT

**PATIENT NAME**: COLE, EUREKA               **MEDICAL RECORD #**: 151794

**PHYSICIAN**: JOHN P. WILKERSON, M.D.               **DATE OF SURGERY**: 09/15/2022

identified.  There was good mobilization of the AC joint and it was left intact.  The rotator cuff sutures were then brought back from the anterior portal and then out the lateral portal and placed into a SwiveLock anchor.  A bone socket was created using an awl after which the sutures were reduced to the socket and placed into the greater tuberosity with secured fixation applied.  The SwiveLock anchor had good purchase within the bone.  Excess suture was cut.  The rotator cuff was well fixed to the bone.  Rotator cuff tear was then re-visualized from beneath on the articular side and the cuff tear had been reduced.  The shoulder was then irrigated through the arthroscopic cannulas.  The insertions were closed with Monocryl suture and Steri-Strips.

The patient was placed into a shoulder sling with a neutralized abduction pillow provided from my office supply, L-code L3670.

X_____
John P. Wilkerson, M.D.

JOB#: 430564          JPW: med: ss/nss/dkb  DD: 09/29/2022          DT: 09/30/2022

**OPERATIVE REPORT - PAGE 3 of 3**

Miami Surgical Center
**Surgeon:** Wilkerson, John

09/15/2022

EXHIBIT
1.2

1.2



**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:**   Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy

**Page:** 2

Miami Surgical Center
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:**  Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy

**Page:** 3

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



19  20  21  22  23  24

**Patient:**   Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy

**Page:** 4

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



Miami Surgical Center
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 6

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:**   Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy

**Page:** 7

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



43

44

45

46

47

48

**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 9

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:**   Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 10

Miami Surgical Center
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 10

**Miami Surgical Center**
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 11

Miami Surgical Center
**Surgeon:** Wilkerson, John

09/15/2022



**Patient:** Cole, Eureka ( 151794 )
**Procedure:** Shoulder Arthroscopy

**Page:** 1

**Miami Surgical Center**
**Surgeon:** Wilkerson, John                                                      09/15/2022



7

**Patient:**   Cole, Eureka ( 151794 )
**Procedure:**  Shoulder Arthroscopy                                              **Page:** 2