

**CitiMED Hollywood**

**Date of Exam:**       **01-06-2023**
**Patient Name:**     **Eureka Cole**
**D.O.A:**                  **07-24-2022**
**Patient Id:**            **221087**

# Orthopaedic Surgeon Follow up

**History of Present Illness:**

 Eureka Cole presents today for evaluation of her left shoulder. She underwent a left shoulder arthroscopy with rotator cuff repair and glenoid labrum repair on September 15th, 2022. She reports improvement of her pain and range of motion. She is able to do most of her daily activities and performed her job, towards the end of the day her shoulder becomes weak and starts to ache.

**Medications:**  Ibuprofen 600 mg. , Metformin 500 mg and Januvia

**Medication allergies:** NKDA

**Food allergies:** Shellfish

**Shoulder Physical Examination:**
Examination of the left shoulder reveals active range of motion of 0-150 degrees of forward flexion. 0-130 abduction. 0-80 of internal rotation. 0-70 of external rotation. Strength 4/5. Neurovascular examination is intact.

**Assessment:**
S43.432 Superior glenoid labrum lesion of left shoulder
 S46.012D Strain of musc/tend the rotator cuff of left shoulder, subs
 Z89.890 Status post left shoulder arthroscopy

**Plan:**
Discussed with the patient at length the physical examination and rehabilitation protocol. Recommend additional management with anti-inflammatory medication, a home icing program, and rotator cuff strengthening exercises. Patient to progress to home exercise program. Follow up as needed.

**Final**
The patient has reached maximal medical improvement. Patient has an impairment rating of 8% for the left shoulder using the American Medical Association Guide to the Evaluation of Permanent Impairment, Sixth.



**CitiMED Hollywood**

**Date of Exam:**     **01-06-2023**
**Patient Name:**     **Eureka Cole**
**D.O.A:**     **07-24-2022**
**Patient Id:**     **221087**

## Orthopaedic Surgeon Follow up

John P. Wilkerson MD

Board Certified Orthopaedic Surgeon

**Work status: Regular Duty**

Counseling: Overall orthopedic prognosis was discussed. Important symptoms and signs that should prompt immediate attention were emphasized. The proper administration side effects and compliance would prescribe medications were reviewed with the patient. Activity modification discussed.