UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 23-cv-60532-MD

Eureka Cole
     Plaintiff(s),

vs.

Carnival Corporation
     Defendant(s).

_____/

**JOINT LIST OF WITNESSES**
**FOR TRIAL AND DEPOSITION DESIGNATIONS**

<u>List of Plaintiff's Witnesses and Estimated Time:</u>

1. Eureka Cole 3 hr (live) – Plaintiff will testify regarding incident, injuries and damages.

2. Lucien Cole  1.5 hr (live) – Plaintiff's husband will testify regarding incident, injuries and damages.

3. Shruti Bhatia 1hr (video) – Defendant's employee and eyewitness, will testify concerning the subject incident.

4. Corp. Rep. Carnival .5 hr (video) – Defendant's Corporate Representative. Will testify regarding incident, corrective measures and affirmative defenses.

5. Dr. Vanegas Gonzalez .5 hr (video) – Ship's physician. Will testify regarding Plaintiff's injuries and how accident occurred.

6. John. P. Wilkerson 2 hr (video) – Plaintiff's treating physician will testify regarding causation, surgery, and medical expenses.

Rebuttal:

7. Andy Liberti 1.5 hr (Live/Zoom) – biomechanical engineer who will testify regarding biomechanical causation of incident.

8. Eureka Cole. 5 (live) – Rebuttal by Plaintiff if necessary.

List of Defendant's Witnesses and Estimated Time:

1. Carnival's Corporate Representative (live) [1 hr]

2. Dr. Joseph Chalal (Medical Expert) (live) [2 hours]

3. Dr. Amy Courtney (Biomechanical Expert) (live) [2 hours]

4. Vikram Thapa (Security Officer) (video) [30 min]

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| Witness | Designation | D's Counter Designations |
|---|---|---|
| Carnival Corp. Rep. Monica Borcegue | 11:21-13:18<br>33:14-34:17<br>35:9-20<br>36:17-37:3<br>40:11-16<br>43:4-45:11<br>71:9-25<br>73:6-14<br>73:21-22<br>79:5-81:14<br>89:5-90:6 | 34:18 – 35:6<br>35:21 – 36:15<br>45:13 – 48:1<br>75:13 – 19 |
| Dr. Vanegas Gonzalez | 5:12-31:21 | N/A |
| Shruti Bhatia | 5:2 – 70:4 | N/A |
| Dr. John. P. Wilkerson | 5:2-71:25 | N/A |
| Deposition of Dr. Joseph Chalal | Will not be offered in case-in-chief but may be used for impeachment purposes only. | N/A |
| Deposition of Amy Courtney | Will not be offered in case-in-chief but may be used for impeachment purposes only. | N/A |

## DEFENDANT'S DEPOSITION DESIGNATIONS

| Witness | Designation | P's Counter Designations |
| --- | --- | --- |
| Vikram Thapa | 5:25 – 6:24<br><br>10:10 – 14 (*beginning at "This incident…"*)<br><br>18:14 – 22:17 (*beginning at "Did you witness…"*)<br><br>25:15 – 17<br><br>25:23 – 26:10<br><br>28:4 – 31:21<br><br>32:2 – 5<br><br>33:16 – 34:19<br><br>34:24 – 35:6<br><br>36:11 – 37:7 | Pursuant to FRE 106 - Plaintiff counter designates [6:25-20:20;  22:3-25:7; 33:16-35:12] |
| Shruti Bhatia | 5:2 – 70:4 | |
| Dr. Vanegas Gonzalez | 5:12-31:21 | |

## CERTIFICATE OF SERVICE

Filed Jointly this May 20, 2024, by undersigned counsel for the parties


FLORIDA LEGAL, LLC
Attorneys for Plaintiff
150 Southeast 2nd Avenue
Suite 1001
Miami, Florida 33131
(t) (305) 901-2209
(f) (786) 870-4030

*/s/ Raymond R. Dieppa*
Raymond R. Dieppa, Esq.
Florida Bar No. 27690
E-Mail: ray.dieppa@floridalegal.law

*/s/ Cooper Jarnagin*
GrayRobinson, P.A.
Ashley Genoese
Michael J. Drahos
W. Cooper Jarnagin
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747
michael.drahos@gray-robinson.com
cooper.jarnagin@gray-robinson.com
 ashley.genoese@gray-robinson.com