UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60532-DAMIAN

EUREKA COLE,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

## JOINT INDEX TO TRIAL EXHIBIT NOTEBOOK

The Parties, by and through undersigned counsel, submit their Index to the Trial Exhibit

Notebook as follows:

| PRESIDING JUDGE:<br><br>**HON. MELISSA DAMIAN** | PLAINTIFF'S ATTORNEY:<br><br>**RAYMOND DIEPPA, ESQ.** | DEFENDANT'S ATTORNEY:<br><br>**MICHAEL DRAHOS, ESQ.**<br><br>**W. COOPER JARNAGIN, ESQ.** |
| --- | --- | --- |
| TRIAL DATE(S):<br><br>**May 29 – May 31, 2024** | COURT REPORTER: | COURTROOM DEPUTY: |

## JOINT EXHIBITS

| PLF. NO. | DEF. NO | JOINT. NO | OBJ. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| --- | --- | --- | --- | --- | --- | --- |
| | | 1 | | | | CCL Passenger Injury Statement – Eureka Cole |
| | | 2 | | | | CCL Medical Chart – 6 Pages |
| | | 3 | | | | CCL Guest Consultation Form |
| | | 4 | | | | CCL Deck Plain – Carnival Conquest |
| | | 5 | | | | Scene Photographs of Table & Ice and Photos of Lids |
| | | 6 | | | | Dr. Wilkerson Operative Report |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 7 | | | | | HCA Westside Hospital Medical Records and Bills |
| | | 8 | | | | | Defendant's Supplemental Answers to Interrogatories |
| | | 9 | | | | | Citimed: MRI Report and Radiographic Imaging of Left Shoulder dated July 27, 2022 |
| | | 10 | | | | | Surgical Arthroscopy Photos |

## PLAINTIFF'S EXHIBITS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | | | | **UP, R, H** | | | | Prior Incident Guest Injury Reports and Documentation |
| 2 | | | | | | | | Cardiovascular Medicine Associates, P.A. and Medical Records |
| 3 | | | | | | | | Citimed Medical Records and Bills |
| 4 | | | | | | | | Miami Surgical Center Records and Bills |
| 5 | | | | | | | | Anesthesia Professional Services – Billing Records |
| 6 | | | | | | | | Shoulder Anatomical Diagram |
| 7 | | | | | | | | Plaintiff's Medical Bill Summary |
| 8 | | | | | | | | Lid Weight Video (demonstrative/impeachment) |
| 9 | | | | | | | | Photo of Exemplar Lid |

## DEFENDANT'S EXHIBITS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | CCL Movement Report – Eureka Cole |
| | 2 | | | | | | | CCL X-ray Images and Report – Eureka Cole |
| | 3 | | | | | | | CCL Investigation Photos of Subject Lid and Scene |
| | 4 | | | | | | | Defendant's Answers to Plaintiff's Interrogatories |
| | 5 | | | | | | | Plaintiff's Answers to Defendant's Interrogatories |
| | 6 | | **R** | | | | | Associates MD Medical Records |
| | 7 | | | | | | | Citimed: Letter of Protection |
| | 8 | | **R** | | | | | Social Media Posts by Plaintiff during subject cruise |
| | 9 | | **R** | | | | | Social Media Posts by Plaintiff following cruise and before subject cruise |
| | 10 | | **R** | | | | | Social Media Posts by Plaintiff following surgery |
| | 11 | | **H, R** | | | | | Joseph Chalal, M.D. – CV |
| | 12 | | **H, R** | | | | | Amy Courtney, Ph.D. – CV |

| | 13 | | R (photo 9) | | | Medical Illustrations and Demonstratives |
|---|---|---|---|---|---|---|
| | 14 | | H (FRE 803(19) | | | Studies cited by Amy Courtney |
| | 15 | | H, (FRE 702; FRCP 26) | | | Weather report cited by Amy Courtney |
| | 16 | | | | | Exemplar Container Lid |

## CERTIFICATE OF SERVICE

Filed Jointly this May 21, 2024, by undersigned counsel for the parties

FLORIDA LEGAL, LLC
Attorneys for Plaintiff
150 Southeast 2nd Avenue
Suite 1001
Miami, Florida 33131
(t) (305) 901-2209
(f) (786) 870-4030

*/s/ Raymond R. Dieppa*
Raymond R. Dieppa, Esq.
Florida Bar No. 27690
E-Mail: ray.dieppa@floridalegal.law

*/s/ Cooper Jarnagin*
GrayRobinson, P.A.
Ashley Genoese
Michael J. Drahos
W. Cooper Jarnagin
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747
michael.drahos@gray-robinson.com
cooper.jarnagin@gray-robinson.com
ashley.genoese@gray-robinson.com