UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60532

Eureka Cole        Plaintiff(s),

vs.

Carnival Corporation   Defendant(s).

_____/

FILED BY___NA___D.C.

JUL 12 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives

Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

[X] Stored by Records Section in: [ ] Miami [ ] FTL [X] WPB [ ]

[X] Other (Explain): Plaintiff/Defendant's Combined PAPER EXHIBITS

[ ] Attachments
(Exhibit list, Order of Court)

Exhibits Released by:
_Nadege Augustin_
_Nadege Augustin_
(Deputy Clerk)

Signature: _Felicia Ortega_
Print Name: Felicia Ortega
Agency or Firm: Florida Legal/R. Dieppa / Raymond Dieppa Esq
Address: 150 SE 2nd Ave #1001
MIAMI FL 33131
Telephone: 305-901-2209
Date: 7/12/2024

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record