UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-60532-CIV-DAMIAN

**EUREKA COLE,**

Plaintiff,

v.

**CARNIVAL CORPORATION,**

Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court for a bench trial, and the issues having been duly tried before the undersigned and in accordance with this Court's Findings of Fact and Conclusions of Law [ECF No. 124], entered separately on January 3, 2025, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant, Carnival Corporation, and against Plaintiff, Eureka Cole. Plaintiff shall take nothing by this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 7th day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:      Counsel of record